IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-MEO-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART,<br><br>    Defendant. | NOTICE OF APPEARANCE OF<br>CARY B. DAVIS |

Cary B. Davis of Robinson, Bradshaw & Hinson, P.A., hereby provides notice of his appearance as counsel for Defendant Christopher Gabehart.

Respectfully submitted, this 20th day of February, 2026.

/s/ Cary B. Davis
Cary B. Davis
N.C. State Bar No. 36172
cdavis@rbh.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Counsel for Christopher Gabehart*