IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-MEO-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART,<br><br>        Defendant. | NOTICE OF APPEARANCE OF<br>ANNA CLAIRE TUCKER |

Anna Claire Tucker of Robinson, Bradshaw & Hinson, P.A., hereby provides notice of her appearance as counsel for Defendant Christopher Gabehart.

Respectfully submitted, this 20th day of February, 2026.

        /s/ Anna Claire Tucker
        Anna Claire Tucker
        N.C. State Bar No. 59457
        atucker@rbh.com

        **ROBINSON, BRADSHAW & HINSON, P.A.**
        600 S. Tryon Street, Suite 2300
        Charlotte, North Carolina 28202
        Telephone: (704) 377-2536
        Facsimile: (704) 378-4000

        *Counsel for Christopher Gabehart*