IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-MEO-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CHRISTOPHER GABEHART,<br><br>    Defendant. | NOTICE OF APPEARANCE OF<br>SPENCER T. WILES |

  Spencer T. Wiles of Robinson, Bradshaw & Hinson, P.A., hereby provides notice of his appearance as counsel for Defendant Christopher Gabehart.

  Respectfully submitted, this 20th day of February, 2026.

            /s/ Spencer T. Wiles
            Spencer T. Wiles
            N.C. State Bar No. 53664
            swiles@rbh.com

            **ROBINSON, BRADSHAW & HINSON, P.A.**
            600 S. Tryon Street, Suite 2300
            Charlotte, North Carolina 28202
            Telephone: (704) 377-2536
            Facsimile: (704) 378-4000

            *Counsel for Christopher Gabehart*