IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-MEO-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**INDEX OF EXHIBITS TO AMENDED COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Employment Agreement 12-1-24 |
| 2. | Notice of Termination 2-9-26 |