# EXHIBIT B

# DECLARATION OF TIM CARMICHAEL

**Tim Carmichael** states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I have worked for Joe Gibbs Racing, LLC ("JGR") from 1997 to 2009 and from 2013 to the present. I currently serve as JGR's Chief Financial Officer.

3. In my roles at JGR, I worked closely with Christopher Gabehart ("Gabehart") from at least 2020 to 2025.

4. Gabehart negotiated the terms of his Employment Agreement effective December 1, 2024, specifically including the restrictions contained in Section 6.

5. On October 26, 2025, Gabehart communicated to me that he was uncertain about whether he would continue to work with JGR after the 2025 race season.

6. On November 6, 2025, Gabehart informed me that he met with Coach Gibbs to discuss his role with JGR.

7. Following that meeting, Gabehart indicated to me that he believed he could not continue working for JGR and the parties began discussions about a mutual separation agreement.

8. Gabehart has not performed any services for JGR since November 10, 2025.

9. JGR offered Gabehart a mutual separation agreement which would have given him severance pay and allowed him to work for another NASCAR team on the conditions that he (1) return all JGR equipment and information in his possession, (2) continue to abide by the confidentiality provisions in the Agreement, (3) not solicit JGR's key employees and contractors, and (4) execute a mutual release.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

**TIM CARMICHAEL**

*/s/ T. [signature]*