# EXHIBIT C

## DECLARATION OF CLARK C. WALTON

**Clark C. Walton** states as follows:

1.     I am an adult over the age of 18 years old and competent to testify.

2.     I am the principal digital forensics expert for Reliance Forensics, LLC, based in Charlotte, North Carolina ("Reliance").  Reliance is a highly experienced, specialized digital investigation and cybersecurity consulting firm.  As its principal, I have conducted or overseen well over 2,000 digital investigations on behalf of legal counsel, corporate entities, and individuals.

3.     I was formerly employed as a cyber-threat analyst and technical project manager for the Central Intelligence Agency from 2000 through 2005.  I currently teach digital forensic coursework several times per year to state and tribal judges and law enforcement officers at the National Computer Forensics Institute in Hoover, Alabama.  I previously taught courses in Evidence and Cyber Crime at the Charlotte School of Law, and I have served as a graduate thesis adviser in the UNC Charlotte Department of Criminology.  I have also taught computer forensics coursework at Champlain College, based in Burlington, Vermont, as well as to U.S. military assets and law enforcement.  I have an undergraduate degree from the University of North Carolina at Chapel Hill in Mathematical Sciences (Computer Science Option) and a law degree from Georgetown University Law Center.

4.     I am a licensed North Carolina attorney in good standing and am certified by the North Carolina State Bar as a specialist in Privacy and Data Security Law.  I was named the American Bar Association ("ABA") National Outstanding Young Lawyer for the 2012 bar year. I have substantial digital forensic, electronic discovery, and evidentiary experience in both government and private practice, and I hold four current industry certifications in digital forensics. My qualifications, including matters in which I have provided sworn live testimony, are more fully described on my curriculum vitae attached hereto as **Exhibit 1**.

5.      On or about December 8, 2025, Reliance Forensics was originally retained by counsel for Joe Gibbs Racing, LLC ("JGR") to forensically image and examine a Lenovo ThinkPad (Serial No. PF57YJEX) (the "JGR Computer") which we were informed was previously assigned to Christopher Gabehart ("Gabehart") during his employment with JGR. The forensic analysis was to assist in determining whether information originating from and belonging to JGR on devices assigned to Gabehart had been copied, downloaded, or transferred to external devices or accounts not belonging to or originating from JGR (the "External Devices"). The foregoing regarding the circumstances of engagement is collectively known as the "Matter."

6.      It is Reliance's understanding that Gabehart returned the JGR Computer to JGR on or around November 10, 2025.

7.      Reliance understands that Gabehart did not perform any work for JGR after November 10, 2025.

8.      On December 8, 2025, Ed Knutsen of JGR delivered the JGR Computer to Reliance's forensic lab in Charlotte, North Carolina.

9.      Also on December 8, 2025, Reliance performed a forensic extraction of the JGR Computer's hard drive. In a forensic tool, Reliance validated that its extraction, in E01 (sometimes called "expert witness") format, contained a true and correct copy of the JGR Computer hard drive. Reliance then processed the E01 forensic image and later reviewed the processed data using Magnet AXIOM ("Magnet").[1] Processing in this context does not change the data in any way, rather, it parses the large amount of data on the forensic image and aggregates that, relatively quickly, into information reviewable by a forensic examiner—the benefit being that doing such work by hand could take weeks or months, and could be more prone to possible error.

---

[1] Magnet AXIOM is an industry-standard forensic tool used for recovery, analysis and reporting of digital forensic data. Reliance has verified its function for all purposes related to this Declaration.

10. Reliance then reviewed the results of the forensic processing in Magnet and exported, for further review and reporting, spreadsheets showing activities performed on the JGR Computer (collectively, the "Reports"). The review focused on approximately 30 such Reports, including:

    a.    Reports generally related to user file and folder activity (*i.e.,* the files/folders that the user was creating, modifying, or opening/accessing at various points in time, as well as where such items were located);

    b.    Reports that may indicate data exfiltration, including reports on USB external hard drive or "thumb" drive activity and reports on accesses to cloud-based data repositories/sources;

    c.    Reports listing recovered files, both active and deleted (to the extent recoverable) of various types, including Microsoft Office documents and PDF's; and

    d.    Reports detailing Internet activity of the user(s), including web sites visited and searches executed from the JGR Computer.

11. Reliance initially provided these Reports to counsel for JGR for further review and discussion on December 10, 2025. A list of such reports is attached hereto at **Exhibit 2**.

12. Among other things, Reliance observed synced Google search activity on the JGR Computer relating to Spire Motorsports "Spire" occurring on October 26, November 25, and 27, 2025[2] as follows:

---

[2] As Gabehart returned the JGR Computer to JGR on approximately November 10, 2025, Reliance believes that certain activity related to Gabehart's personal Google account synced with the JGR Computer due to Gabehart's preexisting settings when JGR subsequently turned on the Computer and connected it to the Internet in early December 2025 – explaining why activity exists for Gabehart's accounts on the Computer, even though Gabehart did not physically have the JGR Computer. This synced Google activity appears to include browsing activity in Google Chrome as well as the Known Synced Google Drive.

| Search Term | Date/Time - UTC-05:00 (M/d/yyyy) |
|---|---|
| spire motorsports | 11/27/2025 3:06:03.782 PM |
| spire motorsports | 11/27/2025 3:06:03.782 PM |
| spire motorsports | 11/27/2025 3:06:03.000 PM |
| spire motorsports | 11/27/2025 3:06:02.190 PM |
| spire motorsports | 11/27/2025 3:06:02.190 PM |
| spire motorsports | 11/27/2025 3:06:02.000 PM |
| spire motorsports | 11/25/2025 4:41:50.419 PM |
| spire motorsports | 11/25/2025 4:41:50.419 PM |
| spire motorsports | 11/25/2025 4:41:50.000 PM |
| spire motorsports | 10/26/2025 10:52:25.791 PM |
| spire motorsports | 10/26/2025 10:52:25.791 PM |
| spire motorsports | 10/26/2025 10:52:25.791 PM |
| spire motorsports | 10/26/2025 10:52:25.791 PM |
| spire motorsports | 10/26/2025 10:52:25.000 PM |
| spire motorsports | 10/26/2025 10:52:25.000 PM |
| spire motorsports | 10/26/2025 10:52:24.422 PM |
| spire motorsports | 10/26/2025 10:52:24.422 PM |
| spire motorsports | 10/26/2025 10:52:24.422 PM |
| spire motorsports | 10/26/2025 10:52:24.422 PM |
| spire motorsports | 10/26/2025 10:52:24.000 PM |
| spire motorsports | 10/26/2025 10:52:24.000 PM |

13.    Reliance observed web activity relating to Spire on October 7, 8, 9, 24, 26, 27, November 25, 27, and December 2 and 3, 2025.

