IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-MEO-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

INDEX OF EXHIBITS TO:

DECLARATION OF CHRISTOPHER GABEHART

| EXHIBIT: | DESCRIPTION: |
|:---:|---|
| A | November 10, 2025 Email Exchange with Joe Gibbs Racing |
| B | November 7-8, 2025 Text Message Exchange |
| C | January 9, 2026 Forensic Review Protocol |
| D | January 21, 2026 Email from Forensic Examiner |
| E | February 12, 2026 Email from Forensic Examiner |
| F | November 24, 2025 Email from Joe Gibbs Racing |
| G | February 9, 2026 Letter from Joe Gibbs Racing |
| H | February 16, 2026 Confidentiality and Non-Disclosure Agreement |
| I | February 11, 2026 Letter from Robinson Bradshaw |