# EXHIBIT A

**Redacted: Attorney-Client Privilege**

---------- Forwarded message ---------
From: **Tim Carmichael** <tcarmichael@joegibbsracing.com>
Date: Mon, Nov 10, 2025, 9:51 PM
Subject: Re: [EXTERNAL]Re: JGR Separation Details
To: Chris Gabehart <chris.gabehart@gmail.com>


Received, thanks. I will forward to Coach/Pern/Heather/Eric. Please let me know if you need anything from me.

Thanks,
Tim

---

**From:** Chris Gabehart <chris.gabehart@gmail.com>
**Sent:** Monday, November 10, 2025 3:40 PM
**To:** Tim Carmichael <tcarmichael@joegibbsracing.com>
**Subject:** [EXTERNAL]Re: JGR Separation Details

11. How do we handle this internally? It is going to be a very hard thing to "keep quiet" while honoring relationships I have here.
12. Tomorrow is too soon. End of business Wednesday, at the earliest.
13. OK

The rest, I will need to think about/seek counsel and get back to you.

Thanks
Chris

On Mon, Nov 10, 2025 at 3:23 PM Tim Carmichael <tcarmichael@joegibbsracing.com> wrote:
> JGR is presenting the following for a mutual agreement for JGR and Chris to each go in a different direction immediately.
>
>   1. Base pay through the end of today 11/10/25
>   2. Bonuses earned through today - I believe that is $235k
>   3. Buyout of $100k
>   4. JGR will pay COBRA through December

5. 2-year non-solicitation contract for all employees and contract laborers who are employed/working for JGR as of 11/10/25 or are under contract as of 12/1/25 (new employees/contractors signed but starting as of our new fiscal year)
6. Chris/JGR will agree on a mutual non-disparagement language to be put in the separation agreement as an exhibit.  There will be financial and other penalties if either side breaches (JGR is Coach/Heather/Pern/Michael).
7. Chris/JGR will agree on PR talking points/when we will go public/whether there will be one release for both parties or a separate release for both parties.
8. JGR will turn off building and computer access as of 11/10/25.
9. Chris turns in computer/credit card/keys/etc by 11/14/25.
10. Chris turns in company car no later than 11/26/25.
11. If asked, both sides will represent publicly that Chris is on vacation until the agreement is final.
12. Chris will let Tim know by tomorrow what he accepts and if there is anything he does not accept he will present a counter proposal or additional points by tomorrow.
13. Once both sides complete the items on this list, JGR will present a mutual release contract to Chris within 24 hours.

Please let me know if there is anything you want me to present to Coach/Heather differently, otherwise I will send the same email to them.

Thanks,
Tim