# EXHIBIT B

# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 8 | Date Range: 11/7/2025 - 11/8/2025 |

## Outline of Conversations

 **4e44908a9e105e7a516afaeebb683f94b23579cbed0584f6d8b2c29372fd1e52** • 8 messages between 11/7/2025 - 11/8/2025 • Gabehart, Chris <N/A> • Tim Carmichael <+17045330685>

**Messages in chronological order** (times are shown in GMT -05:00)

💬 **4e44908a9e105e7a516afaeebb683f94b23579cbed0584f6d8b2c29372fd1e52**

**CG**    **Gabehart, Chris <N/A>**    ◄ 11/7/2025, 7:01 PM

Do you think its telling that I haven't heard from one person, other than Coach, since all of this with me started a couple of weeks ago? (Excluding you, of course).

**TC**    **Tim Carmichael <+17045330685>**    ► 11/7/2025, 7:02 PM

Not really. It tells me that you and Coach are keeping it to yourselves. How was your talk?

**CG**    **Gabehart, Chris <N/A>**    ◄ 11/7/2025, 7:04 PM

I know Heather knows. And I'm sure Dave knows. So, I more so meant that level.

Amicable. But I don't think we're gonna get there. Plan to talk again on Monday.

**TC**    **Tim Carmichael <+17045330685>**    ► 11/7/2025, 7:07 PM

10-4. I'm still hoping you can work it out but I understand why it is unlikely.

**CG**    **Gabehart, Chris <N/A>**    ◄ 11/7/2025, 7:10 PM

Is anything I wrote unreasonable?

**TC**    **Tim Carmichael <+17045330685>**    ► 11/7/2025, 7:12 PM

I just skimmed it. I'll read it more closely in the morning and let you know my thoughts

**TC**    **Tim Carmichael <+17045330685>**    ► 11/8/2025, 8:21 AM

I wouldn't say unreasonable, but some of your conclusions I don't necessarily agree with.

This is all a little difficult for me to comment on because I don't believe your actual role was what Coach said it would be. It is difficult for me because I believe what is best for JGR is for you to run competition not everything…. But that is irrelevant because that is not what you want and not what you were told you would have.

I read this as you are done and you want to tell him all the things they did wrong on your way out. I don't have an issue with you voicing your opinions, but I wish it was in a tone that was trying to solve the issues. I do not read your email as trying to reach a place you could both live with and where JGR could be successful and I wish you were seeking a different outcome, though I don't blame you.

**CG**    **Gabehart, Chris <N/A>**    ◄ 11/8/2025, 8:39 AM

Well, without the meetings context, what I wrote missed the mark then.

My intentions are to be honest with my issues as of today so, through awareness, we can work to resolve them.

Ultimately, I have a hard time understanding how all of it isn't part of competition, outside of keeping up with the business aspects of the decisions we make which I would gladly leave to someone like you. In fact, I thought you've said all along that you felt like what Michael was hired to do and what he had drawn up as competition director was 2 roles where you thought it should be one.

The 54 piece is obviously the hard one, in the end. I fundamentally believe how it is being handled isn't what's best for the company. And, though I 100% agree its his right to do what he wants for his family and would never want to take that away from him (and told him so), I can't support something of that magnitude that I think isn't good for the company.