# EXHIBIT D

| | |
|---|---|
| **From:** | Edgar Fritz <edgarf@relianceforensics.com> |
| **Sent:** | Wednesday, January 21, 2026 10:22 AM |
| **To:** | Summey, Tory I.; Clark Walton |
| **Cc:** | Fiona Kincaid; Wiles, Spencer; Davis, Cary; Middlebrooks, Charlie G. |
| **Subject:** | RE: Gabehart Review Follow Up |

**WARNING:** External Email

Following up on the question regarding the initially identified images.

The only thing I can attest to is what I am able to analyze from the phone data.

There are three instances of each filename for each of the photos in question. The folder paths for each of the files were:
**/data/media/0/DCIM/Other** folder which is a subfolder in the default location images are stored when taken with the phone's camera.
**/Google_Photos_chris.gabehart@gmail.com/local_media/** and
**/Google_Photos_chris.gabehart@gmail.com/remote_media/** folders which are folders for Google Photos.
I did not locate any text message or email attachments with the files.

That being said, this does not exclude the possibility of such files being sent via email from a web portal, being sent via text massage then deleted the message, shared directly via Google Photos or any other fileshare site.


Edgar Fritz, MSRA, CCME
Forensic Examiner



**5950 Fairview Road, Suite 711**
**Charlotte, NC 28210**
Tel: (980) 335-0710
edgarf@relianceforensics.com
www.relianceforensics.com

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Friday, January 16, 2026 9:06 AM
**To:** Clark Walton <clark@relianceforensics.com>
**Cc:** Edgar Fritz <edgarf@relianceforensics.com>; Fiona Kincaid <fionak@relianceforensics.com>; Wiles, Spencer <swiles@rbh.com>; Davis, Cary <cdavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** Gabehart Review Follow Up

Clark and team - Spencer and I just spoke and think it makes sense to get everyone on a single thread.

We want to focus everyone's efforts in the right direction and make sure that there are no miscommunications.  To that end, Spencer and I have discussed and think the process should move as follows under the protocol:
1. **Manual Review:** Reliance manual review of Google Drive (in particular the "Past Setups" folder) and Samsung Phone camera role to determine if there are any documents containing confidential JGR information.  If so, send those documents to Spencer and Cary for review.
2. **Search Terms:** Reliance running agreed search terms to determine if there are any documents containing JGR information not captured by the manual review.
    a. If the search terms return a large universe of hits, we would like to discuss narrowing the searches.  Please let us know how many hits were identified initially.
    b. If we can get to a manageable number of hits (let's say ~1,000 and fewer), then the Reliance team would review the hits, determine whether a document appears to contain confidential JGR information. If so, send those documents to Spencer and Cary for review.
    c. At this time, the parties do not need to see a full hit report.

I appreciate everyone's flexibility.  This is certainly not an ordinary review as the parties are trying to balance time and costs with conducting a fulsome review of the materials.  I'm traveling today, but let me know if it would be helpful to have a call.

Spencer/Cary - Jump in if I missed anything.

Tory


_____

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**PRIVILEGED AND CONFIDENTIAL:** This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.