# EXHIBIT E

| | |
|---|---|
| **From:** | Clark Walton <clark@relianceforensics.com> |
| **Sent:** | Thursday, February 12, 2026 10:56 PM |
| **To:** | Wiles, Spencer; 'Summey, Tory I.'; Edgar Fritz; Fiona Kincaid |
| **Cc:** | Davis, Cary; Middlebrooks, Charlie G. |
| **Subject:** | Re: JGR/Gabehart |

**WARNING:** External Email

Thank you Spencer. I had emailed Tory along these lines earlier in the week but I don't think I copied you - we certify that the requested deletions below were completed on Mr. Gabehart's cell phone and cloud accounts (Google Drive/Google Photos) last Friday. Kind regards-

Clark

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Thursday, February 12, 2026 4:55 PM
**To:** 'Summey, Tory I.' <torysummey@parkerpoe.com>; Clark Walton <clark@relianceforensics.com>; Edgar Fritz <edgarf@relianceforensics.com>; Fiona Kincaid <fionak@relianceforensics.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>
**Subject:** RE: JGR/Gabehart

Edgar and Clark –

I understand that the files/images identified in Tory's email below were deleted from Mr. Gabehart's devices when he came into your office last week.

Can you please provide the certification that is contemplated in the Forensic Review Protocol that confirms the deletions occurred?

Thank you.

**Spencer T. Wiles**

**Robinson Bradshaw**
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Thursday, February 5, 2026 9:14 AM
**To:** clark@relianceforensics.com; edgarf@relianceforensics.com; fionak@relianceforensics.com

1

**Cc:** Wiles, Spencer <SWiles@rbh.com>; Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** JGR/Gabehart

**WARNING:** External Email

---

Clark:

Counsel have conferred and agreed that each of the documents listed in the attached spreadsheet should be deleted from Mr. Gabehart's Google Drive and cell phone per the protocol. Documents with a CTRL# are located on the Google Drive. Documents with a G# are located on the cell phone.

Would you please confirm that your team still has the credentials to access Mr. Gabehart's Google Drive. If so, you can delete the identified documents in the Google Drive at your convenience. Please let us know when that is complete.

Separately, please let the group know when your team is available for Mr. Gabehart to bring his phone to your office to complete the deletion of the materials stored on his phone.

Finally, nearly all of the files on the phone are photos are on the camera role. From Edgar's 1/21 email I understand that there are three instances of each filename for each of the photos in question. The folder paths for each of the files were:
(1) **/data/media/0/DCIM/Other** folder which is a subfolder in the default location images are stored when taken with the phone's camera;
(2) **/Google_Photos_chris.gabehart@gmail.com/local_media/** and
(3) **/Google_Photos_chris.gabehart@gmail.com/remote_media/** folders which are folders for Google Photos.

We would like to move forward with deleting each instance of these photos. Please let us know if you need any additional information to complete this deletion.

Spencer/Cary - Please jump in if any of the above is contrary to what we discussed.

_____

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at

www.parkerpoe.com

**PRIVILEGED AND CONFIDENTIAL:** This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.