# EXHIBIT F

**Redacted: Attorney-Client Privilege**

---------- Forwarded message ---------
From: **Toni Rogers** <trogers@joegibbsracing.com>
Date: Mon, Nov 24, 2025 at 9:13 PM
Subject: RE: [EXTERNAL]COBRA
To: Chris Gabehart <chris.gabehart@gmail.com>

Hey Chris,

Activating Cobra is a fairly simple process and you'll actually have 60 days from your last day of coverage (assuming this will be 11/30/2025). The one small caveat for HR is they will need to terminate your employment to trigger the qualifying event to be eligible. I'm awaiting to tell them anything until I get more information.

Flores and Associates is the company who administers our Cobra program. They will provide you with all the necessary information. If we get back from Thanksgiving break and we are still in limbo, reach out and I can work with Polly to be sure you get the necessary information in a timely manner.

Please don't hesitate to reach out if you have any additional questions.

Toni Rogers
Chief People Officer

Joe Gibbs Racing
O:704-944-5462

**From:** Chris Gabehart <chris.gabehart@gmail.com>
**Sent:** Monday, November 24, 2025 8:58 PM
**To:** Toni Rogers <trogers@joegibbsracing.com>
**Subject:** [EXTERNAL]COBRA

Hey Toni, as this unfortunately drags on, I wanted to start the steps of understanding what I would need to do to extend our insurance into December via COBRA.

Thanks in advance for your help.

Chris