# EXHIBIT G



February 9, 2026

Christopher Gabehart

Mr. Gabehart,

    Joe Gibbs Racing, LLC ("JGR") hereby terminates your Employment Agreement under Sections 4(b)(i), (iii), and (iv). JGR has made this determination in good faith based on your violations of Section 5 of the Employment Agreement, JGR policies and procedures relating to the safeguarding of confidential information, and the North Carolina Trade Secrets Protection Act and federal Defend Trade Secrets Act of 2016. Specifically, you misappropriated JGR's confidential information and trade secrets to personal accounts and devices with the intent to use and/or disclose this information to a direct competitor of JGR's. This behavior which was recently confirmed by a third-party forensic review of your personal cell phone and personal Google Drive account.

                                                      Joe Gibbs
                                                      Owner

13415 REESE BOULEVARD • HUNTERSVILLE, NC 28078 • PHONE: 704/944-5000 • FAX: 704/944-5059