# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No.: 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>     Defendants. | **AFFIDAVIT OF SERVICE** |

I, Charles G. Middlebrooks, being first duly sworn, depose and state the following:

1. I am over 18 years of age, under no disability, and have personal knowledge of the facts set forth herein.

2. I am an attorney with the law firm of Parker Poe Adams & Bernstein LLP, which represents Plaintiffs Joe Gibbs Racing, LLC ("Plaintiff"), in the above-captioned action.

3. A Complaint was filed in this Court by Plaintiff on February 19, 2026.

4. A Summons to Defendant Christopher Gabehart was issued by the Court on February 19, 2026.

5. An Amended Complaint was thereafter filed by the Plaintiff on February 24, 2026.

6. On February 25, 2026, counsel for Defendant Christopher Gabehart, Spencer T. Wiles, accepted service of the Summons, Complaint and Amended Complaint on behalf of Defendant Christopher Gabehart as evidenced by the Acceptance of Service of Summons, Complaint and Amended Complaint attached hereto and made a part hereof as **Exhibit A**.

This the 27th day of February 2026.

        **PARKER POE ADAMS & BERNSTEIN LLP**

        */s/ Charles G. Middlebrooks*
        Charles G. Middlebrooks
        N.C. Bar No. 55171
        Bank of America Tower
        620 South Tryon St., Suite 800
        Charlotte, North Carolina 28202
        T: (704) 372-9000
        F: (704-334-4706
        charliemiddlebrooks@parkerpoe.com
        *Counsel for Joe Gibbs Racing, LLC*

Sworn to and subscribed before me
this 27th day of February, 2026.

_____
Notary Public for North Carolina
My Commission Expires: 2/11/2028

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing **AFFIDAVIT OF SERVICE** electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 27th day of February, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Charles G. Middlebrooks
Charles G. Middlebrooks
N.C. Bar No. 55171
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
T: (704) 372-9000
F: (704-334-4706
charliemiddlebrooks@parkerpoe.com
*Attorney for Joe Gibbs Racing, LLC*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-MEO-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>                    Defendants. | **ACCEPTANCE OF SERVICE OF SUMMONS, COMPLAINT AND AMENDED COMPLAINT** |

      I, Spencer T. Wiles of the law firm Robinson, Bradshaw & Hinson, P.A., acknowledge that I have been given authority by Defendant Christopher Gabehart ("Mr. Gabehart") to accept service of the Summons, Complaint, and Amended Complaint in the above-captioned civil action on Mr. Gabehart's behalf, without waiving any claims or defenses except those associated with the manner and sufficiency of process, including defenses pursuant to Rule 4 of the Federal Rules of Civil Procedure. I hereby acknowledge receipt of and accept service of the Summons, Complaint, and Amended Complaint on Mr. Gabehart's behalf.

      This the 25th day of February, 2026.

                                      /s/ Spencer T. Wiles
                                      Spencer T. Wiles
                                      N.C. State Bar No. 53664
                                      swiles@rbh.com

                                      ROBINSON, BRADSHAW & HINSON, P.A.
                                      600 S. Tryon Street, Suite 2300
                                      Charlotte, North Carolina 28202
                                      Telephone: (704) 377-2536
                                      Facsimile: (704) 378-4000

                                      *Counsel for Christopher Gabehart*