IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**INDEX OF EXHIBITS TO MOTION FOR EXPEDITED DISCOVERY**

| EXHIBIT | DESCRIPTION |
|---|---|
| A. | Declaration of Todd Barrier |
| B. | Supplemental Declaration of Clark Walton |
| C. | Plaintiff's First Set of Requests for Production of Documents to Defendants |