# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## DECLARATION OF TODD BERRIER

**Todd Berrier** states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I have worked for Joe Gibbs Racing, LLC ("JGR") from December 1, 2014 to the present.

3. In my role at JGR, I worked directly with Christopher Gabehart ("Gabehart").

4. On or about October 21, 2025, Gabehart told me that he had a meeting with co-owner of Spire, Dan Towriss, about a potential job. Later that night, Gabehart texted me to confirm that he had that meeting.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

1

PPAB 13439324v1

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

TODD BERRIER

*/s/ Todd Berrier*