# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>                 Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>                 Defendants. | **SUPPLEMENTAL DECLARATION OF CLARK C. WALTON** |

### SUPPLEMENTAL DECLARATION OF CLARK C. WALTON

**Clark C. Walton** states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am the principal digital forensics expert for Reliance Forensics, LLC, based in Charlotte, North Carolina ("Reliance"). I previously submitted a Declaration in this matter. For the sake of brevity, both my Declaration dated February 24, 2026, and its exhibits (together, my "First Declaration") are incorporated herein by reference. Terms defined in my First Declaration shall have the same meanings in this Supplemental Declaration.

5. As previously stated, on or about December 8, 2025, Reliance Forensics was originally retained by counsel for JGR to forensically image and examine the "JGR Computer" which we were informed was previously assigned to Christopher Gabehart ("Gabehart") during his employment with JGR. I have not been provided with another computer used by Gabehart to date, whether for personal or work purposes.

6. As stated in my First Declaration, also on December 8, 2025, Reliance performed a forensic extraction of the JGR Computer's hard drive and processed the results pursuant to industry standards.

7. Reliance reviewed the processed results of the forensic extraction. The review focused on approximately 30 categories of reports from the activity on the JGR Computer, including detailed Internet activity of the user(s). That includes web sites visited and searches executed from, or synced with, the JGR Computer.

8. Reliance reviewed synced Google searches on the JGR Computer performed under Gabehart's Google account. Reliance observed the standard contract term "indemnify" being searched on December 4, 2025, as follows:

| Keyword Search Term | URL | Last Visited Date/Time - UTC-05:00 (M/d/yyyy) |
|---|---|---|
| indemnify | https://www.google.com/search?q=indemnify&rlz=1C1VDKB_enUS1188US1 | 12/4/2025 12:15:09.720 AM |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

**CLARK C. WALTON, ESQ.**

*[signature]*
Mbr/Mgr
Reliance Forensics, LLC