# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| JOE GIBBS RACING, LLC )<br>*Plaintiff* )<br>v. )<br>CHRISTOPHER GABEHART, ET AL. )<br>*Defendant* ) | Case No. 3:26-CV-00133 |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOE GIBBS RACING, LLC.

Date:    03/05/2026

/s/ Danielle T. Williams
*Attorney's signature*

Danielle T. Williams, N.C. Bar # 23283
*Printed name and bar number*

King & Spalding LLP
300 South Tryon Street, Suite 1700

*Address*

dwilliams@kslaw.com
*E-mail address*

(704) 503-2642
*Telephone number*

(704) 503-2600
*FAX number*