IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**BOND**

Dated: March 5, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Maelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com
*Attorneys for Joe Gibbs Racing, LLC*



**MERCHANTS BONDING COMPANY**

Merchants National Bonding, Inc.   P.O. Box 14498, Des Moines, IA 50306-3498
Phone: (800) 678-8171   Fax: (515) 243-3854

# TEMPORARY RESTRAINING ORDER BOND

Bond No. __101798119__

IN THE __US District Court, Western District of North Carolina__ COURT

STATE OF __North Carolina__

COUNTY OF __Mecklenburg__

Plaintiff(s)   __Joe Gibbs Racing, LLC__

VS.

Defendant(s)   __Christopher Gabehart__

KNOW ALL PERSONS BY THESE PRESENTS:

THAT WE, the above named Plaintiff(s) as Principal, and the __Merchants National Bonding, Inc.__, a corporation duly licensed to do business in the State of __North Carolina__ as Surety, are held and firmly bound unto the Defendant(s) above named in the sum of not to exceed __One Hundred Thousand Dollars__ (__$100,000.00__) DOLLARS, for the payment of which well and truly to be made, we bind ourselves and our legal representatives, jointly and severally by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that whereas the said Plaintiff(s) wishes to give an Undertaking for a Temporary Restraining order against the Defendant(s)

NOW THEREFORE, if the said Plaintiff(s) will prosecute this action to effect, and pay all damages and costs as may be sustained by the Defendant(s) by reason of the wrongful obtaining of the Temporary Restraining order, then this obligation to be void otherwise to remain in full force and effect, provided, however, that in no event shall the liability of the Surety exceed the amount of this bond.

DATED this __3rd__ day of __March__, __2026__.

Joe Gibbs Racing, LLC
Principal
*[signature: John Gibbs]*

Merchants National Bonding, Inc.
By _[signature]_
Attorney-in-Fact   Cathy Sechrist

PC 0437 (9/25)



# MERCHANTS BONDING COMPANY™
## POWER OF ATTORNEY

Know All Persons By These Presents, that MERCHANTS BONDING COMPANY (MUTUAL) and MERCHANTS NATIONAL BONDING, INC., both being corporations of the State of Iowa, and MERCHANTS NATIONAL INDEMNITY COMPANY, an assumed name of Merchants National Bonding, Inc., (herein collectively called the "Companies") do hereby make, constitute and appoint, individually,

### Cathy Sechrist

their true and lawful Attorney(s)-in-Fact, to sign its name as surety(ies) and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

This Power-of-Attorney is granted and is signed and sealed by facsimile under and by authority of the By-Laws adopted by the Board of Directors of the Companies.

"The President, Secretary, Treasurer, or any Assistant Treasurer or any Assistant Secretary or any Vice President shall have power and authority to appoint Attorneys-in-Fact, and to authorize them to execute on behalf of the Company, and attach the seal of the Company thereto, bonds and undertakings, recognizances, contracts of indemnity and other writings obligatory in the nature thereof."

"The signature of any authorized officer and the seal of the Company may be affixed by facsimile or electronic transmission to any Power of Attorney or Certification thereof authorizing the execution and delivery of any bond, undertaking, recognizance, or other suretyship obligations of the Company, and such signature and seal when so used shall have the same force and effect as though manually fixed."

In connection with obligations in favor of the Florida Department of Transportation only, it is agreed that the power and authority hereby given to the Attorney-in-Fact includes any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts required by the State of Florida Department of Transportation. It is fully understood that consenting to the State of Florida Department of Transportation making payment of the final estimate to the Contractor and/or its assignee, shall not relieve this surety company of any of its obligations under its bond.

In connection with obligations in favor of the Kentucky Department of Highways only, it is agreed that the power and authority hereby given to the Attorney-in-Fact cannot be modified or revoked unless prior written personal notice of such intent has been given to the Commissioner - Department of Highways of the Commonwealth of Kentucky at least thirty (30) days prior to the modification or revocation.

In Witness Whereof, the Companies have caused this instrument to be signed and sealed this 3rd day of March, 2026.

MERCHANTS BONDING COMPANY (MUTUAL)
MERCHANTS NATIONAL BONDING, INC.
MERCHANTS NATIONAL INDEMNITY COMPANY

By *Larry Taylor*
President

STATE OF IOWA
COUNTY OF DALLAS ss.
On this 3rd day of March 2026, before me appeared Larry Taylor, to me personally known, who being by me duly sworn did say that he is President of MERCHANTS BONDING COMPANY (MUTUAL), MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY; and that the seals affixed to the foregoing instrument are the Corporate Seals of the Companies; and that the said instrument was signed and sealed in behalf of the Companies by authority of their respective Boards of Directors.



