# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

  v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**INDEX TO SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Ex. A | Proposed Injunctive Relief |
| Ex. B | Walter Brown Supplemental Declaration |
| Ex. C | Ryan Simpson Declaration |
| Ex. D | Eric Schaffer Declaration |
| Ex. E | David Alpern Declaration |
| Ex. F | Greg Heyer Declaration |
| Ex. G | Bill Lealos Declaration |
| Ex. H | Denny Hamlin Declaration |
| Ex. I | Bob Jenkins Declaration |
| Ex. J | Andy Graves Declaration |
| Ex. K | Clark Walton Second Supplemental Declaration |
| Ex. L | Joe Gibbs Declaration |