# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## DECLARATION OF RYAN SIMPSON

RYAN SIMPSON states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am a North Carolina licensed Private Investigator Associate working for Barefoot Private Investigations ("BPI").

3. BPI was contracted by Plaintiff Joe Gibbs Racing, LLC ("JGR") to conduct surveillance on Defendant Christopher Gabehart ("Gabehart").

4. On December 2, 2025, I witnessed Gabehart drive his vehicle to the Spire Motorsports ("Spire") facility at 11:54 AM.

5. At 12:02 PM, Spire owner Jeff Dickerson ("Dickerson") entered Gabehart's vehicle. Below is a still photograph from video captured of Dickerson entering Gabehart's vehicle.



6. Gabehart then drove to a nearby restaurant, which they entered at 12:22 PM.

7. From 12:22 PM to 1:47 PM, Gabehart and Dickerson remained together at the restaurant. Below is a still photograph from video captured of Gabehart and Dickerson sitting together at the restaurant.



8. Gabehart and Dickerson departed the restaurant at 1:47 PM and arrived back at Spire's facility at 2:00 PM. Below is a still photograph from video captured of Dickerson departing Gabehart's vehicle.



Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

**Ryan Simpson**

*/s/ Ryan Simpson* 3/5/26

PPAB 13451494v3