# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## DECLARATION OF ERIC SCHAFFER

Eric Schaffer states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am the Executive Vice President and Chief Commercial Officer of Plaintiff Joe Gibbs Racing, LLC ("JGR") and have served in that role since January 2023. I am also an attorney actively licensed in the State of Ohio and provide services as in-house counsel to JGR.

3. On or around the afternoon of December 2, 2025, I learned that Defendant Christopher Gabehart ("Gabehart") met with a co-owner of Spire Motorsports, LLC ("Spire"), Jeff Dickerson, for a public lunch on December 2, 2025.

4. After learning of this meeting, I communicated by phone with Spire's President, Bill Anthony ("Anthony") on December 3, 2025.

5. During that call, I informed Anthony that Gabehart's Employment Agreement with JGR contained a noncompete provision. I also informed Anthony that, should Spire hire Gabehart to a role that violated his Employment Agreement, JGR would consider Spire to be tortiously interfering with JGR's contractual rights.

6. Anthony did not contact me at any point after December 3, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2026

**ERIC SCHAFFER**

_____