# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## DECLARATION OF DAVID ALPERN

David Alpern states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I have worked for Plaintiff Joe Gibbs Racing, LLC ("JGR") since 1992 and have served as its President since 2016.

3. On December 3, 2025 at 8:05 PM, Defendant Christopher Gabehart ("Gabehart") sent me a text message stating "Good evening, Dave. Would it do us any good to have a discussion about what needs to happen from here? Surely no one really wants to do the other any harm? I know I don't." I responded, "Hi Chris [i]n agreement we don't want to do harm we just want to do what's right. I'm happy to have a discussion tomorrow."

4. On December 4, 2025 at 11:19 AM, I called Gabehart and spoke to him by phone. During that call, I advised him that if he did not want to harm JGR then he should be honest about his plans for employment. I specifically asked about employment with Spire Motorsports ("Spire"). Gabehart acknowledged that he had recently had lunch with Spire owner Jeff Dickerson ("Dickerson") and that his spouse had flown on Dickerson's airplane to attend the NASCAR Cup

Series Championship race at Phoenix in November 2025. Gabehart then explained that he and Dickerson were friends and nothing beyond that, and that they had not discussed employment.

5. At the conclusion of our call, Gabehart told me that his fourteen years of working for JGR should count for something and that I should trust him.

6. I have not communicated with Gabehart since December 4, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2026.

DAVID ALPERN

*/s/ David Alpern*