# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

           Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

           Defendants.

## DECLARATION OF GREG HEYER

Greg Heyer states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. From 2024 to February 2026, I was employed by Zep, Inc., a manufacturer and distributor of maintenance and cleaning products for a variety of industries, as an executive vice president of retail sales and marketing. In that role, I had responsibility for Zep's NASCAR racing program. Since I retired from Zep in February 2026, I have continued to have responsibility for Zep's racing program.

3. In the fourth quarter of 2025, Zep agreed to sponsor Joe Gibbs Racing, Inc. ("JGR"). The term of the sponsorship is for the 2026 NASCAR Cup season.

4. On February 27, 2026 at 9:38 a.m., I received a text message from Stephen D'Hondt, Chief Operating Officer of Spire Motorsports. D'Hondt invited me to an event on March 7, 2026 hosted by Spire Motorsports to be held in Phoenix, Arizona during the NASCAR race weekend featuring many music artists, including Diplo.

5.     Prior to receiving D'Hondt's text message, I had not seen D'Hondt in person in over a year. My last communication with D'Hondt was a text message I sent to him on January 19, 2026 letting him know Zep was sponsoring JGR for the 2026 NASCAR Cup season.

6.     No other NASCAR team has invited me to attend its events for the Phoenix race weekend. I would be surprised to receive invitations from NASCAR teams Zep is not sponsoring.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

This the __6__ day of March, 2026.

**GREG HEYER**

_(signature)_