# EXHIBIT G

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## DECLARATION OF BILL LEALOS

Bill Lealos states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. Since September 2013, I have been employed by Saia, Inc. ("Saia"). From 2013 to 2025, I served as a director of specialty products and a district sales manager. I retired from my position as a director of specialty products in February 2025. Since retiring, I have continued to work for Saia in connection with its NASCAR sponsorship. While not an official title, I am known as the "VP of Speed."

3. Saia is a sponsor of Joe Gibbs Racing ("JGR") for the 2026 NASCAR season.

4. The week of February 23, 2026, I received a direct message on LinkedIn from Cameron Sieradzan of Spire Motorsports. Sieradzan's LinkedIn headline states: "Partnerships at Spire Motorsports | NASCAR Cup Series." I have never met Sieradzan or anyone at Spire Motorsports.

5. In the direct message, Sieradzan requested a meeting to discuss the racing industry. I declined the request. Sieradzan subsequently asked whether I would like to meet if he found a place near the hotel I was staying at in Austin, Texas for the NASCAR Cup race weekend. I likewise declined the second request.

6. This conversation occurred exclusively over LinkedIn's direct messaging platform. I have deleted this conversation from my LinkedIn messages.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America, that the

foregoing is true and correct.

**March 5, 2026**                    BILL LEALOS

*[signature: Bill Lealos]*