# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC, <br><br> Defendants. | |

## DECLARATION OF JAMES DENNIS "DENNY" HAMLIN

James Dennis "Denny" Hamlin states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am a stock car driver for Joe Gibbs Racing ("JGR"). I have been a driver for JGR in the NASCAR Cup Series, the highest level of NASCAR competition, since 2006, when I was selected as the Rookie of the Year. I have won 60 NASCAR Cup Series races, including winning the Daytona 500, which is NASCAR's biggest race of the year, three times.

3. I have been a minority owner of 23XI Racing since 2020. In that role, I help to promote the business including by recruiting sponsors, along with race competition preparation and strategy. 23XI has competed in the NASCAR Cup Series, the highest level of NASCAR competition, since 2021. The majority owner of 23XI is basketball legend Michael Jordan.

4. This year, 23XI driver Tyler Reddick won the first three races of the NASCAR Cup season, the first driver to do so in the history of the competition.

5. 23XI has approximately 140 employees, and about 70 to 80 are directly involved in the car. The 23XI team is much smaller than some others, but I have been challenged by my

business partners to run the team as leanly as possible. Other employees service the sponsors, the pit crew members, HR, etc. The entire goal of the team is to make the car just a little bit faster than the others.

6. 23XI and JGR have an alliance and work closely together, and are also both aligned with the same car manufacturer—Toyota. 23XI has a service agreement with JGR and pays JGR a service fee each year, in the amount of about $8 million per year. Under this agreement, JGR provides information to 23XI to make the cars faster.

7. I have worked directly with Christopher Gabehart ("Gabehart") throughout my career at JGR. Gabehart began working for JGR in 2012 and worked his way up from engineer to crew chief and eventually to Competition Director.

8. From 2019 through 2024, Gabehart served as my crew chief for the No. 11 car. In his role as my crew chief, Gabehart had extensive access to JGR's most sensitive proprietary, confidential and competitively valuable information in order to help me win races. A crew chief works directly with the driver throughout the week leading up to each race, analyzing data, adjusting car setups, developing race strategies, and making real-time decisions during the race itself.

9. JGR uses proprietary technology to run simulations and determine the most advantageous car setups. The JGR team feeds the simulation technology specific data gleaned from each race and test. In turn, the simulation provides changes to the racecar setup that the JGR team implements and test-runs. In order for the simulation setup output to be useful, the racecar data input by the team must be precise. Otherwise, the simulation technology is unable to suggest advantageous racecar setups. Gabehart had access to technical information regarding racecar setups, the proprietary technology JGR uses to run simulations to determine the most advantageous

racecar setups, JGR's analytics for measuring racecar, pit crew, and driver performance, JGR's processes for evaluating fuel consumption, and our race strategies.

10. Every week, Gabehart and I would work through detailed setup files, post-race analyses, and simulation data to make our car as fast as possible. The materials I understand that Gabehart retained on his personal devices—including the setup and simulation files that appear to have been saved in his "Spire" folder, which are as described in the declaration of Clark C. Walton that I was provided and reviewed [Dkt. 9-4]— are kinds of files I am familiar with based on the names of their file paths, further assuming that the files are consistent with the names of the file folders.

11. In December 2024, Gabehart was promoted to Competition Director. In that role, Gabehart's access to JGR's proprietary and confidential information only expanded. As Competition Director, Gabehart was responsible for overseeing preparation and execution of JGR's vehicle and race strategies across all of JGR's cars, not just mine. He also contributed significantly to the development and improvement of JGR's internal analytics, processes, and procedures to improve race performance. In this role, Gabehart had access to the very information that gives JGR its competitive advantage.

12. I have reviewed the description of the materials Gabehart apparently retained on his personal cell phone and personal Google Drive account as described in the Walter Brown declaration [Dkt. 9-2]. This information represents the crown jewels of our racing operation.

13. In NASCAR, the entire goal of the team is to make the car just a little bit faster than the others. We race 38 times over 10 months, and NASCAR wins are often achieved by a margin of a fraction of a second.

14. The materials Gabehart took—including car setups, simulation files, post-race analytics, tire management strategies, fuel mileage calculations, and pit crew performance data—represent decades of JGR's research, development, and innovation specifically designed to optimize speed and win races. These materials provide a comprehensive roadmap for JGR's competitive strategies and are the exact set of proprietary and confidential information any of JGR's competitors would want in order to understand JGR's processes, technological capabilities, and payment structures that have led to JGR's overwhelming success.

15. JGR closely guards this information, sharing only with specific partners, often described as "technical alliances," such as 23XI that invest substantially in JGR to obtain access to the confidential and proprietary information that is the result of JGR's knowhow and substantial investments made over its 35 years in NASCAR. In addition, 23XI can compete successfully with less employees. 23XI began competing in the NASCAR Cup Series in 2021. 23XI won its first race in October 2021 at Talladega (Bubba Wallace) and has continued to win races every year. One of 23XI's drivers, Tyler Reddick, was the 2024 NASCAR Cup Series Regular Season Champion, and for the 2026 season has won the first three races of the year – something that has never been done in the history of NASCAR which was started in 1949.

16. Since the introduction of the NextGen car in 2022, all teams race the same car and obtain car components from the same suppliers. As a result, variations in car setup as small as two one-hundredths of an inch can provide a material competitive advantage. Moreover, NASCAR uses many of the same tracks for racing year after year. Teams use different strategies, racecar setups, and simulation data tailored to each track in order to be competitive. This, combined with the fact that the NextGen cars are largely standardized, makes a team's racecar setup and analytics for each individual track highly relevant and valuable for many years. The racecar setup for each

track has thousands of different available data points, and it would be nearly impossible to retain each of the thousands of data points for each track from memory alone. For these reasons, car setup, analytics, and race strategy are highly guarded at JGR, and at 23XI.

17. Allowing Gabehart to use JGR's proprietary and confidential information for the benefit of a competitor like Spire would cause major harm not only to JGR but also to the sport of NASCAR. Should any of JGR's competitors obtain JGR's proprietary and confidential information, it would greatly diminish the value of such information, erode JGR's competitive advantage, and undermine the sanctity of fair competition in the sport. 23XI would also be substantially impacted by such a disclosure because of its technical alliance with JGR. Like 23XI, Spire Motorsports has a technical alliance with a more established team—Hendrick Motorsports. If employees at any NASCAR team can take their team's trade secrets with impunity to a competitor, that may then share the information with their technical alliances, it will discourage all teams from investing in research, innovation, and development, and undermine fan confidence in the fairness of the sport—harming the sport as a whole.

18. Even if Gabehart's work at Spire were limited to business outside the NASCAR Cup Series and Xfinity Series, there remains a threat that JGR's trade secrets and confidential information will be disclosed. The knowledge Gabehart possesses about JGR's trade secrets and confidential information—including our car setup methodologies, simulation processes, fuel mileage calculations and strategies, pit crew analytics, and driver performance evaluation systems—is applicable to some extent across these various racing series and operations.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

March 6, 2026

JAMES DENNIS HAMLIN