# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>    Defendants. | |

## DECLARATION OF ROBERT A. JENKINS

Robert A. Jenkins states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am the President of Front Row Motorsports, a Ford racing team based in Mooresville, North Carolina, since 2005. Front Row Motorsports competes in the NASCAR Cup Series and NASCAR Craftsman Truck Series.

3. Like other NASCAR teams, Front Row Motorsports takes caution to maintain the confidentiality of the research, testing, race strategy, and racecar setups in order to maintain the competitive strategy of Front Row Motorsports. Front Row Motorsports requires its senior race leadership and certain engineering personnel to sign confidentiality agreements prior to receiving confidential and competitive information of Front Row Motorsports. These agreements are necessary to ensure fair competition and the preservation of Front Row Motorsports' competitive racing strategies.

4. The secrecy of NASCAR racing teams' racecar setups and strategies have become particularly important in recent years given the implementation of NextGen racecars in 2022,

1

which standardized racecars across NASCAR teams. Teams may make limited modifications to the racecar setups or components—making even very slight modifications to the setup or compilation of a racecar crucial to the competition.

5. Because this information is so crucial to each team's race performance and overall strategy, it is paramount that employees abide by their confidentiality obligations and refrain from taking any teams' confidential information with them if they choose to leave employment with one team for another. It is crossing over the line of fair competition in the industry to take confidential and strategic information from one NASCAR race team to a competitor NASCAR race team.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

March 6, 2026   **ROBERT A. JENKINS**

*/s/ Robert A. Jenkins*