# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## DECLARATION OF ANDY GRAVES

Andy Graves states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am the Executive Competition Director for Toyota Racing Development USA ("TRD") and have worked for TRD for over nineteen (19) years. I have worked in the business of NASCAR racing for almost thirty-six (36) years, serving in several different roles, including among others, as a fabricator, mechanic, tire specialist, chassis specialist, assistant crew chief, crew chief, team manager, program manager, technical director, and competition director.

3. In my role as the Executive Competition Director for TRD, I regularly interact with the Competition Directors, Technical Directors and ownership groups of the NASCAR teams that race Toyota vehicles. Those teams are Joe Gibbs Racing ("JGR"), 23XI Racing and Legacy Motor Club. TRD provides support to the Toyota race teams on

all aspects of the race cars, including among others, aerodynamics, simulation, simulators, tires, and engines.

4. I had regular and extensive contact with Chris Gabehart while he was the Competition Director for JGR. Every Monday afternoon during the NASCAR race season I attended the Competition Meeting at JGR's offices. These meetings included JGR's drivers, crew chiefs, and management leadership. During these meetings, we reviewed the previous weekend's race, including the performance of the cars, drivers and the teams. I would also give updates from TRD about new developments or testing results and other topics that would allow the teams to further improve their race cars and overall performance. The Competition Meeting typically lasted about ninety (90) minutes.

5. Following the Competition Meetings at JGR, I would also meet separately with Chris Gabehart and Michael Guttilla, JGR's Chief Operating Officer, for another hour. During these meetings, we discussed urgent project requests, general updates, developments and how TRD could better engage with JGR to support its efforts longer term.

6. In addition to the approximately two and a half hours that I was in meetings with Chris Gabehart on the Mondays after races, I often had a video conference meeting or telephone calls with him later in those same weeks. I would also spend time with him at the racetracks on the weekends, providing any support and insights that were needed from TRD.

7. TRD has advanced testing equipment at its facilities that JGR and the other Toyota race teams use. These include an eight (8) post testing rig, which has four wheel pan actuators and four additional aerodynamic downforce actuators that can replay track

roughness profiles and evaluate ride handling characteristics and tire patch loads. TRD also has an Advanced Vehicle Cornering Simulator (AVCS), which can measure the kinematics and compliance of complete vehicle assemblies as raced on track. It also can measure the center of gravity and moments of inertia of that complete vehicle assembly. TRD also has driver in the loop simulators in which a driver sits in the test rig and can replicate the acceleration, braking, cornering, track conditions, suspension settings and external influences such as contact with other vehicles, the track surface or track boundaries as close to real world as possible. All of these advanced testing equipment have proprietary upgrades and refinements that were developed by TRD.

8. The characteristics of the Goodyear tires that are used in NASCAR racing differ depending on the track for which a particular tire is designed. TRD does specialized testing on these tires in order to characterize them. In other words, the testing allows TRD to systematically map and quantify a tire's physical, mechanical and thermal behavior under a vast range of operating conditions to predict how it will perform on a race car. This helps racing teams understand how the tire produces grip, handles and wears. The data from such tire testing is used in the TRD driver in the loop simulators and TRD off-line simulation tools to simulate specific racetracks under specific conditions and optimize vehicle handling and speed. All of this helps inform JGR as to how to set up its race cars for specific racetracks.

9. TRD also does aerodynamic testing on a weekly basis. The data from such aerodynamic testing helps inform the Toyota race teams' set ups for their cars and body build.

10. The testing and the processes for simulations done by TRD are confidential and proprietary, as are the data and outputs obtained from such testing and simulation. If one of the Toyota teams is using one of TRD's test rigs, TRD sends the data and outputs from such testing only to the team that was doing the testing. So, if JGR uses a TRD testing rig, TRD only sends that data to JGR.

11. The data and information generated by TRD is closely guarded and valuable to the Toyota teams TRD supports. This sort of information is particularly valuable given the fact that all teams are now using the common NextGen car required by NASCAR. The minute adjustments and setups made using this information help a team's racecar be more competitive. If anyone were to take confidential information such as that described above in Paragraphs 7 through 10 to a competitor, it would allow that competitor to obtain an unfair advantage.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 6TH, 2026.

**ANDY GRAVES**

*(signature)*