# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>                Defendants. | |

## DECLARATION OF JOE GIBBS

Joe Gibbs states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I founded Joe Gibbs Racing, LLC ("JGR") in 1992 and have been an owner of JGR from 1992 through the present.

3. When I started JGR, we had a single-car operation with approximately 17 employees. Over its nearly 35 years, JGR has grown to more than 450 employees and now has four drivers competing in the NASCAR Cup Series and four drivers competing in the NASCAR O'Reilly Auto Parts Series (f/k/a NASCAR Xfinity Series).

4. The NASCAR industry and races are highly competitive. JGR has won five NASCAR Cup Series Championships and four NASCAR O'Reilly Auto Parts Series Championships. JGR ranks among the top companies for all-time wins for the NASCAR Cup Series. In total, JGR has won 448 races between the Cup Series and the O'Reilly Auto Parts Series, more than almost any other team in NASCAR history. Since JGR partnered with Toyota in 2008, JGR has won more NASCAR Cup races than any other team. JGR's successes are due to its

1

dedication to innovation over the past three decades, including consistent improvements to JGR's racecars and racing strategies. JGR has invested a substantial amount of time and money into developing its proprietary and confidential strategies and information to derive a competitive advantage in races over competitor race teams.

5. Unlike many other NASCAR teams, JGR does not have a partnership with an outside business to rely on for funding. Instead, JGR relies almost exclusively on funding from NASCAR and our sponsors to maintain its business operations. Sponsorships are crucial to the financial health and continued operation of JGR. In addition to competition on the racetrack, JGR competes with other race teams for sponsorships—JGR's retention of elite drivers as well as top-tier racing performance are critical to obtaining and maintaining sponsorships each year.

6. Dissemination of JGR's racecar setup, analytics, and strategy would undercut JGR's competitive advantage by impairing its racing strategy, ruining fair competition, diminishing its likelihood of success at races, and thereby damage its reputation and ability to obtain crucial employees, drivers, and sponsorships.

7. In 2022, NASCAR introduced the NextGen car which standardized racecars and increased the level of competition in NASCAR races. Because the racecars and equipment have become more standardized, small variations in racecar setups and strategy have become increasingly important and can be the difference in winning or losing a race. Any NASCAR team in this highly competitive space would benefit from obtaining JGR's racing strategies, analytics, and racecar setups.

8. I have worked directly with Christopher Gabehart ("Gabehart") since the beginning of his career at JGR. Gabehart began working for JGR in 2012 and worked his way up from engineer to crew chief and eventually to Competition Director. In his various roles, Gabehart had

access to JGR's competitively sensitive information, including, among other things, racing strategies, analytics, and racecar setups.

9. On November 6, 2025, I met with Gabehart to discuss his position with JGR. During that meeting, I asked him what he wanted to see happen with his position and he responded that he wanted final control over all competition decisions. I declined his request. We then discussed the best way forward and decided to pursue a mutual separation. At the end of the meeting, I remember Gabehart saying "I was always looking out for JGR."

10. I understand that the last day that Gabehart performed services for JGR was November 10, 2025, and he now works for Spire Motorsports as "Chief Motorsports Officer." Spire Motorsports started racing in the NASCAR Cup Series in 2019 and won one (1) Cup race in July 2019.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

March 6, 2026

JOE GIBBS

_____