# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Case No. 3:26-CV-00133-MEO-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | **DEFENDANT CHRISTOPHER GABEHART'S MOTION TO PERMANENTLY SEAL MATERIALS FILED PROVISIONALLY UNDER SEAL** |

Pursuant to Local Rules 6.1 and 7.1, Defendant Christopher Gabehart ("Mr. Gabehart"), by and through his undersigned counsel, respectfully moves this Court to enter an order permanently sealing certain confidential information filed provisionally under seal in Mr. Gabehart's Second Declaration (the "Declaration"). ECF 37. In support of this Motion, Mr. Gabehart shows the following:

Mr. Gabehart filed the Declaration on March 11, 2026. Certain dollar amounts referenced in paragraph 22 of the Declaration are highly sensitive and reflect confidential compensation information not available to the public. In addition, Exhibit B to the Declaration contains confidential and proprietary business information relating to Spire's corporate structure. The confidential nature of these documents warrants the sealing of (1) paragraph 22 of the Declaration; and (2) Exhibit B to the Declaration.

In support of his request that the compensation information in paragraph 22 and the corporate organizational information in Exhibit B of the Declaration remain under seal, Mr. Gabehart has contemporaneously filed a memorandum of law in support of his Motion to Permanently Seal Materials Filed Provisionally Under Seal.

1

**WHEREFORE**, for these reasons, as explained more fully in his supporting memorandum, Mr. Gabehart respectfully requests that his Motion be GRANTED.

This the 11th day of March, 2026.

By: _/s/ Cary B. Davis_
Cary B. Davis
N.C. Bar No. 36172
cdavis@rbh.com

Spencer T. Wiles
N.C. Bar No. 53664
swiles@rbh.com

William M. Miller
N.C. Bar No. 36946
wmiller@rbh.com

Anna Claire Tucker
N.C. Bar No. 59457
atucker@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-2536

*Attorneys for Defendant Christopher Gabehart*