IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:26-cv-00133

Joe Gibbs Racing, LLC )
)
Plaintiff(s), )
v. )
)
Christopher Gabehart and Spire Motorsports, LLC )
)
Defendant(s). )

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

Spire Motorsports, LLC who is Defendant
*(Name of Party)* *(Plaintiff / moving party or defendant)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes ☑ No

2. Does the party have any parent corporations?
   ☑ Yes ☐ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
   Spire Motorsports, LLC, is a wholly owned subsidiary of Spire Motorsports Holdings, LLC, which is in turn owned by Spire Holdings, LLC

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes ☑ No

   If yes, identify all such owners:

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?

☐ Yes ☑ No

If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?

☐ Yes ☑ No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/ Joshua D. Davey
Signature of Attorney

March 11, 2026
Date