IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**INDEX OF EXHIBITS TO MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Declaration of Jeffrey Dickerson |
| **B.** | Declaration of William Anthony |
| **C.** | Declaration of Dan Towriss |
| **D.** | Declaration of Stephen D'Hondt |
| **E.** | Declaration of Cameron Sieradzan |