# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**DECLARATION OF DANIEL TOWRISS**

## DECLARATION OF DANIEL TOWRISS

I, Daniel Towriss, declare under penalty of perjury, as follows:

1. I am a resident of Fort Lauderdale, Florida, and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I swear to this Declaration with the understanding that it be used to oppose Plaintiff Joe Gibbs Racing, LLC's ("JGR") Motion for a Preliminary Injunction.

3. I am CEO of TWG Motorsports, which is a co-owner of Spire Motorsports, LLC ("Spire"). Spire owns a NASCAR Cup Series Team with three entries, a NASCAR Craftsman Truck Series Team with two full-time entries and one part-time entry, a High-Limit Sprint Car Team, and a Dirt Late Model Team, among others.

4. I have been made aware of a declaration submitted in this case by Todd Berrier on March 1, 2026 (the "Berrier Declaration," Dkt. 22-2). The Berrier Declaration appears to state that Mr. Berrier was informed by someone that I met with Chris Gabehart ("Mr. Gabehart") on or about October 21, 2025.

1

5. This is not true. To the best of my recollection, I did not meet with Mr. Gabehart, either in person or virtually, at any point in time in 2025. And, specifically, I did not meet with Mr. Gabehart either in person or virtually on or around October 21, 2025.

6. The first time I ever met Mr. Gabehart in person was on February 28, 2026, at the IndyCar race in St. Petersburg, Florida.

7. The first time I ever spoke with Mr. Gabehart was during a brief phone call on January 9, 2026. During that call, Jeff Dickerson briefly introduced me to Mr. Gabehart. We did not discuss Mr. Gabehart's employment with Spire during that call.

8. I do not know Mr. Berrier and have never spoken to him.

9. I have not seen the text message referenced by Mr. Berrier in his declaration because it has not been produced in this case and was not attached to Mr. Berrier's declaration.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2026

_____
Daniel Towriss

3