# Exhibit E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>       Defendants. | DECLARATION OF CAMERON SIERADZAN |

## DECLARATION OF CAMERON SIERADZAN

I, Cameron Sieradzan, declare under penalty of perjury, as follows:

1. I am a resident of Charlotte, North Carolina, and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I swear to this Declaration with the understanding that it be used to oppose Plaintiff Joe Gibbs Racing, LLC's ("JGR") Motion for a Preliminary Injunction.

3. I am the Business Development Manager at Spire Motorsports, LLC ("Spire"), a company that owns a NASCAR Cup Series team with three entries, a NASCAR Craftsman Truck Series Team with two full-time entries and one part-time entry, a High-Limit Sprint Car Team and a Dirt Late Model Team, a Dirt Late Model team, among others. As Business Development Manager, I am familiar with certain aspects of Spire's marketing and brand partnership operations. I have been a Business Development Manager at Spire for a little less than three years.

4. My job duties include networking, cultivating relationships with potential sponsors, and pursuing potential sponsors on behalf of Spire. I do this by building and maintaining

1

relationships with key decisionmakers in the business world. One of my day-to-day activities is to reach out to potential connections via LinkedIn and other platforms.

5. I have been made aware of a declaration submitted in this case by Bill Lealos on March 6, 2026 (the "Lealos Declaration," Dkt. 35-8). The Lealos Declaration states that I messaged Mr. Lealos on LinkedIn on February 23, 2026, and that he declined two requests from me to meet with him. Mr. Lealos has the outlines of our conversation correct, but his summary of our conversation is misleading.

## MY COMMUNICATION WITH MR. LEALOS

6. I did message Mr. Lealos on LinkedIn on February 23, 2026. Mr. Lealos's LinkedIn profile describes himself as the "VP of Speed!!!" This is part of my job duties—to network and cultivate relationships with business people who have a strong understanding of the industries relevant to the NASCAR fan base.

7. I asked Mr. Lealos if he was going to be at Circuit of the Americas for the Cup Series race the weekend of February 26, 2026. Mr. Lealos engaged with me, and I asked him if he had any restaurant recommendations in Austin. At one point, I told Mr. Lealos that he was "welcome to join me for a quick bite or drink Friday night" so that I could "pick [his] brain on the transportation business and how it integrates in NASCAR." Mr. Lealos responded "Thanks but have commitments." I have attached a complete record of my conversation with Mr. Lealos as **Exhibit 1**.

8. At no point during my conversation with Mr. Lealos did we discuss sponsorships or sponsorship deals. My communications with Mr. Lealos were for the purpose of networking and building a relationship with a well-known industry leader, which again is part of my job.

2

9. I ultimately never met with Mr. Lealos in person, and have not had any other communications with him.

## MY LACK OF COMMUNICATION WITH MR. GABEHART

10. I have not had any communication with Christopher Gabehart regarding JGR sponsors or sponsorships more generally. In fact, I have never communicated with Mr. Gabehart, met Mr. Gabehart, or seen Mr. Gabehart in person.

11. Spire did not ask for, does not want, and otherwise does not need sponsorship information from JGR. Further, I have not been made aware of any non-public information regarding JGR's deals with sponsors, or any non-public JGR information for that matter.

12. I have never received any JGR confidential information or trade secret information of any kind from Mr. Gabehart.

13. The only contact I am aware of having with JGR occurred last week when Heather Gibbs viewed my LinkedIn profile. I did not communicate with Heather Gibbs but I did receive a notification that she had been looking at my profile. I do not know why Heather Gibbs was looking at my profile.

14. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2026

_____
Cameron Sieradzan

# Exhibit 1



# Bill Lealos
Mobile • 19h ago

**Bill Lealos** · 1st
VP of Speed!!!

**FEB 26**

**Cameron Sieradzan** · 12:17 PM
Now what do I have to do to get a job title like yours 😂
Pumped for COTA this weekend - you going to be around?

**Bill Lealos** · 2:32 PM
Best job in transportation!!! I will be at COTA. Get in Friday night

**Cameron Sieradzan** · 2:39 PM
First trip to Austin in a while. What's your go to BBQ joint? Could use a good recommendation that isn't Terry Blacks

**Bill Lealos** · 2:52 PM
Whatever is closest to the hotel and fast

😂 1

**Cameron Sieradzan** · 3:05 PM
Well if I find a spot, welcome to join me for a quick bite or drink Friday night. Would be fun to pick your brain on the transportation business and how it integrates in NASCAR. (Edited)

**Bill Lealos** · 5:24 PM
Thanks but have commitments.

👍  Thanks  Ok, no problem