IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

**INDEX TO PLAINTIFF JOE GIBBS RACING, LLC'S SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

| EXHIBIT | DESCRIPTION |
|---|---|
| Ex. A | Toni Rogers Declaration |
| Ex. B | Tory Ian Summey Declaration |
| Ex. C | Todd Berrier Second Declaration |