# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

        Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

        Defendants.

## DECLARATION OF TONI ROGERS

Toni Rogers states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am the Chief People Officer of Joe Gibbs Racing ("JGR") and have worked for JGR for approximately fifteen (15) years. Amongst other duties, I oversee JGR's Human Resources and payroll functions.

3. Chris Gabehart, JGR's former Competition Director, was paid his base salary through and including November 11, 2025, via the November 21, 2025 regularly scheduled payroll. As such, he was paid for all services he provided to JGR. The next regularly scheduled payroll following the November 21, 2025 payroll would have been on December 5, 2025.

4. On or about November 18, 2025, JGR received from NASCAR the prize money from which performance-based bonuses were calculated and paid. Section 2(b) of

Gabehart's Employment Agreement provided that any Earned Performance Bonuses were to be paid within forty-five (45) days after JGR received the requisite prize money. As such, payment of and Earned Performance Bonus would have been due on January 2, 2026.

5. Gabehart's bonus (minus deductions approved by Gabehart) was paid in full on January 19, 2026.

6. I have read Jeff Dickerson's declaration filed in this case regarding an alleged "Trade Understanding." To my knowledge, at no time did JGR have an open-ended agreement that gave Spire a wild card for a trade "for a player to be named later." Attached as Exhibit A is a true and accurate copy of a March 28, 2025 email that I received from Chris Gabehart discussing JGR's hiring of Robert ("Cheddar") Smith. The Cup race at the Las Vegas Motor Speedway had occurred twelve (12) days earlier, on March 16, 2025.

7. As explained in the March 28, 2025 email from Gabehart, Spire had agreed to release Cheddar from his agreement with Spire after the Martinsville, Virginia race, which was held on March 30, 2025. The only potential "trade" of personnel between JGR and Spire that had been discussed was a potential trade of spotters--a JGR spotter and a Spire spotter. A Competition Director, such as Gabehart, is a much higher and more valuable position than a spotter. The understanding was that if the Spire spotter joined JGR, JGR would take over his existing salary and if it was greater than what JGR had been paying the JGR spotter, that differential would be offset against the $100,000.00. Ultimately, that trade never happened as the Spire spotter chose not to leave Spire. To my knowledge, JGR has never received an invoice for the referenced payment of $100,000.00.

8. The potential trade described in the foregoing paragraph is the only potential trade of personnel between JGR and Spire that I have ever heard of. I have certainly never

been aware of any sort of open-ended agreement with Spire that would allow Spire to hire someone who was under contractual obligations to JGR. As JGR's Chief People Officer, I would have been aware of any such agreement that came to fruition. Had any such deal been contemplated or offered, there would have been a formal written release similar to that executed between Cheddar and Spire. There has been no such release with respect to Gabehart.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2026.

TONI ROGERS

*/s/ Toni Rogers*

# EXHIBIT A

| From: | Chris Gabehart <CGabehart@JoeGibbsRacing.com> |
|---|---|
| Sent: | Friday, March 28, 2025 8:26 AM |
| To: | Toni Rogers; Tim Carmichael |
| Cc: | Michael Guttilla; Heather Gibbs |
| Subject: | Robert Smith Employment Update |

We have been given verbal permission by Jeff Dickerson to discuss employment with Cheddar and it has been agreed upon verbally that he will come to work here. Jeff has stated, via text, that his last race with Spire will be at Martinsville and then he will be free to us. Lastly, via text he has stated that they have drafted an official release to be sent to us today. This is in exchange for 100k and is independent of the spotter deal happening.

I have been told that if the spotter deal happens, which is still being worked on their side before it is worked on ours, any pay delta we incur between ███ and ███ would come out of the 100K. I do not have that in writing, but I feel good about where Jeff and I are that if he said it, he meant it and will honor it.

Robert Neal Smith
███████████.com
704-███████

More to come.

Thanks

Chris Gabehart
Competition Director
Joe Gibbs Racing
13415 Reese Blvd W, Huntersville, NC 28078
O:(770) ███████

     

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipients only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

1