# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>     Defendants. | |

## DECLARATION OF TORY IAN SUMMEY

Tory Ian Summey states as follows:

1.  I am an adult over the age of 18 years old and competent to testify.

2.  I am an attorney with the law firm Parker Poe Adams & Bernstein LLP.

3.  I am counsel of record for Plaintiff Joe Gibbs Racing, LLC.

4.  Attached hereto as Exhibit A is a true and accurate copy of an email chain between me and counsel for Defendant Christopher Gabehart.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 13, 2026

              **TORY IAN SUMMEY**

              _____
              Parker Poe Adams & Bernstein LLP
              620 South Tryon Street, Suite 800
              Charlotte, NC  28202

# Exhibit A

From: Wiles, Spencer
To: Summey, Tory I.; Davis, Cary
Cc: Middlebrooks, Charlie G.; Wiles, Spencer
Subject: RE: JGR/Chris Gabehart
Date: Wednesday, January 7, 2026 3:10:26 PM
Attachments: image001.png

***Caution: External email***

Tory –

Mr. Gabehart's wife only has access to the shared photos, not the entire GoogleDrive. He confirmed with her that those photos have not gone anywhere. He is willing to certify to that and wants to keep this rolling.

The bonus amount and the deductions are fine. As we discussed, Mr. Gabehart reserves all rights with respect to unpaid wages or other amounts owed.

Thanks, Spencer

**Spencer T. Wiles**

Robinson Bradshaw
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

From: Summey, Tory I. <torysummey@parkerpoe.com>
Sent: Wednesday, January 7, 2026 2:38 PM
To: Wiles, Spencer <SWiles@rbh.com>; Davis, Cary <CDavis@rbh.com>
Cc: Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
Subject: RE: JGR/Chris Gabehart

**WARNING:** External Email

Spencer - Your edit looks good to us. The last thing we are wrestling with is how to account for Mr. Gabehart's wife having access to the Drive and getting some assurance that she has not accessed or retained JGR information. I have a note out to Clark.

With respect to the bonus and expenses, JGR calculates the gross amount of the bonus as $[REDACTED]. As discussed, we request approval to deduct the cost of the forensic services relating to this protocol up to a cap of $5,500. JGR also requests approval to deduct the cost of an extra hotel room for the Phoenix race weekend that Mr. Gabehart

requested in the amount of $1,413.12. If Mr. Gabehart approves, to these deductions, you may respond to this email accordingly.

Tory

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Wednesday, January 7, 2026 2:24 PM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>; Davis, Cary <CDavis@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

Tory –

Given this a nudge, not to be a pest, but just to keep this moving. Thanks.

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Tuesday, January 6, 2026 11:29 AM
**To:** 'Summey, Tory I.' <torysummey@parkerpoe.com>; Davis, Cary <CDavis@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

Tory and Charlie –

Thanks for the time. See our minor edits in the attached as we discussed. Let us know if you have anything else and we can get this finalized.

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Monday, January 5, 2026 9:11 AM

4

**To:** 'Summey, Tory I.' <torysummey@parkerpoe.com>; Davis, Cary <CDavis@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

Tory –

That works for us. I'll shoot an invite now. Thanks

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Monday, January 5, 2026 8:19 AM
**To:** Wiles, Spencer <SWiles@rbh.com>; Davis, Cary <CDavis@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING: External Email**

Thanks Spencer. I'll confirm this works and let you know.

I'm jammed up today but have time tomorrow morning at 11 AM for a call. Let me know if that would work for you.

Tory

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Friday, January 2, 2026 11:30 AM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>; Davis, Cary <CDavis@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

Tory –

Thanks. I think we are close. Do you have a few minutes to hop on a call early afternoon today to discuss and hopefully finalize?

Regarding the credit, I believe Mr. Gabehart would approve of what you propose below, but is only willing to pay up to $5500, which was the top end of Clark's quote. Also, note that Mr. Gabehart is not waiving any claims to wages owed and reserves all rights in that regard.

Best, Spencer

**Spencer T. Wiles**

**Robinson Bradshaw**
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Friday, January 2, 2026 6:51 AM
**To:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING:** External Email

Gents - Happy New Year. Attached is the updated protocol containing the declaration. We essentially accepted all of your changes and added language to address the declaration and the interregnum following imaging of the cell phone. Attached is a redline showing these changes.

