# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

    Defendants.

## SECOND DECLARATION OF TODD BERRIER

Todd Berrier states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. As I stated in my first declaration submitted on March 1, 2026, Gabehart told me on or about October 21, 2025 that he had a meeting with Dan Towriss, the co-owner of Spire. Later that night, I received the below text from Gabehart confirming he met with Towriss. The message I sent is in the green box and the messages I received from Gabehart are in gray boxes.

Tue, Oct 21 at 7:44 PM

That guy is not playing, Todd.

That guy is not playing, Todd.

> Copy that, I'm telling you he has enough money if he really wants to do it he could do it
>
> He's funding the whole Formula One project for General Motors

3. Between October 22 and October 29, 2025 Gabehart told me there were a lot of people working at Spire and asked me who I knew. On October 29, 2025, Gabehart sent me the below text. The message I received from Gabehart is in the gray box. The document was Spire's organizational chart which is attached as Exhibit A.



Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

March 13, 2026

TODD BERRIER

2

# Exhibit A

