# EXHIBIT 1

# Limited Pre-Litigation Forensic Review

- **Devices and Accounts Inspected and Imaged**
  - Gabehart's personal cell phone
  - Gabehart's Known Synched Google Drive
- **Material Limitations**
  - JGR was not permitted to access contents of cell phone and Known Synched Google Drive to identify materials and data originating from JGR
  - JGR only received: (a) materials it already knew Gabehart misappropriated and (b) additional files that hit on limited search terms designed to locate files identifying JGR in the title
- **Known Devices and Accounts Gabehart did not Make Available**
  - Gabehart's personal laptop;
  - Gabehart's personal email;
  - Other cloud based storage systems -- including the Unknown One Drive identified in Mr. Walton's Second Supplemental Declaration Gabehart routinely interacted with while accessing JGR materials and data; and
  - File sharing accounts -- including the ShareFile account Gabehart accessed at 1:15 a.m. after performing Google search for "indemnify" on December 4, 2025

1

# The Court Should Grant Expedited Discovery

Case 3:26-cv-00133-SCR-DCK    Document 49-1    Filed 03/18/26    Page 3 of 4

# Expedited Discovery

1. If the Court elects to order narrower expedited discovery, JGR asks it to order production of Communications from August 1, 2025 to the present including Gabehart, Dickerson or Towress:
   - Relating to **Spire's decision to hire Gabehart** and
   - Referencing **JGR's Confidential Information and Trade Secrets or data**

2. Third-Party Subpoenas to the entities and individuals listed below for production of communications referencing or referring to Spire's possession of JGR's materials and data:
   - **Hass Factory Team** – Joe Custer
   - **Trackhouse Racing** – Justin Marks (Owner); Todd Meredith
   - **Rick Ware Racing** – Rick Ware; Tommy Baldwin

71

3