JOE GIBBS RACING, LLC,

               Plaintiff, v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

               Defendants.

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to the Parties' agreement and this Court's rulings during the March 24, 2026 discovery conference, Plaintiff respectfully moves the Court for entry of a protective order pursuant to Fed. R. Civ. P. 26(c) in the form attached to this motion which has been signed by counsel for the parties.

Respectfully submitted on March 24, 2026.

/s/ Danielle T. Williams
Danielle T. Williams
N.C. Bar No. 23283
**KING & SPALDING LLP**
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
dwilliams@kslaw.com

Thomas M. Melsheimer – Pro Hac Vice
Chad B. Walker – Pro Hac Vice
Tracea Rice – Pro Hac Vice
Alexandra Moore - Pro Hac Vice
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
tmelsheimer@kslaw.com
cwalker@kslaw.com
trice@kslaw.com
almoore@kslaw.com

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
**PARKER POE LLP**
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Counsel for Plaintiff Joe Gibbs Racing, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION FOR ENTRY OF PROTECTIVE ORDER** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 24th day of March, 2026

**KING & SPALDING LLC**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN LLP**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*