# EXHIBIT B

## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 4 | Date Range: 11/21/2025 |

## Outline of Conversations

  +▮▮▮▮▮▮▮▮ • 4 messages on 11/21/2025 • Heather Gibbs <▮▮▮▮▮▮▮▮> • Tim Carmichael <▮▮▮▮▮▮▮▮> • Tim Carmichael <tcarmichael@joegibbsracing.com>

JGR_0000273

**Messages in chronological order** (times are shown in GMT -05:00)



TC  **Tim Carmichael <█████████>**  ▶ 11/21/2025, 1:28 PM

Gabehart texted me, said he is at Jgr dropping/picking stuff up. I told him he should reach out to you so someone could be with him. FYI

> HG  **Heather Gibbs <█████████>**  ◀ 11/21/2025, 1:29 PM

How did he get in. He doesn't have access?

Receipts • Tim Carmichael <█████████> [R:11/21/2025, 1:29 PM]

>> TC  **Tim Carmichael <█████████>**  ▶ 11/21/2025, 1:31 PM

He said Todd was letting him in which is when I said he should reach out to you.

>>> HG  **Heather Gibbs <█████████>**  ◀ 11/21/2025, 1:31 PM

That was a mistake. Todd shouldn't do that. Thanks will have Eric go over

Receipts • Tim Carmichael <█████████> [R:11/21/2025, 1:33 PM]

JGR_0000274