# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

   Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

   Defendants.

**SECOND DECLARATION OF
WILLIAM ANTHONY**

**SECOND DECLARATION OF WILLIAM ANTHONY**

I, William Anthony, declare under penalty of perjury, as follows:

1. I am a resident of Mooresville, North Carolina, and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I swear to this Declaration with the understanding that it will be used to oppose Plaintiff Joe Gibbs Racing, LLC's ("JGR") Motion for a Preliminary Injunction.

3. I am the President of Spire Motorsports, LLC ("Spire"). As President, I am familiar with most aspects of Spire's business operations and am familiar with the circumstances surrounding Chris Gabehart's employment with Spire.

4. I am also an attorney actively licensed in the State of North Carolina and the State of California and provide services as in-house counsel to Spire.

5. I am aware that on multiple occasions, in written filings and orally in open court, JGR has suggested to the Court that Spire has agreed to indemnify Mr. Gabehart for purposes of this lawsuit.

1

6. This is not true. Spire is not indemnifying Mr. Gabehart with respect to this lawsuit. Spire is not paying Mr. Gabehart's attorneys' fees.

7. Likewise, Mr. Gabehart's employment agreement with Spire does not contain an indemnification provision.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2026

_____
William Anthony

2