**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff, v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | **DEFENDANT SPIRE MOTORSPORTS, LLC'S NOTICE OF FILING DEMONSTRATIVES FROM HEARING ON MARCH 26, 2026** |

During the March 26, 2026, hearing regarding Plaintiff's Motion for Preliminary Injunction (Dkt. 9), Defendant Spire Motorsports, LLC ("Spire"), presented demonstrative exhibits to support its argument. Per the Court's request, Spire hereby files the demonstratives electronically as Exhibit 1 to this Notice.

This the 26th day of March 2026

Respectfully submitted,

By: */s/ Joshua D. Davey*

Joshua D. Davey
N.C. Bar No. 35246
Lawrence J. Cameron
N.C. Bar No. 41922
Troy C. Homesley, III
N.C. Bar No. 62148
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com

troy.homesley@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing **DEFENDANT SPIRE MOTORSPORTS, LLC'S NOTICE OF FILING DEMONSTRATIVES FROM HEARING ON MARCH 26, 2026,** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically notice and serve this document on all counsel of record.


Dated: March 26, 2026

*/s/ Joshua D. Davey*