# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

      Plaintiff,

      v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

      Defendants.

**PLAINTIFF JOE GIBBS RACING,
LLC'S NOTICE OF SUPPLEMENTAL
AUTHORITY**

Pursuant to LCvR 7.1(j), Plaintiff Joe Gibbs Racing, LLC ("JGR") respectfully advises the

Court of supplemental evidence that has come to JGR's attention after its final brief was filed and

before a decision has been rendered on JGR's Motion for Preliminary Injunction, as requested in

the following briefing:

1. Pl.'s Mot. TRO & Prelim. Inj., ECF No. 9.
2. Pl.'s Suppl. Mem. Supp. Mot. Prelim. Inj., ECF No. 35.
3. Pl.'s Reply Supp. Mot. Prelim. Inj., ECF No. 46.
4. Pl.'s Second Suppl. Br. Supp. Mot. Prelim. Inj., ECF No. 59.

**Supplemental Authority**: Third Declaration of Walter Brown (attached hereto as Exhibit

A); Declaration of David Biro (attached hereto as Exhibit B).

**Reasons for Supplemental Citation**: On April 11, 2026, Christopher Gabehart attended

Practice and Qualifying for the Food City 500 NASCAR Cup Series race at Bristol Motor

Speedway. David Biro, a content creator present at the event, photographed Gabehart at the

NASCAR Cup Series Practice and Qualifying sessions on April 11, 2026.   JGR's current

Competition Director Walter Brown's declaration provides Brown's understanding of what is

1

depicted in the photos of Gabehart taken by Biro.

The declarations and accompanying photographs are particularly pertinent to the arguments set forth in JGR's Reply in Support of Motion for Preliminary Injunction, ECF No. 46 at 2–3, and JGR's Second Supplemental Brief, ECF No. 59 at 14–17, that notwithstanding the Court's Temporary Restraining Order prohibiting Gabehart from violating Section 6 of his Employment Agreement, Gabehart is performing the same general type of services for Spire that he performed as Competition Director for JGR.

Specifically, the supplemental evidence documents observations of Gabehart: (1) wearing radios to listen to competition-related information; (2) positioned inside Spire's pit road workstation for the Cup Series alongside personnel monitoring race data; and (3) positioned near Carson Hocevar, a NASCAR Cup Series driver for Spire, at the end of Qualifying.

This evidence is also pertinent to the threat of ongoing misappropriation addressed in JGR's Reply, ECF No. 46 at 9–13, as Gabehart's active participation in Spire's race-day competition operations creates circumstances in which JGR's trade secrets may be disclosed or misused.

Finally, the evidence is pertinent to JGR's argument that Gabehart's demonstrated lack of credibility necessitates monitoring his conduct to ensure compliance with the Court's order, as addressed in JGR's Second Supplemental Brief, ECF No. 59 at 20-21.

Respectfully submitted this 13th day of April, 2026.

KING & SPALDING LLC
*/s/ Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202

2

Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

3

**ARTIFICIAL INTELLIGENCE CERTIFICATION**

No artificial intelligence was employed in doing the research for the preparation of this Notice, with the exception of the standard artificial intelligence embedded in WestLaw. Every statement and every citation to authority contained in this Memorandum has been checked by an attorney in this case as to the accuracy of the proposition for which it is offered.

This the 13th day of April, 2026

**KING & SPALDING LLC**

*/s/ Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com

4

charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 13th day of April, 2026

**KING & SPALDING LLC**

*/s/ Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com

torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*