# EXHIBIT A

JOE GIBBS RACING, LLC,

          Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

          Defendants.

## THIRD DECLARATION OF WALTER BROWN

Walter Brown states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I have worked for Joe Gibbs Racing, LLC ("JGR") since December of 2006. Since December 1, 2025, I have served as JGR's Competition Director, and I previously served as JGR's Competition Director from 2016 through 2023.

3. April 12, 2026 was the day of the Food City 500 race for the NASCAR Cup Series at Bristol Motor Speedway. The NASCAR Cup Series Practice and Qualifying were the only NASCAR events related to Spire vehicles taking place at Bristol Motor Speedway on April 11, 2026—there were no Craftsman Truck Series race scheduled on that day. The O'Reilly Series race also occurred on that day, but Spire does not have a car competing in that series. I did not attend the Practice and Qualifying on April 11, 2026, but I have done so on several occasions, and I am familiar with all the places and individuals described below.

4. On April 11, 2026, according to the event schedule, Practice began around 4:30 p.m. and ended around 5:30 p.m. Directly after Practice, Qualifying began around 5:40 p.m. and

ended around 6:30 p.m. A true and accurate copy of the Official Event Schedule for all events at Bristol Motor Speedway is attached hereto as Exhibit 1.

5.     Practice for the NASCAR Cup Series is the time when race teams test their race cars on the track to evaluate and refine their car setups through mechanical adjustments in preparation for the race. During practice, crew chiefs and competition personnel monitor performance data, communicate adjustments over team radios, and make real-time decisions about changes to the car. Practice is critical because it allows teams to identify how the cars are handling on the specific track and make adjustments before Qualifying and the race itself.

6.     Qualifying for the NASCAR Cup Series is the time when drivers compete individually to set their fastest lap times, which determines the starting positions for the race. During qualifying, competition teams monitor real-time performance data, evaluate how adjustments made during Practice are performing and communicate with drivers to optimize lap times. The results of Qualifying directly impact race strategy, as starting position can significantly affect a team's competitive advantage during the race.

7.     Because Practice and Qualifying drive and influence competition decisions for the race teams in advance of the Cup Series race the next day, engaged attendees are typically limited to competition personnel—such as crew chiefs, engineers, competition directors, and other team members with input into car performance.   Executives who do not have input into competition typically are not actively engaged in Practice or Qualifying sessions.   Sponsors typically do not attend Practice and Qualifying, particularly at this race.

2

8.     I have reviewed the Declaration of David Biro and the photographs attached to it, which I have also copied into this declaration.  Based on my experience, the photographs appear to suggest Chris Gabehart may be engaging in the kind of activities I would expect from someone performing Competition Director-related duties for a NASCAR Cup event.

9.     Below is a photograph that David Biro states he took at 4:39 p.m.  In this photograph taken during Practice for the Cup Series, Gabehart appears to be wearing two radios with earpieces—in my experience the kind issued by NASCAR race teams to their competition personnel. Gabehart's use of these radios during this time strongly suggests that he is listening to the radios to obtain competition-related information.

3



10. A pit road workstation is the operational hub where a NASCAR team's competition personnel make real-time decisions. The workstation is where competition personnel—including

crew chiefs, engineers, and the Competition Director—monitor data, evaluate car performance and communicate with drivers, crew members, and engineers during Practice and Qualifying. The workstation typically contains live telemetry feeds, including SMT (Scoring, Monitoring, and Timing) data, which is NASCAR's real-time tracking system that provides detailed information about each car's position, speed, lap times, and intervals between competitors. When Gabehart served as Competition Director at JGR, he used the workstation to monitor SMT data, coordinate with crew chiefs, and direct real-time car performance during Practice and Qualifying.

11.     Below is a photograph Biro stated he took at 4:45 p.m. In the photograph, Gabehart is apparently underneath the curtain of Spire Motorsports' onsite competition workstation at Bristol Motor Speedway during Practice for the NASCAR Cup Series. In my experience, access to the workstation is typically limited to competition personnel with direct input into a Cup team's on-track performance. In the photograph, Gabehart, standing with his back to the camera and wearing a black shirt and jeans, is apparently monitoring data screens. This position in close proximity is consistent with someone providing input into competition decisions. His presence at this location during Practice, as well as his specific location within the workstation, suggests to me Gabehart was likely actively participating in Spire's competition operations for the NASCAR Cup race.

5



12.     A Competition Director's role with drivers during Practice and Qualifying is typically to coordinate between all the teams and disciplines, including drivers, crew chiefs, and engineers. This often includes communicating with drivers during Practice and Qualifying. Because Practice and Qualifying is a crucial time preparing for the race, team members typically do not engage with the drivers unless involved in competition.

13.     Below is a photograph Biro stated he took at 6:22 p.m. This photograph was taken at the end of Qualifying and shows Gabehart in close proximity to someone who appears to be Carson Hocevar, the driver of Spire's Number 77 Cup Series car. In the photograph, Gabehart appears to be standing and looking at a screen. Hocevar—the Spire driver—appears to be seated in the workstation wearing glasses. In my experience, direct communication between competition leadership and drivers at the end of Qualifying typically involves discussing the driver's performance during Qualifying, and the car's handling. This type of apparent interaction—

6

occurring immediately after Qualifying—suggests to me Gabehart was likely actively participating in Spire's competition operations, providing the kind of input and feedback that a Competition Director provides to the team after Qualifying.



Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

April 13, 2026 **WALTER BROWN**

_Walter Brown_

8