# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

          Plaintiff,

      v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

          Defendants.

## DECLARATION OF DAVID BIRO

David Biro states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am the content creator and social media manager for Ty Gibbs, a driver for Joe Gibbs Racing, LLC, and have served in that role since January 2026.

3. On April 11, 2026, I attended the Practice and Qualifying events for the Food City 500 race for the NASCAR Cup Series at Bristol Motor Speedway.

4. Exhibit 1 is a true and accurate copy of a photograph I took at Bristol Motor Speedway at 4:37 p.m. on April 11, 2026.

5. Exhibit 2 is a true and accurate copy of a photograph I took at Bristol Motor Speedway at 4:37 p.m. on April 11, 2026.

6. Exhibit 3 is a true and accurate copy of a photograph I took at Bristol Motor Speedway at 4:39 p.m. on April 11, 2026.

7. Exhibit 4 is a true and accurate copy of a photograph I took at Bristol Motor Speedway at 4:45 p.m. on April 11, 2026.

8. Exhibit 5 is a true and accurate copy of a photograph I took at Bristol Motor Speedway at 6:22 p.m. on April 11, 2026.

9. Exhibit 6 is a true and accurate copy of a photograph I took at Bristol Motor Speedway at 6:28 p.m. on April 11, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

April 13, 2026

**DAVID BIRO**

# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3

7



# EXHIBIT 4

9



# EXHIBIT 5



# EXHIBIT 6



14