# EXHIBIT A

| | | |
|---|---|---|
| JOE GIBBS RACING, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 3:26-cv-00133 |
| | ) | |
| CHRISTOPHER GABEHART and SPIRE | ) | |
| MOTORSPORTS, LLC, | ) | Honorable Susan C. Rodriguez |
| *Defendants*. | ) | |
| | ) | |
| | ) | |

## THIRD DECLARATION OF JEFFREY DICKERSON

I, Jeffrey Dickerson, declare under penalty of perjury, as follows:

1. I am a resident of Denver, North Carolina, and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I swear to this Declaration with the understanding that it be used in support of Spire Motorsports, LLC's ("Spire") response to JGR's Notice of Supplemental Authority (Dkt. 71).

3. I am the co-owner of Spire Motorsports.

4. I am generally familiar with the allegations in the lawsuit captioned above (the "Lawsuit"). I have also been made aware that JGR is now complaining that Mr. Gabehart was present at Practice and Qualifying for the Food City 500 at Bristol Motor Speedway. Dkt. 71. I have reviewed the third declaration submitted by Walter Brown, along with the declaration submitted by David Biro. Mr. Brown's declaration, in particular, is inaccurate.

5. I have also reviewed the photographs submitted by Mr. Biro. Those photographs do not show Mr. Gabehart acting as a Competition Director, because that is not his role at Spire.

1

Those photographs also do not show Mr. Gabehart providing services similar to those he provided to JGR.

## MR. GABEHART'S ROLE

6. Mr. Gabehart was hired by Spire to be Spire's Chief Motorsports Officer. That is the role he currently occupies. This is an executive-level role. As an executive, Mr. Gabehart is expected to be present at and to observe Spire's various racing teams across a wide range of racing series. Mr. Gabehart is also expected to communicate with members of the team, drivers, other executives, and owners. In short, Mr. Gabehart is expected to serve as a face for Spire as an organization, and build and maintain relationships with members of the team.

7. As an executive, Mr. Gabehart is also expected to be a leader. That means showing that he is invested in and cares about Spire's various teams. And that requires being present at the track to demonstrate his commitment to the organization.

8. Mr. Gabehart is *not* the Competition Director for Spire. That position is held by Matt McCall, who is one of the best, most respected Competition Directors in the garage. Mr. McCall ably handles and oversees all elements of Spire's competition-related functions in the NASCAR Cup Series.

## PRACTICE AND QUALIFYING AT THE FOOD CITY 500

9. Practice and Qualifying for the Cup Series at the Food City 500 occurred at Bristol Motor Speedway on April 11, 2026. I was present for Practice and Qualifying at this event.

10. A wide range of people can and do attend Practice and Qualifying for Cup Series events. Tickets to attend can actually be purchased by members of the public. There are also hot/cold passes for the infield so that observers can get close to the action. Members of the racing industry also routinely attend Practice and Qualifying for Cup Series events. Attendees can include

2

members of the press, PR teams, sponsors, pit crew members, drivers, NASCAR officials, NASCAR executives, team executives, and team members with competition-related functions. The fact that someone is present at the track during Practice and Qualifying, or at any point during a race weekend, does not mean they are acting as a Competition Director.

11.     Apparently, some Competition Directors themselves do not even attend Practice and Qualifying or entire race weekends.  While it is customary to do so, and Spire's Competition Director does attend every race weekend, it appears that Mr. Brown (who I understand to be the current Competition Director for JGR) chose not to attend Practice and Qualifying for the Food City 500 at all.  Dkt. 71-1 ¶ 3.

12.     Spire's Competition Director for the Cup Series did take the time to attend Practice and Qualifying for the Food City 500.  As noted above, his name is Matt McCall.  At all times during Practice and Qualifying for the Food City 500, Mr. McCall was actively engaged in two-way communications with drivers and members of the team.  He was also carrying out his detail-oriented role of analyzing competition-related data and making real-time adjustments to vehicles. Below is a picture of Mr. McCall actively engaged in his role as Competition Director.  This is what it looks like when a Competition Director is locked in and doing their job.

