# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

JOE GIBBS RACING, LLC, )
)
*Plaintiff*, )
)
v. ) Case No: 3:26-cv-00133-SCR-DCK
)
CHRISTOPHER GABEHART and SPIRE )
MOTORSPORTS, LLC, ) Honorable Susan C. Rodriguez
*Defendants*. )
)
)

## JOINT MOTION OF ALL PARTIES FOR EXTENSION OF DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Joe Gibbs Racing, LLC ("JGR") and Defendants Christopher Gabehart ("Gabehart") and Spire Motorsports, LLC ("Spire"), by and through counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, jointly move the Court to extend the deadline for Defendants to file their responsive pleadings to Plaintiff's complaint until fourteen days after either (1) Plaintiff files its Second Amended Complaint with the consent of Defendants, or (2) absent consent of Defendants to the filing of the Second Amended Complaint, the Court rules on Plaintiff's forthcoming motion for leave to file a Second Amended Complaint.

In support of this motion, the parties show the court as follows:

1. JGR filed the First Amended Complaint on February 24, 2026. Dkt. 8.

2. Defendants' deadline to answer or otherwise respond to the First Amended Complaint is Monday, April 27, 2026. Dkt. 17.

3. On Friday, April 24, 2026, JGR informed Spire that it intended to file a Second Amended Complaint and requested that Defendants consent to such filing. JGR's filing of a

1

Second Amended Complaint would obviate Defendants' obligation to answer or otherwise respond to the First Amended Complaint.

4. Defendants requested JGR provide a copy of the proposed Second Amended Complaint so they could determine whether to consent to its filing. JGR agreed to provide a copy of the proposed Second Amended Complaint as soon as practicable.

5. Upon receipt of Plaintiff's proposed Second Amended Complaint, Defendants will promptly inform JGR whether they will consent to the filing of the Second Amended Complaint. Absent agreement, JGR intends to file a Motion for Leave to File a Second Amended Complaint promptly.

6. In any case, the parties have agreed that Defendants do not need to file any responsive pleading on April 27, 2026.

7. In light of Defendants' deadline today to respond to the Amended Complaint, JGR's intention to file a Second Amended Complaint, and in the interest of efficiency, the parties jointly request the Court enter an order extending Defendants' deadline to file their responsive pleadings to Plaintiff's complaint until fourteen days after either (1) Plaintiff files its Second Amended Complaint with the consent of Defendants, or (2) absent consent of Defendants to the filing of the Second Amended Complaint, the Court rules on Plaintiff's forthcoming motion for leave to file a Second Amended Complaint.

Dated: April 27, 2026

Respectfully submitted,

*s/ Sarah F. Hutchins*
Sarah F. Hutchins (NC Bar No. 38172)
Tory Ian Summey (NC Bar No. 46437)
Keith M. Weddington (NC Bar No. 14352)
Charles G. Middlebrooks (NC Bar No. 55171)
Madelyn R. Candela (NC Bar No. 63827)
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 S. Tryon St., Suite 800
Charlotte, NC 28202
Telephone: (704) 916-1503
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

Danielle T. Williams (NC Bar No. 23283)
KING & SPAULDING LLP
300 S. Tryon St., Suite 1700
Charlotte, NC 28202
dwilliams@kslaw.com

Thomas M. Melsheimer – *pro hac vice*
Chad B. Walter – *pro hac vice*
Tracea Rice – *pro hac vice*
Alexandra Moore – *pro hac vice*
KING & SPAULDING LLP
2601 Olive St., Suire 2300
Dallas, TX 75201
tmelsheimer@kslaw.com
cwalker@kslaw.com
trice@kslaw.com
almoore@kslaw.com

*Attorneys for Plaintiff Joe Gibbs Racing, LLC*

*/s/ Joshua D. Davey*
Joshua D. Davey (NC Bar No. 35246)
Lawrence J. Cameron (NC Bar No. 41922)
Troy C. Homesley, III (NC Bar No. 62148)
TROUTMAN PEPPER LOCKE, LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com
Lawrence.Cameron@troutman.com
Troy.Homesley@troutman.com

John S. "Evan" Gibbs III – *pro hac vice*
TROUTMAN PEPPER LOCKE, LLP
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
Evan.Gibbs@troutman.com

*Attorneys for Defendant Spire Motorsports, LLC*

*s/ Cary B. Davis*
Cary B. Davis (NC Bar No. 36172)
Spencer T. Wiles (NC Bar No. 53664)
William M. Miller (NC Bar No. 36946)
Anna Claire Tucker (NC Bar No. 59457)
ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon St., Suite 2300
Charlotte, NC 28202
cdavis@rbh.com
swiles@rbh.com
wmiller@rbh.com
atucker@rbh.com

*Attorneys for Defendant Chrisopher Gabehart*

3

## CERTIFICATION CONCERNING USE OF ARTIFICIAL INTELLIGENCE

Pursuant to the United States District Court for the Western District of North Carolina's June 18, 2024 Standing Order, I hereby certify that no artificial intelligence was employed in doing the research for the preparation of this document, with the exception of artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg. I further certify that every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

Dated: April 27, 2026

*/s/ Joshua D. Davey*