**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC, <br><br> Defendants. | **JOINT MOTION FOR ENTRY OF PRETRIAL ORDER AND RESOLUTION OF DISPUTED PROVISIONS** |

Plaintiff Joe Gibbs Racing, LLC ("JGR") and Defendants Christopher Gabehart ("Gabehart") and Spire Motorsports, LLC's ("Spire") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion for Entry of the Proposed Pretrial Order and Case Management Plan. Pursuant to the Court's directive, the Parties met and conferred regarding a proposed expedited scheduling order for this matter. Through those efforts, the Parties reached an agreement on numerous scheduling and case management provisions. However, one discrete issue remains in dispute concerning the allocated deposition limits, which the Parties present herein for the Court's resolution. The Parties respectfully request that the Court enter the proposed scheduling order and case management plan, adopting the agreed-upon terms, and resolve the sole, disputed issue set forth below.

## I.    AGREED SCHEDULING PROVISIONS

The following deadlines (with the exception of Defendant Gabehart's counsel's conflict with the trial date noted below) have been agreed upon by all parties:

| AGREED DEADLINES AT A GLANCE | |
|---|---|
| **Deadlines** | **Proposed Date** |
| Rule 26 Disclosures | May 11, 2026 |

1

| Beginning of Discovery | May 11, 2026 |
|---|---|
| Substantial Document Production | June 17, 2026 |
| Amendment of Pleadings | June 30, 2026 |
| Joinder of Other Parties | June 30, 2026 |
| Completion of Fact Discovery | August 7, 2026 |
| Opening Expert Report[s] | August 26, 2026 |
| Rebuttal Expert Report[s] | September 11, 2026 |
| Completion of Expert Discovery | September 23, 2026 |
| Filing of Dispositive Motions | September 30, 2026 |
| Mediation Report | October 30, 2026 |
| **Trial Date[1]** | **January 19, 2027** |

The parties respectfully request (Defendant Gabehart, due to his counsel's conflict noted herein, does not join in the request for the January 19, 2027 trial date) that the Court enter these deadlines as set forth above and in Exhibit A (Joint Proposed Pretrial Order and Case Management Plan), without modification.

## II.    DISPUTED CASE MANAGEMENT PROVISION

The parties were unable to reach agreement concerning the following case management provision. Accordingly, the parties set forth each sides' respective position and competing proposal for the Court's consideration and resolution.

### A.    Deposition Limits

1.    Plaintiff's Position

Plaintiff proposes that each party be permitted to take up to 16 non-expert depositions, subject to the same 70-hour aggregate deposition-time limit proposed by Defendants. This case

---

[1] Mr. Davis and Mr. Wiles have a previously-scheduled conflict, an arbitration final hearing in a dispute between JGR driver Chase Briscoe and his former sports agent (RBH client). Judge Bledsoe is our arbitrator. The parties held a scheduling conference in late 2025, before this case was filed. The parties needed an offseason (Nov. - early February) hearing date because Mr. Briscoe needs to be present every day of the hearing, which is expected to last at least 5 days. Mr. Briscoe is represented by Robert Muckenfuss and Zach McCamey of McGuireWoods. Mr. Muckenfuss and Mr. McCamey have a trial with Judge Bell in December 2025, and the only offseason date the parties could come up with that worked for everyone was January 19, 2026. Judge Bledsoe is amenable to moving the hearing to February 2026, but Mr. Briscoe's counsel has advised that they and their client are not available in February. Thus, January 19 is the only available offseason hearing date for that case.

involves multiple fact issues, including Gabehart's acquisition and use of JGR's Confidential Information and Trade Secrets, Spire's knowledge of Gabehart's contractual obligations, Gabehart's recruiting and hiring by Spire, Gabehart's role at Spire, whether Spire possesses or used JGR-derived information, and related third-party communications.

Defendants' proposed 10-deposition limit is not sufficient for this record. Spire's disclosures identify ten Spire employees alone with relevant knowledge, and JGR's disclosures identify over two-dozen nonparties—including third-party racing-industry witnesses, sponsor-related witnesses, and other third parties with knowledge of the claims and defenses. The parties' discovery activity also confirms the need for more than 10 depositions per party. Defendants have already collectively served over 17 subpoenas, not counting an additional 9 served on Verizon relating to various phone records.

