**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

     Plaintiff,

     v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

     Defendants.

**JOINT STIPULATION**

Plaintiff Joe Gibbs Racing, LLC ("JGR") and Defendants Christopher Gabehart ("Gabehart") and Spire Motorsports, LLC ("Spire") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following protocol governing text message content produced by wireless carriers in response to subpoenas served in this litigation:

1. **Privilege Review Before Access.** If a wireless carrier produces text message content responsive to any subpoena served in this litigation, the receiving party will refrain from reviewing the content of the text message content until the opposing party's counsel has been provided a one business-day opportunity to conduct a privilege review and identify any privileged communications in the text message content. Within one business day of receiving the text message content, the reviewing party's counsel will promptly notify the receiving party of any privilege designations as to text message content, after which the receiving party may review and produce to all parties the remaining non-privileged text message content.

1

2. **Inadvertent Disclosure of Privileged Communications.** If, during review of non-privileged text message content produced by wireless carries in response to subpoenas served int his litigation, a party believes it has encountered a communication that may be subject to the opposing party's attorney-client privilege, that party will immediately cease review of the communication, flag it for the opposing party's counsel, and refrain from further review or dissemination of the flagged communication until the privilege issue has been resolved.

3. Nothing in this Joint Stipulation limits any party's ability or right to immediately review and produce to all parties non-text message content produced by wireless carriers in response to subpoenas served in this litigation.

**SO STIPULATED:**

Respectfully submitted this 3rd day of June, 2026.

*/s/ Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com

N.C. Bar No. 23283
KING & SPALDING LLC
300 South Tryon Street, Suite 1700
Charlotte, NC 28202

Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
KING & SPALDING LLC
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
PARKER POE ADAMS & BERNSTEIN LLP
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

 */s/ Joshua D. Davey*
Joshua D. Davey (NC Bar No. 35246)
Lawrence J. Cameron (NC Bar No. 41922)
Troy C. Homesley, III (NC Bar No. 62148)
TROUTMAN PEPPER LOCKE, LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com
Lawrence.Cameron@troutman.com
Troy.Homesley@troutman.com

John S. "Evan" Gibbs III – *pro hac vice*
TROUTMAN PEPPER LOCKE, LLP
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
Evan.Gibbs@troutman.com

*Attorneys for Defendant Spire Motorsports, LLC*

3

_s/ Cary B. Davis_
Cary B. Davis (NC Bar No. 36172)
Spencer T. Wiles (NC Bar No. 53664)
William M. Miller (NC Bar No. 36946)
Anna Claire Tucker (NC Bar No. 59457)
ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon St., Suite 2300
Charlotte, NC 28202
cdavis@rbh.com
swiles@rbh.com
wmiller@rbh.com
atucker@rbh.com

_Attorneys for Defendant Chrisopher Gabehart_

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that the foregoing **JOINT STIPULATION** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 3rd day of June, 2026

_/s/ Danielle T. Williams_
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
KING & SPALDING LLC
300 South Tryon Street, Suite 1700
Charlotte, NC 28202

Thomas M. Melsheimer – _Pro Hac Vice_
tmelsheimer@kslaw.com
Chad B. Walker – _Pro Hac Vice_
cwalker@kslaw.com
Tracea Rice – _Pro Hac Vice_
trice@kslaw.com
Alexandra Moore - _Pro Hac Vice_
almoore@kslaw.com
KING & SPALDING LLC
2601 Olive Street, Suite 2300
Dallas, TX 75201

4

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
PARKER POE ADAMS & BERNSTEIN
LLP
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

5