# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

        Plaintiff,

    v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS II, LLC,

        Defendants.

**INDEX OF EXHIBITS TO
SECOND AMENDED COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| **1.** | Employment Agreement 12-1-24 |
| **2.** | Notice of Termination 2-9-26 |
| **3.** | Jeffrey Dickerson's X Post 4-27-26 |