# EXHIBIT 3

**DECLARATION OF JEFFREY DICKERSON**

I, Jeffrey Dickerson, declare under penalty of perjury, as follows:

1. I am a resident of Denver, North Carolina, and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I swear to this Declaration with the understanding that it may be used to oppose claims against us.

3. I am the co-owner of Spire Motorsports, LLC ("Spire").

4. I am generally familiar with the allegations we face.

**2026 Jack Links 500**

5. In connection with the matter, considerable attention has been drawn to the fact that Spire *only* has one win in the premier motorsports division in North America, the NASCAR Cup series.

6. The allegation is now wrong. Let the record now reflect we have *two*.

7. Spire owes a debt of gratitude to its great people, sponsors, and fans.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2026

Jeffrey Dickerson

1





**Spire Motorsports** ✅ 🅰 ⊘ ···
@SpireMotorsport

Had to update the Declarations.

11:17 PM · Apr 27, 2026 · **40.9K** Views

💬 17    🔁 71    ♥ 717    🔖 16    ⬆

Relevant ⌄                          View quotes ›



Post your reply    Reply

whatsun... ✅ @whats... · 1h ···
Burnout ideas, setups, Dale Earnhardt's legacy, nascourt twitter posts...Is there anything yall don't steal?

Carson "Cloud Storage" Hocevar

💬 2    🔁    ♥    📊 1K    ⬆

chris sa... @chrissa56... · 1h ···
This had me scared, I thought who has Gibbs thrown into the lawsuit now😡

💬    🔁    ♥    📊 1.2K    ⬆

Mike Pe... @MikePer... · 56m ···
This is funny sh!t right there. That's awesome. Congrats on the 🏁🏁🏁🏁

💬    🔁    ♥ 1    📊 791    ⬆

Pretty Patt... @more... · 1h ···
I guess the legal fees are nothing compared to the winners purse dang

💬    🔁    ♥    📊 760    ⬆

EvilMu... @Se7enEvi... · 55m ···
Here's an idea. Jeff Dickerson and Joe Gibbs have to ride a mechanical dente as a chilis. Whoever can hold on the longest wins. Loser loses the lawsuit.

💬    🔁    ♥ 7    📊 709    ⬆

Conrad C... @Camb... · 25m ···
90% of fans have already forgotten about Spire's first win in 2019 when they were just a backmarker team

💬    🔁    ♥    📊 226    ⬆

MRSieb... @MR_Sieb... · 1h ···

