# EXHIBIT A

| From: | Danielle Williams <DWilliams@kslaw.com> |
|---|---|
| Sent: | Monday, March 23, 2026 7:40 AM |
| To: | Gibbs, J. Evan; Davis, Cary; Wiles, Spencer; Tucker, Anna Claire; Davey, Joshua D.; Cameron, Lawrence J.; Homesley, Troy C. |
| Cc: | Hutchins, Sarah Fulton; Summey, Tory I.; Middlebrooks, Charlie G.; Candela, Madelyn R.; Thomas Melsheimer; Chad Walker; Tracea Rice; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) |
| Subject: | Re: JGR v. Gabehart & Spire - Protective Order |

**WARNING:** External Email

Confirmed that JGR intends to proceed with its court-ordered production today.

――――

**Danielle Williams**
*Partner*

T: +1 704 503 2642 | M: +1 336 749 7952 | dwilliams@kslaw.com | Bio | vCard

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Monday, March 23, 2026 7:26 AM
**To:** Danielle Williams <DWilliams@kslaw.com>; Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com <ATucker@rbh.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>
**Cc:** Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) <keithweddington@parkerpoe.com>
**Subject:** RE: JGR v. Gabehart & Spire - Protective Order

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Danielle –

Thank you for your response. We appreciate you proposing an alternative, but Spire is not agreeable to a case-by-case approach. We believe that will prove cumbersome and time consuming for the parties and possibly the Court.

We propose that you (or we) email the Court the current redlined version of the draft protective order, requesting the Court's assistance to resolve the OCO dispute while noting that we are in agreement on the remainder of the order.

We understand from the below that JGR intends to proceed with its document production today as ordered by the Court notwithstanding the OCO dispute, but please confirm.

Thank you.

**J. Evan Gibbs**
Partner
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Danielle Williams <DWilliams@kslaw.com>
**Sent:** Sunday, March 22, 2026 8:38 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com; Davey, Joshua D. <Joshua.Davey@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>
**Cc:** Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) <keithweddington@parkerpoe.com>
**Subject:** RE: JGR v. Gabehart & Spire - Protective Order

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan –

We can't agree to remove the OCO designation.

We view anyone's access to JGR's trade secrets as problematic, especially someone serving in Mr. Anthony's role at Spire. The OCO designation protects JGR's information at the outset. Should Spire want to disclose OCO information to Mr. Anthony we can take that up on a case-by-case basis.

For JGR's production due tomorrow, we do not anticipate labeling any information as OCO.

We propose that we advise the Court we have reached agreement on a protective order to cover tomorrow's discovery deadline, but require the Court's assistance to resolve our request to include an OCO designation. We can follow the same process we used for the expedited discovery order.

Please let me know if you are in agreement with this approach. If so, we can email the Court.

Happy to discuss.

Best,

Danielle

---

**Danielle Williams**
*Partner*

T: +1 704 503 2642 | M: +1 336 749 7952 | dwilliams@kslaw.com | Bio | vCard

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Friday, March 20, 2026 6:38 PM
**To:** Danielle Williams <DWilliams@kslaw.com>; Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com; Davey, Joshua D. <Joshua.Davey@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>
**Cc:** Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) <keithweddington@parkerpoe.com>
**Subject:** RE: JGR v. Gabehart & Spire - Protective Order

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Danielle –

Thanks for this latest turn and we appreciate you accepting our earlier changes. However, we are not in agreement on the change creating the "Outside Counsel Only" designation. Our concern is that JGR may designate materials as OCO and we will have no one—not even Spire's in-house counsel, Bill Anthony—to help us understand the documents. We, as outside counsel, lack the industry-specific knowledge necessary to make anything beyond educated guesses about what documents may or may not constitute trade secret materials. This necessarily hinders, for example, our ability to defend against any claims by JGR that specific materials are trade secret protected.

To be clear, this is only about Bill Anthony on our side, which we do not view as problematic. He is a licensed attorney with the concomitant ethical obligations to not disclose anything inappropriately and he will be under a court order not to share or discuss any materials to which he may be made privy.

On these bases, is JGR willing to remove the OCO designation in the draft order? I am happy to have a call if that would be productive.

Thank you all.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745
evan.gibbs@troutman.com

---

**From:** Danielle Williams <DWilliams@kslaw.com>
**Sent:** Friday, March 20, 2026 4:32 PM
**To:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com; Davey, Joshua D. <Joshua.Davey@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>
**Cc:** Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) <keithweddington@parkerpoe.com>
**Subject:** RE: JGR v. Gabehart & Spire - Protective Order

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Evan –

Revised version attached. We accepted your proposed edits and added an OCO designation which should address both sides' concerns.

FYI: While it looks like there are formatting issues in the redlined version, I don't see formatting issues in "show no mark-up" view or in a clean version.

Please add your signature block and confirm we can file on your behalf.

Happy to discuss.

Best,

Danielle

___

**Danielle Williams**
*Partner*

T: +1 704 503 2642 | M: +1 336 749 7952 | dwilliams@kslaw.com | Bio | vCard

**From:** Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Sent:** Friday, March 20, 2026 11:09 AM
**To:** Danielle Williams <DWilliams@kslaw.com>; Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com; Davey, Joshua D. <Joshua.Davey@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>
**Cc:** Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) <keithweddington@parkerpoe.com>
**Subject:** RE: JGR v. Gabehart & Spire - Protective Order

CAUTION: MAIL FROM OUTSIDE THE FIRM

Danielle –

Here's a redlined version with Spire's edits. Cary and his team have already reviewed and approved these changes. We're happy to discuss any of these edits if helpful.

Thank you.

**J. Evan Gibbs**
**Partner**
**troutman pepper locke**
Direct: 404.885.3093 | Mobile: 229.425.3745

evan.gibbs@troutman.com

---

**From:** Danielle Williams <DWilliams@kslaw.com>
**Sent:** Friday, March 20, 2026 7:37 AM
**To:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com; Davey, Joshua D. <Joshua.Davey@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>
**Cc:** Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Keith M. Weddington - Parker Poe (keithweddington@parkerpoe.com) <keithweddington@parkerpoe.com>
**Subject:** JGR v. Gabehart & Spire - Protective Order

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel –

Attached is our proposed protective order. With Monday's document production deadline, we would like to get this on file with the Court today.

Please let us know if you have any questions or proposed revisions.

Best,

Danielle

---

**Danielle Williams**
*Partner*

T: +1 704 503 2642 | M: +1 336 749 7952 | dwilliams@kslaw.com | Bio | vCard

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

---

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are

provided by Troutman Pepper Locke UK LLP, please see our London office page ([www.troutman.com/offices/london.html](www.troutman.com/offices/london.html)) for regulatory information.