Docusign Envelope ID: C85FA89F-5D6A-882A-81FA-3C96812305C9

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>        Defendants. | **DECLARATION OF DAX GERRINGER** |

**DECLARATION OF DAX GERRINGER**

I, Dax Gerringer, declare under penalty of perjury, as follows:

1. I am a resident of China Grove, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I am the Technical Director for Spire Motorsports II, LLC ("Spire"). I have worked in the NASCAR industry for more than 22 years for multiple racing organizations, including roles as a Race Engineer at Bill Davis Racing, Michael Waltrip Racing, and Stewart-Haas. I joined Spire in November of 2024 as a Technical Director, and have worked in that role since that time.

3. As Technical Director, I am responsible for managing the Vehicle Dynamics Group, Design, and Meteorology Department. Specifically, I oversee shop production, testing, and procedure review for Spire's Cup Series entries, and I participate in post-practice and post-race debriefs to understand how the Department performed for each team and each race. I also serve as a liaison between Spire and Hendrick Motorsports and coordinate with Hendrick Motorsports to acquire the necessary parts and materials for Spire's Cup Series cars.

1

4. The statements in this Declaration are based on my personal knowledge and experience.

**GABEHART IS NOT INVOLVED IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION AND HAS NOT PROVIDED ME WITH ANY JGR INFORMATION**

5. Spire's Cup Series competition-related decisions, including setups for Cup Series vehicles, are made by me as Spire's Technical Director, Spire's Competition Director, Matt McCall, and Spire's race engineers and performance group, in consultation with each driver and their respective crew chiefs. These decisions are primarily made during Competition and Engineering meetings held on Mondays and Wednesdays, simulation, and fabrication of the Cup Series race cars, and in real time at the track.

6. I have not spoken with Christopher Gabehart about any competition-related issues including setups, race strategy, or any other aspect of Spire's Cup Series activities. Gabehart has not shared any information with me about JGR's setups, nor has he ever referenced, raised, or discussed any other piece of JGR confidential information with me.

7. My interactions with Gabehart have been extremely limited since he joined Spire. As I understand it, Gabehart is primarily involved in Spire's NASCAR Craftsman Truck Series operation, and therefore, we have no significant overlap in day-to-day responsibilities and few opportunities to cross paths.

8. I am not aware of Gabehart having ever participated in Spire's NASCAR Cup Series competition strategy decisions or being involved in making any Cup Series-related competition decisions at Spire. I am also not aware of Gabehart ever discussing JGR's setups, or any other piece of JGR confidential information, with anyone at Spire.

2

Docusign Envelope ID: C85FA89F-5D6A-882A-81FA-3C96812305C9

9. Spire has its own process for evaluating race performance, a process which involves meetings among competition personnel and drivers, reports of driver feedback from races, and analysis by our race engineers and performance group, among other things. This process predated Gabehart's employment with Spire, and Gabehart has not been involved in suggesting or making any changes to that process since joining Spire. Gabehart has never discussed JGR's methods for analyzing race performance with me, and to my knowledge he has never discussed this topic with anyone else at Spire, either.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026

Signed by:

*Dax Gerringer*

FAF73805D1E94E5...

Dax Gerringer