Docusign Envelope ID: 3CDC471D-E1E7-8B9A-82A9-ACE87D185347

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE<br>MOTORSPORTS II, LLC,<br><br>    Defendants. | **DECLARATION OF DOUG POWERS** |

**DECLARATION OF DOUG POWERS**

I, Doug Powers, declare under penalty of perjury, as follows:

1.      I am a resident of Mooresville, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2.      I am Cup Series Shop Foreman at Spire Motorsports II, LLC ("Spire").  I have been involved with NASCAR in some capacity for approximately 20 years for multiple racing organizations, including Joe Gibbs Racing in from 2005-2006 in their late models, Hooters Pro Cup, and Xfinity Series, Robert Yates Racing, Germain Racing, Robby Gordon Motorsports, Turner Scott Motorsports, Richard Petty Motorsports, JTG,  then at Stewart-Haas Racing. I joined Spire in 2023 and transitioned to my current role in 2024.

3.      As the Cup Series Shop Foreman, I am responsible for managing and scheduling all of the activities that occur in the Cup Series Shop. For instance, before races, I assist with scheduling the build and setup of cars, interface with department heads within the Cup Series teams to ensure procedural consistency, and facilitate timely shop progression so that cars are ready for the race by midweek.  Given my focus on shop logistics and scheduling, my role does not typically

1

involve reviewing the technical details of individual build sheets. After races, I also coordinate the teardown process for Spire's Cup Series cars.

4. The statements in this Declaration are based on my personal knowledge and experience.

**GABEHART IS NOT INVOLVED IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION AND HAS NOT PROVIDED ME WITH ANY JGR INFORMATION**

5. All of Spire's competition-related decisions that relate to the Cup Series cars are made by Matt McCall, Spire's Competition Director, Dax Gerringer, Spire's Technical Director, and each team's crew chief and driver. These decisions are made during Competition meetings primarily held on Mondays and Thursdays at Spire's facility, during engineering, simulation, and fabrication, and in real time during practice runs and on race day.

6. Based on directives received from Matt McCall, Dax Gerringer, or any of the Cup Series Crew Chiefs, I am responsible for scheduling and implementing Cup Series shop time so that engineers and department heads can execute their respective build plans.

7. I have not spoken with Christopher Gabehart about any competition-related issues with respect to the Cup Series Shop, including its setups, race strategy, or any other aspect of Spire's Cup Series competition activities. Gabehart has not shared any information with me about JGR's setups, nor has he ever referenced, raised, or discussed any other piece of JGR confidential information with me.

8. My interactions with Gabehart have been extremely limited since he joined Spire. Our communications have consisted principally of incidental, social pleasantries in passing on Spire premises. As Cup Series Shop Foreman, my decisions are subject to the review and approval of Matt McMcall, and I do not make Cup Series competition related-decisions myself. I have

2

never consulted or coordinated with Mr. Gabehart regarding any matter related to the Cup Series Shop. To my knowledge, Gabehart has not participated in any strategic decisions concerning how Spire prepares its cars.

9.     To my knowledge, Christopher Gabehart has never participated in Spire's NASCAR Cup Series competition strategy decisions, and is not involved in making any Cup Series-related competition decisions at Spire. He has not been involved in any way in determining Spire's Cup Series car setups or competition strategies, and has not participated in competition activities at the racetrack. I am also not aware of Gabehart ever discussing JGR's setups, or any other piece of JGR confidential information, with anyone at Spire.

10.     Spire has its own process for analyzing race outcomes that involves meetings among competition personnel and drivers, reports of driver feedback from races, and simulation data and analytics, among other things. This process predated Gabehart's employment with Spire, and Gabehart has not been involved in any suggesting or making any changes to that process since joining Spire. Gabehart has never discussed JGR's methods for analyzing race performance with me, and to my knowledge he has never discussed this topic with anyone else at Spire, either.

11.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026

Signed by:

Doug Powers

—3C24731FCC94404

Doug Powers

3