**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

|  |  |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **DECLARATION OF EASTON PRICE** |

**DECLARATION OF EASTON PRICE**

I, Easton Price, declare under penalty of perjury, as follows:

1.       I am a resident of Mooresville, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2.       I am the Vehicle Dynamics Engineer for Spire Motorsports II , LLC ("Spire"). After graduating from North Carolina State University with a Bachelors of Engineering in Mechanical Engineering, I joined Spire in May of 2024 as a Performance Engineer.  In December of 2024, I was promoted to Race Engineer and held that role for a little over a year before taking on my current position.

3.       As Vehicle Dynamics Engineer, I am responsible for reviewing and processing simulation settings, live data, and post-race data to help our race engineers prepare for each following race.  To do so, I correlate simulation data with real-world telemetry data to ensure accuracy, then use simulation software to simulate results that account for various hypothetical adjustments to each race car. Beyond race day, I am responsible for preparing reports for Dax Gerringer (Spire's Technical Director) and Matt Mcall (Spire's Cup Series Competition Director)

1

or any relevant crew chief who needs the race reports. I also work closely with the race engineers on the necessary adjustments for each car and assist with implementing those changes week to week.

4.     The statements in this Declaration are based on my personal knowledge and experience.

**GABEHART IS NOT INVOLVED IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION AND HAS NOT PROVIDED ME WITH ANY JGR INFORMATION**

5.     All of Spire's competition-related decisions that relate to the Cup Series cars, including its setups, are made by Dax Gerringer, Spire's Technical Director, Matt McCall, Spire's Competition Director, the lead Race Engineers, each team's crew chief, in consultation with the respective driver for that team and based on analytics I provide.  These decisions are made during Competition meetings primarily held on Mondays and Wednesdays at Spire's facility, as well as during engineering, simulation, and fabrication sessions and related meetings held throughout the week, and in real time during practice runs and on race day.

6.     I have not spoken with Christopher Gabehart about any competition-related issues with respect to vehicle dynamics, simulation settings, engineer preparation, or any other activity related to Spire's Cup Series competition activities.  Gabehart has not shared any information with me about JGR's setups, nor has he ever referenced, raised, or discussed any other piece of JGR confidential information with me.

7.     My interactions with Gabehart have been relatively limited since he joined Spire in February.  Our communications have consisted principally of Gabehart getting to know me personally and I have witnessed him engage in personal conversations with the drivers.

8.    To my knowledge, Christopher Gabehart has never participated in Spire's NASCAR Cup Series competition strategy decisions, and is not involved in making any Cup Series-related competition decisions at Spire.  He has not been involved in any way in determining Spire's Cup Series car setups or competition strategies, and has not participated in competition activities at the racetrack.  I am also not aware of Gabehart ever discussing JGR's setups, or any other piece of JGR confidential information, with anyone at Spire.

9.    Spire has its own process for analyzing race outcomes that involves meetings among competition personnel and drivers, reports of driver feedback from races, and analysis by myself as Spire's vehicle dynamics engineer. This process predated Gabehart's employment with Spire, and Gabehart has not been involved in any suggesting or making any changes to that process since joining Spire.  Gabehart has never discussed JGR's methods for analyzing race performance with me, and to my knowledge he has never discussed this topic with anyone else at Spire, either.

10.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 9, 2026

Signed by:

*Easton Price*

0BE45A94310C4B3...

Easton Price

3