Docusign Envelope ID: 79B4BE0A-2772-8B0C-8015-1D5451C70DF8

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

        Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS II, LLC,

        Defendants.

**DECLARATION OF LUKE
LAMBERT**

**DECLARATION OF LUKE LAMBERT**

I, Luke Lambert, declare under penalty of perjury, as follows:

1.      I am a resident of Mooresville, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2.      I am the Crew Chief for Carson Hocevar and Spire's No. 77 Cup Series team.  I started my career as an engineer with Richard Childress Racing, and worked up my way up to crew chief in that organization.  I went on to work for Roush Racing, Junior Motorsports and Legacy Motor Club, where I began working as a Crew Chief for Carson Hocevar.  In 2024, after Carson moved to Spire, I negotiated a mutual separation from Legacy Motor Club and joined Spire as Carson's Crew Chief.

3.      As a Crew Chief, I am responsible for the success of the No. 77 car throughout the entire Cup Series season.  My responsibilities as Crew Chief begin before race day—I am responsible for overseeing the shop team that builds and adjusts the No. 77 car, optimizing its setup, and managing the week-to-week workflow relating to the No. 77 car.  I am also responsible for determining, simulating, adjusting, and perfecting each set up for the No. 77 car.  On racedays,

1

I am responsible for calling races for the No. 77 car, which means I am stationed in the pit box from which I coordinate pit strategy with the driver, which includes deciding when to pit and deciding what adjustments need to be made to the car. I am also responsible for all information flowing between the driver of the No. 77 car, NASCAR, and the team's engineers and technical personnel on raceday. To do so, I remain in direct radio contact with Carson, and I moderate conversations between the Carson and the pit crew, monitor lap times, track fuel usage, and watch for tire ware—all critical factors Carson and I discuss in real time and which influence overall race day strategy.

4.      The statements in this Declaration are based on my personal knowledge and experience.

**GABEHART IS NOT INVOLVED IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION AND HAS NOT PROVIDED ME WITH ANY JGR INFORMATION**

5.      All of Spire's competition-related decisions that relate to the No. 77 car, including its setups, are made by me, Dax Gerringer (Spire's Technical Director), and Spire's Competition Director, Matt McCall, in consultation with Carson Hocevar. We make these decisions primarily during competition meetings held on Mondays and Wednesdays, as well as during engineering, simulation, and fabrication, and in real time during practice runs and on race day.

6.      I have never spoken with Christopher Gabehart about any competition-related issues concerning Spire's No. 77 car, including its setups, race strategy, or any other aspect of Spire's Cup Series competition activities. Gabehart has never shared any information with me about JGR's setups, nor has he ever referenced, raised, or discussed any other piece of JGR's confidential information with me.

2

7.      My interactions with Gabehart since he joined Spire have been limited.  We have had few conversations, and all of the interactions I have witnessed between Gabehart and others have been extremely superficial and generalized, such as conversations about the need to work together and how to build a better company.   Gabehart has not given me any advice or suggestions on how to design, setup, or improve the performance of the No 77 car.

8.      To my knowledge, Christopher Gabehart has never participated in any of Spire's NASCAR Cup Series competition strategy decisions and is not involved in making any Cup Series competition decisions at Spire. He has had no role in determining Spire's Cup Series car setups or competition strategies, and has not participated in competition activities at the racetrack. I am also unaware of Gabehart ever discussing JGR's setups, or any other piece of JGR's confidential information, with anyone at Spire.


      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: July 9, 2026

Signed by:

B1254A239C724F4...

Luke Lambert