Docusign Envelope ID: 1F4C98BE-5817-881C-80DD-294291F132AE

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

        Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS II, LLC,

        Defendants.

**DECLARATION OF RYAN SPARKS**

**DECLARATION OF RYAN SPARKS**

I, Ryan Sparks, declare under penalty of perjury, as follows:

1. I am a resident of Winston-Salem, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I am the Crew Chief for Daniel Suarez and Spire's No. 7 Cup Series team. I come from a third-generation racing family, and have worked in the NASCAR industry for almost 20 years for multiple racing organizations, including roles as an engineer at Richard Childress Racing ("RCR") and Crew Chief at Go Fast Racing. I joined Spire in December 2020 as a Crew Chief, and have worked in that role since that time. In addition, for a period of time I served as Spire's Competition Director while also serving as Crew Chief of the No. 7 car. After Matt McCall became Spire's full time Competition Director in 2026, I returned to crew-chiefing the No. 7 car full time.

3. As a Crew Chief, I have overall responsibility for the success of the No. 7 car throughout the entire Cup Series season. These responsibilities include many duties, including the

1

following: On racedays, I am responsible for all information flowing between the driver of the No. 7 car, NASCAR, and the team's engineers and technical personnel. I am also responsible for calling races for the No. 7 car, which means I am stationed in the pit box during competition, where I coordinate pit strategy with the driver, deciding when to pit, deciding what adjustments should be made to the car, and determining the overall race set up. Throughout the race, I reman in direct radio contact with the driver, moderating conversations between the driver and the pit crew, monitoring lap times, tracking fuel usage, and watching tire wear—all of which are critical factors I discuss with the driver in real time and which influence our overall race strategy. Beyond race day, I am responsible for overseeing the shop team that builds and adjusts the No. 7 car, optimizing its setup, and managing the week-to-week workflow relating to the No. 7 car. I am specifically responsible for determining, simulating, adjusting, and perfecting each set up for the No. 7 car.

4. The statements in this Declaration are based on my personal knowledge and experience.

**GABEHART IS NOT INVOLVED IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION AND HAS NOT PROVIDED ME WITH ANY JGR INFORMATION**

5. All of Spire's competition-related decisions that relate to the No. 7 car, including its setups, are made by me, Dax Gerringer (Spire's Technical Director), and Spire's Competition Director, Matt McCall, in consultation with driver Daniel Suarez. These decisions are made during Competition meetings primarily held on Mondays and Wednesdays at Spire's facility, during engineering, simulation, and fabrication, and in real time during practice runs and on race day.

6. I have not spoken with Christopher Gabehart about any competition-related issues with respect to the No. 7 car, including its setups, race strategy, or any other aspect of Spire's Cup Series competition activities. Gabehart has not shared any information with me about JGR's

2

setups, nor has he ever referenced, raised, or discussed any other piece of JGR confidential information with me.

7. In fact, my interactions with Gabehart have been extremely limited since he joined Spire. Our communications have consisted principally of Gabehart congratulating me on the No. 7 car's performance. Gabehart has not participated in any strategic decisions concerning the No. 7 car, or done anything else to improve the No. 7 car's performance.

8. To my knowledge, Christopher Gabehart has never participated in Spire's NASCAR Cup Series competition strategy decisions, and is not involved in making any Cup Series-related competition decisions at Spire. He has not been involved in any way in determining Spire's Cup Series car setups or competition strategies, and has not participated in competition activities at the racetrack. I am also not aware of Gabehart ever discussing JGR's setups, or any other piece of JGR confidential information, with anyone at Spire.

9. Spire has its own process for analyzing race outcomes that involves meetings among competition personnel and drivers, reports of driver feedback from races, and analysis by Easton Price, a vehicle dynamics engineer, among other things. This process predated Gabehart's employment with Spire, and Gabehart has not been involved in any suggesting or making any changes to that process since joining Spire. Gabehart has never discussed JGR's methods for analyzing race performance with me, and to my knowledge he has never discussed this topic with anyone else at Spire, either.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

3

Docusign Envelope ID: 1F4C98BE-5817-881C-80DD-294291F132AE

Dated: July 10, 2026

Signed by:

Ryan Sparks

5AEA255B5E0C4F1...

_____

Ryan Sparks

4