Docusign Envelope ID: F20969D1-0CF1-81B8-814B-F38782DF59D6

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

| |
|---|
| JOE GIBBS RACING, LLC, |
| Plaintiff, |
| v. |
| CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC, |
| Defendants. |

**DECLARATION OF WESLEY GANTT**

**DECLARATION OF WESLEY GANTT**

I, Wesley Gantt, declare under penalty of perjury, as follows:

1.      I am a resident of Taylorsville, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2.      I am Spire's Engineering Design Manager.  I started my NASCAR career with Stewart-Haas Racing, where I worked for 20 years before it shut down.  I started there as a Race Engineer, before working my way though the ranks to be the manager of Haas's Engineering Design Group (the same position I hold at Spire).

3.      As Engineering Design Manager, I oversee a team of 4 people who design the parts and components of Spire's Cup Series racecars, including, among others, driver's belt, driver's seat, steering column, cooling systems, brake ducts, and internal wiring/cabling.  Sometimes, our group will make custom parts for a particular driver, based on the driver's preferences or input from the particular crew chief.  Essentially, we design and fabricate anything that exists on the shop floor that Spire does not purchase from a third party manufacturer.  To design these

1

components, I rely on input from the drivers and crew chiefs, data from Hendrick Motorsports and/or GM, and historical designs.

4.      The statements in this Declaration are based on my personal knowledge and experience.

## GABEHART IS NOT INVOLVED IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION AND HAS NOT PROVIDED ME WITH ANY JGR INFORMATION

5.      I am not involved in making competition-related strategy decisions for Spire's Cup Series program, beyond decisions related to the design and fabrication of Spire's Cup Series car components.  As far as I understand, all strategy related decisions are made by Dax Gerringer, Spire's Technical Director, Matt McCall, Spire's Competition Director, and the individual drivers and crew chiefs.

6.      I have never spoken with Christopher Gabehart about any competition-related issues concerning Spire's Cup Series cars, including its setups, race strategy, or any other aspect of Spire's Cup Series competition activities. Gabehart has never shared any information with me about JGR's setups, nor has he ever referenced, raised, or discussed any other piece of JGR's confidential information with me.

7.      My interactions with Gabehart since he joined Spire have been limited.  Gabehart introduced himself to me early in his employment, and we engaged in small talk about my role at Spire.  Gabehart has not given me any advice or suggestions on how to engineer or manufacture racecar components for Spire's Cup Series cars.

8.      To my knowledge, Christopher Gabehart has never participated in any of Spire's NASCAR Cup Series competition strategy decisions and is not involved in making any Cup Series competition decisions at Spire. He has had no role in determining Spire's Cup Series car setups or

2

competition strategies, and has not participated in competition activities at the racetrack. I am also unaware of Gabehart ever discussing JGR's setups, or any other piece of JGR's confidential information, with anyone at Spire.

9.      I understand that Gabehart primarily works on matters related to Spire's NASCAR Craftsman Truck Series Operation—in which I am not at all involved.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026

Signed by:

*Wesley Gantt*

2C958086E82C4E7

Wesley Gantt

3