# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:26-CV-133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, ) **ORDER**
)
v. )
)
CHRISTOPHER GABEHART, and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
)

**THIS MATTER IS BEFORE THE COURT** regarding Defendant Gabehart's request for an informal telephone conference regarding a discovery dispute with non-party Toyota Racing Development, U.S.A., Inc. ("TRD). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned held a telephone conference on July 13, 2026, regarding Defendant's Subpoena of TRD issued on or about June 1, 2026. Unfortunately, the undersigned was not able to resolve the instant dispute(s); however, Defendant Gabehart's counsel indicated that they have narrowed their original request for information and documents in the Subpoena. The undersigned further notes that there seems to be little disagreement that some of the information Defendant seeks from TRD is in Plaintiff JGR's possession and could be produced by Plaintiff.

Defendant Gabehart and TRD are respectfully encouraged to continue to seek a compromise on the remaining issues in dispute. If necessary, Defendant may file a motion to compel. Any such motion to compel seeking internal documents and information from non-party

TRD, or other documents and information, should focus on the relevance and proportionality of that demand for production.

      **SO ORDERED**.

        Signed: July 13, 2026

David C. Keesler
United States Magistrate Judge