**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

JOE GIBBS RACING, LLC,

      Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS II, LLC,

      Defendants.

Case No. 3:26-cv-00133-SCR-DCK

## DEFENDANT SPIRE MOTORSPORTS II, LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INFORMATION

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Spire Motorsports II, LLC ("Spire"), by and through counsel, submits this Motion to Compel Plaintiff Joe Gibbs Racing, LLC's ("JGR") production of documents and information. For the reason set forth in further detail in Spire's accompanying Brief in Support of its Motion, Spire seeks documents and information that relevant to the parties' claims and defenses and are not duplicative or overly burdensome.

Spire met and conferred with JGR over a more than two-week period from June 23 to July 9, 2026, regarding JGR's discovery responses, including during meet-and-confer conferences on June 23, June 30, and July 7, and was unable to resolve the matter.

WHEREFORE, Spire requests that the Court grant this Motion and order JGR to produce documents and information responsive to Spire's Interrogatory No. 6 and Requests for Production Nos. 1, 3, 8, 10, 14, 15, 16, 22, and 23.

1

This the 14th day of July, 2026.

By: */s/ Jason D. Evans*
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Ben E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
ben.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com

2

## CERTIFICATION PURSUANT TO THE COURT'S ORDER IN RE: USE OF ARTIFICIAL INTELLIGENCE

I hereby certify the following in preparation of this Motion:

1.  No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2.  Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his or her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

This is the 14th day of July, 2026.

*/s/ Jason D. Evans*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2026, I filed the foregoing Spire's Motion to Compel Production of Documents and Information on the Court's ECF system through which all counsel of record will be served.

This is the 14th day of July, 2026.

*/s/ Jason D. Evans*

4

Case 3:26-cv-00133-SCR-DCK    Document 107    Filed 07/14/26    Page 4 of 4