# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

    Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS II, LLC,

    Defendants.

**DECLARATION OF
JOSHUA D. DAVEY**

## DECLARATION OF JOSHUA D. DAVEY

I, Joshua D. Davey, an attorney duly admitted to practice before this Court, declare under penalty of perjury, as follows:

1. I am a partner at Troutman Pepper Locke, LLP. I serve as counsel for Defendant Spire Motorsports II, LLC ("Spire"), in this case.

2. I submit this Declaration solely to present to the Court certain materials cited in Spire's Opposition to Plaintiff Joe Gibbs Racing, LLC's ("JGR") Motion to Supplement the Protective Order, Dkt. 101.

3. Attached hereto as **Exhibit A** is a copy of an email from Danielle Williams to David Grigg and Melissa Veronda, with the subject line: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Protective Order.

4. Attached hereto as **Exhibit B** is a copy of JGR's Supplemental Responses and Objections to Spire's First Set of Interrogatories.

1

5. Attached hereto as **Exhibit C** is an excerpt of an email chain between counsel for JGR, David Grigg, Melissa Veronda, Dustin Taylor, and Haley Tanner, with the subject line: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Request for Conference.

6. Attached hereto as **Exhibit D** is a photograph of a racecar chassis produced with Bates Number G00000144 and designated by JGR as "Outside Counsel Only" under the Protective Order.

7. Attached hereto as **Exhibit E** is a screenshot of a NASCAR Cup Series "Event Roster Structure" produced with Bates Number G00000195 and designated by JGR as "Outside Counsel Only" under the Protective Order.

8. Attached hereto as **Exhibit F** is a screenshot of the results of an internet speed test, produced with Bates Number G00000105 and designated by JGR as "Outside Counsel Only" under the Protective Order.

9. Attached hereto as **Exhibit G** is a photograph of an open network equipment rack containing several devices—including a Cradlepoint router, TP-Link switch, Arctic Wolf sensor, Ethernet switch, and CyberPower UPS—with various connected cables, produced with Bates Number G00000044 and designated by JGR as "Outside Counsel Only" under the Protective Order.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2026

*/s/ Joshua D. Davey*
Joshua D. Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor

2

Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com

3