# EXHIBIT A

# Homesley, Troy C.

| | |
|---|---|
| **From:** | Danielle Williams <DWilliams@kslaw.com> |
| **Sent:** | Monday, March 23, 2026 8:27 PM |
| **To:** | 'Melissa Veronda'; David_Grigg@ncwd.uscourts.gov |
| **Cc:** | Davis, Cary; Wiles, Spencer; ATucker@rbh.com; Davey, Joshua D.; Cameron, Lawrence J.; Homesley, Troy C.; Gibbs, J. Evan; Hutchins, Sarah Fulton; Summey, Tory I.; Middlebrooks, Charlie G.; Weddington, Keith M.; Candela, Madelyn R.; Thomas Melsheimer; Chad Walker; Tracea Rice |
| **Subject:** | RE: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Protective Order |
| **Attachments:** | 2026 0320 JGR Revised Proposed Protective Order Redlined.docx |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Dear Ms. Veronda and Mr. Grigg –

The parties have negotiated a protective order to govern discovery in this case. We have reached agreement on all but one issue, and request the Court's assistance to resolve the outstanding issue. The parties' disagreement is not delaying our compliance with the Court's order to produce documents today.

Given the sensitive nature of potentially discoverable information in this case, namely Plaintiff's trade secrets and proprietary information, Plaintiff has proposed to include a confidential designation that would restrict access to certain documents to outside counsel only. As provided in the attached redlined version of the Protective Order, Section 6.c. restricts documents labeled "Highly Confidential – OCO" to Outside Counsel of Record. Under the circumstances of this case and Plaintiff's interest in restricting employees of competitors serving in any role from access to its most sensitive information, Plaintiff requests a designation that restricts information to Outside Counsel of Record only. Should Defendants require access, we can meet and confer at the appropriate time.

Please let us know how the Court wishes to proceed.

Sincerely,

Danielle Williams

**Danielle Williams**
*Partner*

T: +1 704 503 2642 | M: +1 336 749 7952 | dwilliams@kslaw.com | Bio | vCard

**From:** Weddington, Keith M. <keithweddington@parkerpoe.com>
**Sent:** Tuesday, March 17, 2026 10:51 PM

**To:** 'Melissa Veronda' <Melissa_Veronda@ncwd.uscourts.gov>; David_Grigg@ncwd.uscourts.gov
**Cc:** Davis, Cary <CDavis@rbh.com>; Wiles, Spencer <SWiles@rbh.com>; ATucker@rbh.com; Davey, Joshua D. <Joshua.Davey@troutman.com>; Lawrence.Cameron@troutman.com; Homesley, Troy C. <Troy.Homesley@troutman.com>; evan.gibbs@troutman.com; Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Candela, Madelyn R. <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Danielle Williams <DWilliams@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Tracea Rice <TRice@kslaw.com>
**Subject:** Joe Gibbs Racing, LLC v. Gabehart, 3:26cv133--Proposed order on Motion for Expedited Discovery

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Melissa and David,

As each of you have been involved with hearings in this matter, I am sending this to each of you just to be sure we have the bases covered. Pursuant to the Court's Text Only Order following the hearing on the Motion for Expedited Discovery, Joe Gibbs Racing, LLC ("JGR") informs the Court JGR and Mr. Gabehart's counsel were unable to agree on limited portions of the scope of the discovery Mr. Gabehart requests.

While we have agreed on the language of the proposed order, a copy of which is attached, there was significant discussion regarding the use of the defined terms "Documents" and "Communications." While we have agreed to use those defined terms, the only area of disagreement is how they are to be construed. Specifically, the parties dispute whether the requests for production Mr. Gabehart is propounding require production of text messages sent from and stored on certain JGR employees' personal cell phones. JGR has agreed to produce any responsive text messages sent or received on a JGR issued phone. JGR does not believe production of text messages stored on personal cell phones is warranted because those text messages and devices are not within JGR's possession, custody, or control -- especially on an expedited basis where the Court has already denied third-party discovery.

Best regards,

Keith

_____

**Keith Weddington**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9035 | Fax: 704.335.9697 | map

Visit our website at
www.parkerpoe.com

**PRIVILEGED AND CONFIDENTIAL:** This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any

unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.