# EXHIBIT C

**Homesley, Troy C.**

| | |
|---|---|
| **From:** | Andrew Taylor <Dustin_Taylor@ncwd.uscourts.gov> |
| **Sent:** | Wednesday, July 8, 2026 3:46 PM |
| **To:** | Danielle Williams |
| **Cc:** | cdavis; Wiles, Spencer; atucker; wmiller; Davey, Joshua D.; Homesley, Troy C.; Cameron, Lawrence J.; Gibbs, J. Evan; EXT - Sarah Hutchins; EXT - Tory Summey; EXT - Keith Weddington; EXT - Charlie Middlebrooks; EXT - Madelyn Candela; Thomas Melsheimer; Tracea Rice; Chad Walker; Alex L. Moore; EXT - JGR-Counsel; Melissa Veronda |
| **Subject:** | RE: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Request for Conference |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel:

Judge Keesler is going to respectfully decline to hold an informal telephone conference regarding the discovery disputes you have identified. These disputes do not seem to be well-suited to a telephone conference.

He encourages you to continue to work together to resolve, or at least narrow, these issues. If necessary, you may file a motion to compel. Judge Keesler may consider holding a hearing a later date.

Thank you.
Dustin

_____

Andrew D. Taylor III
Law Clerk to Judge David C. Keesler
401 W. Trade Street, Suite 1400
Charlotte, NC 28202
704-350-7433

**From:** Danielle Williams <DWilliams@kslaw.com>
**Sent:** Monday, July 6, 2026 12:05 PM
**To:** Haley Tanner <Haley_Tanner@ncwd.uscourts.gov>; Andrew Taylor <Dustin_Taylor@ncwd.uscourts.gov>
**Cc:** cdavis <cdavis@rbh.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; wmiller <wmiller@rbh.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; Troy.Homesley <Troy.Homesley@troutman.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** FW: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Request for Conference

CAUTION - EXTERNAL:

Dear Haley and Dustin:

As Mr. Grigg directed below, counsel for Plaintiff Joe Gibbs Racing, LLC respectfully writes to request the Court's assistance with the discovery dispute between JGR and Defendant Spire Motorsports described in the attached letter.

Please let us know how the Court would like to proceed.

Thank you for your assistance.

Sincerely,

Danielle Williams

**From:** David Grigg <David_Grigg@ncwd.uscourts.gov>
**Sent:** Monday, July 6, 2026 10:30 AM
**To:** Danielle Williams <DWilliams@kslaw.com>; Melissa Veronda <Melissa_Veronda@ncwd.uscourts.gov>
**Cc:** cdavis <cdavis@rbh.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; wmiller <wmiller@rbh.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; Troy.Homesley <Troy.Homesley@troutman.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>; Haley Tanner <Haley_Tanner@ncwd.uscourts.gov>; Andrew Taylor <Dustin_Taylor@ncwd.uscourts.gov>
**Subject:** Re: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Request for Conference

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Please contact Judge Keesler Chambers.

Thanks,

Dave

Get Outlook for iOS

**From:** Danielle Williams <DWilliams@kslaw.com>
**Sent:** Monday, 06 July 2026 10:11:50
**To:** David Grigg <David_Grigg@ncwd.uscourts.gov>; Melissa Veronda <Melissa_Veronda@ncwd.uscourts.gov>
**Cc:** cdavis <cdavis@rbh.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; wmiller <wmiller@rbh.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; Troy.Homesley <Troy.Homesley@troutman.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Thomas Melsheimer <TMelsheimer@kslaw.com>; Tracea Rice <TRice@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: Joe Gibbs Racing, LLC v. Gabehart & Spire, 3:26cv133 - Request for Conference

==CAUTION - EXTERNAL:==

Dear Ms. Veronda and Mr. Grigg:

Counsel for Plaintiff Joe Gibbs Racing, LLC respectfully writes to request the Court's assistance with the discovery dispute between JGR and Defendant Spire Motorsports described in the attached letter.

Please let us know how the Court would like to proceed.

Thank you for your assistance.

Sincerely,

Danielle Williams

---

**Danielle Williams**
*Partner*

T: +1 704 503 2642 | M: +1 336 749 7952 | dwilliams@kslaw.com | Bio | vCard

King & Spalding LLP
300 S Tryon Street
Suite 1700
Charlotte, NC 28202



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==