# EXHIBIT E

## FILED UNDER SEAL

Case 3:26-cv-00133-SCR-DCK     Document 113-6     Filed 07/15/26     Page 1 of 1