**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO DISMISS DEFENDANT GABEHART'S COUNTERCLAIMS** |

Pursuant to Fed. R. Civ. P. 12(b)(6) and Rule 7.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the Western District of North Carolina, Plaintiff Joe Gibbs Racing, LLC ("JGR"), by and through counsel, hereby respectfully moves to dismiss all counterclaims asserted against it by Defendant Christopher Gabehart ("Gabehart"). *See* Dkt. 100. Dismissal is warranted because Gabehart has failed to state a claim upon which relief may be granted. Further grounds supporting this motion are set forth in the accompanying Memorandum of Law filed contemporaneously herewith.

WHEREFORE, JGR respectfully requests that the Court enter an order dismissing all counterclaims asserted by Gabehart against JGR in their entirety and with prejudice.

**[SIGNATURE PAGE FOLLOWS]**

1

This the 15th day of July, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

**KING & SPALDING LLC**

Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Attorneys for Joe Gibbs Racing, LLC*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO DISMISS DEFENDANT GABEHART'S COUNTERCLAIMS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 15th day of July, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
*Attorney for Joe Gibbs Racing, LLC*

3