**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

                Plaintiff,

      v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

                Defendants.

**INDEX OF EXHIBITS TO PLAINTIFF
JOE GIBBS RACING, LLC'S
MOTION TO COMPEL THE
PRODUCTION OF ESSENTIAL
TECHNICAL DOCUMENTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Fourth Declaration of D. Williams |
| A | Email dated July 13, 2026 from T. Homesley to T. Hinojosa et al. - Submitted in Camera |
| B | Plaintiff Joe Gibbs Racing, LLC's First Set of Requests for Production to Defendant Spire Motorsports II, LLC dated May 12, 2026 - Filed Under Seal |
| C | Defendant Spire Motorsports, LLC's Responses and Objections to Plaintiff JGR's First Request for Production of Documents dated June 11, 2026 |
| D | Letter dated June 18, 2026 from C. Walker to J. Davey and C. Davis re deficiencies in Defendants' Responses and Objections to JGR's First Requests for Production |
| E | Email dated June 29, 2026 from T. Homesley to C. Walker et al. - Filed Under Seal |
| F-1 | JGR Trade Secret produced in virtual clean room - Submitted in Camera |
| F-2 | Document bates stamped as JGR_0000338 - Submitted in Camera |
| F-3 | Document bates stamped as G00000066 - Submitted in Camera |
| F-4 | Document bates stamped as GABEHART00222 - Submitted in Camera |
| G | Plaintiff's Supplemental Responses and Objections to Defendant Spire Motorsports II, LLC's First Set of Interrogatories dated July 1, 2026 - Filed Under Seal |
| H | Email dated July 10, 2026 from T. Hinojosa to T. Homesley et al. - Filed Under Seal |

| | | |
|---|---|---|
| I | Defendant Spire Motorsports II, LLC's Responses and Objections to Plaintiff JGR's First Set of Interrogatories dated June 29, 2026 - Filed Under Seal |
| J | Document bates stamped as Spire_0000849 - Submitted in Camera |
| K | Document bates stamped as Spire_0001441 - Filed Under Seal |
| L | Responses to Plaintiff Joe Gibbs Racing, LLC's First Set of Interrogatories to Defendant Christopher Gabehart dated June 29, 2026 - Filed Under Seal |
| M | Email dated June 24, 2026 from T. Homesley to C. Walker et al. - Filed Under Seal |
| N | Excerpt of Transcript of March 26, 2026 Hearing on Motion for Preliminary Injunction - Filed Under Seal |