# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

     Plaintiff,

    v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

     Defendants.

## FOURTH DECLARATION OF DANIELLE T. WILLIAMS

Danielle T. Williams states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am a partner at King & Spalding LLP, counsel for Plaintiff Joe Gibbs Racing, LLC ("JGR") in this matter. I make this declaration based on my personal knowledge and in support of JGR's Motion to Compel.

3. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

4. Exhibit A is a true and correct copy of an email dated July 13, 2026 from Troy Homesley to Taylor Hinojosa et al. regarding the following subject: "JGR/Gabehart/Spire: meet and confer agenda items," which will be available for the Court via in-camera review.

5. Exhibit B is a true and correct copy of JGR's First Set of Requests for Production to Defendant Spire Motorsports II, LLC ("Spire"), dated May 12, 2026.

6. Exhibit C is a true and correct copy of Spire's Responses and Objections to JGR's First Request for Production of Documents, dated June 11, 2026.

7. Exhibit D is a true and correct copy of a letter dated June 18, 2026 from Chad Walker to Joshua Davey and Cary Davis regarding "Deficiencies in Defendants' Responses and Objections to JGR's First Requests for Production."

8. Exhibit E is a true and correct copy of an email dated June 29, 2026 from Troy Homesley to Chad Walker et al. regarding the following subject: "JGR/Gabehart – Draft ESI Protocol."

9. Exhibit F-1 is a true and correct copy of a document, produced to Spire's counsel in the virtual secured room established for this litigation, which will be available for the Court via in-camera review.

10. Exhibit F-2 is a true and correct copy of a document produced in this litigation, and bates stamped as JGR_0000338, which will be available for the Court via in-camera review.

11. Exhibit F-3 is a true and correct copy of a document produced in this litigation, and bates stamped as G00000066, which will be available for the Court via in-camera review.

12. Exhibit F-4 is a true and correct copy of a document produced in this litigation, and bates stamped as GABEHART00222, which will be available for the Court via in-camera review.

13. Exhibit G is a true and correct copy of JGR's Supplemental Responses and Objections to Spire's First Set of Interrogatories, dated July 1, 2026.

14. Exhibit H is a true and correct copy of an email dated July 10, 2026 from Taylor Hinojosa to Troy Homesley et al. regarding the following subject: "JGR/Gabehart/Spire: meet and confer agenda items."

15. Exhibit I is a true and correct copy of Spire's Responses and Objections to Plaintiff JGR's First Set of Interrogatories, dated June 29, 2026.

16. Exhibit J is a true and correct copy of a document produced in this litigation and bates stamped as Spire_0000849, which will be available for the Court via in-camera review.

17. Exhibit K is a true and correct copy of a document produced in this litigation and bates stamped as Spire_0001441.

18. Exhibit L is a true and correct copy of Defendant Christopher Gabehart's Responses to JGR's First Set of Interrogatories to Mr. Gabehart, dated June 29, 2026.

19. Exhibit M is a true and correct copy of an email dated June 24, 2026 from Troy Homesley to Chad Walker et al. regarding the following subject: "JGR/Gabehart – Draft ESI Protocol."

20. Exhibit N is a true and correct copy of an excerpt of the transcript of the March 26, 2026 Hearing on JGR's Motion for Preliminary Injunction.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2026

**DANIELLE T. WILLIAMS**

/s/ Danielle T. Williams