# EXHIBIT F-1

## SUBMITTED IN CAMERA