# EXHIBIT F-2

## SUBMITTED IN CAMERA