# EXHIBIT F-3
## SUBMITTED IN CAMERA