# EXHIBIT F-4

## SUBMITTED IN CAMERA