# EXHIBIT G

## FILED UNDER SEAL

Case 3:26-cv-00133-SCR-DCK    Document 119-12    Filed 07/18/26    Page 1 of 1