# EXHIBIT J

## SUBMITTED IN CAMERA