**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

        Plaintiff,

    v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,

        Defendants.

**INDEX OF EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO SPIRE MOTORSPORTS II, LLC'S MOTION TO COMPEL**

| EXHIBIT | DESCRIPTION |
|---|---|
| **A.** | Spire's May 11, 2026 First Set of Interrogatories to Plaintiff |
| **B.** | Spire's May 11, 2026 First Set of Requests for Production to Plaintiff |
| **C.** | Spire's June 5, 2026 Second Set of Interrogatories to Plaintiff |
| **D.** | Plaintiff's July 16, 2026 Second Supplemental Responses to Spire's First Set of Interrogatories |
| **E.** | Plaintiff's July 16, 2026 Supplemental Responses to Spire's Second Set of Interrogatories |