# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Case No. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

               Plaintiff,

     v.

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS II, LLC,

               Defendants.

**PLAINTIFF JOE GIBBS RACING LLC'S CONSENT MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff Joe Gibbs Racing, LLC, ("JGR") through counsel and pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and Local Rule 7.1(b) of the United States District Court for the Western District of North Carolina, hereby moves the Court to strike portions of Plaintiff's Second Amended Complaint. In support of this Motion, JGR shows the Court as follows:

1. JGR filed the Second Amended Complaint in this matter on June 15, 2026, in this Court. Dkt. 95.

2. In discovery Spire Motorsports II, LLC ("Spire") requested information supporting the allegations contained in paragraph 129 of the Second Amended Complaint.

3. JGR responded to Spire's request and concedes that it does not possess nonprivileged information sufficient to support the allegations contained in paragraph 129 of the Second Amended Complaint.

4. As a result, Spire has requested, and JGR has agreed, to remove the allegations contained in paragraph 129 of the Second Amended Complaint.

5. Rule 12(f) of the Federal Rules of Civil Procedure permits the Court to strike from a pleading "any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f).

1

6.      Consequently, JGR respectfully requests that this Court strike as immaterial paragraph 129 from JGR's Second Amended Complaint.

7.      Counsel for JGR has conferred with counsel for Gabehart and Spire regarding this motion, and Counsel for both Defendants consent to the relief requested herein and do not oppose its entry.

8.      This motion is made in good faith and not for the purposes of unnecessary delay.

9.      A proposed Order granting the Motion is submitted contemporaneously herewith.

**CONCLUSION**

For the foregoing reasons, JGR respectfully requests that the Court grant JGR's Consent Motion to Strike Portions of Plaintiff's Second Amended Complaint.

[*SIGNATURE ON FOLLOWING PAGE*]

2

This the 29th day of July, 2026.

PARKER POE ADAMS & BERNSTEIN LLP

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

KING & SPALDING LLC

Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Attorneys for Joe Gibbs Racing, LLC*

3

## <u>ARTIFICIAL INTELLIGENCE CERTIFICATION</u>

No artificial intelligence was employed in doing the research for the preparation of this Motion, with the exception of the standard artificial intelligence embedded in Westlaw. Every statement and every citation to an authority contained in this Motion has been checked by an attorney in this case as to the accuracy of the proposition for which it is offered.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
*Attorney for Joe Gibbs Racing, LLC*

PPAB 14044211v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S CONSENT MOTION TO STRIKE PORTIONS OF PLAINTIFF'S SECOND AMENDED COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 29th day of July, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
*Attorney for Joe Gibbs Racing, LLC*

5