# EXHIBIT J

# Jaccard, Anais M.

| | |
|---|---|
| **From:** | Tracea Rice <TRice@kslaw.com> |
| **Sent:** | Thursday, July 16, 2026 7:30 PM |
| **To:** | Chad Walker; Homesley, Troy C.; Evans, Jason D. |
| **Cc:** | Taylor Hinojosa; cdavis; Cameron, Lawrence J.; Alex L. Moore; EXT - Charlie Middlebrooks; Danielle Williams; EXT - Sarah Hutchins; Wiles, Spencer; atucker; Whorf, Benjamin; Jaccard, Anais M.; Tincher, Moses M.; wmiller; Gibbs, J. Evan; Davey, Joshua D.; EXT - JGR-Counsel |
| **Subject:** | RE: JGR/Gabehart/Spire: meet and confer agenda items |

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy,

We plan to address the following agenda items during tomorrow's meet and confer.

- Deposition Scheduling
  - Need Spire 30(b)(6) deposition date
- JGR's interrogatory deficiency letter (see Taylor's letter sent last Thursday, July 9)
- Outstanding Spire RFP response issues and motion to compel (see Taylor's email sent last Friday July 10 at 4:05 p.m. CT)
- Outstanding third-party productions in advance of upcoming deposition
- Confer on Motion to Seal
- Defendant's deficient document productions in light of McCall deposition, including:
  - GM communications and Teams/email threads concerning CFD case studies, aero inputs, and aero reports (responsive to Spire RFPs 21, 23, 24).
  - HMS communications and technical-partnership materials concerning setup and aero recommendations (responsive to Spire RFP 16; Spire RFPs 23, 24; and Gabehart RFP 29).
  - RVG database records showing Spire and Hendrick setups (responsive to Spire RFPs 16, 21, 23, 24).
  - NGSIM, simulation outputs, simulation files, and race-engineering SharePoint folders (responsive to Spire RFPs 21, 23, 24).
  - GM reports used to create pre-event strategy PowerPoints (responsive to Spire RFPs 23, 24).
  - Build scenario meeting materials, build sheets, QC compares, Creaform/Hexagon scans, Hawkeye/Bolt6 files, and SharePoint QC folders (responsive to Spire RFPs 22, 23).
  - Design project Powerpoints and the "run log" or design-list tracking system (responsive to Spire RFP 8 and Spire RFPs 21, 23).
  - Car chief and driver debrief forms, debrief decks, SharePoint materials, and missing attachments to debrief emails (responsive to Spire RFPs 8, 9, 24; and Gabehart RFPs 6, 9).
  - Documents relating to lap-time analysis, EDRP/SMT data, spider charts, and driver analysis (responsive to Spire RFPs 21, 23, 24).
  - Documents relating to fuel analysis, fuel-strategy, Pit Rho data, flow-rate data, and HMS engine/ECU data (responsive to Spire RFPs 16, 21, 23).

- o Race attendance rosters, and track access records (responsive to Spire RFP 9 and Gabehart RFP 7).
- o War room, conference-room/meeting access, and competition-area badge access logs (responsive to Spire RFPs 7, 8, 9).
- o Technical inspection records, attendance at inspection, and scan results downloaded from NASCAR (responsive to Spire RFPs 22, 7, 9).
- o Documents relating to Gabehart's email/Teams access restrictions and removal from distribution lists (responsive to Spire RFPs 1, 13, 15).

Best,
Tracea

---

**From:** Chad Walker <CWalker@kslaw.com>
**Sent:** Thursday, July 16, 2026 5:02 PM
**To:** Troy.Homesley <Troy.Homesley@troutman.com>; Tracea Rice <TRice@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

Troy,

Regarding the RFPs, we've been over the parties' positions before, so in my view no other conference is required, but if you don't understand something, please feel free to call me at your convenience, as always, including right now if you like.

Best – Chad

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Thursday, July 16, 2026 4:46 PM
**To:** Tracea Rice <TRice@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Tracea,

Case 3:26-cv-00133-SCR-DCK    Document 132-10    Filed 07/31/26    Page 3 of 37

We are disappointed that JGR is cancelling and delaying additional depositions in the case when there is so much still to be done. We did not take Judge Rodriguez's extension of the fact discovery deadline to be an invitation for more delay. Nevertheless, we understand you do not want to depose Gerringer and Powers at this time and it appears you do not know when you will be prepared to do so. When (or if) you are ready to depose them, please let us know, and we will identify their availability.

As to your intent to move to compel on RFPs 11, 12, and 21, we'd like to confer further to understand the basis for doing so as to RFPs 11 and 12. We see no basis for moving to compel as to RFPs 11 and 12 and JGR has articulated none. If you intend to move to compel scans and setups in response to RFP 21, those materials are not responsive to RFP 21, and are more directly targeted by RFPs 22 and 23, to which Spire has not yet responded (and is not required to respond for several weeks).

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Thursday, July 16, 2026 12:33 PM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy,

Given the Court's limits on depositions, we are withdrawing our request to depose Dan Towriss.

JGR also intends to file a motion to compel addressing Defendants' refusal to produce documents responsive to JGR's RFPs 11, 12, and 21. Because those documents bear directly on the expected testimony of both Mr. Gerringer and Mr. Powers, we do not intend to proceed with their depositions next week. Please provide additional dates of availability for Mr. Gerringer and Mr. Powers so we can reschedule those depositions following resolution of these issues.

We will follow up regarding the remaining inquiries below.

Best,

Tracea

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Thursday, July 16, 2026 11:07 AM
**To:** Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Chad,

Are you proceeding with the Gerringer deposition Monday and the Powers deposition Thursday?  If so, I am not available tomorrow.  If you're not, I am available tomorrow.  Our witnesses and our lawyers need to be able to plan around the schedule we have agreed to.  Please confirm that the depositions are proceeding by 5pm ET today.

Relatedly, want to make sure we're all aligned on the deposition schedule in this case.  Please see below the confirmed schedule.  We are still waiting on JGR to respond to our prior proposals and communications seeking to find workable dates for the following depositions:  Heather Gibbs; JGR 30(b)(6).  We are also waiting on JGR to confirm the date for Dan Towriss deposition (we offered August 3).

| Date | Deponent | Status |
|---|---|---|
| Monday, July 20, 2026 | Dax Gerringer | Confirmed |
| Tuesday, July 21, 2026 | Chris Gabehart | Confirmed |
| Thursday, July 23, 2026 | Doug Powers | Confirmed |
| Friday, July 24, 2026 | Toni Rogers | Confirmed |
| Monday, July 27, 2026 | Chris Gilligan | Confirmed |
| Tuesday, July 28, 2026 | Tim Carmichael | Confirmed |
| Wednesday, July 29, 2026 | Eric Schaffer | Confirmed |
| Wednesday, July 29, 2026 | Jeff Dickerson | Confirmed |
| Thursday, July 30, 2026 | Wally Brown | Confirmed |
| Friday, July 31, 2026 | Todd Berrier | Confirmed |
| Monday, August 3, 2026 | Dave Alpern | Confirmed |
| Wednesday, August 5, 2026 | Joe Gibbs | Confirmed |
| Friday, August 7, 2026 | Bill Anthony | Confirmed |
| Tuesday, August 25, 2026 | Denny Hamlin | Confirmed |

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

**From:** Chad Walker <CWalker@kslaw.com>
**Sent:** Thursday, July 16, 2026 10:56 AM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy,

I was about to get back to you on the meet and confer time. Are you available tomorrow at 4 p.m. ET? We'll get back on other issues in due course.

Best – Chad

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Thursday, July 16, 2026 9:54 AM
**To:** Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Given that you have not responded to our request to meet and confer, we need responses on at least the following issues by 5:00pm ET today so that we and our witnesses can plan accordingly. This deposition scheduling issue is separate from and in addition to the many other issues we have been trying to discuss with JGR for the last week.

- Gerringer and Powers Depositions: The Gerringer and Powers depositions have been confirmed by JGR for July 20 and July 23, respectively. Please provide notices today by 5:00pm ET so that we know what time these depositions are starting. Mr. Powers expects to produce documents responsive to the third-party subpoena issued to him by tomorrow and, as with Mr. Sparks, the volume is expected to be low.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Homesley, Troy C.
**Sent:** Wednesday, July 15, 2026 6:40 PM
**To:** Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

Counsel,

Please let us know when you are available to confer tomorrow as to the issues we planned to discuss yesterday.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Homesley, Troy C.
**Sent:** Tuesday, July 14, 2026 10:08 PM
**To:** Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

Chad,

We'll discuss this with the Court tomorrow.  To clarify the record – JGR is delaying the discovery it supposedly seeks, as set forth below.  18 business days left in discovery.

- July 1, 10:57 a.m. ET:  JGR first requested Ryan Sparks' deposition (discovery closes August 7), even though Spire had asked for JGR to identify all witnesses it wanted to depose weeks before.
- July 6, 2026, 11:22 a.m. ET:  We worked over July 4 holiday to identify a proposed date for Ryan Sparks, and offered July 16.

