**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK**

| |
|---|
| JOE GIBBS RACING, LLC, |
| Plaintiff, |
| v. |
| CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC, |
| Defendants. |

**DECLARATION OF MATTHEW MCCALL**

**DECLARATION OF MATTHEW MCCALL**

I, Matthew McCall, declare under penalty of perjury, as follows:

1. I am a resident of Denver, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I have been made generally familiar with the allegations in this lawsuit, and I swear to this Declaration with the understanding that it will be used to oppose Plaintiff Joe Gibbs Racing, LLC's ("JGR") Motion to Compel Production of Essential Technical Documents.

3. I am the Cup Series Competition Director of Spire Motorsports II, LLC ("Spire"). I have worked in the NASCAR industry since 2004, when I began working for PPI Motorsports while simultaneously pursuing a driving career. I was later hired into a full-time role as a NASCAR Craftsman Truck Series engineer by Richard Childress Racing ("RCR"), a role I held for three years. At RCR, I later worked for two years as a race engineer in the NASCAR Cup Series, followed by ten years as a crew chief with Chip Ganassi Racing ("CGR") and Roush Fenway Keselowski Racing ("RFK"). I have been employed by Spire since 2024, when I was hired as Spire's Director of Vehicle Performance. I took over the role of Competition Director at

Spire in October 2025. As Competition Director, I directly oversee Spire's NASCAR Cup Series competition operations, and I am Spire's primary decision maker with respect to Cup Series competition-related matters. I report to Jeff Dickerson and Bill Anthony, and Spire's crew chiefs, technical director, and shop foreman report to me. As Competition Director, I am familiar with the technical processes Spire employs to ensure that each of Spire's vehicles comply with NASCAR specifications, rules, and regulations. I am also familiar with the flow of information among and between the individuals who report to me. I am the primary point person for receiving and distributing technical data and information from and to the three Spire Cup Series teams and their personnel, with support from my direct reports. In my role, I am also responsible for constantly improving and adjusting Spire's Cup Series vehicles to increase performance.

4. The statements in this Declaration are based on my personal knowledge and experience.

## GABEHART HAS NOT HAD ANY ROLE IN SPIRE'S NASCAR CUP SERIES COMPETITION STRATEGY OR EXECUTION

5. All of Spire's competition-related decisions are made by me, Dax Gerringer (Spire's Technical Director), and/or Spire's crew chiefs, in consultation with our engineers and Doug Powers. Christopher Gabehart does not participate in Spire's NASCAR Cup Series competition strategy decisions, and he is not involved in making any Cup Series-related competition decisions for Spire. As an executive, Christopher Gabehart does observe and sporadically comment on Spire's Cup Series performance. As an executive, Christopher Gabehart also receives communications about Spire's Cup Series performance from time to time.

6. Based on my understanding and observation of his role, Gabehart works primarily on matters related to Spire's participation in the NASCAR Craftsman Truck Series (NASCAR's third-tier racing series). The NASCAR Craftsman Truck Series has very little in common with the

2

Docusign Envelope ID: 20DDBFDF-EE04-809C-828B-BEEE3B68A395

NASCAR Cup Series—it features vehicles that can for the most part be built in house and do not rely on single source part vendors to build the vehicles. Spire uses different personnel and procedures for its Truck Series operations. Rules and rule enforcement in the NASCAR Craftsman Truck Series are also different than the Cup Series. Kevin Manion serves as the Competition Director for Spire's Truck Series operation, and he oversees a team of Truck Series personnel that do not work on the Cup Series efforts. I have no responsibility for Truck Series-related decisions— I am not present at any competition related Truck Series meetings.

