# EXHIBIT 1



SETUP   FRONT SUSPENSION   REAR SUSPENSION   SPRINGS | BARS | DAMPERS   POWERTRAIN   BRAKES   BODY   CHASSIS   ELECTRONICS   INTERIOR   MISC

## Front Suspension

| | | |
|---|---|---|
| 3.30 | Camber | -5.47 |
| 9.69 | Caster | 11.14 |
| 0.062 | Toe (in) | 0.062 |
| 0 - Bottom | UCA Pivot Front | 0 - Bottom |
| 0.1250 | UCA Fore Pivot Top Spacer | 0.0000 |
| +3/16 | UCA Fore Pivot Position | +5/16 |
| 0.5000 | UCA Fore Pivot Bot Spacer | 0.6250 |
| 0.200 | Lateral Shim | 0.000 |
| 0 - Bottom | UCA Pivot Rear | 0 - Bottom |
| 0.1250 | UCA Aft Pivot Top Spacer | 0.6250 |
| +3/16 | UCA Aft Pivot Position | -5/16 |
| 0.5000 | UCA Aft Pivot Bot Spacer | 0.0000 |
| 0.298 | Lateral Shim | 0.298 |
| 0.929 | Camber Shim | 0.343 |
| -0.0320 | Bump Slug | 0.2190 |
| Dot Back - Front Hole (+0.394) | Damper Clevis Position | Dot Back - Aft Hole (-0.394) |
| 1 - Top | LCA Pivot Front | 1 - Top |
| 0.0625 | LCA Fore Pivot Top Spacer | 0.4375 |
| +1/4 | LCA Fore Pivot Position | -1/8 |
| 0.5625 | LCA Fore Pivot Bot Spacer | 0.1875 |
| 0.298 | Lateral Shim | 0.298 |
| 1 - Top | LCA Pivot Rear | 1 - Top |
| 0.1875 | LCA Aft Pivot Top Spacer | 0.0625 |
| +1/8 | LCA Aft Pivot Position | +1/4 |
| 0.4375 | LCA Aft Pivot Bot Spacer | 0.5625 |
| 0.298 | Lateral Shim (Aft) | 0.298 |

## Rear Suspension

| | | |
|---|---|---|
| 3.83 | Camber | -3.78 |
| -1.00 | Caster | 0.03 |
| 0.073 | Toe (in) | -0.018 |
| 1 - Top | UCA Pivot Front | 0 - Bottom |
| 0.3125 | UCA Fore Pivot Top Spacer | 0.6250 |
| Center | UCA Fore Pivot Position | -5/16 |
| 0.3125 | UCA Fore Pivot Bot Spacer | 0.0000 |
| 0.000 | Lateral Shim | 0.298 |
| 1 - Top | UCA Pivot Rear | 0 - Bottom |
| 0.1875 | UCA Aft Pivot Top Spacer | 0.1250 |
| +1/8 | UCA Aft Pivot Position | +3/16 |
| 0.4375 | UCA Aft Pivot Bot Spacer | 0.5000 |
| 0.298 | Lateral Shim | 0.298 |
| 0.896 | Camber Shim | 0.279 |
| -0.0630 | Bump Slug | 0.0940 |
| 0.748 | Toe Link Shim | 0.287 |
| 1 - Top | LCA Pivot Front | 1 - Top |
| 0.3750 | LCA Fore Pivot Top Spacer | 0.6250 |
| -1/16 | LCA Fore Pivot Position | -5/16 |
| 0.2500 | LCA Fore Pivot Bot Spacer | 0.0000 |
| 0.298 | Lateral Shim | 0.298 |
| 1 - Top | LCA Pivot Rear | 1 - Top |
| 0.0000 | LCA Aft Pivot Top Spacer | 0.6250 |
| +5/16 | LCA Aft Pivot Position | -5/16 |
| 0.6250 | LCA Aft Pivot Bot Spacer | 0.0000 |
| 0.298 | Lateral Shim (Aft) | 0.298 |

## Front ARB

1014 - v4

Rate 0.0

Blade Setting 2 | 2

Link Length 13.5000 | 12.250

## Rear ARB

1007 - v7

Rate 129.0

Blade Setting 3 | 3

Link Length 17.062 | 18.563



