**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-CV-00133-SCR-DCK |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE CONCERNING ITS MOTION TO COMPEL THE PRODUCTION OF ESSENTIAL TECHNICAL DOCUMENTS**

Pursuant to LCv7.1(j), Plaintiff Joe Gibbs Racing, LLC ("JGR") submits this Notice of Supplemental Evidence Concerning its Motion to Compel the Production of Essential Technical Documents (the "Motion"), which seeks to require Defendant Spire Motorsports II, LLC ("Spire") to produce racecar setups and other essential technical documents. As explained below, recently obtained discovery (the "Supplemental Evidence") relates to the following arguments in Spire's response to the Motion: (1) there is no evidence that Spire has acquired any JGR confidential information or trade secrets—namely, JGR's racecar setups; and (2) that Defendant Christopher Gabehart has not been involved in any of Spire's NASCAR Cup Series competition-related activities. JGR submits this Notice because the Supplemental Evidence is pertinent to the Motion and was not available to JGR at the time it filed its reply brief in support of the Motion on August 4, 2026. *See* LCv7.1(j) (permitting the filing of supplemental authority when "pertinent and significant authorities come to a party's attention after the party's final brief has been filed and before a decision has been rendered").

## I. Supplemental Evidence Concerning Whether Gabehart Has Disclosed Aspects of JGR's Cup Series Setup Trade Secrets to Spire.

Spire's response resists the production of Spire's final setups for the 2025 and 2026 Cup Series seasons largely by arguing JGR has not provided "at least a scintilla of evidence that an identified JGR trade secret reached Spire in some capacity." Resp. at 7. On August 25, 2026, Travis Peterson—Spire's crew chief for the No. 71 Cup Series car—testified that Gabehart disclosed to him information about two of JGR's setup parameters (tire pressure and spring settings).

- **Tire Pressure:** Peterson testified that a Cup Series race early in the 2026 season, he asked Gabehart how Spire's tire pressure compared to JGR's for qualifying sessions because Peterson was "wondering if we need to be higher," and that Gabehart told him that JGR's tire pressure [redacted]. Ex. A, Peterson Tr. at 165:21–166:20.

- **Spring Settings:** Peterson testified that at the same Cup Series Race, Gabehart informed him that JGR used a [redacted] and provided Peterson with a specific numerical range used by JGR. Ex. A, Peterson Tr. at 166:25–169:25.

## II. Supplemental Evidence Concerning Gabehart's Participation in Spire Cup Series Competition-Related Activities

Spire's response also resists the production of technical documents by arguing that Gabehart has not been involved in Spire's Cup Series competition-related activities since becoming Chief Motorsport Officer. *See* Resp. at 5 ("Spire's competition director, Matt McCall, testified that 'there's nothing [Gabehart] has been doing for the competition side[.]'"). On August 20, 2026, Dax Gerringer—Spire's technical director—testified that Gabehart attended and actively participated in the following Spire Cup Series competition team meetings:

- **Kansas Post-Race Meeting:** Gerringer testified that Gabehart attended a Cup Series competition team post-race debrief meeting on April 20, 2026, and provided input regarding potential improvements Spire could make, [redacted]. Ex. B, Gerringer Tr. at 130:20–172:8. Both issues correspond with JGR trade secrets, and Gabehart's November 2025 "Focus Plan," which JGR contends was Gabehart's roadmap for implementing JGR information at Spire, lists "[redacted]" under the heading of "[redacted]." *See* Reply Ex. F.

- **Two Atlanta Post-Race Meetings:** Gerringer testified that Gabehart attended two Cup Series competition post-race meetings on February 23, 2026, the day after the Cup Series Race in Atlanta, and provided input regarding [redacted]) and commented on [redacted]. Ex. B, Gerringer Tr. at 172:9–183:15; Ex. C, Spire_0002051–53, at Spire_0002051, 52.[1]

- **Dover All-Star Post-Race Meeting:** Gerringer testified that Gabehart attended a Cup Series competition team post-race meeting on May 18, 2026, the day after the Cup Series race at Dover, and asked questions about Spire's use of [redacted]. Ex. A, Gerringer Tr. at 184:4–190:5; Ex. C, Spire_0002053–53, at Spire_0002053.

[1] Spire produced the documents Spire_0002501, Spire_0002052, and Spire_0002053 on August 19, 2026, the day before the deposition of Dax Gerringer and two weeks after JGR filed its reply in support of the Motion.

This the 27th day of August, 2026.

**KING & SPALDING LLP**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF'S NOTICE OF SUPPLEMENTAL EVIDENCE CONCERNING ITS MOTION TO COMPEL THE PRODUCTION OF ESSENTIAL TECHNICAL DOCUMENTS** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 27th day of August, 2026

**KING & SPALDING LLP**

/s/ *Danielle T. Williams*

Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202

sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*