**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

Defendants.

Case No. 3:26-CV-00133-SCR-DCK

**PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO ALTER THE CASE SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Joe Gibbs Racing, LLC ("JGR") respectfully moves this Court to narrowly amend the scheduling order as follows:

| Deadline | Current court-ordered date | Proposed |
|---|---|---|
| Close of discovery (all other purposes) | August 31, 2026 | Unchanged |
| Completion of ordered production | - | Date set by the Court, or as the parties agree, confirmed in writing |
| JGR document depositions (limited purpose) | - | Close no earlier than 14 days after completion of ordered production |
| Opening expert reports | September 14, 2026 | 21 days after close of the limited deposition window |
| Rebuttal expert reports | September 28, 2026 | 14 days after opening reports (same interval) |
| Completion of expert discovery | October 15, 2026 | 17 days after rebuttal reports (same interval) |
| MSJ and Daubert motions | October 30, 2026 | Unchanged |
| MSJ and Daubert oppositions | November 13, 2026 | Unchanged |
| MSJ and Daubert replies | November 20, 2026 | Unchanged |
| Mediation report | October 23, 2026 | Unchanged |
| Mediation | September 30, 2026 with Judge Bledsoe | Unchanged |

| | | |
|---|---|---|
| Trial | February 1, 2027 | Unchanged |

In support of this motion, Plaintiff has been diligent in pursing discovery and cannot meet the current deadlines, despite its diligence, as detailed in the supporting brief.

Plaintiff proposed the above schedule to Defendants on August 20, 2026, and Defendants conveyed their opposition to amending the schedule on August 24, 2026.

For the reasons stated in the attached brief, Plaintiff respectfully requests the Court grant its motion to amend the scheduling order.

This the 28th day of August, 2026

**KING & SPALDING LLP**
/s/ Danielle T. Williams
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower

620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith with counsel for the opposing parties regarding the relief sought in this Motion. On August 20, 2026, Plaintiff proposed amending the schedule to Defendants. On August 24, 2026, counsel for Defendant Spire Motorsports II, LLC ("Spire") advised that Spire and Defendant Christopher Gabehart opposed any motion to extend discovery.

This the 28th day of August, 2026

**KING & SPALDING LLP**

/s/ Danielle T. Williams
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela

N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO ALTER THE CASE SCHEDULE** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 28th day of August, 2026

**KING & SPALDING LLP**

/s/ Danielle T. Williams
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com

torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*