**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br>*Plaintiff*<br>v.<br>CHRISTOPHER GABEHART, *et al.*,<br>*Defendants* | **NOTICE UNDER RULE 1.12(c) OF THE NORTH CAROLINA RULES OF PROFESSIONAL CONDUCT** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.12(c) of the North Carolina Rules of Professional Conduct, the law firm of **Nelson, Mullins, Riley & Scarborough LLP** (the "Firm") hereby provides written notice to the Court and to all parties in the above-captioned matter of the following:

1. **Disqualified Lawyer. Haley Tanner** ("the Screened Lawyer") is associated with the Firm. Prior to joining the Firm, the Screened Lawyer participated personally and substantially in this matter as **a law clerk to Judge David C. Keesler and/or Judge Frank D. Whitney** and is therefore personally disqualified under Rule 1.12(a) from representing anyone in connection with this matter.

2. **Representation by the Firm.** The Firm represents **TRD, U.S.A., Inc.** in this matter. No lawyer at the Firm other than the Screened Lawyer has any disqualification that would prevent the Firm from undertaking or continuing this representation.

3. **Timely Screening.** As permitted by Rule 1.12(c), the Screened Lawyer has been timely screened from any participation in this matter. Effective September 8, 2026, the Firm implemented screening measures that include, without limitation: (a) prohibiting the Screened

Lawyer from participating in, discussing, or communicating about this matter with any other Firm personnel; (b) denying the Screened Lawyer access to the electronic files relating to this matter; and (c) providing written notice of these screening measures to all affected Firm personnel, together with instructions to maintain the screen.

4. **Purpose of Notice.** This Notice is given promptly and is intended to enable the Court and the parties to ascertain the Firm's compliance with Rule 1.12. The Firm will promptly provide such additional information as the Court or any party may reasonably request to confirm compliance.

Respectfully submitted, this the 9th of September, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ *Nathaniel J. Pencook*
Nathaniel J. Pencook, N.C. Bar No. 52339
Kacie T. England, N.C. Bar No. 62343
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
nate.pencook@nelsonmullins.com
kacie.england@nelsonmullins.com

*Attorneys for TRD, U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2026, I served a copy of the foregoing **NOTICE UNDER NORTH CAROLINA RULES OF PROFESSIONAL CONDUCT, RULE 1.12(C)** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This, the 9th of September, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

/s/ *Nathaniel J. Pencook*

Nathaniel J. Pencook, N.C. Bar No. 52339
Kacie T. England, N.C. Bar No. 62343
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
301 Hillsborough Street, Suite 1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799
nate.pencook@nelsonmullins.com
kacie.england@nelsonmullins.com

*Attorneys for TRD, U.S.A., Inc.*