**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-133-SCR-DCK**

| | | |
|---|---|---|
| **JOE GIBBS RACING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **<u>ORDER</u>** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff Joe Gibbs Racing, LLC's Notice Of Filing Redacted Exhibits And Request For Clarification" (Document No. 202) filed September 10, 2026. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered Plaintiff's filing and the record, the undersigned will <u>grant</u> the request for clarification.

Plaintiff "seeks clarification on the proper treatment of Exhibits E and M which were submitted in camera with JGR's Motion to Compel." (Document No. 202, p. 1).

For clarification, the undersigned expects that "Plaintiff, in consultation with Defendants, shall file publicly-available redacted versions of the sealed documents, redacted only to the extent necessary as agreed by the Parties," including Exhibits E and M. <u>See</u> (Document No. 182). The undersigned recognizes that these Exhibits have been designated as "Highly Confidential – Outside Counsel Only," and counsel should therefore apply redactions especially carefully before filing the Exhibits – the undersigned leaves it to the judgment of counsel, at least for now, how much redaction is necessary.

**IT IS, THEREFORE, ORDERED** that "Plaintiff Joe Gibbs Racing, LLC's Notice Of Filing Redacted Exhibits And Request For Clarification" (Document No. 202) is **GRANTED** as set forth herein.

**SO ORDERED**.

Signed: September 11, 2026

David C. Keesler
United States Magistrate Judge