**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | Case No. 3:26-CV-00133-SCR-DCK |

**INDEX OF EXHIBITS TO PLAINTIFF JOE GIBBS RACING, LLC'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of D. Williams |
| A | Excerpts from the transcript of the March 26, 2026 preliminary injunction hearing |
| B | Document produced in this litigation Bates-stamped as GABEHART00222 – (unredacted copy filed under seal) |
| C | Document Bates-stamped GABEHART00092 (unredacted copy filed under seal) |
| D | Defendant Spire Motorsports II, LLC's ("Spire") responses and objections to Plaintiff Joe Gibbs Racing, LLC's ("JGR") first set of interrogatories (unredacted copy filed under seal) |
| E | Document Bates-stamped as Spire_0000851 (unredacted copy filed under seal) |
| F | Second Declaration of Walter Brown |
| G | Excerpts from the transcript of the July 21, 2026 deposition of Christopher Gabehart (unredacted copy filed under seal) |
| H | Excerpts from the transcript of the August 26, 2026 deposition of Jeffrey Dickerson as the Rule 30(b)(6) corporate representative of Spire (unredacted copy filed under seal) |
| I | Excerpts from the transcript of the July 14, 2026 deposition of Matthew McCall (unredacted copy filed under seal) |

| | |
|---|---|
| J | Excerpts from the transcript of the July 29, 2026 deposition of Jeffrey Dickerson (unredacted copy filed under seal) |
| K | Compilation of documents Bates-stamped GABEHART01459 and GABEHART01461 |
| L | Document Bates-stamped as GABEHART01649. |
| M | Document Bates-stamped Spire_0000849 |
| N | Exhibit 4 from the deposition of Dax Gerringer (compilation of documents Bates-stamped Spire_0001712, Spire_0002051, Spire_0002052, Spire_0002053) (unredacted copy filed under seal) |
| O | Excerpts from the August 20, 2026 deposition of Dax Gerringer (unredacted copy filed under seal) |
| P | Document Bates-stamped as GABEHART01500 (unredacted copy filed under seal) |
| Q | Excerpts from August 25, 2026 deposition of Travis Peterson (unredacted copy filed under seal) |
| R | Document Bates-stamped as McCall_0062 |
| S | Document Bates-stamped as HOCEVAR_0051 |
| T | Excerpts from August 31, 2026 deposition of Rick MacGowan (unredacted copy filed under seal) |
| U | Excerpt from August 27, 2026 deposition of Ryan Sparks (unredacted copy filed under seal) |
| V | JGR's fourth supplemental responses to Spire's interrogatories (unredacted copy submitted *in camera*) |
| W | Excerpts from the September 1, 2026 deposition of Doug Powers |
| X | Excerpts from the August 27, 2026 deposition of Luke Lambert |
| Y | Document Bates-stamped Spire_0000552 |
| Z | Document Bates-stamped JGR_0003286 (submitted *in camera*) |
| AA | Document Bates-stamped JGR_0003217 (submitted *in camera*) |
| AB | Document Bates-stamped JGR_0003296 (submitted *in camera*) |
| AC | Email thread between counsel for Gabehart and counsel for JGR regarding "[J]GR v. Spire & Gabehart: Document Production" |
| AD | Document Bates-stamped Spire_0001487 |