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy |
|---|---|
| https://www.spire-motorsports.com/contact-us/ | 10/7/2025 11:02:04.000 PM |
| https://www.spire-motorsports.com/contact-us/ | 10/7/2025 11:02:04.000 PM |
| https://www.spire-motorsports.com/contact-us/ | 10/7/2025 11:02:04.000 PM |
| https://www.spire-motorsports.com/why-racing/ | 10/7/2025 11:01:18.000 PM |
| https://www.spire-motorsports.com/why-racing/ | 10/7/2025 11:01:18.000 PM |
| https://www.spire-motorsports.com/why-racing/ | 10/7/2025 11:01:18.000 PM |
| https://www.spire-motorsports.com/how-it-works/ | 10/7/2025 11:00:40.000 PM |
| https://www.spire-motorsports.com/how-it-works/ | 10/7/2025 11:00:40.000 PM |
| https://www.spire-motorsports.com/how-it-works/ | 10/7/2025 11:00:40.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/7/2025 10:55:41.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/7/2025 10:55:41.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/7/2025 10:55:41.000 PM |
| https://www.spire-motorsports.com/about-respect/ | 10/7/2025 10:49:09.000 PM |
| https://www.spire-motorsports.com/about-respect/ | 10/7/2025 10:49:09.000 PM |
| https://www.spire-motorsports.com/about-respect/ | 10/7/2025 10:49:09.000 PM |
| https://www.spire-motorsports.com/happy-partners/ | 10/7/2025 10:46:55.000 PM |
| https://www.spire-motorsports.com/happy-partners/ | 10/7/2025 10:46:55.000 PM |
| https://www.spire-motorsports.com/happy-partners/ | 10/7/2025 10:46:55.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy |
|---|---|
| https://www.spire-motorsports.com/happy-partners/ | 10/7/2025 9:59:56.000 PM |
| https://www.spire-motorsports.com/happy-partners/ | 10/7/2025 9:59:56.000 PM |
| https://www.spire-motorsports.com/happy-partners/ | 10/7/2025 9:59:56.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/7/2025 9:58:13.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/7/2025 9:58:13.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/7/2025 9:58:13.000 PM |
| https://www.spire-motorsports.com/ | 10/7/2025 9:56:14.000 PM |
| https://www.spire-motorsports.com/ | 10/7/2025 9:56:14.000 PM |
| https://www.spire-motorsports.com/ | 10/7/2025 9:56:14.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|---|---|
| https://www.spire-motorsports.com/more-news/ | 10/8/2025 1:14:25.000 PM |
| https://www.spire-motorsports.com/more-news/ | 10/8/2025 1:14:25.000 PM |
| https://www.spire-motorsports.com/more-news/ | 10/8/2025 1:14:25.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|---|---|
| https://www.spire-motorsports.com/more-news/ | 10/9/2025 8:54:24.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|---|---|
| https://racer.com/2025/10/23/why-spire-and-suarez-need-each-other-for-2026 | 10/24/2025 1:23:32.000 PM |
| https://racer.com/2025/10/23/why-spire-and-suarez-need-each-other-for-2026 | 10/24/2025 1:23:32.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|-----|-----|
| https://www.spire-motorsports.com/about-respect/ | 10/26/2025 10:52:39.000 PM |
| https://www.spire-motorsports.com/about-respect/ | 10/26/2025 10:52:39.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/26/2025 10:52:33.000 PM |
| https://www.spire-motorsports.com/about-us/ | 10/26/2025 10:52:33.000 PM |
| https://www.spire-motorsports.com/ | 10/26/2025 10:52:25.000 PM |
| https://www.google.com/search?gs_ssp=eJzj4tVP1zc0zDC0yLbMyzVWYDRgdGDwEiwuyCxKVcjNL8kvKi7ILyopBg DJmAvO&q=spire+motorsports&oq=spire&gs_lcrp=EgZjaHJvbWUqEggCEC4YJxjHARjRAxiABBiKBTIGCAAQRRg8M gwIARBFGDkYsQMYgAQyEggCEC4YJxjHARjRAxiABBiKBTIGCAMQRRg8MgYIBBBFGDwyBggFEEUYPTIQCAYQLhivARj HARi6AhiABDIKCAcQLhixAxiABDIHCAgQABiABDINCAkQABiDARixAxiABDIKCAoQABixAxiABDINCAsQLhivARjHARi ABDIKCAwQABixAxiABDIHCA0QABiABDIGCA4QBRhA0gEIMTc5N2owajeoAhCwAgHxBSZw4zUay6mO8QUmcOM1 Gsupjg&client=ms-android-verizon-us-rvc3&sourceid=chrome-mobile&ie=UTF-8#ebo=0 | 10/26/2025 10:52:25.000 PM |
| https://www.spire-motorsports.com/ | 10/26/2025 10:52:25.000 PM |
| https://www.google.com/search?gs_ssp=eJzj4tVP1zc0zDC0yLbMyzVWYDRgdGDwEiwuyCxKVcjNL8kvKi7ILyopBg DJmAvO&q=spire+motorsports&oq=spire&gs_lcrp=EgZjaHJvbWUqEggCEC4YJxjHARjRAxiABBiKBTIGCAAQRRg8M gwIARBFGDkYsQMYgAQyEggCEC4YJxjHARjRAxiABBiKBTIGCAMQRRg8MgYIBBBFGDwyBggFEEUYPTIQCAYQLhivARj HARi6AhiABDIKCAcQLhixAxiABDIHCAgQABiABDINCAkQABiDARixAxiABDIKCAoQABixAxiABDINCAsQLhivARjHARi ABDIKCAwQABixAxiABDIHCA0QABiABDIGCA4QBRhA0gEIMTc5N2owajeoAhCwAgHxBSZw4zUay6mO8QUmcOM1 Gsupjg&client=ms-android-verizon-us-rvc3&sourceid=chrome-mobile&ie=UTF-8#ebo=0 | 10/26/2025 10:52:25.000 PM |
| https://www.google.com/search?gs_ssp=eJzj4tVP1zc0zDC0yLbMyzVWYDRgdGDwEiwuyCxKVcjNL8kvKi7ILyopBg DJmAvO&q=spire+motorsports&oq=spire&gs_lcrp=EgZjaHJvbWUqEggCEC4YJxjHARjRAxiABBiKBTIGCAMQRRg8M gwIARBFGDkYsQMYgAQyEggCEC4YJxjHARjRAxiABBiKBTIGCAMQRRg8MgYIBBBFGDwyBggFEEUYPTIQCAYQLhivARj HARi6AhiABDIKCAcQLhixAxiABDIHCAgQABiABDINCAkQABiDARixAxiABDIKCAoQABixAxiABDINCAsQLhivARjHARi ABDIKCAwQABixAxiABDIHCA0QABiABDIGCA4QBRhA0gEIMTc5N2owajeoAhCwAgHxBSZw4zUay6mO8QUmcOM1 Gsupjg&client=ms-android-verizon-us-rvc3&sourceid=chrome-mobile&ie=UTF-8 | 10/26/2025 10:52:24.000 PM |
| https://www.google.com/search?gs_ssp=eJzj4tVP1zc0zDC0yLbMyzVWYDRgdGDwEiwuyCxKVcjNL8kvKi7ILyopBg DJmAvO&q=spire+motorsports&oq=spire&gs_lcrp=EgZjaHJvbWUqEggCEC4YJxjHARjRAxiABBiKBTIGCAAQRRg8M gwIARBFGDkYsQMYgAQyEggCEC4YJxjHARjRAxiABBiKBTIGCAMQRRg8MgYIBBBFGDwyBggFEEUYPTIQCAYQLhivARj HARi6AhiABDIKCAcQLhixAxiABDIHCAgQABiABDINCAkQABiDARixAxiABDIKCAoQABixAxiABDINCAsQLhivARjHARi ABDIKCAwQABixAxiABDIHCA0QABiABDIGCA4QBRhA0gEIMTc5N2owajeoAhCwAgHxBSZw4zUay6mO8QUmcOM1 Gsupjg&client=ms-android-verizon-us-rvc3&sourceid=chrome-mobile&ie=UTF-8 | 10/26/2025 10:52:24.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|-----|-----|
| https://tobychristie.com/nascar/cup-series/disastrous-martinsville-could-make-things-tense-for-spire-in-2026/ | 10/27/2025 9:48:58.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|-----|-----|
| https://www.spire-motorsports.com/cup/ | 11/25/2025 9:04:05.000 PM |
| https://www.spire-motorsports.com/about-us/ | 11/25/2025 9:03:35.000 PM |
| https://www.spire-motorsports.com/about-respect/ | 11/25/2025 9:02:08.000 PM |
| https://www.spire-motorsports.com/more-news/ | 11/25/2025 9:02:00.000 PM |
| https://www.spire-motorsports.com/how-it-works/ | 11/25/2025 9:01:45.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|-----|-----|
| https://www.spire-motorsports.com/about-us/ | 11/27/2025 3:06:15.000 PM |
| https://www.spire-motorsports.com/ | 11/27/2025 3:06:03.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|-----|-----|
| https://www.racing-reference.info/owner/Spire_Motorsports/ | 12/2/2025 10:47:40.000 PM |

| URL | Date Visited Date/Time - UTC-05:00 (M/d/yyyy)[DST] |
|-----|-----|
| https://www.racing-reference.info/owner/Spire_Motorsports/ | 12/3/2025 11:14:23.000 PM |
| https://www.racing-reference.info/rquery?id=hocevca01&trk=t5&series=W | 12/3/2025 11:14:21.000 PM |

14.    Reliance also observed synced activity on the JGR Computer related to a Google Drive account associated with Gabehart's personal Gmail address ("Known Synced Google Drive"). The Known Synced Google Drive appears to have been synced with the JGR Computer. The Known Synced Google Drive account contained a folder named "Spire" (the "Spire Folder") which contained a subfolder named "Past Setups." Reliance did not access the contents of the Known Synced Google Drive account itself as part of its initial review of the JGR Computer. Reliance observed interactions with the Spire Folder on November 12, 13, 15, 23, 25, 26, 27, and December 2, 2025 as stated below. The Last Viewed Time shown on this report generally indicates that time that a folder or file was last opened. This time stamp is overwritten with each subsequent access.

| Cloud Name | File Path | Modified Date/Time - UTC-05:00 [M/d/yyyy][DST] | Last Viewed By Me Date/Time - UTC-05:00 [M/d/yyyy][DST] |
|---|---|---|---|

15. Among other things, Reliance observed synced Chrome website visit activity on the JGR Computer showing potential access to websites associated with JGR and JGR's Microsoft Sharepoint website after November 10, 2025, including but not limited to:

   a. https://apps.jgrcloud.com on the evening of November 10, 2025 and November 17, 2025;

   b. https://analytics.joegibbsracing.com on November 17, 2025;

   c. https://joegibbsracing-my.sharepoint.com on November 17, 2025; and

   d. https://trdhydra.toyota.com on November 13, 2025 and November 17, 2025.

16. Reliance further observed synced Chrome website visit activity on the JGR Computer showing access to the Known Synced Google Drive at various dates and times including contemporaneous with activity at cloud storage web addresses associated with JGR on November 17, 2025.

17. Also on November 17, 2025, Reliance observed Chrome website visit activity associated with an unknown Microsoft OneDrive account that appeared to be associated with the email address "chris.gabehart@gmail.com". There is also potentially unknown Microsoft OneDrive access in the Chrome website visit activity on October 29, 2025.

18. The Chrome website visit activity also shows numerous visits to https://joegibbsracing-mysharepoint.com contemporaneous in time with the visits to a Microsoft OneDrive on October 29, 2025.

19. The protocol does not permit Reliance unfettered and continuing access to the contents of the collected Known Synced Google Drive or any other asset collected from Gabehart pursuant to the protocol. As such, Reliance has not accessed or reviewed the contents of such Google Drive or any asset outside of the terms of the protocol.

20.     On December 15, 2025, Reliance did receive access to a Microsoft OneDrive account associated with Gabehart's JGR email address (CGabehart@JoeGibbsRacing.com) (the "OneDrive Account").

21.     Reliance performed an extraction of the data in the OneDrive Account's contents.

22.     Within the OneDrive Account, Reliance observed 16 photos taken on November 7, 2025 beginning at 2:45 p.m. Each of the photos appeared to be a picture of a laptop screen containing information relating to JGR. A list of the file names is attached as follows:

| | |
|---|---|
| JPG File | 20251107_144629.jpg |
| JPG File | 20251107_144654.jpg |
| JPG File | 20251107_144703.jpg |
| JPG File | 20251107_144747.jpg |
| JPG File | 20251107_144806.jpg |
| JPG File | 20251107_144824.jpg |
| JPG File | 20251107_145141.jpg |
| JPG File | 20251107_145232.jpg |
| JPG File | 20251107_145242.jpg |
| JPG File | 20251107_145258.jpg |
| JPG File | 20251107_145306.jpg |
| JPG File | 20251107_145519.jpg |
| JPG File | 20251107_145545.jpg |
| JPG File | 20251107_144543.jpg |
| JPG File | 20251107_144600.jpg |
| JPG File | 20251107_144615.jpg |

23.    Reliance has also received from JGR access to the Microsoft 365 audit log relating to Gabehart's JGR Microsoft account.   Reliance observed the following relevant activity on November 7, 2025 between 2:43 p.m. and 2:59 p.m.:

| CreationDate | Operation | UserId | AuditData.SourceRelativeUrl | AuditData.SourceFileName |
|---|---|---|---|---|
| 11/7/2025 14:59 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/2025 | Scratch Pad.one |
| 11/7/2025 14:59 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/2025 | Scratch Pad.one |
| 11/7/2025 14:58 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/Races | 36-PHO2.one |
| 11/7/2025 14:58 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/2025 | Meetings.one |
| 11/7/2025 14:58 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/2025 | 24INDY Notes.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/Pit Department | Player Reports.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work/Pit Department | Scratch Pad.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | Quick Notes.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | Rules References.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | Rules References.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | Rosters.one |
| 11/7/2025 14:57 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | Rosters.one |
| 11/7/2025 14:56 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | References.one |
| 11/7/2025 14:56 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Chris @ Work | References.one |
| 11/7/2025 14:56 | MoveToDeletedItems | CGabehart@JoeGibbsRacing.com |  |  |
| 11/7/2025 14:54 | FileModified | cgabehart@joegibbsracing.com | Documents/Desktop | 2026 CGt Payroll.xlsx |
| 11/7/2025 14:54 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Desktop | 2026 CGt Payroll.xlsx |
| 11/7/2025 14:51 | FileModifiedExtended | cgabehart@joegibbsracing.com | Documents/Desktop | 2026 CGt Payroll.xlsx |
| 11/7/2025 14:51 | FileAccessedExtended | cgabehart@joegibbsracing.com | Documents/Desktop | 2026 CGt Payroll.xlsx |
| 11/7/2025 14:49 | FileModified | cgabehart@joegibbsracing.com | Documents/Desktop | 2026 CGt Payroll.xlsx |
| 11/7/2025 14:44 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Desktop | 2026 CGt Payroll.xlsx |
| 11/7/2025 14:44 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Setup Stuff/2025/Crew Chief Audit/2025 CC Audit | 2025 CC Post-Race Audit.xlsx |
| 11/7/2025 14:44 | FileAccessed | cgabehart@joegibbsracing.com | Documents/Desktop | 2025 CG Master.xlsx |

24.    On January 9, 2026, Reliance was requested by counsel for JGR and counsel for Gabehart to undertake the imaging, review, and secure deletion of certain files under an agreed-upon forensic protocol.  A copy of the protocol is attached as **Exhibit 3**.