Penni Miller
Commission Number 787952
My Commission Expires
January 20, 2027

Notary Public

(Expiration of notary's commission does not invalidate this instrument)

I, Elisabeth Sandersfeld, Secretary of MERCHANTS BONDING COMPANY (MUTUAL), MERCHANTS NATIONAL BONDING, INC., and MERCHANTS NATIONAL INDEMNITY COMPANY do hereby certify that the above and foregoing is a true and correct copy of the POWER-OF-ATTORNEY executed by said Companies, which is still in full force and effect and has not been amended or revoked.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the Companies on this 3rd day of March, 2026.


Secretary

POA 0018 (5/25)



**MERCHANTS NATIONAL BONDING, INC.**   P.O. BOX 14498, DES MOINES, IA 50306-3498
PHONE: (800) 678-8171   FAX: (515) 243-3854

**This endorsement changes your bond, please read carefully**

# NORTH CAROLINA - AMENDATORY ENDORSEMENT

The following has been added, and supersedes any provision to the contrary:

A. The following actions shall be commenced within 3 years:

   1. any suit on the contract by the policyholder.

B. The parties to this Agreement hereby consent to the non-exclusive jurisdiction of any State or Federal Court of competent jurisdiction within the United States, in connection with any action or proceeding arising directly or indirectly from this Agreement.

SUP 0034 NC (7/22)



**MERCHANTS NATIONAL BONDING, INC.** • P.O. BOX 14498 • DES MOINES, IOWA 50306-3498
PHONE: (800) 678-8171 • FAX: (515) 243-3854

## Have a complaint or need help?

If you have a problem with a claim or your premium, call your insurance company or HMO first. If you can't work out the issue, the Texas Department of Insurance may be able to help.

Even if you file a complaint with the Texas Department of Insurance, you should also file a complaint or appeal through your insurance company or HMO. If you don't, you may lose your right to appeal.

To get information or file a complaint with your insurance company or HMO:

Merchants National Bonding, Inc.
Call: Compliance Officer at (800) 671-8171
Toll-free: (800) 671-8171
Email: regulatory@merchantsbonding.com
Mail: P.O. Box 14498, Des Moines, Iowa 50306-3498

To get insurance information you may also contact your agent:

Fairly Consulting Group, LLC
Call: 806.376.4761
Mail: PO Box 1149; Amarillo, TX 79105

The Texas Department of Insurance
To get help with an insurance question or file a complaint with the state:
Call with a question: 1-800-252-3439
File a complaint: www.tdi.texas.gov
Email: ConsumerProtection@tdi.texas.gov
Mail: <u>Consumer Protection, MC: CO-CP, Texas Department of Insurance,</u>

<u>PO Box 12030, Austin, TX 78711-2030</u>

## ¿Tiene una queja o necesita ayuda?

Si tiene un problema con una reclamación o con su prima de seguro, llame primero a su compañía de seguros o HMO. Si no puede resolver el problema, es posible que el Departamento de Seguros de Texas (Texas Department of Insurance, por su nombre en inglés) pueda ayudar.

Aun si usted presenta una queja ante el Departamento de Seguros de Texas, también debe presentar una queja a través del proceso de quejas o de apelaciones de su compañía de seguros o HMO. Si no lo hace, podría perder su derecho para apelar.

SUP 0032 TX (7/23)

Para obtener información o para presentar una queja ante su compañía de seguros o HMO: Merchants National Bonding, Inc.
    Llame a: Compliance Officer al (800) 671-8171
    Teléfono gratuito: (800) 678-8171
    Correo electrónico: regulatory@merchantsbonding.com
    Dirección postal: P.O. Box 14498 , Des Moines, Iowa, 50306-3498


El Departamento de Seguros de Texas
Para obtener ayuda con una pregunta relacionada con los seguros o para presentar una queja ante el estado:
    Llame con sus preguntas al: 1-800-252-3439
    Presente una queja en: www.tdi.texas.gov
    Correo electrónico: ConsumerProtection@tdi.texas.gov
    Dirección postal: <u>Consumer Protection, MC: CO-CP, Texas Department of Insurance, PO Box 12030, Austin, TX 78711-2030</u>

SUP 0032 TX (7/23)