Waiting on Clark to confirm whether we already have access to the Google Drive files via the JGR laptop image. Regardless, he will need Mr. Gabehart's credentials in order to complete the secure deletion.

I also confirmed with JGR that they are open to crediting the costs of forensics against the claimed bonus. If Mr. Gabehart approves, the bonus would be processed on the January 16 payroll. We would also provide documentation regarding Clark's expenses to justify the credit.

Let me know.
Tory

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Davis, Cary <CDavis@rbh.com>
**Sent:** Wednesday, December 31, 2025 10:35 AM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

10-4, thanks

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Wednesday, December 31, 2025 10:27 AM
**To:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING: External Email**

Makes sense to me.

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Davis, Cary <CDavis@rbh.com>
**Sent:** Wednesday, December 31, 2025 10:24 AM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>
**Cc:** Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

Thanks, Tory. We were thinking a little differently about this. We thought JGR was looking for a certification about the locations of any confidential JRG information, so that JGR could get comfortable with us striking the language in the Protocol about searching devices/locations other than Chris's cell phone and Google Drive. Look at this revised declaration and let us know if this works and then we'll run it by Chris. Thanks, Cary

**Cary B. Davis**

Robinson Bradshaw
t : 704.377.8386
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

cdavis@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Wednesday, December 31, 2025 9:32 AM
**To:** Wiles, Spencer <SWiles@rbh.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING:** External Email

Spencer and Cary - Good talking with you. Attached is a draft declaration. If this would be acceptable, we will revise the Protocol to include it.

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Tuesday, December 30, 2025 1:34 PM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

Yes, that is our understanding. Anything would be on his phone or his google drive. He is agreeable to certifying that.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Tuesday, December 30, 2025 11:57 AM
**To:** Wiles, Spencer <SWiles@rbh.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING:** External Email

Spencer - To address a question I know that I'm going to get about the edit to remove "additional devices . . . used by Gabehart to store Company information": is Mr. Gabehart willing to certify that he does not possess any JGR information anywhere except his Google Drive and his personal cell phone? I need to ensure that we are

reviewing all locations containing JGR information so that we don't have to go through the process again.

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Tuesday, December 30, 2025 10:09 AM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
**Subject:** RE: JGR/Chris Gabehart

**\*\*\*Caution: External email\*\*\***

Sounds good. I'll shoot an invite for 9 tomorrow

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Tuesday, December 30, 2025 10:04 AM
**To:** Wiles, Spencer <SWiles@rbh.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>
**Subject:** Re: JGR/Chris Gabehart

Thanks Spencer. I'll review and get back to you as soon as I can.

Tomorrow morning between 9 and 11 works best for me.

Tory
Sent from my iPad

**Tory Ian Summey**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

> On Dec 30, 2025, at 9:55 AM, Wiles, Spencer <SWiles@rbh.com> wrote:
>
> ***Caution: External email***
>
> Tory –
>
> See our comments to the proposal in tracked changes. Let us know if you have some time this afternoon or tomorrow morning to briefly discuss.
>
> Regarding payment. Mr. Gabehart's position is that he is going above and beyond here by giving Clark access to his devices at JGR's request. However, in an effort to expedite this and keep it moving, he is will to pay half of the costs of the examination.
>
> Thanks, Spencer
>
> **Spencer T. Wiles**
>
> Robinson Bradshaw
> t : 704.377.8374
> 600 S. Tryon St., Suite 2300
> Charlotte, NC 28202
>
> swiles@rbh.com | Bio
> robinsonbradshaw.com
>
> This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
>
> **From:** Summey, Tory I. <torysummey@parkerpoe.com>
> **Sent:** Tuesday, December 30, 2025 7:46 AM
> **To:** Wiles, Spencer <SWiles@rbh.com>
> **Cc:** Davis, Cary <CDavis@rbh.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>
> **Subject:** Re: JGR/Chris Gabehart

**WARNING:** External Email

Spencer - Clark estimates $3,500 - $5,500 for collection, review, and deletion of JGR items on the Google Drive, OneDrive, and cell phone. This estimate is subject to change based on the amount of data involved and whether there are additional accounts or devices containing JGR information.