3



13. By contrast, as the pictures attached to Mr. Brown's declaration show, Mr. Gabehart was walking around various locations in the in-field during Practice and Qualifying. For example, in several pictures (Exhibits 1 and 2) he is standing around in Victory Lane, which was located hundreds of yards away from Spire's pit location. In the background of one of those pictures (Exhibit 2) is Bill Janitz, who works on public relations for Toyota. Like Mr. Gabehart, Mr. Janitz was at Practice and Qualifying for the Food City 500, but is not a competition director. In another picture, Mr. Gabehart is walking around the infield (Exhibit 3). None of these pictures show Mr. Gabehart providing the same services he provided to JGR.

14. There are many, many examples of executives who were present for Practice and Qualifying for the Food City 500 (or at the race itself) who are not Competition Directors, several of whom have no meaningful involvement in competition-related functions at all. A few examples are listed here:

      a. Jeff Gordon (Vice Chair of Hendrick Motorsports) was shown de-briefing with driver Kyle Larson and crew chief Cliff Daniels following the end of the Cup Series

4

race on Sunday, April 12.[1]  Mr. Gordon interacted with a driver and a crew chief at the Food City 500, but is not a Competition Director for Hendrick Motorsports. Instead, like Mr. Gabehart, Mr. Gordon is an executive.

b.  Rob Edwards, an executive at TWG Motorsports, was present for Qualifying and Practice for the Food City 500.  Mr. Edwards is not a Competition Director. Instead, like Mr. Gabehart, Mr. Edwards is an executive.

c.  I was present at Qualifying and Practice for the Food City 500 in my capacity as co-owner of Spire.  I interfaced regularly throughout the day with our drivers, teams, engineers, and mechanics in my role as a co-owner of Spire.  I, like Mr. Gabehart, am not the Competition Director for Spire.

d.  Spire's President, Bill Anthony, was present at Qualifying and Practice for the Food City 500.  Mr. Anthony, like Mr. Gabehart, is an executive of Spire and is not Spire's Competition Director.

e.  Jeff Andrews, President of Hendrick Motorsports (an executive) was present at the Food City 500, and was actively interfacing with Hendrick's drivers and teams. Like Mr. Gabehart, Mr. Andrews is not a Competition Director.

f.  David Biro was present at Qualifying and Practice for the Food City 500, and apparently was in close proximity to Spire's activities that day.  Mr. Biro apparently has no competition-related functions.  Instead, he describes himself as the "content creator and social media manager for Ty Gibbs."  Dkt. 71-2, ¶ 2.

---

[1] ClaireBLang, *The Joe Gibbs Racing v.s. Chris Gabehart and Spire Motorsports Case Continues...* (Apr. 14, 2026, 10:53 AM), X (formerly Twitter), https://x.com/claireblang/status/2044066550026568037?s=42 (Jeff Gordon, Hendrick Motorsports' Vice Chair, debriefing with crew chief Cliff Daniels and Kyle Larson after the Bristol race).

5

15. None of the pictures taken by Mr. Biro show Mr. Gabehart using a two-way radio to communicate with anyone. To my knowledge, Mr. Gabehart did not engage in any communications using any radio during Practice and Qualifying for the Food City 500. The photographs taken by Mr. Biro do appear to show Mr. Gabehart wearing a digital radio on his hip. However, without a microphone, a digital radio cannot be used to communicate *with* members of the team. It is a listening device only. In contrast, Exhibit 4 to Mr. Biro's declaration shows an individual employed by Spire who is wearing a two-way radio, which notably has a microphone so that the individual can communicate in real-time with members of the team, drivers, etc. Mr. Gabehart had no such device on during Practice and Qualifying for the Food City 500, or at the race itself.

16. An example of Mr. McCall wearing and using a two-way radio with a microphone is shown below. This is what a two-way radio looks like.



17. Owners, executives, and others routinely wear digital radios around the race track so that they are able to observe and understand what is going on.

6

18. The last picture (Exhibit 6) appears to show Mr. Gabehart looking up at the pylon or something else. I am not sure what the point of that picture is.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2026



Jeffrey Dickerson

7