The proposed 10-deposition limit would also unfairly hamper only Plaintiff, as the defendants—whose interests are largely aligned—would be able to coordinate on 20 depositions. Plaintiff's proposal maintains proportionality because it keeps the same 70-hour cap that Defendants propose; it simply allows JGR to allocate that time across the witnesses needed to develop the record. The Court should therefore adopt Plaintiff's proposed limit of 16 non-expert depositions per side, subject to a total of 70 hours on the record.

2. Defendants' Position

Defendants propose that each party be permitted up to 10 depositions, with a total of 70 hours of deposition time. Defendants believe that a limit of ten depositions—the standard amount under Federal Rule of Civil Procedure 30(a)—per side is sufficient for the needs of this case, particularly given the expedited trial date. Even 10 depositions will impose a significant burden on all parties, who will be required to complete approximately thirty depositions in less than three

months, during which counsel for all parties must identify, prepare, and defend witnesses, coordinate logistics, and attend the depositions themselves. These activities will also necessarily require substantial time and resources from the parties' employees, pulling them away from their regular job responsibilities and daily work. JGR's proposal to allow sixteen depositions per side would multiply these burdens and is simply not proportional to the needs of the case..

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter the agreed-upon scheduling order and case management provisions, set forth in Exhibit A (Joint Proposed Pretrial Order and Case Management Plan), and resolve the disputed issues presented in Section III in a manner the Court deems appropriate and consistent with the efficient management of this case.

This the 15th day of May, 2026

By: */s/ Danielle T. Williams*
Danielle T. Williams
N.C. Bar No. 23283
**KING & SPALDING LLP**
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
dwilliams@kslaw.com

Thomas M. Melsheimer – Pro Hac Vice
Chad B. Walker – Pro Hac Vice
Tracea Rice – Pro Hac Vice
Alexandra Moore - Pro Hac Vice
**KING & SPALDING LLP**
2601 Olive Street, Suite 2300
Dallas, TX 75201
tmelsheimer@kslaw.com
cwalker@kslaw.com
trice@kslaw.com
almoore@kslaw.com

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
**PARKER POE LLP**
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Counsel for Plaintiff Joe Gibbs Racing, LLC*

By: */s/ Cary B. Davis*
Cary B. Davis
N.C. Bar No. 36172
Spencer T. Wiles
N.C. Bar No. 53664
William B. Miller
N.C. Bar No. 36946
Anna Claire Tucker
N.C. Bar No. 59457
**ROBINSON, BRADSHAW & HINSON, P.A**.
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-2536
cdavis@rbh.com
swiles@rbh.com
wmiller@rbh.com
atucker@rbh.com
*Counsel for Defendant Christopher Gabehart*

By: */s/ Joshua D. Davey*
Joshua D. Davey
N.C. Bar No. 35246
Lawrence J. Cameron
N.C. Bar No. 41922
Troy C. Homesley, III
N.C. Bar No. 62148
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com

*Counsel for Defendant Spire Motorsports, LLC*

5

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith the relief sought in this Motion. While the parties reached an agreement concerning deadlines for an expedited schedule, the parties have reached an impasse as to certain case management provisions.

This the 15th day of May, 2026

**KING & SPALDING LLC**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com

keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## ARTIFICIAL INTELLIGENCE CERTIFICATION

No artificial intelligence was employed in doing the research for the preparation of this Memorandum, with the exception of the standard artificial intelligence embedded in WestLaw. Every statement and every citation to authority contained in this Memorandum has been checked by an attorney in this case as to the accuracy of the proposition for which it is offered.

This the 15th day of May, 2026

**KING & SPALDING LLC**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com

keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

<h1 align="center">CERTIFICATE OF SERVICE</h1>

The undersigned counsel hereby certifies that the foregoing **JOINT MOTION FOR ENTRY OF EXPEDITED SCHEDULING ORDER AND RESOLUTION OF DISPUTED PROVISIONS** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 15th day of May, 2026

**KING & SPALDING LLC**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800

10

Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

11