6

- July 7, 2026, 1:37 p.m. ET:  We said "If JGR wants to take the deposition[] of Sparks . . . please confirm the dates we've offered below" by Thursday, July 9.
- July 8, 2026, 7:55 p.m. ET:  JGR informed us it is "unable to confirm Ryan Sparks for July 16, and will need you to propose a new date."
- July 9, 2026, 10:35 a.m. ET:  We told JGR that Sparks has a busy schedule and has "to go to work," among other things.  We then said "If you want to depose Ryan Sparks . . . , [he is] available July 16 . . . One of JGR's 12 some odd lawyers who has made an appearance in this case can take the depositions."
- July 9, 2026 Meet and Confer:  JGR explicitly confirmed that it was ready to proceed with Ryan Sparks deposition, and did not raise any concerns about production of documents.
- July 13, 2026, 5:47 p.m. ET:  JGR sends an email saying "Sparks -- we still don't have documents for him, so it doesn't appear that July 16 will work for his deposition.  Please provide alternative dates."  This is the first time JGR raised concerns about production of Sparks' documents in response to a third-party subpoena in advance of his deposition.
- July 13, 2026, 10:23 p.m. ET:  Sparks worked overtime to tell JGR he was producing Sparks' documents on July 14, 2026, two business days in advance of his deposition and addressed the procedural history, namely:
  - **JGR's Last Second Attempt to Delay Ryan Sparks Deposition.**  JGR first requested Ryan Sparks' deposition on July 1 and Spire promptly provided availability; the parties agreed to his deposition date just last week.  And because JGR refused Spire's reasonable requests to narrow the number of third party subpoenas it issued, the subpoena to Sparks did not become effective until June 29 upon JGR's agreement to withdraw 14 other scattershot third party subpoenas it had issued.  Sparks served his responses and objections to the subpoena just today.  JGR was also warned in the hearing before Magistrate Judge Keesler that collections and production would take some time (in fact, it has taken Heather Gibbs—JGR's owner—almost two months to produce a few text messages, and her production still isn't complete).  All that said, we are disappointed by JGR's attempt to delay yet another deposition during a highly compressed discovery period.  Ryan Sparks intends to produce documents responsive to JGR's third-party subpoena tomorrow.  The volume is expected to be low.  There is no reason to further delay commencement of depositions in this case.
- July 14, 11:45 a.m. ET:  Sparks produced documents in response to his third-party subpoena, totaling 11 documents across 5 text conversations, some of which had already been produced.
- July 14, 12:53 p.m. ET:  Spire asks JGR to confirm it is proceeding with Sparks deposition.
- July 15, 2:09 p.m. ET:   JGR abruptly responds that "Sparks if off per our earlier email" and acts like it hasn't received his documents responsive to third party subpoena.
- July 15, 2:17 p.m. ET:  Spire notes that Sparks' documents have been produced and that it is ready to proceed with his deposition, particularly given the upcoming schedule.
- July 15, 7:40 p.m. ET:  JGR claims that in the five hours between its July 13 5:47 p.m. ET email and Sparks' July 13 10:23 p.m. ET email, it filled up an entire deposition day so was "unable to pivot back."  The explanation makes no sense and is clearly a pretext for delay.

Bizarrely, JGR has delayed not only the depositions *Spire wants to take* (e.g., Heather Gibbs) but also the depositions *JGR wants to take*.  JGR convinced the Court that it could complete discovery by August 7, but isn't willing to deliver.  If you want to depose Ryan Sparks, we'll be at the Troutman Pepper office at 9:00 a.m. on July 16 waiting.

Regards,
Troy


**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

**Sent:** Tuesday, July 14, 2026 7:40 PM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy,

Thanks for your offer to put Sparks back on the slate for this week, but after we postponed it in light of the fact we hadn't yet received any of his documents, we are now unable to pivot back to adequately prepare given other tasks and intervening events, including the hearing now scheduled for tomorrow.  We look forward to receiving alternative dates.

Thanks – Chad

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Tuesday, July 14, 2026 1:17 PM
**To:** Chad Walker <CWalker@kslaw.com>; Evans, Jason D. <Jason.Evans@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Chad,

We produced Sparks documents earlier today (11 documents encompassing 5 text conversations, should take you about 10 minutes to review).  We're ready to go.  Sparks is ready on the agreed upon timetable.  You asked for him, we offered him, you confirmed, we produced his documents.  Let's keep this train rolling.  If you refuse to take him on the agreed upon date we can't guarantee new availability.

We are all working double time over here and expect JGR (particularly as the Plaintiff) to do the same.  We can talk to the Court about this tomorrow if you'd like.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Chad Walker <CWalker@kslaw.com>
**Sent:** Tuesday, July 14, 2026 2:09 PM
**To:** Evans, Jason D. <Jason.Evans@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** Re: JGR/Gabehart/Spire: meet and confer agenda items

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Sparks is off per our earlier email. I recall we all discussed trying to produce documents at least about a week before depos and for sparks all we have is a promise that you will produce an unspecified amount of documents at some point the day before. We will get back to you regarding a proposed meet and confer time and other issues as we can.

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Tuesday, 14 July 2026 12:53:49
**To:** Evans, Jason D. <Jason.Evans@troutman.com>; Chad Walker <CWalker@kslaw.com>
**Cc:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Chad,

Adding to Jason's email – we've got a lot of lawyers and can figure out coverage. Discovery is closing soon so we need to keep working toward resolving disputes. When will JGR provide its response to ROG 21 that was due last Monday? When will JGR complete its document production? Do you have updates on getting depositions scheduled? I assume you are planning to go forward with Sparks deposition that has been long scheduled now that you have his documents? What about all of the other issues we've raised (in some cases, multiple times)? What is going on? If we can't meet and confer today we need your positions on all of the open issues in writing. We are extremely concerned by JGR's sluggishness in this case.

We've got a status conference before the Court tomorrow and I assume she is going to want to hear that we've been working tirelessly and around the clock to resolve issues and press forward with the case. I don't know about you, but I don't like the idea of going to Judge Rodriguez tomorrow to tell her we've got a bunch of open issues that we should have talked about today as originally scheduled.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Evans, Jason D. <Jason.Evans@troutman.com>
**Sent:** Tuesday, July 14, 2026 1:50 PM
**To:** cwalker@kslaw.com
**Cc:** Homesley, Troy C. <Troy.Homesley@troutman.com>; thinojosa@kslaw.com; trice@kslaw.com; Davis, Cary <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; almoore@kslaw.com; charliemiddlebrooks@parkerpoe.com; dwilliams@kslaw.com; sarahhutchins@parkerpoe.com; swiles@rbh.com; Tucker, Anna Claire <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; Miller, William <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; JGR-Counsel@kslaw.com
**Subject:** FW: JGR/Gabehart/Spire: meet and confer agenda items

Given JGR's decision to not proceed with the Heather Gibbs deposition as originally agreed and noticed for tomorrow, we need to have the new date for that deposition confirmed ASAP. We provided three alternative dates on Friday morning but have heard nothing back. Please let us know which date works ASAP. At this point, we are forced to withdraw this Thursday, July 16 as one of the alternate dates, as we need to have a reasonable amount of time before the deposition to make necessary arrangements.

Also, should we expect a complete production of Heather Gibbs's documents and the correction of the previously-noted deficiencies today, or can you give us an estimate on that, please?

Jason

---

**From:** Chad Walker <CWalker@kslaw.com>
**Sent:** Tuesday, July 14, 2026 1:35 PM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy,

In light of so many folks tied up in the deposition today, why don't we postpone our meet and confer call? I'm open to suggestions on alternative times, but for now why don't we take it off the calendar for this afternoon if that's ok.

Best – Chad

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Monday, July 13, 2026 9:23 PM
**To:** Taylor Hinojosa <THinojosa@kslaw.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

CAUTION: MAIL FROM OUTSIDE THE FIRM

Counsel,

Thank you for the conversation Thursday. This email memorializes Spire's position as to the remaining outstanding items and serves as an agenda for tomorrow's meet and confer.

**Deposition Scheduling.** We addressed deposition scheduling in a separate email sent Friday. That email omitted confirmation of the date for Joe Gibbs' deposition, which is August 5. We are still awaiting confirmation of the date for Heather Gibbs' deposition (which JGR suddenly attempted to cancel last week) and the JGR Rule 30(b)(6) deposition, as well as Dan Towriss deposition. If JGR continues to delay scheduling depositions we will ask the Court to intervene. In particular, **please confirm the date for Heather Gibbs' deposition no later than noon tomorrow.** Despite the fact that this deposition has long been scheduled for July 15, given JGR's unilateral request to reschedule it at the last moment, we offered July 16, July 17, or July 31 as alternatives—JGR still has not responded.

**JGR's Last Second Attempt to Delay Ryan Sparks Deposition.** JGR first requested Ryan Sparks' deposition on July 1 and Spire promptly provided availability; the parties agreed to his deposition date just last week. And because JGR refused Spire's reasonable requests to narrow the number of third party subpoenas it issued, the subpoena to Sparks did not become effective until June 29 upon JGR's agreement to withdraw 14 other scattershot third party subpoenas it had issued. Sparks served his responses and objections to the subpoena just today. JGR was also warned in the hearing before Magistrate Judge Keesler that collections and production would take some time (in fact, it has taken Heather Gibbs—JGR's owner—almost two months to produce a few text messages, and her production still isn't complete). All that said, we are disappointed by JGR's attempt to delay yet another deposition during a highly compressed discovery period. Ryan Sparks intends to produce documents responsive to JGR's third-party subpoena tomorrow. The volume is expected to be low. There is no reason to further delay commencement of depositions in this case.