7.      NASCAR Cup Series races take place on Sundays during the racing season. Spire's process to prepare for races follows a consistent sequence. Spire's Cup Series competition-related meetings primarily take place on Mondays—to debrief about the prior race—and Wednesdays— to prepare for the following race. Spire's executives, including Bill Anthony, routinely attend these meetings. Gabehart, as the Chief Motorsports Officer, also sporadically attends these meetings in an observational capacity. Gabehart does not substantively participate in Spire's Competition meetings. For example, he does not have any role in preparing race-related analyses, does not help to prepare the information presented or discussed at these meetings, does not provide written recommendations for these meetings, and does not provide input into or have day-to-day authority over Cup Series competition-related issues, decisions, or strategy. My general recollection is that Gabehart has attended a handful of these meetings.

8.      In fact, the only meaningful statement I recall Gabehart making at *any* competition meeting was to introduce himself at the first meeting he attended. That meeting occurred on February 23, 2026, after the Autotrade 400. Gabehart's introduction was relatively generic, and did not include any insight, input, analysis, recommendation, discussion, or otherwise, related to Spire's Cup Series competition efforts. Gabehart did not mention Joe Gibbs Racing ("JGR")

3

during that meeting or any other competition meeting that I recall, other than to reference the ongoing lawsuit.

## GABEHART HAS NOT PROVIDED SPIRE WITH ANY JGR INFORMATION, AND I HAVE NOT USED ANY JGR INFORMATION IN MAKING SPIRE'S CUP SERIES-RELATED DECISIONS

9.      Gabehart has not provided Spire, or me, with any JGR information of any kind.  I have never received any JGR setup data, aero scan data, aero data, performance metrics, post-race analysis documents, sponsorship data, compensation data, or other confidential JGR information from Gabehart or any other source, and I am not aware of any other Spire employee receiving any of this information as well.  And, candidly, JGR's data would not be particularly useful to me given that JGR is a Toyota team with different tools, different processes, and different structure. If JGR data were available to me, attempting to use it would actually interfere with my day-to-day workflow and inject uncertainties into tried-and-true, customized processes, strategies, and approaches developed by myself along with many in the Spire competition group as an organization over a period of many years.  Spire has its own technical data through partnerships with General Motors and Hendrick Motorsports, as well as its own historical race data.  This is the information that Spire uses in making competition decisions, as it is the information relevant to Spire's Chevrolet platform and its personnel.

10.     To be clear, Gabehart has never provided me with any JGR confidential information and/or trades secrets.

11.     I have not used any JGR confidential information and/or trade secrets in making any Cup Series competition-related decisions, or any other decisions, for Spire.  Spire's competition decisions are made by me and Spire's competition group, based on analysis of Spire's own historical data and experience, together with information provided by General Motors and

4

Hendrick Motorsports. JGR's information plays no role in Spire's builds, or any of its Cup Series competition-related decisions. Spire has its own well-developed process for analyzing its own data and data provided by General Motors and Hendrick Motorsports. Spire has invested in its own data analytics processes, personnel, and on-the-ground alterations to improve its performance. Spire has also invested in drivers who are capable of leveraging Spire's platform.

12. All of Spire's Cup Series competition personnel report to me, and I am not aware of a single member of Spire's Cup Series competition personnel using or receiving JGR confidential information from Gabehart or through any other means. Given my role as Competition Director, I believe it would be impossible for anyone at Spire to attempt to use data from another race team without my knowledge.

**JGR'S REQUEST FOR SPIRE'S SETUPS AND POST-RACE ANALYSIS DOCUMENTS**

13. I understand JGR contends that Gabehart misappropriated information about JGR's car setups, and that JGR now seeks Spire's own setup sheets and post-race analysis documents for the purpose of determining whether any similarities exist between JGR's and Spire's racecars that could be attributed to JGR's confidential information or trade secrets. I will explain my understanding of the nature of both types of documents before explaining why neither type of document would provide the type of meaningful comparison JGR apparently intends to perform.

14. Beginning with JGR's request for Spire's setup sheets, Spire endeavors to build its Cup Series cars to a gold standard that conforms with NASCAR's requirements and tolerances, and it is constantly attempting to improve the performance of its vehicles.