25.    On January 12, 2026, Gabehart provided Reliance with a Samsung Galaxy S22 Plus (the "Cell Phone") and the credentials to the Known Synced Google Drive Account associated with his personal Gmail address.

26.    On January 12, 2026, Reliance performed a forensic extraction of the Cell Phone and Known Synced Google Drive Account.

27.    By agreement of the parties, on January 12, 2026, Reliance performed a secure deletion of the 16 photos listed in Paragraph 17 above which were located on the Cell Phone's camera roll.

28.    Pursuant to the protocol, on January 16, 2026, upon review of the data, Reliance sent counsel for Gabehart additional files from the Cell Phone and Known Synced Google Drive

Account that, upon initial manual review, appeared to contain information relating to JGR. Until this review, these files that appeared to also contain JGR information were previously unknown to Reliance, as well as to JGR or their counsel.

29.     Under the protocol, Reliance relied on the representations made by Gabehart as to what devices or data he possessed. Among other things, Reliance did not have access to:

    a.  Other devices belonging to or located in the Gabehart household including any computers or external drives;

    b.  Other cloud-based storage accounts belonging to or used by Gabehart not discussed above; and

    c.  The contents of the email in Gabehart's personal Gmail account.

30.     Under the constraints of the protocol, Reliance could not determine whether Gabehart disclosed or disseminated JGR information to third parties. On January 21, 2026, my office communicated to counsel for Gabehart that we could "not exclude the possibility of such files [containing JGR information] being sent via email from a web portal, being sent via text message then deleted the message, shared directly via Google Photos or any other fileshare site." There are other possibilities as well, such as, as mentioned above, that Gabehart could have had other devices, accounts, or assets containing JGR information and simply not disclosed those items to the parties for forensic review.

31.     On February 5, 2026, pursuant to the protocol and by agreement of the parties, Reliance performed the secure deletion of 235 files from the Cell Phone and Known Synced Google Drive Account. A list of these files is attached as **Exhibit 4.**

32.     I have received access to a letter from counsel for Gabehart dated December 17, 2025.

33.     The letter makes the following claims relevant to my forensic review:

a. "Mr. Gabehart has not disclosed, used, or misused JGR's confidential information in breach of Section 5 of his Employment Agreement. He categorically denies disclosing any confidential or trade secret information to Spire Motorsports, Jeff Dickerson, or any third party."

b. That Mr. Gabehart's understanding was that the Known Synced Google Drive "Spire folder" contained Mr. Gabehart's own "notes and personal records."

c. "To the extent any JGR file or data was contained in the 'Spire' folder, Mr. Gabehart did not use or disclose it and has no intention of doing so."

d. "Mr. Gabehart has not retained documents concerning JGR's sensitive financial data."

34. As noted previously, I observed from the synced Google activity that Mr. Gabehart was regularly accessing the Spire folder in the days leading up to the date of this December 17th letter, including five times on December 2nd, in a manner likely to make Mr. Gabehart aware of the Spire folder's contents.

35. Further, the pictures identified in the OneDrive folder appearing to contain JGR information were taken only approximately one month before the date of the December 17th letter, and only a few days before Gabehart's departure from JGR. In contrast with the statements contained in the December 17th, letter, these pictures appear to contain JGR financial information among other things.

36. Pursuant to the terms of the protocol, Reliance was empowered to delete JGR confidential, proprietary, or trade secret information that Reliance was able to identify within the limitations of my review described above. Through that process we deleted 235 JGR confidential, proprietary, or trade secret files contained on Mr. Gabehart's Cell Phone and Known Synced Google Drive. In contrast with the statements in the December 17th letter, these materials did not appear to Reliance to be Mr. Gabehart's notes or personal records,

moreover they appeared to be information related to JGR, specifically information that JGR claims as, upon information and belief, confidential, proprietary, and/or trade secret information.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

**CLARK C. WALTON, ESQ.**

Reliance Forensics, LLC

13

# EXHIBIT 1

*Curriculum Vitae of*
*Clark C. Walton, Esq.*

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

## Experience

**Reliance Forensics, LLC,** Charlotte, NC
*Managing Director,* November 2013 to present.

- Engaged in expert and consultant capacities to perform digital forensic collection, analysis and reporting on evidence in a variety of contexts, including business and employee disputes, intellectual property matters, domestic matters, criminal investigations, and internal corporate investigations.

Live sworn testimony:

- *State of North Carolina v. Ordway*, Meck. Co., NC District Court 4130, Aug 24, 2015. Qualified as mobile device forensic expert.
- *Charles Dyer v. Raymond James et al*, FINRA Panel, Case No. 14002268, Dec. 14, 2015. Qualified as computer forensic expert.
- *State of North Carolina v. Charles Saine*, Meck. Co. NC Superior Court, Criminal Division, 14 CRS 202428-29, 456, 458-62, March 1, 2016. Qualified as mobile device forensic expert.
- *Judith G. Smith v. David M. Smith*, Meck. Co., NC District Court, 15-CVD-21964, July 6, 2016 (Sanctions), and August 15, 2016 (Atty. Fees). Qualified as digital forensic expert.
- [*Matter Under Seal*], U.S. District Court for the Western District of North Carolina, before Judge Graham Mullen, May and June 2017. Qualified as digital forensic expert in source code copyright infringement matter.
- *Legacy Data Access, LLC v. MediQuant, Inc.*, U.S. District Court for the Western District of North Carolina, deposition taken June 30, 2017. Trial concluded July 27, 2017 before Judge Frank Whitney. Qualified as digital forensic expert in trade secret theft and spoliation matter.
- *Long Bros. of Summerfield, Inc. v. Hilco Transport, Inc.*, Forsyth Co. NC Superior Court, Civil Division, 15 CVS 7727, August 30-31, 2017. Qualified as digital forensic expert.
- *Computer Design and Integration, LLC and CDI Southeast, LLC v. David Brown, Marcus Jacoby and Rove, LLC*, Meck Co., NC Superior Court, Civil Division, 16-CVS-11847. Deposition taken October 11, 2017. Computer forensic matter.
- *Jazz Dasean Samuel v. Amanda Janet Graham*, Meck. Co., NC District Court, 18-CVD-2938, 18-CVD-2966, April 12, 2018. Qualified as digital forensic expert.
- *Nicole Biffle and Sara Lunders v. Gregory J. Biffle,* Meck. Co., NC Superior Court, Civil Division, 17-CVS-12215. Deposed and testified in jury trial, August 2018. Qualified as digital forensic expert.
- *Wellin v. Wellin, et al*, U.S. District Court for the District of South Carolina, Civil Actions 2:13-cv-01831-DCN, 2:13-cv-03595-DCN, 2:14-cv-04067-DCN. Deposition taken August 17, 2018. Mobile device forensic matter.
- *SSG Baltimore LLC et al v. Emil Gerardi, Noble8, LLC and Annie Payne,* American Arbitration Association Case No. 1-18-0000-8097, Baltimore, Maryland, September 11, 2018 (testimony via video conference). Qualified as digital forensic expert.
- *State of North Carolina v. Kevin Olsen,* Meck. Co. NC Superior Court, Criminal Division, 17 CRS 206644-48. Trial testimony September 27, 2018. Qualified as digital forensic expert.
- *Dephinitive Systems, LLC v. Glenn Bouch,* American Arbitration Association Case No. 01-16-0004-0983, Charlotte, NC, December 12, 2018. Fact witness regarding examination of digital evidence.
- *3D Systems Corp. v. Paul A. Miller, UnionTech, Inc., and RP Sales America, Inc.,* U.S. District Court for the Southern District of Indiana, Civil Action 1:17-cv-3252-RLY-MJD. Deposition taken December 13, 2018. Designated as digital forensic and cyber security expert.
- *Calvin Norton v. Jeffrey Rosier,* U.S. District Court for the Eastern District of North Carolina, Civil Action 7:14-CV-260-FL. Trial testimony February 13, 2019. Testified to mobile device evidence.