JGR requests that Mr. Gabehart cover the full expense of this process.

Tory
Sent from my iPad

**Tory Ian Summey**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

> On Dec 29, 2025, at 10:09 AM, Summey, Tory I. <torysummey@parkerpoe.com> wrote:
>
> Spencer - Had a great Christmas and hope the same for you.
>
> Attached is the draft protocol. I'm waiting on a cost estimate from Clark and will let you know as soon as I have it.
>
> Tory
>
> **From:** Wiles, Spencer <SWiles@rbh.com>
> **Sent:** Monday, December 29, 2025 8:45 AM
> **To:** Summey, Tory I. <torysummey@parkerpoe.com>
> **Cc:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>
> **Subject:** RE: JGR/Chris Gabehart
>
> **\*\*\*Caution: External email\*\*\***

Tory –

Hope you had a good Christmas. Circling back to see what you think the ETA is on a forensic proposal so that we can keep this moving.

**Spencer T. Wiles**

**Robinson Bradshaw**
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Wednesday, December 17, 2025 3:37 PM
**To:** Wiles, Spencer <SWiles@rbh.com>
**Cc:** Davis, Cary <CDavis@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING:** External Email

Thanks Spencer. Impressively quick turnaround given your recent retention.

**Tory Ian Summey**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Wednesday, December 17, 2025 3:25 PM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

Tory –

Please see the attached. Hopefully this helps frame up our conversation tomorrow. Look forward to touching base.

Best, Spencer

**Spencer T. Wiles**

Robinson Bradshaw
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Wednesday, December 17, 2025 9:13 AM
**To:** Wiles, Spencer <SWiles@rbh.com>
**Cc:** Davis, Cary <CDavis@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING:** External Email

Greatly appreciated. Talk tomorrow.

Tory Ian Summey
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Wednesday, December 17, 2025 9:09 AM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>
**Cc:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

***Caution: External email***

Tory –

Understood. We can juggle schedules a bit and make 11 tomorrow work. Could you update the calendar invite?

**Spencer T. Wiles**

Robinson Bradshaw
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**From:** Summey, Tory I. <torysummey@parkerpoe.com>
**Sent:** Wednesday, December 17, 2025 8:58 AM
**To:** Wiles, Spencer <SWiles@rbh.com>
**Cc:** Davis, Cary <CDavis@rbh.com>
**Subject:** RE: JGR/Chris Gabehart

**WARNING:** External Email

Spencer - Thanks for reaching out. I'm glad you and Cary have been retained in this matter. Friday at 1030 works for me and I'll send a calendar invitation.

Candidly, the issues laid out in my letter are of great concern to JGR so if possible to set the call tomorrow, that would be appreciated. I can be available tomorrow (10-12).

Tory

---

**Tory Ian Summey**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9036 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

**From:** Wiles, Spencer <SWiles@rbh.com>
**Sent:** Wednesday, December 17, 2025 8:50 AM
**To:** Summey, Tory I. <torysummey@parkerpoe.com>
**Cc:** Wiles, Spencer <SWiles@rbh.com>; Davis, Cary <CDavis@rbh.com>
**Subject:** JGR/Chris Gabehart

***Caution: External email***

Tory –

Hope all is well your way. Cary and I have been engaged by Chris Gabehart in connection with the letter you sent him earlier this week. Do you have any time to briefly connect and discuss the matter? Cary and I are jammed a bit today and tomorrow but have good availability Friday after 1030. If there is a time that works for you, we can circulate a Team invite.

Thanks, Spencer

**Spencer T. Wiles**

Robinson Bradshaw
t : 704.377.8374
600 S. Tryon St., Suite 2300
Charlotte, NC 28202

swiles@rbh.com | Bio
robinsonbradshaw.com

This Robinson, Bradshaw & Hinson, P.A. email may contain material that is CONFIDENTIAL, PRIVILEGED and/or ATTORNEY WORK PRODUCT for the sole use of the intended recipient. Any review, reliance, distribution or forwarding by others without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

<Forensic Review Protocol (Gabehart)(18685308.2).docx>