**Gerringer and Powers.** Third parties Gerringer and Powers expect to produce documents responsive to JGR's third-party subpoena issued to them by the end of this week.

**JGR Responses to Spire ROGs.** JGR still has not responded to Spire's ROG 21 and could not commit to a date certain by which it would do so. The response was due Monday, July 6. Please provide a supplemental response by **end of day tomorrow**. For ROG 6 Spire maintains the position that this interrogatory extends to all competition personnel at JGR. We are awaiting information you agreed to provide regarding the volume of the search inclusive of all JGR competition personnel. Please provide by **end of day tomorrow**. For ROG 8, you stated that JGR has no additional responsive facts to disclose. For RFP 11 and RFP 16, you stated that document productions are forthcoming but could not provide a date certain when documents would be produced. Please provide a date by which you will have produced by **end of day tomorrow**. Spire reserves all rights.

**JGR Responses/Productions Responsive to Spire RFPs.** JGR still has not substantially completed document production, despite agreeing to do so by June 17. JGR also refused to commit to a date certain by which its document production will be complete. As we have repeatedly stated, JGR's delays during discovery, despite requesting an expedited schedule, have prejudiced Spire and our ability to defend our client.
- In the meet and confer, JGR indicated that it is withholding confidential information and trade secrets that are independently responsive to Spire's document requests. There is no basis for categorically withholding otherwise responsive documents, and we intend to raise this issue with the Court promptly.
- Regarding trade secret metadata, JGR indicated that it does not have possession of the original metadata for the alleged trade secrets it contends Gabehart misappropriated. We understand based on JGR's position that neither Clark Walton nor JGR have ever reviewed or accessed the metadata for the at-issue trade secrets to determine when they were last accessed, created, or modified or to evaluate any of their properties (or even to determine whether they belong to or originated with JGR in the first place). Please inform us promptly if this understanding is incorrect.
- JGR has not yet produced the underlying documents for the photographs and screenshots it contends Gabehart misappropriated, including larger outputs or datasets from Race Studio from which those images were originated. JGR refused to commit to producing these documents by a date certain.
- JGR still has not produced a large quantity of known, responsive documents as set forth in Spire's prior letter to the Court.

**JGR's Document Production Last Week.** JGR has offered no response to Spire's July 6, 2026 email raising significant deficiencies in JGR's document production. JGR has not produced a single additional document this week. Spire reserves all rights.

**JGR's July 6 Letter Request for Court Intervention.** As we discussed Thursday, Spire does not have a basis to agree to the requests in your letter, except as indicated below.
- **RFPs 11, 12, and 21.** Without evidence of transmission or use of JGR's alleged trade secrets or confidential information, Spire will not produce its scans or setups that reflect Spire's independent work product and have nothing to do with Gabehart. If you can identify any evidence of transmission of any of the trade secrets identified in response to Interrogatory No. 2 to Spire, we will reconsider your request.
  - To the extent JGR is seeking artificial intelligence documents, chat logs, etc. used or created by Gabehart that are within Spire's possession, custody, or control, based on a reasonable search, there are none.
- **RFPs 2 and 6.** This dispute appears to be resolved. Spire will conduct a reasonable search for non-privileged, responsive documents and produce accordingly.
- **RFP 14.** As discussed in the meet and confer, it has come to light that JGR's basis for its sponsorship misappropriation claim rests on a single, aggregate document that does not contain any detail regarding sponsor names, contract amounts, or contract expiration dates. Despite Spire's requests, JGR has not identified a document showing a breakdown of JGR sponsor names, contract amounts, or contract expiration dates. To be sure we're on the same page, below is G-110.



Now that we've exposed the baseless nature of JGR's gambit for Spire's sponsorship strategy and communications, JGR has pivoted again: You say below that Gabehart has "knowledge of hierarchy of JGR's sponsorship agreements." But when pressed Thursday, JGR could not identify any specific document Gabehart actually misappropriated that provides information of value on a sponsor-by-sponsor basis (e.g., sponsor agreements, sponsor expiration dates, sponsor-by-sponsor payments to JGR, etc.). Spire instead pointed to Gabehart's "memory." But JGR has said repeatedly maintained in its filings in this case—and representations to the Court—that Gabehart had no role in sponsorships at JGR. *See, e.g.*, Dkt.95 at ¶ 35.

- **RFP 9.** Today, Spire is producing all 2026 Cup Series race weekend itineraries, which show who was planning to attend various race weekends. Communications regarding hard cards for Gabehart have already been produced pursuant to the parties' ESI protocol. *E.g.*, Spire_0000594; GABEHART_00544; GABEHART_01106; GABEHART_01494. NASCAR's License Manager portal contains information about hard cards, and below is a screenshot of that website showing when Gabehart's hard card was issued. He never had a VIP pass issued by Spire. We have fulfilled our discovery obligations as to this RFP.



- **RFPs 16, 18, 19, and 20.** We have repeatedly compromised with respect to these RFPs and our current compromise offer remains.

**Spire's July 8 Letter Submission to the Court.** JGR represented that it would respond in writing to each issue raised by Spire in its July 8 letter to the Court (which tracks Spire's July 6 email to JGR's counsel). We have not yet received that response. Given JGR's delay and total failure to respond, we will raise those matters with the Court promptly.

**JGR's July 9 Letter Regarding Spire's Interrogatory Responses.** We are reviewing the correspondence, which we received three business days ago.

**JGR's Potential Use of OCO-Designated Documents at Depositions.** We would like to discuss JGR's potential use of OCO-designated documents at depositions of Spire witnesses. We request that at least two business days before any deposition, JGR identify any OCO documents it intends to use and allow us to show such documents to the witness in

advance of the deposition.  If JGR does not provide this advance notice, Spire reserves the right to pause the deposition when such a document is introduced in order to show the document to the witness and confer.

**H. Gibbs Document Production.**  Per emails with Sarah Hutchins, we'd like to discuss deficiencies in and issues with Heather Gibbs' document production and want to know when it will be complete.

**Third Party Subpoena Productions.**  The following third party subpoena recipients represented by counsel for JGR have still not produced documents in response to third party subpoenas that were issued months ago; please state when production is expected:

- Heather Gibbs
- Joe Gibbs
- Tim Carmichael
- TGR, LLC
- Tyler Allen
- Richard "Cheddar" Smith

Regards,
Troy


**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Taylor Hinojosa <THinojosa@kslaw.com>
**Sent:** Friday, July 10, 2026 5:05 PM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Chad Walker <CWalker@kslaw.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy,

Thank you for providing alternative deposition dates.  We will get back to you on whether those work as soon as possible.

Additionally, we appreciate your willingness to continue try to resolve some of these issues on yesterday's meet and confer.  Below is our understanding of where things stand on JGR's discovery to

Spire after our call, and requests for additional information so that we can properly assess the compromises you proposed today.

- **RFPs 11, 12, and 21** - The parties agree that we've reached an impasse and unfortunately will have to resort to court intervention.

- **RFPs 2 and 6** - We are confirming that Spire has agreed to search for and produce all as Spire agrees to produce all non-privileged documents relating to the recruitment, attempted recruitment, or potential recruitment of any current or former JGR employees since October 1, 2025, resolving the outstanding issues with these requests.

- **RFP 14** - As Tracea referenced yesterday, we believe that G00000110 demonstrates the relevance the sponsor-related communications requested by JGR. This document, taken by Gabehart, contains Spire's confidential and proprietary information regarding its historic and projected revenue from sponsors and alliance agreements. While JGR's sponsors are publicly available, the revenues associated with them most certainly are not. And, given Gabehart's senior position with JGR and his knowledge of hierarchy of JGR's sponsorship agreements, this document evidences an ability and intent to deconstruct JGR's revenue streams is more than sufficient to entitle JGR to communications between Spire and JGR's former and current sponsors—who JGR has already identified—so that it can assess whether Gabehart has used his knowledge of JGR's proprietary and confidential information to the benefit of Spire.

- **RFP 9** – In order to meaningfully assess Spire's proposed compromise, we wanted to make sure we fully understand its position on RFP 9, its representation about what it does and does not have in its possession, and nature of the documents you offered to produce.
    - First, our dispute centers on the portions of subpart (e) requesting "<u>credential applications and issuances, hard cards, hot passes, garage and pit access credentials, sign-in or check-in logs</u>" and "<u>NASCAR or track-issued access records, and any rosters, schedules, or itineraries</u>." Spire's objection to subpart (e) focused on the portion of the request seeking communications, but it did not address the foregoing categories of documents, which are the underlying records referenced earlier today that would not be included in a search term review of communications.
    - Yesterday, you seemed to indicate that NASCAR, not Spire, would have these sorts of documents. Please confirm that is Spire's position. If I have that wrong, please let me know.
    - As a compromise, you offered to produce itinerary/manifest type documents showing who was supposed to be in attendance during a given race weekend, but only if we agreed that our disputes with RFP 9 have been resolved. In order to meaningfully assess that proposal, we require a more detailed description of what these documents are and what they would show.
    - You indicated that you would not produce documents absent JGR agreeing that all disputes with respect to RFP 9 have been resolved, claiming that production of such documents would be disproportionate to the needs of the case. These documents are plainly responsive to RFP 9(e) as written; please explain the basis for your belief that Spire would be justified in withholding them on grounds of proportionality.