15. To that end, Spire builds for each car, for each race, based on historical data—including the previous race setup and on-track experience. Each car is constructed in accordance with the specifications listed on its "build sheet", which documents the geometry selected for the

5

suspension, brake configuration, brake cooling, gear cooling, outer and underbody build, and driver comfort items, among other things, specific to that vehicle.

16.     Once constructed, the car undergoes a series of incremental mechanical and aerodynamic adjustments to optimize its performance on the track. These adjustments are known as the car's "setup."

17.     A "setup" is not a single, discrete data point, but rather a compilation of incremental, constantly shifting mechanical inputs and adjustments made to the racecar to optimize the vehicle's performance on a particular track that are all within NASCAR's permitted tolerances. Spire builds its Cup Series cars on a Chevrolet platform supplied by General Motors, meaning every one of Spire's setups is developed around GM-specific body, engine, and aerodynamic characteristics that are vastly different on a Toyota platform like JGR's. By "permitted tolerances," I mean allowable deviations from the baseline measurements outlined in the official NASCAR Rule Book. For example, NASCAR provides strict specifications for each race car's engine, body, suspension, and alignment tolerances. These tolerances are small—such as a +/- .15 of an inch on the outerbody of the vehicle. Some tolerances are much smaller.

18.     Setups include numerous variables such as geometry (e.g., camber, caster, toe, bump), springs and shocks configuration, aerodynamic settings (e.g., splitter, spoiler, and diffuser), brake configuration, and brake cooling. Setups also include ballast location and weight distribution, ride heights, among other mechanical measurements too numerous to fully enumerate here. These adjustments vary from car to car, and week by week. The number of specific adjustments that form a singular setup are so numerous even I cannot recite them all from memory (nor could anyone memorize them all—no matter how talented or knowledgeable). In addition to these mechanical inputs, setups are dictated in significant part by the specific aerodynamic and

6

body package that NASCAR mandates for a given track—for example, NASCAR requires a short track package, an intermediate package, or a superspeedway package depending on the venue. A screenshot reflecting some of the many fields that form a Spire setup, with values altered, is attached to this Declaration as Exhibit 1.

19. Spire has its own process and methodology for developing its setups. Specifically, Spire analyzes its setups from prior races for the same track, incorporates recommended setups provided by Hendrick Motorsports, and then engages in a series of virtual and physical simulation runs to evaluate the quality of the setups. Spire records its setup information in a database called "RVG," a General Motors tool that Spire's race engineers use to input and track setup data. The RVG database contains setup information for Spire's three Cup Series cars and Hendrick Motorsports' four Cup Series cars. Moreover, the setup recommendation Spire receives from Hendrick Motorsports for a given race is not simply adopted wholesale; it is just a recommendation and used as that. Spire's engineers will use history of what the vehicle/driver they are working for needs to increase performance and work towards making improvements to do so. Throughout this iterative process, changes are made at the direction of the crew chiefs, engineering, Dax Gerringer, and myself. Drivers may also have an influence on the final setup of their vehicles after using the driver in the loop simulator. These preferences can contribute to the final setup.

20. In my experience, changing even one element of a setup can throw off the entire balance and the balance is a critical part of the vehicle's performance, such that injecting partial data points from setups used by other teams would likely hurt—rather than help—Spire's performance.

21. Turning to JGR's second category of requested documents, I do not understand what specifically JGR means by "post-race analysis documents." In my view, Spire maintains a

7

Docusign Envelope ID: 20DDBFDF-EE04-809C-828B-BEEE3B68A395

variety of post-race analytics, including (among others) (1) driver and car chief debriefs, in which drivers and car chiefs provide subjective feedback about the prior weekend's race; (2) driver packets, which include pit entry/exit information and other performance analysis to understand how to maximize a full weekend; (3) lap time analyses, which document Spire's racecars' lap times year over year; (4) post-race inspection materials from NASCAR; and (5) a variety of materials prepared for post-race competition meetings—much of which contains data and information provided to Spire by GM and NASCAR.