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

- *Estate of Scheer v. Nirlep A. Patel, M.D., et al,* SC Court of Common Pleas, Fifteenth Judicial Circuit, Civil Action No. 2017-CP-26-1571. Deposition taken April 9, 2019. Designated as mobile device forensic expert.
- *Luan Parker v. John G. Parker*, Meck. Co., NC District Court, 16-CVD-14194. Testified November 13, 2017 (motion to compel), April 24, 2019 (sanctions hearing) and August 20, 2019 (trial). Qualified as mobile device forensic expert.
- *LaSalle v. Monro Muffler Brake, Inc., and SC Dept. of Transportation,* SC Court of Common Pleas, County of Berkeley, Civil Action No. CP-08-3046. Deposition taken October 2, 2019. Trial testimony October 16, 2019. Qualified as mobile device forensic expert.
- *DiPrima v. Vann,* Union Co., NC District Court (Civil), 19 CVD 3342. Hearing testimony January 31, 2020. Qualified as digital forensic expert.
- *Nephron Pharmaceuticals Corp. v. Jennifer Shelly Hulsey et al,* U.S. District Court for the Middle District of Florida, Civil Action 6:18-cv-01573-GAP-KRS. Deposition as 30(b)(6) witness for Plaintiff Nephron Pharmaceuticals as to digital evidence taken on February 28, 2020.
- *Estate of Newcombe v. Cumberland County Hospital System, Inc. and Abhik K. Biswas, M.D.*, Cumberland Co., NC Superior Court (Civil), 19 CVS 7894. Deposition taken Oct. 6, 2020. Designated as mobile device forensic expert.
- *John Barnes, et al v. The Building Center, et al*, Meck. Co. NC Superior Court, Civil Division, 19-CVS-13562. Deposition taken January 14, 2021. Designated as digital forensic expert.
- *Lauro Dominici v. Biesse America, Inc.*, Civil Arbitration before Raymond Owens in Mecklenburg County, NC. Sworn testimony in arbitration on April 21, 2021. Qualified as digital forensic expert.
- *Amy Delene Kean v. Warren Kean,* Iredell Co. NC District Court, Civil Division, 18-CVD-2233. Hearing testimony separately on June 9 and June 11, 2021. Qualified as digital forensic expert.
- *Eastern Band of Cherokee Indians v. Benjamin Cody Long,* The Cherokee Court (Cherokee, NC), Eastern Band of Cherokee Indians, 20 CR 0465. Trial testimony week of October 11, 2021. Qualified as digital forensic expert.
- *J. Ford and C. Kisgen, et al. v. C. Jurgens and K. Russell, et al.*, Wake Co. NC Superior Court, Civil Division, 20-CVS-4896. Deposition taken December 7, 2021. Designated as digital forensic expert.
- *Eastwood Construction Partners, LLC v. Waxhaw Developers, LLC and Waxhaw LLC,* Meck. Co. NC Superior Court, Civil Division, 21-CVS-876. Deposition taken March 24, 2022. Trial testimony on April 26, 2022. Qualified as digital forensic expert.
- *Mary Catherine Dickert v. Michael Roden, et al,* Meck. Co. NC Superior Court, Civil Division, 21-CVS-16109. Deposition taken June 1, 2022. Designated as digital forensic expert.
- *Cherilyn Heggen v. Dennis Peay et al.*, Pitt Co. NC Superior Court, Civil Division, 20-CVS-2017. Deposition taken September 9, 2022. Designated as digital forensic expert.
- *Central Square Technologies, LLC v. Jeremy Allen,* Guilford Co. NC Superior Court, Civil Division, 21-CVS-9961. Trial testimony week of December 5, 2022. Qualified as computer forensic expert.
- *American Circuits, Inc. v. Bayatronics, LLC, Jayesh Patel, Dirk A. Warriner, et al,* Meck. Co. NC Superior Court, Civil Division, 22-CVS-2915. Deposition taken February 21, 2023. Designated as digital forensic expert.
- *UNOX, Inc. v. M. Conway, J. Emmerson, Tecnoeka, Inc. and Tecnoeka, S.R.L.,* Gaston Co. NC Superior Court, Civil Division, 19-CVS-1331. Deposition taken February 23, 2023. Designated as digital forensic expert.
- *John M. Fish v. Wayne D. Stetina,* Catawba Co. NC Superior Court, Civil Division, 20-CVS-1640. Trial testimony on March 9, 2023. Qualified as digital forensic expert.
- *Guy Zubchevich v. Maryeve Zubchevich,* Iredell Co. NC District Court, Civil Division, 22-CVD-1356. Motion testimony on April 3, 2023 and May 16, 2023. Qualified as digital forensic expert.

2

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

- *Verez, et al v. Trademark Metals Recycling, LLC et al,* FL 11th Circuit Court, Miami-Dade County, 2016-006791-CA-01, 2016-025704-CA-01, 2017-004955-CA-01. Deposition taken on May 30, 2023. Trial week of June 12, 2023. Qualified as digital forensic expert.
- *Window World of Baton Rouge, LLC and Window World of St. Louis, Inc., et al, v. Window World, Inc., Window World International, LLC, and Tammy Whitworth,* Wilkes Co. NC Superior Court, Civil Division, 15-CVS-1, 15-CVS-2. Deposition taken August 10, 2023. Designated as digital forensic expert.
- *Xequel Bio Inc. f/k/a FirstString Research, Inc. v. Regranion LLC et al,* U.S. District Court for the District of South Carolina, Civil Action 2:21-CV-03619-BHH. Deposition taken September 7, 2023. Designated as digital forensic expert.
- *State of North Carolina v. Buckman,* Dare Co. NC Superior Court, Criminal Division, 20 CRS 19, 29-31. Testified in sentencing hearing on Oct. 25, 2023. Qualified as digital forensic expert.
- *United States of America v. Erik Maund,* U.S. District Court for the Middle District of Tennessee, Criminal Action 3:21-CR-00288. Trial testimony on November 15, 2023. Qualified as digital forensic expert, and expert in cellular records analysis.
- *SmartLinx Solutions, LLC v. Vitzeslav Zeif,* U.S. District Court for the District of South Carolina, Charleston Division, Civil Action 2:21-CV-711-BHH. Deposition taken January 24, 2024. Designated as digital forensic expert.
- *Prysmian Cables & Systems USA, LLC v. Stephen Szymanski and Sterlite Technologies, Inc.,* U.S. District Court for the District of South Carolina, Columbia Division, Civil Action 3:21-cv-01641-SAL. Deposition taken April 16, 2024. Designated as digital forensic expert.
- *United Therapeutics Corporation, et al v. Liquidia Technologies, Inc. and Robert Roscigno,* Durham Co. NC Superior Court, Civil Division, 21-CVS-4094. Deposition taken May 1, 2024. Designated as digital forensics and cyber security expert.
- *Found. Bldg. Materials, LLC v. Conking & Calabrese, Co.,* Mecklenburg Co. NC Superior Court, Civil Division, 23-CVS-9285. Deposition taken May 14, 2024. Designated as Rule 30(b)(6) witness for Defendant regarding efforts to preserve information and respond to electronic discovery requests.
- *Karen Atkins v. U.S. Cotton, LLC, et al,* Court of Common Pleas, Cuyahoga County, Ohio, CV-23 978766. Deposition taken October 29, 2024 – testified as Ohio Rule 30(b)(5) fact witness for Reliance regarding collection, preservation and production of mobile forensic evidence. Deposition taken August 13, 2025 – designated as digital forensics expert.
- *State of North Carolina v. Gaskin*, Meck. Co., NC Superior Court, 20-CRS-230640. Trial testimony on November 20, 2024. Qualified as digital forensic expert and mobile device forensic expert.
- *Performance Matters Consulting, LLC, v. Dana Horne, et al,* American Arbitration Association Case No. 01-23-0005-5691, Charlotte, NC. Deposition taken on January 16, 2025. Arbitration testimony week of February 3, 2025. Qualified as digital forensic expert.
- *Yael Powell v. David Powell*, Mecklenburg Co., NC District Court, Civil Division, 20-CVD-15047. Testimony on February 10, 2025. Rebuttal testimony on February 11, 2025. Qualified as mobile forensics expert.
- *United States of America v. Mark Janbakhsh,* U.S. District Court for the Middle District of Tennessee, Criminal Action 3:22-CR-00340. Trial testimony on August 11, 2025. Qualified as digital forensics expert.


**Alexander Ricks PLLC,** Charlotte, NC
*Counsel,* October 2012 to February 2019.
- Managed digital evidence in respect of complex commercial litigation; researched laws. Analyzed evidence and interviewed witnesses in forensics-related matters; commercial litigation.

# Clark C. Walton

5950 Fairview Road, Suite 711, Charlotte, NC 28210
Phone: (980) 335-0710 E-mail: clark@relianceforensics.com

**North Carolina Department of Justice, Attorney General's Office,** Charlotte, NC
*Senior Civil Enforcement Attorney/Assistant Attorney General,* March 2011 to October 2012.
- Special Assistant U.S. Attorney (SAUSA) in W.D.N.C. National Advocacy Center training in deposing, examining and cross-examining expert witnesses.

**State of North Carolina, 26th Prosecutorial District,** Charlotte, NC
*Assistant District Attorney,* May 2009 to March 2011.
- Over 150 bench trials, 4 jury trials. Interviewed over 1,000 witnesses as a prosecutor and worked closely with law enforcement. Member, US Secret Service Electronic Crimes Task Force.

**Mayer Brown LLP,** Charlotte, NC
*Associate Attorney,* July 2006 to May 2009.

**Nelson, Mullins, Riley and Scarborough, LLP,** Charlotte, NC
*Associate Attorney,* September 2005 to July 2006.

**Central Intelligence Agency,** McLean, Virginia
*Project Manager and Intelligence Analyst, Information Operations Center,* August 2000 to March 2005.
- Cyber threat subject matter expert. Experience in malicious code analysis and reverse engineering.
- Graduate of 6-month "CAP" career intelligence analysis course.
- Approximately 90 hours of formal telecommunications training and coursework.

**The White House,** Washington, DC
*Vice President's Homeland Security Staff, Intern,* September to December 2003.

**Federal Bureau of Investigation,** Washington, DC
*Honors Intern,* Criminal Investigative Division, June to August 1999.

## Education

**Georgetown University Law Center,** Washington, DC
Juris Doctor, May 2005. Dean's List.

**University of North Carolina,** Chapel Hill, NC
B.S., Mathematical Science (Computer Science Option), December 1999. Dean's List.

## Teaching Experience

**National Computer Forensics Institute,** Hoover, AL
*Instructor (contracted),* Computer Forensics for Judges, April 2016 to present (2-3 courses per year).
- Includes training on computer forensics, mobile forensics, cellular technology and cyber security. Presented legal coursework to Advanced Mobile Examiner class, June 2017.

**Charlotte School of Law,** Charlotte, NC
*Adjunct Associate Professor,* Cyber Crime, January 2012 to December 2015. Evidence, Fall 2012.

4

**Champlain College,** Burlington, VT
*Online Adjunct Instructor*, Computer Forensics and Digital Investigations, August 2014 to February 2015.

**University of North Carolina at Charlotte,** Charlotte, NC
Associate Graduate Faculty (Adjunct Thesis Adviser), 2013 to 2016.
- Graduate thesis panelist for Austin P. Acheson, "*Frisking the Smartphone:  A Law Enforcement Guide for Warrantless Post-Detention Smartphone Searches*", defended and approved August 2013.

**Central Piedmont Community College,** Charlotte, NC
*Paralegal Program Instructor*, Civil Litigation, January 2010 to December 2011.


## Professional Licenses/Training and Honors

EnCase® Certified Examiner (EnCE®), License 15-1114-6471.
Cellebrite Certified Mobile Examiner (CCME, capstone certification).
Cellebrite Advanced Smartphone Analysis (CASA).
Cellebrite (formerly BlackBag) Advanced Apple Forensics (CAAF).
Cellebrite Certified Physical Analyst.
Cellebrite Certified Operator.
A.B.M.  Intel Cellhawk Basic (CB) Certification.
Admitted to the North Carolina State Bar, 2005 (current and in good standing).
- ***Board Certified Specialist in Privacy and Information Security Law***, December 2020.
Certified Information Privacy Professional/United States (CIPP/US, October 2020).
Private Investigator, State of South Carolina, License PDC 3131.
North Carolina Super Lawyers Rising Star, Business Litigation, 2014-2018.
**ABA National Outstanding Young Lawyer**, 2012-13.
North Carolina Bar Association Pro Bono Younger Lawyer of the Year, 2009-2010.
Mayer Brown LLP Transactional Pro Bono Matter of the Year, 2008.
Mecklenburg County Bar Young Lawyer of the Year, 2008-09.
Central Intelligence Agency Exceptional Performance Award, 2001.