- **RFPs 16, 18, 19, 20** – Yesterday, you confirmed that Spire has produced its GM agreements and will produce its charter and its Hendricks agreements once it has approval from NASCAR and

15

Hendricks, respectively. And you offered to produce "annual financial reports" in the hopes that it would resolve JGR's issues with these RFP responses. In order to adequately assess this proposal, please describe the information that would be contained within such reports and whether they would contain. Further, please confirm that would produce these documents for every year from the inception of Spire to the present, as requested in the RFPs.

Again, we appreciate the attempt to narrow and resolve these disputes where possible. We look forward to your responses to items above in the hopes that we can put a few more of these issues to rest.

Regards,
Taylor

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Friday, July 10, 2026 9:00 AM
**To:** Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Counsel,

Following up on yesterday's meet and confer with respect to deposition scheduling, please see below a list of scheduled depositions as we understand it.

As to the remaining depositions:

- Heather Gibbs: We can do July 16, July 17, or July 31 for Heather Gibbs deposition. If these dates do not work, we plan to proceed with the as-noticed date (July 15) given that it was already agreed upon. Please confirm the chosen date by Monday.
- JGR 30(b)(6) and Alpern Deposition: Alpern's deposition is confirmed for 8/3. We can do the JGR 30(b)(6) deposition on any of the following dates (and are willing to do them back-to-back if JGR would prefer): July 30-31; August 4-5; OR August 10 (assuming JGR agrees to allow this deposition to occur slightly after the close of fact discovery). This is the extent of our availability for Alpern and Rule 30(b)(6) between now and August 7. If JGR/Alpern cannot make any of these dates work, we will to bring the matter to the Court.
- Dan Towriss: Dan Towriss is no longer available on July 30. He is available on August 3. Please confirm.

| Date | Deponent | Status |
|---|---|---|
| Tuesday, July 14, 2026 | Matt McCall | Confirmed |
| Thursday, July 16, 2026 | Ryan Sparks | Confirmed |
| Monday, July 20, 2026 | Dax Gerringer | Confirmed |
| Tuesday, July 21, 2026 | Chris Gabehart | Confirmed |
| Thursday, July 23, 2026 | Doug Powers | Confirmed |

| | | |
|---|---|---|
| Friday, July 24, 2026 | Toni Rogers | Confirmed |
| Monday, July 27, 2026 | Chris Gilligan | Confirmed |
| Tuesday, July 28, 2026 | Tim Carmichael | Confirmed |
| Wednesday, July 29, 2026 | Eric Schaffer | Confirmed |
| Wednesday, July 29, 2026 | Jeff Dickerson | Confirmed |
| Thursday, July 30, 2026 | Wally Brown | Confirmed |
| Friday, July 31, 2026 | Todd Berrier | Confirmed |
| Monday, August 3, 2026 | Dave Alpern | Confirmed |
| Friday, August 7, 2026 | Bill Anthony | Confirmed |
| Tuesday, August 25, 2026 | Denny Hamlin | Confirmed |

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Thursday, July 9, 2026 1:10 PM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; cdavis <cdavis@rbh.com>; Chad Walker <CWalker@kslaw.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

We plan to address the following agenda items on the meet and confer today:

JGR Agenda for 7/9/26 Meet and Confer
- Deposition scheduling and logistics
- Status of compromises following JGR's July 6 request for Court intervention
- JGR's Forthcoming Letter Concerning Deficiencies in Defendants' Responses to JGR's First Set of Interrogatories

Best,
Tracea

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Thursday, July 9, 2026 9:35 AM

**To:** Tracea Rice <TRice@kslaw.com>; cdavis <cdavis@rbh.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Tracea,

As your team surely knows, our clients are constantly traveling to and from races across the country each weekend. As a result, they've got about three weekdays when they're available for depositions. Ryan Sparks and Dax Gerringer have to go to work. They cleared their plates July 16 and July 20, respectively, so that y'all could depose them—and they did so on quick notice when JGR asked for their depositions just last week for the first time. As you also likely know, many of the people in this sport take time off during one of two off weekends during the entire season. One of those off weekends is at the end of the discovery period, and Sparks and Gerringer have plans. If you want to depose Ryan Sparks and Dax Gerringer, they are available July 16 and July 20. One of JGR's 12 some odd lawyers who has made an appearance in this case can take the depositions.

As for Heather Gibbs, you say below that you "can offer" her on August 6. That's a misnomer. JGR **already offered and confirmed her deposition for July 15**. We'll be at the noticed location at the noticed time with a court reporter and videographer. If Heather Gibbs does not appear for her deposition, we'll seek sanctions, costs, fees, and any other remedies available to us. If there is some significant personal issue for Ms. Gibbs with July 15 that arose in the last few days, please go ahead and identify what it is so that we may consider it.

As to the rest, we can confirm Doug Powers for July 23. We can confirm Joe Gibbs for August 5. We confirm Dave Alpern for August 3. We defer to Gabehart's counsel as to Chris Gilligan's date. July 22 still doesn't work for us for the Rule 30(b)(6) deposition, because of the overlap with Alpern and the deposing lawyer's availability. We've noticed that deposition for August 5.

Attached are deposition notices for the remaining unscheduled and confirmed depositions requested by Spire.

By our count, there are 21 business days left in the fact discovery period and no depositions have occurred. If JGR wants to get depositions done (or discovery done, for that matter), it's time to get real. JGR's delay throughout the discovery period has prejudiced Spire and ultimately hampered the parties' discovery efforts.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Wednesday, July 8, 2026 7:55 PM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; cdavis <cdavis@rbh.com>; Chad Walker

<CWalker@kslaw.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy and Cary,

- We're unable to confirm Ryan Sparks on July 16, and will need you to propose a new date
- We're unable to confirm Dax Gerringer on July 20, and will need you to propose a new date
- We can offer Dave Alpern on July 22 for the 30(b)(6)
- We confirm Doug Powers for July 23
- We can offer Chris Gilligan on July 27
- We can offer Joe Gibbs on August 5
- We are unable to offer Heather Gibbs on July 15; we can offer her on August 6, which addresses any potential overlap in the compressed schedule; and we will produce documents responsive to her third-party subpoena today.

Best,
Tracea

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Wednesday, July 8, 2026 8:19 AM
**To:** cdavis <cdavis@rbh.com>; Tracea Rice <TRice@kslaw.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Tracea,

We are in agreement with Cary regarding Heather Gibbs' deposition. It has been confirmed for July 15 for several weeks now, and we noticed her deposition on July 2. Due to the hyper-compressed discovery schedule JGR demanded, we are working on borrowed time here. There is no room to be moving around already-confirmed depositions on the tight timetable we are working with.

Please confirm that JGR will produce documents responsive to Heather Gibbs' third party subpoena by the end of the day today.

As for the others, we **confirm** Carmichael for July 28. We **confirm** Wally Brown for July 30. We **confirm** Todd Berrier for July 31. We **confirm** Dave Alpern in his individual capacity for August 3. We **request** Dave Alpern Rule 30(b)(6) on August 5. July 20 does not work for us.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Davis, Cary <CDavis@rbh.com>
**Sent:** Tuesday, July 7, 2026 9:20 PM
**To:** 'Tracea Rice' <TRice@kslaw.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>; Tucker, Anna Claire <ATucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; Miller, William <WMiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

10-4, thanks

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Tuesday, July 7, 2026 9:15 PM
**To:** Troy.Homesley <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>; Tucker, Anna Claire <ATucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; Miller, William <WMiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; Davis, Cary <CDavis@rbh.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** Re: JGR/Gabehart/Spire: meet and confer agenda items

**WARNING:** **External Email**

That was a typographical error. We are confirming dates for Gilligan the week of 7/27 - 7/30. I will follow up regarding the remaining inquiries below.

---

**From:** Davis, Cary <CDavis@rbh.com>
**Sent:** Tuesday, July 7, 2026 9:08 PM
**To:** Tracea Rice <TRice@kslaw.com>; Troy.Homesley <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Tracea – Thanks. We're checking schedules but I can tell now that the offered dates for Heather Gibbs and Chris Gillian don't work.

Gabehart's deposition is already scheduled for 7/21 and our team doesn't have the capacity to cover two critical depositions happening simultaneously on the same day. We were surprised to see you offer a different date for Heather. Our notes reflect that Heather was confirmed for 7/15 during our 6/23 meet-and-confer (that of course assumes you get us her documents; Sarah said we'd have those last week; where are they?; your email doesn't address that). Spire noticed her deposition last week and there was no objection. I'm a little confused here.

Gillian is a party deponent. It is not appropriate to offer an out-of-time deposition for him. He needs to be deposed during the putative discovery period – i.e., before 8/7. Please provide dates prior to 8/7.