**COMPARING JGR AND SPIRE'S SETUPS IS COMPARING APPLES TO ORANGES**

22. JGR's theory, as I understand it, depends upon a comparison between the two teams' setups—Spire's setups, standing alone, would reveal nothing about whether Spire's setups do, or do not, resemble JGR's. In other words, requiring Spire to produce its setup sheets in isolation, absent a corresponding production of JGR's own final setup sheets, would leave nothing against which to compare them.

23. But even if JGR's and Spire's setups were compared side-by-side, that comparison would have no meaningful utility because a setup is not a single data point—rather, it is the cumulative result of hundreds of individual, interdependent engineering decisions made over the course of a season. As described above, a setup incorporates geometry, springs and shocks, aerodynamics, brake configurations, brake cooling, weight distribution, and dozens of other variables, and each of those variables interacts with the others. Changing one component of a setup—for example, spring rate—will typically require a corresponding change somewhere else on the car, such as shock damping, ride height, or aerodynamic balance, which may in turn require further downstream adjustments elsewhere on the vehicle. Given the sheer number of interdependent adjustments that go into any single setup, and the fact that each adjustment

8

necessarily depends on, and interacts with, numerous others, it would be virtually impossible to isolate any individual adjustment on a Spire car and attribute it specifically to JGR's confidential information, as opposed to the countless other engineering decisions—made independently by Spire's own personnel, informed by Spire's own historical data and Hendrick Motorsports' recommendations.

24. The inability to compare JGR and Spire's setups is compounded by the fact that JGR and Spire's cars are built from components manufactured by different OEMs—Toyota, for JGR, and Chevrolet, for Spire. Every adjustment within a setup is calibrated to the specific body, engine, and aerodynamic characteristics of that manufacturer's platform. As a result, even a complete and accurate JGR setup sheet would have no utility if applied to a Spire car: a setup calibrated for a Toyota is not transferable to a Chevrolet, and vice versa. For this reason, even setting aside that I have never received any JGR setup information, that information would have provided no competitive benefit to Spire.

25. But even if such comparison were possible, it would be difficult—if not impossible—to draw any meaningful conclusions therefrom because the existence of similarities between particular setup components is not evidence of having access to JGR information. Every team in the NASCAR Cup Series—including JGR and Spire—race the same NASCAR-specified NextGen chassis, underbody, outerbody common parts, and every team must comply with the same NASCAR rules and tolerances. Within that common, mandated framework, every team's engineers are working toward the same goal: optimizing the performance of a car built to identical baseline specifications, subject to the same constant laws of physics. Because the number of ways to optimize performance within those shared constraints is inherently limited, it is entirely expected that skilled engineers working independently of one another may arrive at similar

9

solutions. For this reason, I have personally observed instances where Spire and HMS teams have ended up with nearly identical setups while working independently.

26. Even if it were possible to identify a similarity between a component (or group of components) of JGR's and Spire's setups, that comparison alone could not establish that the similarity resulted from misappropriation, as opposed to the shared chassis platform, common NASCAR rules, and constant laws of physics described above. Therefore, to determine whether any similarity between JGR's and Spire's setups deviates from what would ordinarily be expected across the sport, JGR would need to compare setup sheets from every team in the NASCAR Cup Series for every 2025 Cup Series race and every 2026 Cup Series race held to date. Only a comparison of that scope could reveal whether a similarity between JGR and Spire is a true outlier or, instead, reflects the same convergence that would be expected among any two (or more) of the more than thirty other teams competing under the same rules, the same chassis platform, and the same physical constraints. Absent that broader analysis, an isolated comparison of JGR's and Spire's setups would have no evidentiary value and could not fairly support any inference that Spire used JGR's confidential information or trade secrets.

27. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2026

Signed by:

*Matthew McCall*

75698B91A9814C3...

Matthew McCall

10