## Professional Organizations

North Carolina State Bar Privacy and Data Security Specialization Committee,
- Board Member, 2021-present.
- Advisory Board Member (Founding), 2017-2021.
International Association of Privacy Professionals, 2020 to present.
American Bar Association, 2003 to present.
- **Advisory Committee on Law and National Security**, 2011 to 2014.
- House of Delegates Technology Committee, 2004-2005.
- House of Delegates, 2003-2005 and 2014-2018.
North Carolina Bar Association, 2006 to present.
- Young Lawyers Division Chair, 2013-2014.
- Technology Committee, 2016-2017.
Mecklenburg County Bar Board of Directors, Charlotte, NC, 2011 to 2014.

Mecklenburg County Bar Delegate to ABA House of Delegates, 2014 to 2019.

## Lectures and Publications

Co-author, "The Impact of Technology on National Security Law", a chapter in *National Security Law: Fifty Years of Transformation from the Past to the Future*, ABA Publishing, November 2012.

Presenter, "The Download on the Federal Computer Fraud and Abuse Act", NC Bar Association CLE, Cary, NC, June 2013.

Contributing author, *The ABA Cybersecurity Handbook*, Chapter 4(III), "Considerations for the Government Lawyer", ABA Publishing, July 2013.

Panelist, "Cyber Surveillance", Charlotte Talks, 90.7 WFAE, National Public Radio, Charlotte, NC, September 16, 2013.

Panelist, "The Tension between National Security and Personal Privacy", UNC-Charlotte Constitution Day, Charlotte, NC, September 17, 2013.

Co-presenter, "Legal Authority for Government Surveillance", CLE for the Mecklenburg County, NC Bar, Charles R. Jonas Federal Courthouse, Charlotte, NC, October 8, 2013.

Presenter, "Digital Forensics in Litigation", NC CLE, Bobbitt Chapter, Inns of Court, Charlotte, NC, January 22, 2014, and again for the Triangle eDiscovery Group, Raleigh, NC, February 25, 2014.

Author, "Mobile Device Forensics: Pulling Back the Digital Curtain", The True Bill, Newsletter of the NC Bar Association Criminal Justice Section, May 2014, available at http://criminaljustice.ncbar.org/newsletters/the-true-bill-may-2014/mobile-device-forensics-pulling-backthe-digital-curtain.

Presenter, "Computer and Mobile Device Forensics in Litigation", NC Bar Association CLE, Wilmington, NC, June 20, 2014.

Panelist, "Careful Where You Click: Avoiding Scams and Staying Safe Online", Annual Meeting of the NC Bar Association, Wilmington, NC, June 21, 2014.

Author, "Digital Forensics: In 1,000 Words or Less", Mecklenburg Bar News, newsletter of the Mecklenburg County, NC Bar, p. 4, August 2014, available at http://www.meckbar.org/docs/Newsletter/Aug.2014/August2014_index.html.

Presenter, "Digital Forensics: The Evidence Left Behind", Charlotte Regional Technology Executives Council (CRTEC), Charlotte, NC, September 9, 2014.

Presenter, "Digital Forensics for Lawyers: What's in your E-Wallet?", NC Bar Association webinar, Section of Law and Practice Management, September 18, 2014.

Panelist, "Mobile Device Security", NC Technology Association (NCTA) Joint Meeting, Research Triangle Park, NC, September 23, 2014.

Presenter, "Mobile Device Forensics", Information Systems Security Association (ISSA), Raleigh Chapter, November 6, 2014.

Panelist, "High Tech Ethics", NC Bar Association CLE, Cary, NC, February 20, 2015.

Presenter, "Mobile Device Forensics in Litigation", NC Bar Association CLE, Cary, NC, February 27, 2015.

Presenter, "New Frontiers:  Emerging Issues in Estate Planning", Presentation on digital forensics and assets, NC Bar Association CLE, Cary, NC, April 28, 2015.

Keynote Speaker, "Digital Forensics:  The Evidence Left Behind", International Function Point Users Group (IFPUG) Annual Conference, Charlotte, NC, April 30, 2015.

Presenter, "Digital Forensics in Litigation", Mecklenburg County Bar CLE, Charlotte, NC, May 14, 2015.

Panelist, "Trends in Mobile Forensics:  Midyear Review", Mobile Forensics World, Myrtle Beach, SC, June 2, 2015.

Presenter, "Search and Seizure of Digital Evidence:  Updates on the Legal Framework", Mobile Forensics World, Myrtle Beach, SC, June 2, 2015.

Contract Trainer, Advanced Mission Systems.  Authored and taught full day tactical forensics course to U.S. military operators.  Camp Dawson, West Virginia, August 14, 2015.

Presenter, "Digital Forensics:  Hot Topics in Labor/Employment Law", NC/SC Labor/Employment Law Annual Conference hosted by the South Carolina Bar, Wild Dunes Resort, Isle of Palms, SC, October 23, 2015.

Speaker/Presenter, "Digital Forensics in Litigation", Women in eDiscovery luncheon, Raleigh, NC, October 27, 2015.

Panelist, "Unlocking the Mysteries of Cyber Liability", Lawyers Mutual Insurance, Charlotte, NC and Greensboro, NC (five panels over two days), November 3-4, 2015.

Speaker/Presenter, "Digital Forensics in Litigation", Metrolina Paralegals Association CLE, Charlotte, NC, February 25, 2016.

Speaker, "Cyber Threats for Business Professionals", Queens University Executive MBA Program, Charlotte, NC, April 8, 2016.

Contract Trainer, Cellebrite, Inc., "Introduction to Mobile Device Forensics for Prosecutors/Government Attorneys", hosted by U.S.S.S. Electronic Crimes Task Force (ECTF), Pinellas County Sheriff's Office, Tampa, FL, April 21-22, 2016.

Speaker/Presenter, "Digital Forensics in Litigation", NC Bar Association Paralegal Division Annual Meeting, Greensboro, NC, May 6, 2016.

Presenter, "Into the Breach: Legal and Other Obligations in Responding to a Data Compromise", Mobile Forensics World, Myrtle Beach, SC, June 8, 2016.

Presenter, "Into the Breach: Legal and Other Obligations in Responding to a Data Compromise", Information Systems Security Association (ISSA), Raleigh Chapter, July 7, 2016.

Panelist, "Using Technology Responsibly: An Interactive Discussion", North Carolina Bar Association Professionalism Committee CLE, Cary, NC, December 9, 2016.

Panelist, "Cyber Safeguards and Procedures", Lawyers Mutual Insurance of North Carolina CLE, Concord, NC, November 17, 2016, Cary, NC (two presentations), January 13, 2017, and Wrightsville Beach, NC, February 10, 2017.

Presenter, "Preparing to Testify to Digital Evidence in Court", Techno Security Conference, Myrtle Beach, SC, June 5, 2017.

Contract Trainer, Cellebrite, Inc., "Digital Forensics for Legal Professionals", hosted by Minnesota Bureau of Criminal Apprehension, St. Paul, MN, June 21-22, 2017.

Panelist, "Ensuring the Admissibility of Cloud Evidence", Techno Security Conference, Myrtle Beach, SC, June 4, 2018.

Panelist, "Data in Business Litigation", presented at Parker, Poe Adams & Bernstein, Charlotte, NC office on February 21, 2019. Presented again to the Bobbitt Chapter of the Inns of Court, Charlotte, NC, on March 13, 2019. NC State Bar "technology" CLE credit.

Lecture, "Take Control of Your Digital Footprint", Center for Professional and Applied Ethics of the University of North Carolina Charlotte, April 17, 2019.

Presenter, "Digital Forensics: The Examiner's 'Top 10' for Family Law Attorneys", NC Bar Association Family Law Section Annual Meeting CLE, Asheville, NC, May 3, 2019.

Presenter, "Basics of Forensically Sound Digital Investigations", Charlotte Chapter of the Association of Certified Fraud Examiners, Continuing Professional Education, Charlotte, NC, May 8, 2019.

Presenter (Cellebrite Contract Trainer), "Corporate Digital Forensic Investigations: From Acquisition to Testimony", Techno Security Conference, Myrtle Beach, SC, June 3, 2019.

Presenter, "Data Security and Collections: Forensics, Privacy Considerations and Liability Issues", NC Bar-approved CLE for clients of Ford Harrison LLP, Charlotte, NC, December 6, 2019.

Panelist, "Digital Privacy Round Table", Business North Carolina virtual panel hosted/sponsored by Brooks Pierce, LLP and the N.C. Technology Association, October 6, 2020.

Presenter, "Networks and Investigations: Selected Topics for Counsel", North Carolina Technology CLE presented virtually/via Zoom to approximately 70 NC-licensed attorneys, hosted by Ketan Soni, Esq., February 11, 2021.

Co-Presenter with Womble Bond Dickinson, "Alice in WeChatland: Into the Compliance and Discovery Rabbit Hole of Messaging Apps", Association of Corporate Counsel, Charlotte, NC Chapter Technology CLE (presented virtually), April 15, 2021.

Co-Presenter, "Expert Witnesses in the North Carolina Business Court", Mecklenburg County Bar 9th Annual North Carolina Business Court, CLE, Charlotte, NC, October 22, 2021.

Co-Presenter with Womble Bond Dickinson, "The 1, 2 Step of Data Retention", Womble Bond Dickinson Summit CLE (presented virtually), October 13, 2022.

Presenter, "A 2023 Baseline in Digital Forensics", University of South Carolina School of Law CLE (presented virtually), October 18, 2023.

Presenter, "Digital Forensics in Litigation and Investigations", Greenville, South Carolina Bar Annual CLE, Civil Litigation Session, January 26, 2024.

Podcast Guest, "Work This Way: A Labor & Employment Law Podcast – Episode 6: Digital Forensics & Protecting Trade Secrets", available on JD Supra at https://www.jdsupra.com/legalnews/work-this-way-a-labor-employment-law-21935/, February 21, 2024.

Presenter, "Lunch and Learn: Introduction to Computer and Mobile Device Forensics", South Carolina State Bar CLE, presented live and online in Columbia, SC, May 17, 2024.