Thanks, Cary

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Tuesday, July 7, 2026 7:09 PM
**To:** Troy.Homesley <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; Davis, Cary <CDavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <SWiles@rbh.com>; Tucker, Anna Claire <ATucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; Miller, William <WMiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

**WARNING: External Email**

Troy,

We're able to confirm the following deposition dates:

Tim Carmichael – 7/28/26
Wally Brown – 7/30/26 (confirmed if switched with Berrier proposal)
Todd Berrier – 7/31/26 (confirmed if switched with Brown proposal)
Dave Alpern 30(b)(1) – 8/3/26.

For the 30(b)(6) deposition, we can offer Dave Alpern on 7/20/26, and we can offer Heather Gibbs on 7/21/26.

Finally, we are working on confirming a deposition date for Coach Gibbs the first week of August, and working to confirm a date for Chris Gillian 8/27 through 8/30.

Best,
Tracea

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Tuesday, July 7, 2026 2:12 PM
**To:** Troy.Homesley <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

That works for us. I'll circulate an invite and also follow up with the deposition dates that we are able to confirm.

Best,
Tracea

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Tuesday, July 7, 2026 1:37 PM
**To:** Tracea Rice <TRice@kslaw.com>; Chad Walker <CWalker@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

**CAUTION:** MAIL FROM OUTSIDE THE FIRM

Tracea,

We are not available Wednesday.  We can talk Thursday at 4:30pm ET.  If this works for your team, please send invite.

There is no reason to wait until then for JGR to confirm deposition dates that we've been asking about for a month.  We can offer Dan Towriss on July 30; please confirm.  We've now offered dates for all of the deponents JGR requested, and await JGR's confirmation as to all of the depositions we have requested and dates we have proposed.  Fact discovery closes August 7 at JGR's wish.  Given the aggressive schedule JGR pushed for, we are frankly surprised JGR still hasn't produced all responsive documents (or even a substantial portion thereof), still hasn't produced documents responsive to third party subpoenas for subpoena recipients represented by JGR's outside counsel (including Heather Gibbs's documents, when her deposition is just a week away), still hasn't supplied the metadata for the at-issue alleged trade secrets, and still hasn't been able to provide workable deposition dates for almost half of its witnesses.

As for the dates offered for Spire's witnesses, the witnesses cannot hold their availability indefinitely.  If JGR wants to take the depositions of Sparks, Gerringer, Powers, and Towriss, please confirm the dates we've offered below and above by Thursday.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Tracea Rice <TRice@kslaw.com>
**Sent:** Tuesday, July 7, 2026 5:09 AM
**To:** Homesley, Troy C. <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; cdavis <cdavis@rbh.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Troy and Cary,

We have a conflict today during the scheduled meet and confer time. Could we move the meet and confer to either Wednesday or Thursday instead? If so, could you please send your windows of availability.

Best,

Tracea

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Monday, July 6, 2026 10:22 AM
**To:** Chad Walker <CWalker@kslaw.com>; cdavis <cdavis@rbh.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

> **CAUTION: MAIL FROM OUTSIDE THE FIRM**

Chad,

Please see below agenda for tomorrow's call and various responses to open issues and/or deposition scheduling matters.

**Mediators**:  We have reserved September 30 for mediation with Judge Bledsoe.  Judge Bledsoe shared some initial instructions with us, which we will share with you, and will loop you into an email chain with him so the parties are on the same page.

**Deposition Scheduling**:  Please see below our current understanding of deposition scheduling.  Note that we have confirmed Denny Hamlin's deposition for August 25, which is his first availability after his expected document production given his race schedule.  With discovery closing August 7, we need to get the calendar set.  We reject JGR's request to postpone Heather Gibbs' deposition.  With respect to the Alpern deposition and Rule 30(b)(6) deposition, we have proposed August 3 and August 5, respectively—please confirm.  We are still waiting for JGR to provide an alternative date for Joe Gibbs' deposition.  And we are still waiting for JGR to confirm proposed deposition dates for Walter Brown, Tim Carmichael, and Todd Berrier.  Again, fact discovery closes August 7 so we need to get party depositions fully scheduled as soon as possible.

With Heather Gibbs' deposition scheduled for July 15, please produce documents responsive to the third-party subpoena issued to her **no later than tomorrow**.

Last week, you requested availability for Doug Powers, Dax Gerringer, and Ryan Sparks.  Doug Powers is available for deposition on July 23.  Dax Gerringer is available for deposition on July 20.  Ryan Sparks is available for deposition on July 16.  Please confirm.  We are still working on availability for Dan Towriss, but at this stage we've provided availability for every other deponent JGR has requested.

| Date | Deponent | Date Requested by a Party | Status |
|---|---|---|---|
| Wednesday, July 8, 2026 | Joe Gibbs | Spire Requested Dates on June 8 and Proposed This Date June 24 | Proposed by Spire – JGR Stated on 6/30 that this date will not work but has not offered alternatives |
| Tuesday, July 14, 2026 | Matt McCall | Spire Offered Date on June 24 | Confirmed |

| | | | |
|---|---|---|---|
| Wednesday, July 15, 2026 | Heather Gibbs | N/A – Confirmed | Confirmed |
| Thursday, July 16, 2026 | Ryan Sparks | Spire Offered | Proposed by Spire – Awaiting JGR Confirmation |
| Monday, July 20, 2026 | Dax Gerringer | Spire Offered | Proposed by Spire – Awaiting JGR Confirmation |
| Tuesday, July 21, 2026 | Chris Gabehart | N/A – Confirmed | Confirmed |
| Thursday, July 23, 2026 | Doug Powers | Spire Offered | Proposed by Spire – Awaiting JGR Confirmation |
| Friday, July 24, 2026 | Toni Rogers | N/A – Confirmed | Confirmed |
| Tuesday, July 28, 2026 | Tim Carmichael | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
| Wednesday, July 29, 2026 | Eric Schaffer | N/A – Confirmed | Confirmed |
| Wednesday, July 29, 2026 | Jeff Dickerson | Spire Offered Date on June 24 | Confirmed |
| Thursday, July 30, 2026 | Todd Berrier | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
| Friday, July 31, 2026 | Wally Brown | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
| Monday, August 3, 2026 | Dave Alpern | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
| Wednesday, August 5, 2026 | JGR 30(b)(6) (Alpern) | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – JGR rejected 6/30; Awaiting Alternative Date |
| Friday, August 7, 2026 | Bill Anthony | N/A – Confirmed | Confirmed |
| Tuesday, August 25, 2026 | Denny Hamlin | N/A – Confirmed | Confirmed |

**Deficiencies in JGR's Supplemental RFP and Interrogatory Responses**

There remain substantial deficiencies in JGR's interrogatory and RFP responses, as set forth below.  We plan to raise these matters with the Court promptly.

Interrogatories:
- **ROG 6**:  The response remains too narrow because it includes only "JGR personnel who were similar in seniority to Gabehart under circumstances that similarly implicated a non-competition or non-solicitation provision of an employment agreement due to the misappropriation of JGR's trade secrets or confidential information while the

employee was in active discussions about employment with a competing team." JGR then cherry-picks two examples. JGR should provide this information for at least all of the personnel listed in response to ROG 13 and their counterparts for the entirety of the agreed-upon timeframe.

- **ROG 8**: The response still does not explain why Gabehart was terminated for cause on February 9, and instead refers to another response concerning alleged misappropriation that was discovered and known well before then. We again ask you to supplement to describe all reasons for the decision to terminate Gabehart for cause.
- **ROG 11**: JGR provides a long list of services it contends Gabehart performed during his last year at JGR, but in response to RFP 16 seeking the documents that would back that up, JGR has produced essentially nothing.

Requests for Production:
- JGR still has not remedied our concerns with the following RFPs: RFP 1, RFP 3, RFP 8, RFP 10, RFP 14, RFP 12, RFP 15, RFP 16, RFP 22, RFP 23.

**JGR's Recent Document Production**

JGR made a document production on July 3, 2026 (its first production since expedited discovery occurred early in this case). The production is comprised of just 85 documents. JGR has represented that this production along with its expedited discovery productions are substantially all of the documents it intends to produce in this case. The production is facially deficient and we request that JGR complete production of all documents by Monday, July 13 so that the parties can meaningfully proceed with depositions. A non-exhaustive list of examples of clearly missing documents are below:

- JGR_0002032: This is an email that appears to have been sent June 5, 2025, but there is no additional metadata, including information about who sent the email or the recipients of the email. Please produce a corrected version of this email and all other email chains/communications that contain this email.
- No Documents Concerning Negotiations Over Employment Agreement: There are virtually no communications about negotiations over Gabehart's employment agreement (including Section 6), which we understand was specifically negotiated. There are also no communications produced showing communications with HR personnel about the timing or nature of his departure, which we know to exist. *See* RFP 1.
- No Job Description or Personnel File for Gabehart: This has not been produced. RFP 2. Nor has JGR produced its handbook or code of conduct governing his use of confidential information or trade secrets.
- None of JGR's Original-File Trade Secrets: Out of hundreds of documents JGR contends are its trade secrets, JGR has failed to produce its own version of almost all of those files, including associated metadata. RFP 3.
- None of the Original Metadata Relied Upon in Walton's Declarations: JGR has failed to produce documents, data, and information is clearly intends to rely upon, including all of the facts Walton relied upon when drafting his declarations that have been filed in this case. RFP 4.
- Policies and Procedures Governing Use of JGR Systems, Devices, Software, including use of OneDrive, SharePoint, and personal versions of same, and monitoring by JGR etc.: None of these files have been produced. We assume they do not exist. RFPs 6, 7.
- Technical Alliance Agreements and Agreements with Other Teams: JGR has not produced its agreements with TRD, 23XI, Legacy Motor Club, or others, which are directly relevant to understanding JGR's position as to the purported value of the alleged trade secrets and the extent to which those trade secrets have been shared with competitors. RFPs 8, 10.
- No Documents Showing Spire's Acquisition or Use of Alleged Trade Secrets: We understand there are no documents produced by JGR responsive to RFP 9.
- Damages-Related Documents: JGR has not produced any documents that would allow an expert to form an opinion as to the damages it has or has not suffered. Any factual documents demonstrating JGR's damages or value of its purported trade secrets must be produced immediately so that they can be used at depositions. As the clearest cut example, given JGR's demand for attorneys' fees in this case, JGR must produce documents showing its attorneys' fees to date. As another example, if JGR has lost a customer, lost a contract, lost a sponsor, lost a race, or lost an employee as a result of the allegations set forth in the Second Amended Complaint, JGR must produce corresponding factual documents related to those losses (if there are any).