Co-Presenter with Troutman Pepper Locke, "Corporate Espionage: What to Do When Insiders Go Rogue", Association of Corporate Counsel, Georgia Chapter, presented live in Atlanta, Georgia, January 15, 2025.

**WALTON AFFIDAVIT**

**EXHIBIT 2**

1.      LNK Files.xlsx

2.      Locally Accessed Files and Folders.xlsx

3.      Microsoft Excel Documents.xlsx

4.      Microsoft Office 365 MRU Documents.xlsx

5.      Microsoft PowerPoint Documents.xlsx

6.      Microsoft Sticky Notes.xlsx

7.      Microsoft Word Documents.xlsx

8.      Chrome Downloads.xlsx

9.      Chrome Keyword Search Terms.xlsx

10.     Chrome Web Visits.xlsx

11.     Cloud Services URLs.xlsx

12.     CSV Documents.xlsx

13.     Edge_Internet Explorer 10-11 Main History.xlsx

14.     Firefox Web Visits.xlsx

15.     Google Drive File Entry.xlsx

16.     Google Drive Items.xlsx

17.     Google Drive Media Record.xlsx

18.     Google Searches.xlsx

19.     Jump Lists.xlsx

20.     Recycle Bin.xlsx

21.     Shellbags.xlsx

22.     USB Devices.xlsx

23.     WebKit Browser Web History (Carved).xlsx

24.     Windows Event Logs - Storage Device Events.xlsx

25.     MRU Opened_Saved Files.xlsx

26.     MRU Recent Files And Folders.xlsx

27.     OneDrive.xlsx

28.     Parsed Search Queries.xlsx

29.     PDF Documents.xlsx

30.     Rebuilt Webpages.xlsx

Exhibit 3

## Forensic Review Protocol

The following protocol (the "Protocol") will govern the production of electronically stored information ("ESI") and the examination of electronic storage devices ("ESD") to be inspected as part of this agreement between Joe Gibbs Racing, LLC (the "Company" or "JGR") and Christopher Gabehart ("Gabehart") (collectively, the "Parties"). The Company has retained Reliance Forensics, LLC ("Reliance" or "Forensic Expert") to conduct the forensic imaging and/or review of Gabehart's ESD and ESI.

**Preservation of Gabehart's Devices and ESI**: The Company's primary objective is to conduct an inspection of Gabehart's devices and accounts to locate any confidential Company information that Gabehart may have in his possession. The Company seeks to obtain copies of such confidential Company information, to determine what access was made to and what use and further dissemination or transfer of such information was made, and to then ensure the removal of that information from Gabehart's possession in a manner that neither damages the devices nor the contents thereof.

Gabehart's devices and accounts to be inspected and imaged are as follows:

- Gabehart's personal cell phone (which is acknowledged to contain photos of documents that Gabehart prepared that also contain Company information); and

- Gabehart's Google Drive account (which is acknowledged to contain a folder Titled "Spire" and a subfolder titled "Past Setups" regarding Gabehart's notes).

- Gabehart certifies that the only confidential Company information in his possession and control is either on his personal cell phone or in his personal Google Drive account. To that effect, Gabehart shall execute the Declaration of Christopher Gabehart attached hereto as **Exhibit A** contemporaneously with executing this Protocol.

**Review of Devices and Accounts**: Any devices or accounts identified for inspection will have mirror image or, as applicable, forensic extraction ("Images"), created by the Forensic Expert. The Forensic Expert will create the Images in a format that preserves and secures the original data in a format that can be searched.

**Forensic Analysis and Secure Deletion**: The Forensic Expert shall examine the Images for the sole purpose of determining whether any confidential, proprietary, or trade secret information belonging to the Company ("Company Information") remains in Gabehart's possession, custody, or control. In doing so, Forensic Expert shall examine the Images to determine whether any such Company Information is stored thereon, whether in an active or deleted state. Forensic Expert shall not use devices and storage media tendered for examination, or any information or credentials derived from same, to access any electronic information not present on the devices and storage media when tendered for examination. This prohibition includes but is not limited to accessing private online or Cloud accounts, email accounts or servers, private social media sites and banking and credit card accounts and transactions to the extent they are not accessed for the purposes of locating Company Information.

Forensic Expert may use a variety of approaches to identify potential data, including, but not limited to:

a) Comparing files on the Images against known Company files;
b) Performing a search for "JGR," "Joe Gibbs Racing," or any other name commonly used to refer to the Company within the content and metadata of files;
c) Performing a search for the Company's sponsor names or the Company's teams or equipment within the content and metadata of files; and
d) Performing searches for keywords as agreed to by the Parties that are reasonably targeted at identifying Company data.

At the time Forensic Expert prepares the Images, he will also permanently delete any known Company Information that is on Gabehart's personal cell phone including above referenced photos of documents that Gabehart prepared that also contain Company Information.

Upon the Forensic Expert completing preparation of the Images, Gabehart may retain possession of the devices and accounts imaged before the Forensic Expert permanently deletes any Company Information contained on Gabehart's devices and accounts. During such time, Gabehart shall not access, modify or otherwise alter any Company Information stored on any of his devices or accounts and shall not transmit, copy or otherwise retain any Company Information stored on any of his devices or accounts. Prior to permanently deleting any Company Information stored on Gabehart's devices or accounts, the Forensic Expert shall confirm no Company Information was accessed, modified, otherwise altered, transmitted or electronically copied. Should the Forensic Expert determine any Company Information was accessed, modified, otherwise altered, transmitted or electronically copied while Gabehart was in possession of the devices or accounts after the Images were created, Gabehart shall bear the costs of the Forensic Expert conducting a second imaging of the devices and accounts consistent with the procedure outlined above.

To the extent the Forensic Expert has direct or indirect access to information protected by attorney-client privilege, such access will not result in a waiver of attorney-client privilege.

All data and analyses governed by this Protocol are deemed protected material. Possession of such material is limited to the Forensic Expert and the counsel for the parties. Counsel may only share or review the protected material with their respective clients after counsel has had the opportunity to review the data extracted by the Forensic Expert for privilege and personal documents.

Any data or reporting resulting from the forensic analysis will first be produced to counsel for Gabehart. No data will be provided to counsel for JGR (or JGR) until it has been reviewed and released by counsel for Gabehart. Counsel for Gabehart may withhold from production to counsel for JGR only those items deemed in good faith to constitute privileged and/or purely personal materials. Review by counsel for Gabehart shall be completed in a timely fashion after receipt of such data and analyses from the Forensic Examiner.

After completing its review, counsel for Gabehart shall release to counsel for JGR any Company Information received from the Forensic Examiner, excluding those items withheld as privileged and/or purely personal materials. When counsel for Gabehart transmits such data and analyses to counsel for JGR, a listing of the data that was forwarded to counsel for Gabehart will be included with the data. This index will include file name, file path, the dates created, last

accessed and last modified, and the file size, as feasible. Data not in the form of a file will be identified on the listing in a reasonably clear and practical manner. Counsel for Gabehart will identify on the listing any items that will not be produced and the basis for withholding such items. If counsel for JGR believes that any items were improperly withheld from production, the parties agree to promptly discuss and attempt to resolve the dispute. If such dispute is not resolved through discussion, the parties agree to submit the issue to the Forensic Examiner to make a binding determination of whether withheld items constitute privileged and/or purely personal materials.

Counsel for JGR shall be permitted to share Company Information released by counsel for Gabehart directly with any officers or employees of JGR reasonably needed to review and understand such data and analysis. Upon reviewing the data and analyses provided by Forensic Expert and reviewed by Gabehart's counsel per this protocol, if the Company determines Gabehart is in possession of its documents, specifically those containing confidential, proprietary, or trade secret information, the Company may instruct the Forensic Expert to extract and/or safely delete the Company's files from Gabehart's devices and accounts. Gabehart does not take issue with and agrees to cooperate with the secure extraction and/or deletion of files solely relating to the Company Information or its files from his accounts and/or devices. Following the examination, Forensic Examiner will certify that any files containing Company Information have been extracted and deleted from Gabehart's devices and accounts.

**Miscellaneous**: The Parties acknowledge and agree: (a) that they are entering into the Protocol voluntarily; (b) they consent to Reliance performing the work as described herein; and (c) the undersigned have the authority to execute this Protocol on behalf of the Parties. The Company specifically reserves the right to pursue any and all available legal remedies relating to Gabehart's conduct. Gabehart specifically reserves the right to pursue any and all available legal remedies relating to the Company's conduct. This Protocol shall not be construed as a waiver of any of the Company's or Gabehart's potential rights and remedies.

Date:

_Tory Jan Summey_  1/9/26

Tory Summey

*Counsel for Company*

Date: 1/9/26

Cary Davis

*Counsel for Gabehart*

## EXHIBIT A: DECLARATION OF CHRISTOPHER GABEHART

I, Christopher Gabehart, declare as follows:

1.      I am over 18 years of age and have personal knowledge of the facts contained in this Declaration.

2.      As of the date of this Declaration, I have conducted a reasonable search of my files, accounts, and devices.

3.      Based on that search, the only confidential information I have in my possession or control relating to Joe Gibbs Racing, LLC ("JGR") is either on my personal cell phone or in my personal Google Drive account.

4.      Except for the locations identified above, I have not located and am not otherwise aware of being in possession of any additional confidential information relating to JGR.

5.      Since November 1, 2025, I have not transferred confidential information belonging to JGR to any third party, including my spouse, nor have I intentionally allowed any third party, including my spouse, to view any confidential information belonging to JGR.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of January, 2026.