26

- Gabehart's Role: JGR has produced virtually no documents demonstrating what Gabehart actually did during his last year with JGR, which is central to establishing the proper scope of any applicable non-compete. RFP 16. Particularly in light of JGR's broad rendition of the services he performed in response to Spire ROG 11, JGR must produce responsive documents.
- JGR_0000251: Despite having agreed to produce all prior versions of this document, and despite having shared some prior versions with Spire via email early in the case, JGR still has not produced original prior versions with metadata. RFP 17.
- Penalties and Sanctions: JGR has not produced any responsive documents, although they are known to exist. RFP 18.

**Tyler Allen and Cheddar Subpoena Responses**

During last week's meet and confer, counsel for Tyler Allena and Richard "Cheddar" Smith represented that no documents are being withheld subject to the stated objections in response to Spire's third party subpoenas to these individuals.

**Spire's Response to JGR's June 18 Deficiency Letter**

Spire maintains that its proposed limitations to JGR's overbroad RFPs are reasonable and proportional to the needs of the case. Spire further notes that JGR appears to have misconstrued or misrepresented Spire's position on certain RFPs. In the interest of clarity and compromise, Spire provides the following responses:

- **JGR RFP 11, 12, and 21**
  - o Per our prior emails on this subject, we have agreed to search for and produce any documents reflecting Gabehart's sharing of JGR trade secrets or confidential information, or documents that themselves reflect JGR trade secrets or confidential information.
- **JGR RFP 1 and 7**
  - o We understand that the parties' dispute as to these RFPs has been resolved based on last Tuesday's meet and confer.
- **JGR RFP 2, 6, and 14**
  - o With respect to RFP 6, and in the spirit of compromise, Spire has already agreed to search for and produce documents related to the recruitment or attempted recruitment of any JGR employee/former employee for the time period October 1, 2025 through the present. We understand this offer resolves the parties' dispute.
  - o With respect to RFP 14, we previously stated that we would produce documents demonstrating solicitation or potential solicitation by Spire of any JGR sponsor/former sponsor whom JGR *could show was* implicated in the alleged misappropriated trade secrets, for the time period October 1, 2025 through present. Upon review of the purported trade secrets first made available to Spire on July 1, 2026, we have not located any alleged misappropriated trade secret that references JGR's sponsors by name or lists JGR's sponsors. Because the Consilio database does not permit word searching, we had to manually review to look for such documentation. If you are aware of any purportedly misappropriated trade secret that lists each of JGR's sponsors, please identify it. If there is not one, Spire will not conduct this search and will not produce documents related to this topic, given the absence of any record evidence that granular sponsorship information was misappropriated.
  - o The parties' dispute with respect to RFP 2 appears to have been resolved.
- **RFP 9**
  - o We understand that the parties' dispute as to RFP 9 has been resolved following last Tuesday's meet and confer
- **RFPs 16, 18, 19, and 20**
  - o Spire has agreed to produce: (1) documents sufficient to show technical alliance payment amounts (to the extent not subject to third-party confidentiality objections); (2) documents sufficient to show income from sponsors who signed agreements with Spire after February 17, 2026 and who JGR

27

identifies as having been solicited by Spire and lost as sponsors by JGR; and (3) current Cup Series charter agreement (to the extent not subject to third-party confidentiality objections).

- o Spire further agrees to produce aggregate data showing expenditures on salaries and number of employees for the last several years.
- o Please refer to prior exchanges on these RFPs for Spire's full position.

Regards,
Troy

## Troy C. Homesley
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

---

**From:** Chad Walker <CWalker@kslaw.com>
**Sent:** Thursday, July 2, 2026 2:57 PM
**To:** cdavis <cdavis@rbh.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

<div style="background:orange">
CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.
</div>

One more follow-up: we can mediate on September 30 if that works for y'all. If y'all want to let Judge Bledsoe know we can get that date confirmed. Thanks – Chad

---

**From:** Chad Walker
**Sent:** Thursday, July 2, 2026 1:17 PM
**To:** Davis, Cary <CDavis@rbh.com>; Troy.Homesley <Troy.Homesley@troutman.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Tracea Rice <trice@kslaw.com>; Danielle Williams <dwilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice <trice@kslaw.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

Cary,

We can accept your proposal of July 21 for Mr. Gabehart's deposition.  We disagree with the remainder of your email and its characterization of the evidence and preliminary injunction process.

Troy,

We respond below to address the issues you raised.

**Spire's Responses to JGR RFPs and Priority Document Requests**

First, Spire's characterization of JGR's misappropriation allegations is incorrect. JGR's allegations are not limited to "setup data," nor did JGR identify the setup materials as the full universe of trade secrets at issue. Those materials were provided as examples, particularly when Spire was asking for additional clarification regarding what trade secret documents were found on Gabehart's devices. For a more complete explanation of JGR's allegations, we refer you to JGR's interrogatory responses, including JGR's allegations concerning the taking and use of memorized trade secrets and confidential information.

That distinction is important to Spire's position on the Bolt 6 underbody scans. JGR has specifically alleged that the design of the underbody includes trade secret and confidential information. The requested scans are relevant because they may show whether that design information was implemented at Spire. That implementation could have occurred through stolen documentation, through memorized trade secrets and confidential information, or through some combination of both.

The fundamental disagreement remains that Spire appears unwilling to provide discovery on issues in dispute unless and until Spire is unilaterally satisfied that JGR has already proven those same disputed issues.

Because there has been no fundamental change in Spire's position, JGR intends to proceed with seeking court intervention on this issue, and regarding the remaining disputed issues regarding Spire's RFP responses. Given the case schedule and the parties' repeated meet-and-confers, it is important to obtain court guidance now so this dispute does not create additional delay. That said, we remain willing to discuss the issue further, and you can call me at any time.

**Deposition Scheduling:**

- JGR can confirm Matt McCall's deposition for July 14, while reserving all rights to evaluate the state of document production in advance of that deposition.

- JGR can accept Jeff Dickerson's deposition for July 29.  Just making sure this was confirmed with Eric and Heather.  They were both pretty adamant about him being early yesterday

- We understand Spire is not available for the July 14 date JGR previously offered for JGR's Rule 30(b)(6) witness, Dave Alpern. As an alternative, JGR can present Mr. Alpern as JGR's Rule 30(b)(6) witness on July 15. This would also provide some separation between his Rule 30(b)(6) deposition and the requested individual deposition, and would help minimize disruption to the schedule of a key JGR executive.  Because July 15 currently conflicts with Heather Gibbs's deposition, JGR proposes moving Ms. Gibbs's deposition to July 20, which is the next date she is available.

- We are still working on obtaining proposed dates for the other requested witnesses and intend to respond soon.

On **document production**, JGR expects to make a production today which will encompass a substantial portion of the responsive documents.

On **mediation**, we are checking with the client on your proposed dates and will respond as soon as possible.

On the **Microsoft 365 audit log**, we expect that the audit log will be produced today.

Regards,

Chad

---

**From:** Davis, Cary <CDavis@rbh.com>
**Sent:** Thursday, July 2, 2026 7:58 AM
**To:** Troy.Homesley <Troy.Homesley@troutman.com>; Chad Walker <CWalker@kslaw.com>; Lawrence.Cameron <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Evan.Gibbs <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

All,

For Gabehart's deposition, we withdraw July 16 and 17 as options. He is available Mon.-Wed. of the following week (7/20-22).

We second everything Troy says below. The expansion of discovery (when we're supposed to be laser-focused under the expedited discovery/trial schedule that JGR pushed) into scans, etc. is unjustified, unnecessary, and disproportionate to the actual needs of the case. JGR sought and obtained injunctive relief at the beginning of the 2026 racing season that prohibits Mr. Gabehart from using, disclosing, etc. the trade secrets at issue in this case. I know you're attempting to make an argument that he is somehow violating the noncompete (he has not), but there's zero factual basis for any allegation that he's violated the Court's prohibition on use/disclosure of JGR's trade secrets and confidential information. We all devoted a really long month to the injunction process. That had to mean something; otherwise, why did JGR pursue that relief? To put a fine point on it – JGR has no basis whatsoever to overcome the strong presumption that Mr. Gabehart has followed the Court's TRO/P.I. orders. Discovery into trade secret misappropriation matters should be cut off as of the TRO.