Christopher Gabehart

Exhibit 4

| BegDoc | BegAttach | Unified Title | File Name | File Extension |
|---|---|---|---|---|
| CTRL0000001 | CTRL0000001 | 25Atl2 End Race eLap Cold.pdf | 25Atl2 End Race eLap Cold.pdf | PDF |
| CTRL0000002 | CTRL0000002 | 25BG Excel 6 car.pdf | 25BG Excel 6 car.pdf | PDF |
| CTRL0000003 | CTRL0000003 | 25Bri2 End Race eLap Cold.pdf | 25Bri2 End Race eLap Cold.pdf | PDF |
| CTRL0000004 | CTRL0000004 | 25CSC End Race eLap Cold.pdf | 25CSC End Race eLap Cold.pdf | PDF |
| CTRL0000005 | CTRL0000005 | 25Cha End Race eLap Cold.pdf | 25Cha End Race eLap Cold.pdf | PDF |
| CTRL0000006 | CTRL0000006 | 25Cota End Race eLap Cold.pdf | 25Cota End Race eLap Cold.pdf | PDF |
| CTRL0000007 | CTRL0000007 | 25Dar2 End Race eLap Cold.pdf | 25Dar2 End Race eLap Cold.pdf | PDF |
| CTRL0000008 | CTRL0000008 | 25Dov End Race eLap Cold.pdf | 25Dov End Race eLap Cold.pdf | PDF |
| CTRL0000009 | CTRL0000009 | 25Gat End Race eLap Cold.pdf | 25Gat End Race eLap Cold.pdf | PDF |
| CTRL0000010 | CTRL0000010 | 25Hom End Race eLap Cold.pdf | 25Hom End Race eLap Cold.pdf | PDF |
| CTRL0000011 | CTRL0000011 | 25Ind End Race eLap Cold.pdf | 25Ind End Race eLap Cold.pdf | PDF |
| CTRL0000012 | CTRL0000012 | 25Iowa End Race eLap Cold.pdf | 25Iowa End Race eLap Cold.pdf | PDF |
| CTRL0000013 | CTRL0000013 | 25Kan2 End Race eLap Cold.pdf | 25Kan2 End Race eLap Cold.pdf | PDF |
| CTRL0000014 | CTRL0000014 | 25Las2 Post Race Analytics.pdf.pdf | 25Las2 Post Race Analytics.pdf.pdf | PDF |
| CTRL0000015 | CTRL0000015 | 25Las2 Race eLap Cold.pdf | 25Las2 Race eLap Cold.pdf | PDF |
| CTRL0000016 | CTRL0000016 | 25Mar2 End Race eLap Cold.pdf | 25Mar2 End Race eLap Cold.pdf | PDF |
| CTRL0000017 | CTRL0000017 | 25Mex End Race eLap Cold.pdf | 25Mex End Race eLap Cold.pdf | PDF |
| CTRL0000018 | CTRL0000018 | 25Mic End Race eLap Cold.pdf | 25Mic End Race eLap Cold.pdf | PDF |
| CTRL0000019 | CTRL0000019 | 25NWB End Race eLap Cold.pdf | 25NWB End Race eLap Cold.pdf | PDF |
| CTRL0000020 | CTRL0000020 | 25Nash End Race eLap Cold.pdf | 25Nash End Race eLap Cold.pdf | PDF |
| CTRL0000021 | CTRL0000021 | 25Pho2 Race eLap Hot.pdf | 25Pho2 Race eLap Hot.pdf | PDF |
| CTRL0000022 | CTRL0000022 | 25Poc End Race eLap Cold.pdf | 25Poc End Race eLap Cold.pdf | PDF |
| CTRL0000023 | CTRL0000023 | 25Ric End Race eLap Cold.pdf | 25Ric End Race eLap Cold.pdf | PDF |
| CTRL0000024 | CTRL0000024 | 25Son End Race eLap Cold.pdf | 25Son End Race eLap Cold.pdf | PDF |
| CTRL0000025 | CTRL0000025 | 25Tex End Race eLap Cold.pdf | 25Tex End Race eLap Cold.pdf | PDF |
| CTRL0000026 | CTRL0000026 | 25WG End Race eLap Cold.pdf | 25WG End Race eLap Cold.pdf | PDF |
| CTRL0000027 | CTRL0000027 | 25pho2 Dyno Results.pdf | 25pho2 Dyno Results.pdf | PDF |
| CTRL0000028 | CTRL0000028 | 25pho2 Post-Race Diffuser Skirts.pdf | 25pho2 Post-Race Diffuser Skirts.pdf | PDF |
| CTRL0000029 | CTRL0000029 | 25pho2 Post-Race Survey.pdf | 25pho2 Post-Race Survey.pdf | PDF |
| CTRL0000030 | CTRL0000030 | 25pho2 Qual eLap.pdf | 25pho2 Qual eLap.pdf | PDF |
| CTRL0000031 | CTRL0000031 | 25pho2 Shift Points.pdf | 25pho2 Shift Points.pdf | PDF |
| CTRL0000032 | CTRL0000032 | 25pho2 Tire Sets.pdf | 25pho2 Tire Sets.pdf | PDF |
| CTRL0000033 | CTRL0000033 | CG Org Chart.pdf | CG Org Chart.pdf | PDF |
| CTRL0000034 | CTRL0000034 | CG's Org Chart Notes.pdf | CG's Org Chart Notes.pdf | PDF |
| CTRL0000035 | CTRL0000035 | Hauler Project.pdf | Hauler Project.pdf | PDF |
| CTRL0000036 | CTRL0000036 | JGR Fuel Tracking Process.pdf.pdf | JGR Fuel Tracking Process.pdf.pdf | PDF |
| G00000001 | G00000001 | | 0_34725_JGR_Pit_Crew_2023_Interview_12072022.pdf.txt | TXT |
| G00000003 | G00000003 | | 20230928_NCS_CHA_BuildCompare_JGR_DS.pdf | PDF |
| G00000009 | G00000009 | | JGR_Pit_Crew_2023_Interview_12072022.pdf | PDF |
| G00000010 | G00000010 | | 20251107_145324.jpg | JPG |
| G00000011 | G00000011 | | 101285.jpeg | JPG |
| G00000012 | G00000012 | | 131361.jpeg | JPG |
| G00000013 | G00000013 | | Screenshot_20250402_211120_OneNote.jpg | JPG |
| G00000014 | G00000014 | | 20241102_163122.jpg | JPG |
| G00000015 | G00000015 | | 20211112_160241.jpg | JPG |
| G00000016 | G00000016 | | Screenshot_20250521_223556_X.jpg | JPG |

| | | | | |
|---|---|---|---|---|
| G00000017 | G00000017 | | Screenshot_20250124_093414_OneNote.jpg | JPG |
| G00000018 | G00000018 | | IMG_20250510_121307.jpg | JPG |
| G00000019 | G00000019 | | 20251107_145519.jpg | JPG |
| G00000020 | G00000020 | | 20210625_161747.jpg | JPG |
| G00000021 | G00000021 | | 109052.jpeg | JPG |
| G00000022 | G00000022 | | 20231006_095228.jpg | JPG |
| G00000023 | G00000023 | | 20231006_093657.jpg | JPG |
| G00000024 | G00000024 | | 20211021_101357.jpg | JPG |
| G00000025 | G00000025 | | Screenshot_20250620_140710_OneDrive.jpg | JPG |
| G00000026 | G00000026 | | 20251107_144600.jpg | JPG |
| G00000027 | G00000027 | | Screenshot_20241006_190204_Sleeper.jpg | JPG |
| G00000028 | G00000028 | | 20210625_164606.jpg | JPG |
| G00000029 | G00000029 | | 114063.jpeg | JPG |
| G00000030 | G00000030 | | 20210913_195117.jpg | JPG |
| G00000031 | G00000031 | | 20250511_101919.jpg | JPG |
| G00000032 | G00000032 | | 111458.jpeg | JPG |
| G00000033 | G00000033 | | 113493.jpeg | JPG |
| G00000034 | G00000034 | | Screenshot_20250714_151715_Slack.jpg | JPG |
| G00000035 | G00000035 | | 20250513_094430.jpg | JPG |
| G00000036 | G00000036 | | 20250726_195805.jpg | JPG |
| G00000037 | G00000037 | | 20211205_082711.jpg | JPG |
| G00000038 | G00000038 | | Screenshot_20250414_200233_Adobe Acrobat.jpg | JPG |
| G00000039 | G00000039 | | 20251015_152046.jpg | JPG |
| G00000040 | G00000040 | | 20210625_161621.jpg | JPG |
| G00000041 | G00000041 | | 0000GJGR.bin | PNG |
| G00000042 | G00000042 | | Screenshot_20240826_131404_OneNote.jpg | JPG |
| G00000043 | G00000043 | | 20251107_144654.jpg | JPG |
| G00000044 | G00000044 | | 2250cff2-2407-460b-b708-c526cb3ee248.jpg | JPG |
| G00000045 | G00000045 | | Screenshot_20240819_192056_Slack.jpg | JPG |
| G00000046 | G00000046 | | 20220228_103044.jpg | JPG |
| G00000047 | G00000047 | | 0000CJGR.bin | JPG |
| G00000048 | G00000048 | | 20231006_095222.jpg | JPG |
| G00000049 | G00000049 | | 20211112_160313.jpg | JPG |
| G00000050 | G00000050 | | Screenshot_20240618_204753_Outlook.jpg | JPG |
| G00000051 | G00000051 | | 20231203_093925.jpg | JPG |
| G00000052 | G00000052 | | 20231203_094422.jpg | JPG |
| G00000053 | G00000053 | | Screenshot_20241020_162717_Adobe Acrobat.jpg | JPG |
| G00000054 | G00000054 | | 103860.jpeg | JPG |
| G00000055 | G00000055 | | 20210625_161812.jpg | JPG |
| G00000056 | G00000056 | | Screenshot_20210910-192947_Chrome.jpg | JPG |
| G00000057 | G00000057 | | 20210625_161634.jpg | JPG |
| G00000058 | G00000058 | | 20211112_170650.jpg | JPG |
| G00000059 | G00000059 | | Screenshot_20240816_100110_OneNote.jpg | JPG |
| G00000060 | G00000060 | | 20231006_100024.jpg | JPG |
| G00000061 | G00000061 | | 20210913_195426.jpg | JPG |
| G00000062 | G00000062 | | 20210625_161911.jpg | JPG |