I also echo's Spire's serious concerns about the prejudicial effect of JGR's failure to produce any documents to date and its eleventh-hour attempt to make the process around discovery of trade secrets unnecessarily complicated and burdensome. We have one month (26 working days counting today) to review JGR's documents (and third party document productions we have yet to receive), take and prepare for several dozen depositions,

work with experts to analyze trade secrets when access to those trade secrets is being limited by JGR (which of course has had unfettered access to these trade secrets since the beginning of the case).  It is hard for me to fathom how Mr. Gabehart's team of four lawyers (who have other cases, hearings, arbitrations, other client commitments, and summer travel plans) can realistically accomplish that much work in so little time and still manage to get adequate sleep and enjoy a little free time every now and again.

Best, Cary

---

**From:** Homesley, Troy C. <Troy.Homesley@troutman.com>
**Sent:** Thursday, July 2, 2026 7:56 AM
**To:** Chad Walker <CWalker@kslaw.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; Davis, Cary <CDavis@rbh.com>; Tracea Rice <TRice@kslaw.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Wiles, Spencer <SWiles@rbh.com>; Tucker, Anna Claire <ATucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; Miller, William <WMiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

**WARNING: External Email**

Chad,

We appreciate JGR's compromise proposal.  To help us understand the basis for that proposal, please explain how the Bolt 6 (underbody) scans you are requesting from Spire could demonstrate the use of the allegedly misappropriated trade secrets.  As we understand it, JGR is alleging misappropriation of setup data that is not reflected in scans, which presumably explains JGR's decision to back away from its request for Hawkeye (outerbody) scans.  The same logic applies equally to JGR's request for underbody scans.  Please identify with specificity each element of JGR's setups you are contending would show on a Bolt 6 scan.

We stand by our prior related concerns with JGR's request—the lack of any evidence of transmission of *any trade secret information to anyone at Spire*, the absence of any evidence that Gabehart possessed the scans included in today's document production at the time he began working for Spire (and the evidence from JGR's own forensic examiner that those setups were deleted prior to Gabehart's employment by Spire), the disproportional nature of this request weighed against the complete lack of relevance, the lack of relevance to the party's claims and defenses, JGR's refusal to commit to a commensurate production of scans, and that some or all of the scans at issue may be subject to confidentiality obligations owed to third parties, including Hendrick Motorsports and/or GM.

We would like to reiterate that yesterday (July 2) is the first time Spire has received an identification of the trade secrets JGR contends were actually misappropriated by Gabehart and that today is the first time JGR produced those documents to Spire.  Of course, we are still in the process of reviewing and evaluating those documents.

As to the core discovery issues—including JGR's lagging third party and party document productions and failure to schedule depositions Spire has been requesting for nearly a month—please see below following our June 30, 2026 meet and confer.

**Deposition Scheduling**:  On June 8, in light of the impending close of fact discovery (August 7), we asked for deposition availability for JGR's witnesses.  To date, JGR has supplied availability for only *four* of the 8 individuals whom we requested.  When JGR failed to provide deposition dates, and with fact discovery closure getting closer, we proposed a

complete deposition schedule on June 24. During Tuesday's call, you were unable to confirm any of the requested deposition dates. JGR's failure to confirm these dates has prejudiced Spire's ability to take the depositions it needs before discovery closes. Meanwhile, we have provided proposed dates for each witness JGR requested, except for Dan Towriss. JGR has not taken Spire up on its offered dates, with the exception of Bill Anthony.

Please confirm that you will proceed with Matt McCall's deposition on July 14 (as you are aware, Mr. McCall produced documents two days ago). Please confirm that you will proceed with Jeff Dickerson's deposition on July 29 (Mr. Dickerson expects to produce documents well in advance of this date). Tuesday (June 30), JGR inquired as to whether Mr. Dickerson is available the week of July 13—neither Mr. Dickerson nor counsel defending him are available that week given other obligations and demands in this case resulting from the constricted discovery timetable.

We will look into availability for Dax Gerringer, Ryan Sparks, and Doug Powers—which JGR requested yesterday for the first time. We are still assessing availability for Dan Towriss. Understandably, given Mr. Towriss's role as CEO of TWG Motorsports and extensive international travel schedule, he has very limited availability for an in-person deposition, but we are working diligently to identify a proposed date.

As for Dave Alpern, we have moved his individual deposition to August 3 (proposed below) to avoid your concern regarding back-to-back depositions for his individual and Rule 30(b)(6) depositions.

Our understanding of the deposition schedule and proposed dates is below. We implore JGR to confirm dates as soon as possible.

| Date | Deponent | Date Requested by a Party | Status |
| --- | --- | --- | --- |
| Wednesday, July 8, 2026 | Joe Gibbs | Spire Requested Dates on June 8and Proposed This Date June 24 | Proposed by Spire – JGR Stated on 6/30 that this date will not work but has not offered alternatives |
| Tuesday, July 14, 2026 | Matt McCall | Spire Offered Date on June 24 | Proposed – Awaiting JGR Confirmation |
| Wednesday, July 15, 2026 | Heather Gibbs | N/A – Confirmed | Confirmed |
| Friday, July 24, 2026 | Toni Rogers | N/A – Confirmed | Confirmed |
| Tuesday, July 28, 2026 | Tim Carmichael | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
| Wednesday, July 29, 2026 | Eric Schaffer | N/A – Confirmed | Confirmed |
| Wednesday, July 29, 2026 | Jeff Dickerson | Spire Offered Date on June 24 | Proposed – Awaiting JGR Confirmation |
| Thursday, July 30, 2026 | Todd Berrier | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
| Friday, July 31, 2026 | Wally Brown | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |

| Monday, August 3, 2026 | Dave Alpern | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – Awaiting JGR Confirmation |
|---|---|---|---|
| Wednesday, August 5, 2026 | JGR 30(b)(6) (Alpern) | Spire Requested Dates June 8 and Proposed This Date June 24 | Proposed – JGR rejected 6/30; Awaiting Alternative Date |
| Friday, August 7, 2026 | Bill Anthony | N/A – Confirmed | Confirmed |

**Document Productions**:  Since the expedited discovery phase months ago, JGR has not produced a single document.  JGR's third party employees also have not produced any documents (despite the fact that JGR's third party employees agreed to produce documents in their responses and objections served weeks ago on May 26, 2026).  Meanwhile, as we agreed weeks ago, Spire has been rolling out document productions, as have its third party employees.  During our conference, JGR would not commit to a date certain by which it will produce documents, nor would it commit to producing documents for third parties by a date certain.  With depositions approaching, we need documents.  JGR's failure to produce documents has prejudiced Spire's ability to complete discovery (including depositions) before the discovery period closes.  Spire reiterates that it received access to the purported trade secrets JGR contends are at issue in this case *for the first time* on July 1, 2026—just weeks before the end of discovery.  JGR produced these documents in an inaccessible and non-traditional format that does not include essential metadata and restricts Spire's counsel from viewing, analyzing, and accessing the documents pursuant to the parties' stipulated ESI protocol.  Moreover, JGR's production format (in an electronic "clean room" of some kind) prohibits Spire's counsel from reviewing those documents with its experts without prematurely disclosing consulting or testifying experts to JGR.  JGR's failure to produce and identify the at-issue purported trade secrets has prejudiced Spire's ability to defend itself.  Even JGR's halfway production prejudices Spire.

**Mediators**:  The parties have agreed to engage Judge Bledsoe.  We suggested an August 19 mediation date, which JGR rejected.  We continue to believe that an early mediation in this case soon after the close of fact discovery will benefit all parties.  We have listed here Judge Bledsoe's other availability in August and September.  Please let us know which date is preferred and we will get this scheduled.

- August 19, 27, and 28
- September 28, 29, and 30

**Production of Microsoft 365 Audit Log**:  JGR committed to producing the Microsoft 365 Audit Log for Gabehart back in April.  The document has still not been produced.  We understand that it will finally be produced this week.  Please let us know if we misunderstood.

**JGR's RFPs to Spire**:  We are reviewing our notes from the June 30 meet and confer and will be back in touch with additional compromises that we expect will narrow or resolve these disputes.

Regards,
Troy

**Troy C. Homesley**
**Associate**
**troutman pepper locke**
Direct: 704.998.4063 | Mobile: 704.677.2223
troy.homesley@troutman.com

**From:** Chad Walker <CWalker@kslaw.com>
**Sent:** Wednesday, July 1, 2026 4:37 PM
**To:** Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; cdavis <cdavis@rbh.com>; Tracea Rice <TRice@kslaw.com>; Danielle Williams <DWilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Wiles, Spencer <swiles@rbh.com>; atucker <atucker@rbh.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>
**Cc:** EXT - JGR-Counsel <JGR-Counsel@KSLAW.COM>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel,

We want to raise two issues:

First, we would like to add one more requested deponent to the previous requests (including the two requested earlier today in this chain)---the new requested deponent is **Doug Powers**.