| G00000063 | G00000063 | | 20251107_145315.jpg | JPG |
|---|---|---|---|---|
| G00000064 | G00000064 | | IMG_20250504_143744.jpg | JPG |
| G00000065 | G00000065 | | 20210625_162543.jpg | JPG |
| G00000066 | G00000066 | | Screenshot_20240809_204921_OneNote.jpg | JPG |
| G00000067 | G00000067 | | 20251107_144806.jpg | JPG |
| G00000068 | G00000068 | | 6b0b153a-419a-4cf2-b44a-7804bddbe15c.jpg | JPG |
| G00000069 | G00000069 | | 106917.jpeg | JPG |
| G00000070 | G00000070 | | 20231006_095451.jpg | JPG |
| G00000071 | G00000071 | | 20210625_161848.jpg | JPG |
| G00000072 | G00000072 | | 20211112_160855.jpg | JPG |
| G00000073 | G00000073 | | 20251107_144703.jpg | JPG |
| G00000074 | G00000074 | | 20210913_202652.jpg | JPG |
| G00000075 | G00000075 | | Screenshot_20250324_221253_OneDrive.jpg | JPG |
| G00000076 | G00000076 | | 103827.jpeg | JPG |
| G00000077 | G00000077 | | Screenshot_20240815_134528_Adobe Acrobat.jpg | JPG |
| G00000078 | G00000078 | | Screenshot_20250201_100326_X.jpg | JPG |
| G00000079 | G00000079 | | 20231004_081437.jpg | JPG |
| G00000080 | G00000080 | | Screenshot_20251006_203705_X.jpg | JPG |
| G00000081 | G00000081 | | 00005JGR.bin | PNG |
| G00000082 | G00000082 | | 20251107_144747.jpg | JPG |
| G00000083 | G00000083 | | 20251107_144824.jpg | JPG |
| G00000084 | G00000084 | | 20211205_082827.jpg | JPG |
| G00000085 | G00000085 | | 20231203_094816.jpg | JPG |
| G00000086 | G00000086 | | Screenshot_20241029_214535_OneNote.jpg | JPG |
| G00000087 | G00000087 | | 20250927_123211.jpg | JPG |
| G00000088 | G00000088 | | Screenshot_20250512_215449_Excel.jpg | JPG |
| G00000089 | G00000089 | | 20210913_195444.jpg | JPG |
| G00000090 | G00000090 | | 20231203_094405.jpg | JPG |
| G00000091 | G00000091 | | 111300.jpeg | JPG |
| G00000092 | G00000092 | | 20250511_094318.jpg | JPG |
| G00000093 | G00000093 | | 20211205_082848.jpg | JPG |
| G00000094 | G00000094 | | 20211112_165247.jpg | JPG |
| G00000095 | G00000095 | | 112906.jpeg | JPG |
| G00000096 | G00000096 | | Screenshot_20241023_222427_Adobe Acrobat.jpg | JPG |
| G00000097 | G00000097 | | Screenshot_20210910-224413_Chrome.jpg | JPG |
| G00000098 | G00000098 | | 20231006_094316.jpg | JPG |
| G00000099 | G00000099 | | 20211205_082528.jpg | JPG |
| G00000100 | G00000100 | | 20210913_195411.jpg | JPG |
| G00000101 | G00000101 | | 20211002_144057.jpg | JPG |
| G00000102 | G00000102 | | 20251107_144543.jpg | JPG |
| G00000103 | G00000103 | | 20210913_195419.jpg | JPG |
| G00000104 | G00000104 | | 20231203_093917.jpg | JPG |
| G00000105 | G00000105 | | IMG_20250518_211957.jpg | JPG |
| G00000106 | G00000106 | | DAcjgRwK0a4CE-eMJW1LrD0d-GI.cnt | JPG |
| G00000107 | G00000107 | | Screenshot_20250610_193850_Excel.jpg | JPG |
| G00000108 | G00000108 | | PART_1750899211756_image000000.jpg | JPG |

| | | | | |
|---|---|---|---|---|
| G00000109 | G00000109 | | 20211112_165205.jpg | JPG |
| G00000110 | G00000110 | | 20251107_145232.jpg | JPG |
| G00000111 | G00000111 | | 20211112_160230.jpg | JPG |
| G00000112 | G00000112 | | 20251003_085829.jpg | JPG |
| G00000113 | G00000113 | | Screenshot_20250613_194928_X.jpg | JPG |
| G00000114 | G00000114 | | 20211112_160337.jpg | JPG |
| G00000115 | G00000115 | | PART_1756593351034_4f1ebacf-5ca0-4a7b-92d5-e171d18dde64.jpg | JPG |
| G00000116 | G00000116 | | 1Y-JgRBUFINhdGPqvFibMt6m9okVK5nEw.jpg | JPG |
| G00000117 | G00000117 | | 109048.jpeg | JPG |
| G00000118 | G00000118 | | 20250726_175912.jpg | JPG |
| G00000119 | G00000119 | | 20231006_095333.jpg | JPG |
| G00000120 | G00000120 | | 20211112_165158.jpg | JPG |
| G00000121 | G00000121 | | 20211112_170849.jpg | JPG |
| G00000122 | G00000122 | | 20251015_152039.jpg | JPG |
| G00000123 | G00000123 | | 20231006_094401.jpg | JPG |
| G00000124 | G00000124 | | 20251018_121554.jpg | JPG |
| G00000125 | G00000125 | | 20251107_145641.jpg | JPG |
| G00000126 | G00000126 | | 20250706_114510.jpg | JPG |
| G00000127 | G00000127 | | 20231203_094215.jpg | JPG |
| G00000128 | G00000128 | | 111456.jpeg | JPG |
| G00000129 | G00000129 | | Screenshot_20250408_221855_OneNote.jpg | JPG |
| G00000130 | G00000130 | | Screenshot_20241103_232229_X.jpg | JPG |
| G00000131 | G00000131 | | PART_1684256761408_JGR_154_C.jpg | JPG |
| G00000132 | G00000132 | | 20211205_082553.jpg | JPG |
| G00000133 | G00000133 | | 20231006_093855.jpg | JPG |
| G00000134 | G00000134 | | 20250116_173657.jpg | JPG |
| G00000135 | G00000135 | | 20251107_150003.jpg | JPG |
| G00000136 | G00000136 | | 20251107_145306.jpg | JPG |
| G00000137 | G00000137 | | Screenshot_20241103_232444_X.jpg | JPG |
| G00000138 | G00000138 | | 113379.jpeg | JPG |
| G00000139 | G00000139 | | 101284.jpeg | JPG |
| G00000140 | G00000140 | | Screenshot_20251030_200140_Adobe Acrobat.jpg | JPG |
| G00000141 | G00000141 | | 20251015_152721.jpg | JPG |
| G00000142 | G00000142 | | 20211002_143744.jpg | JPG |
| G00000143 | G00000143 | | 20211112_165152.jpg | JPG |
| G00000144 | G00000144 | | 113378.jpeg | JPG |
| G00000145 | G00000145 | | PART_1753897588531_11ea2f24-3fea-4eee-8885-be273886812f.jpg | JPG |
| G00000146 | G00000146 | | 20251107_145141.jpg | JPG |
| G00000147 | G00000147 | | 116535.jpeg | JPG |
| G00000148 | G00000148 | | 108947.jpeg | JPG |
| G00000149 | G00000149 | | 20231006_100102.jpg | JPG |
| G00000150 | G00000150 | | 20251107_144629.jpg | JPG |
| G00000151 | G00000151 | | 109412.jpeg | JPG |
| G00000152 | G00000152 | | 60a16215-1acb-4305-9e0f-d02a4bb714f0.jpg | JPG |
| G00000153 | G00000153 | | 106918.jpeg | JPG |

| | | | | |
|---|---|---|---|---|
| G00000154 | G00000154 | | 109575.jpeg | JPG |
| G00000155 | G00000155 | | 20211002_143852.jpg | JPG |
| G00000156 | G00000156 | | 20250727_123535.jpg | JPG |
| G00000157 | G00000157 | | 131362.jpeg | JPG |
| G00000158 | G00000158 | | 20251107_145258.jpg | JPG |
| G00000159 | G00000159 | | 20231006_093956.jpg | JPG |
| G00000160 | G00000160 | | Screenshot_20250911_165442_OneNote.jpg | JPG |
| G00000161 | G00000161 | | 112516.jpeg | JPG |
| G00000162 | G00000162 | | Screenshot_20250322_181053_Adobe Acrobat.jpg | JPG |
| G00000163 | G00000163 | | 103868.jpeg | JPG |
| G00000164 | G00000164 | | 20231006_094327.jpg | JPG |
| G00000165 | G00000165 | | 116539.jpeg | JPG |
| G00000166 | G00000166 | | 20250211_190111.jpg | JPG |
| G00000167 | G00000167 | | 161845.jpeg | JPG |
| G00000168 | G00000168 | | 20251107_144615.jpg | JPG |
| G00000169 | G00000169 | | 116538.jpeg | JPG |
| G00000170 | G00000170 | | 109597.jpeg | JPG |
| G00000171 | G00000171 | | Screenshot_20250610_193719_Excel.jpg | JPG |
| G00000172 | G00000172 | | 131365.jpeg | JPG |
| G00000173 | G00000173 | | 20250513_094425.jpg | JPG |
| G00000174 | G00000174 | | 109595.jpeg | JPG |
| G00000175 | G00000175 | | 20250116_160650.jpg | JPG |
| G00000176 | G00000176 | | 20231006_095522.jpg | JPG |
| G00000177 | G00000177 | | 108932.jpeg | JPG |
| G00000178 | G00000178 | | Screenshot_20250408_221750_OneNote.jpg | JPG |
| G00000179 | G00000179 | | 20211112_165254.jpg | JPG |
| G00000180 | G00000180 | | 20231006_093704.jpg | JPG |
| G00000181 | G00000181 | | 20250220_163604.jpg | JPG |
| G00000182 | G00000182 | | 20250823_134441.jpg | JPG |
| G00000183 | G00000183 | | b155cd29-302a-44dc-baeb-f101b2ed63b9.jpg | JPG |
| G00000184 | G00000184 | | Screenshot_20210910-224504_Chrome.jpg | JPG |
| G00000185 | G00000185 | | Screenshot_20250413_225957_X.jpg | JPG |
| G00000186 | G00000186 | | 20211112_170631.jpg | JPG |
| G00000187 | G00000187 | | 20250511_180213.jpg | JPG |
| G00000188 | G00000188 | | 104282.jpeg | JPG |
| G00000189 | G00000189 | | Screenshot_20250417_075110_Excel.jpg | JPG |
| G00000190 | G00000190 | | 20250322_141233.jpg | JPG |
| G00000191 | G00000191 | | 2c3fdf29-9778-4d3c-af9d-609318da2b1a.jpg | JPG |
| G00000192 | G00000192 | | 20251003_085837.jpg | JPG |
| G00000193 | G00000193 | | 20210625_162534.jpg | JPG |
| G00000194 | G00000194 | | 116533.jpeg | JPG |
| G00000195 | G00000195 | | PART_1750893049542_image000000.jpg | JPG |
| G00000196 | G00000196 | | 20210913_195052.jpg | JPG |
| G00000197 | G00000197 | | Screenshot_20240622_150312_Adobe Acrobat.jpg | JPG |
| G00000198 | G00000198 | | 20211115_143041.jpg | JPG |

| G00000199 | G00000199 | | Screenshot_20250324_221249_OneDrive.jpg | JPG |
|---|---|---|---|---|
| G00000200 | G00000200 | | Screenshot_20250415_114003_Adobe Acrobat.jpg | JPG |
| G00000201 | G00000201 | | 20231006_095234.jpg | JPG |
| G00000202 | G00000202 | | 20231201_112539.jpg | JPG |
| G00000203 | G00000203 | | 20210913_195437.jpg | JPG |
| G00000204 | G00000204 | | Screenshot_20210910-224428_Chrome.jpg | JPG |
| G00000205 | G00000205 | | dd2f11d5-969f-400c-a4c7-40f52c36c929.mp4 | MP4 |