Second, following our meet-and-confer call yesterday, we have continued to evaluate our position regarding the disputed discovery requests. As a compromise, we are willing to withdraw our request for the Hawkeye scans.

We continue to request production of the Bolt6 underbody scans, the other priority documents previously, and the remaining responsive documents including those discussed on our prior calls. While we understand Spire's position that the Bolt6 underbody scans may not show setups in the manner previously discussed, those scans remain relevant to whether Mr. Gabehart took JGR's confidential information and implemented it in car design.

We intend to ask Judge Keesler tomorrow for permission to raise this issue and to set a schedule for letter briefing if desired. Please let us know no later than tomorrow whether our compromise changes Spire's position. If you would like to discuss further, I am available by phone this afternoon or tomorrow.

Best,

Chad

---

**From:** Chad Walker
**Sent:** Wednesday, July 1, 2026 9:57 AM
**To:** 'Cameron, Lawrence J.' <Lawrence.Cameron@troutman.com>; Troy.Homesley <Troy.Homesley@troutman.com>; Alex L. Moore <ALMoore@kslaw.com>; EXT - Charlie Middlebrooks <charliemiddlebrooks@parkerpoe.com>; cdavis <cdavis@rbh.com>; Tracea Rice <trice@kslaw.com>; Danielle Williams <dwilliams@kslaw.com>; EXT - Sarah Hutchins <sarahhutchins@parkerpoe.com>; EXT - Tory Summey <torysummey@parkerpoe.com>; EXT - Keith Weddington <keithweddington@parkerpoe.com>; EXT - Madelyn Candela <madelyncandela@parkerpoe.com>; Tracea Rice

<[trice@kslaw.com](mailto:trice@kslaw.com)>; Wiles, Spencer <[swiles@rbh.com](mailto:swiles@rbh.com)>; atucker <[atucker@rbh.com](mailto:atucker@rbh.com)>; 'Whorf, Benjamin' <[Benjamin.Whorf@troutman.com](mailto:Benjamin.Whorf@troutman.com)>; 'Jaccard, Anais M.' <[Anais.Jaccard@troutman.com](mailto:Anais.Jaccard@troutman.com)>; 'Tincher, Moses M.' <[Moses.Tincher@troutman.com](mailto:Moses.Tincher@troutman.com)>; wmiller <[wmiller@rbh.com](mailto:wmiller@rbh.com)>; Evan.Gibbs <[Evan.Gibbs@troutman.com](mailto:Evan.Gibbs@troutman.com)>; Davey, Joshua D. <[Joshua.Davey@troutman.com](mailto:Joshua.Davey@troutman.com)>
**Cc:** EXT - JGR-Counsel <[JGR-Counsel@KSLAW.com](mailto:JGR-Counsel@KSLAW.com)>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

Troy,

We would like to request deposition dates for two more individuals: **Dax Gerringer** and **Ryan Sparks**.

Thanks – Chad

---

**From:** Chad Walker
**Sent:** Tuesday, June 30, 2026 2:12 PM
**To:** Cameron, Lawrence J. <[Lawrence.Cameron@troutman.com](mailto:Lawrence.Cameron@troutman.com)>; Troy.Homesley <[Troy.Homesley@troutman.com](mailto:Troy.Homesley@troutman.com)>; Alex L. Moore <[ALMoore@kslaw.com](mailto:ALMoore@kslaw.com)>; EXT - Charlie Middlebrooks <[charliemiddlebrooks@parkerpoe.com](mailto:charliemiddlebrooks@parkerpoe.com)>; cdavis <[cdavis@rbh.com](mailto:cdavis@rbh.com)>; Tracea Rice <[trice@kslaw.com](mailto:trice@kslaw.com)>; Danielle Williams <[dwilliams@kslaw.com](mailto:dwilliams@kslaw.com)>; EXT - Sarah Hutchins <[sarahhutchins@parkerpoe.com](mailto:sarahhutchins@parkerpoe.com)>; EXT - Tory Summey <[torysummey@parkerpoe.com](mailto:torysummey@parkerpoe.com)>; EXT - Keith Weddington <[keithweddington@parkerpoe.com](mailto:keithweddington@parkerpoe.com)>; EXT - Madelyn Candela <[madelyncandela@parkerpoe.com](mailto:madelyncandela@parkerpoe.com)>; Tracea Rice <[trice@kslaw.com](mailto:trice@kslaw.com)>; Wiles, Spencer <[swiles@rbh.com](mailto:swiles@rbh.com)>; atucker <[atucker@rbh.com](mailto:atucker@rbh.com)>; Whorf, Benjamin <[Benjamin.Whorf@troutman.com](mailto:Benjamin.Whorf@troutman.com)>; Jaccard, Anais M. <[Anais.Jaccard@troutman.com](mailto:Anais.Jaccard@troutman.com)>; Tincher, Moses M. <[Moses.Tincher@troutman.com](mailto:Moses.Tincher@troutman.com)>; wmiller <[wmiller@rbh.com](mailto:wmiller@rbh.com)>; Evan.Gibbs <[Evan.Gibbs@troutman.com](mailto:Evan.Gibbs@troutman.com)>; Davey, Joshua D. <[Joshua.Davey@troutman.com](mailto:Joshua.Davey@troutman.com)>
**Cc:** EXT - JGR-Counsel <[JGR-Counsel@KSLAW.com](mailto:JGR-Counsel@KSLAW.com)>
**Subject:** RE: JGR/Gabehart/Spire: meet and confer agenda items

Also, in advance of our call, we wanted to propose a specific expedited briefing schedule for the trade secret protocol motion we intend to file tomorrow.

Motion: July 1
Response: July 8
Reply: July 10

Thanks – Chad

---

**From:** Chad Walker
**Sent:** Monday, June 29, 2026 5:52 PM
**To:** 'Cameron, Lawrence J.' <[Lawrence.Cameron@troutman.com](mailto:Lawrence.Cameron@troutman.com)>; Troy.Homesley <[Troy.Homesley@troutman.com](mailto:Troy.Homesley@troutman.com)>; Alex L. Moore <[ALMoore@kslaw.com](mailto:ALMoore@kslaw.com)>; EXT - Charlie Middlebrooks <[charliemiddlebrooks@parkerpoe.com](mailto:charliemiddlebrooks@parkerpoe.com)>; cdavis <[cdavis@rbh.com](mailto:cdavis@rbh.com)>; Tracea Rice <[trice@kslaw.com](mailto:trice@kslaw.com)>; Danielle Williams <[dwilliams@kslaw.com](mailto:dwilliams@kslaw.com)>; EXT - Sarah Hutchins <[sarahhutchins@parkerpoe.com](mailto:sarahhutchins@parkerpoe.com)>; EXT - Tory Summey <[torysummey@parkerpoe.com](mailto:torysummey@parkerpoe.com)>; EXT - Keith Weddington <[keithweddington@parkerpoe.com](mailto:keithweddington@parkerpoe.com)>; EXT - Madelyn Candela <[madelyncandela@parkerpoe.com](mailto:madelyncandela@parkerpoe.com)>; Tracea Rice <[trice@kslaw.com](mailto:trice@kslaw.com)>; Wiles, Spencer <[swiles@rbh.com](mailto:swiles@rbh.com)>; atucker <[atucker@rbh.com](mailto:atucker@rbh.com)>; 'Whorf, Benjamin' <[Benjamin.Whorf@troutman.com](mailto:Benjamin.Whorf@troutman.com)>; 'Jaccard, Anais M.' <[Anais.Jaccard@troutman.com](mailto:Anais.Jaccard@troutman.com)>; 'Tincher, Moses M.' <[Moses.Tincher@troutman.com](mailto:Moses.Tincher@troutman.com)>; wmiller <[wmiller@rbh.com](mailto:wmiller@rbh.com)>; Evan.Gibbs <[Evan.Gibbs@troutman.com](mailto:Evan.Gibbs@troutman.com)>; Davey, Joshua D. <[Joshua.Davey@troutman.com](mailto:Joshua.Davey@troutman.com)>
**Cc:** EXT - JGR-Counsel <[JGR-Counsel@KSLAW.com](mailto:JGR-Counsel@KSLAW.com)>
**Subject:** JGR/Gabehart/Spire: meet and confer agenda items

Here are proposed agenda items for our meet and confer tomorrow.

- **JGR's request for priority production** (see June 26 email from me)
- **Spire's Response to JGR's June 18 Deficiency letter** (see June 26 email from me)
- **Deposition dates and logistics**
    - JGR 30(B)(6) deposition date confirmation (July 14 ?)
- **Mediation:** we can accept Judge Bledsoe

Thanks – Chad

**Chad Walker**
*Partner*

T: +1 214 764 4451 | cwalker@kslaw.com | Bio | vCard

King & Spalding LLP
2601 Olive Street
Suite 2300
Dallas, Texas 75201



kslaw.com

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.

NOTICE: This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. E-mails may be monitored or scanned for security and compliance purposes. For more information, including privacy notices and policies, please visit www.troutman.com. If services are provided by Troutman Pepper Locke UK LLP, please see our London office page (www.troutman.com/offices/london.html) for regulatory information.