**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | |

**DECLARATION OF DANIELLE T. WILLIAMS**

Danielle T. Williams states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am a partner at King & Spalding LLP, counsel for Plaintiff Joe Gibbs Racing, LLC ("JGR") in this matter. I make this declaration based on my personal knowledge and in support of JGR's Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt for Violating the Temporary Restraining Order and Preliminary Injunction (the "Motion").

3. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

4. Exhibit A is a true and correct copy of excerpts from the transcript of the March 26, 2026 preliminary injunction hearing.

5. Exhibit B is a true and correct copy of a document produced in this litigation Bates-stamped as GABEHART00222. Page 1 is a slipsheet indicating that GABEHART00222 was produced in a native format. Pages 2–5 are printed copies of the four worksheets in GABEHART00222: page 2 is a printed copy of the worksheet entitled "Schedule;" page 3 is a

printed copy of the worksheet entitled "Audit BLANK;" page 3 is a printed copy of the worksheet entitled "7;" page 4 is a printed copy of the worksheet entitled "71;" and page 6 is a printed copy of the worksheet entitled "77."

6. Exhibit C is a true and correct copy of a document produced in this litigation Bates-stamped as GABEHART00094.

7. Exhibit D is a true and correct copy of Defendant Spire Motorsports II, LLC's ("Spire") responses and objections to JGR's first set of interrogatories, dated June 29, 2026.

8. Exhibit E is a true and correct copy of a document produced in this litigation Bates-stamped as Spire_0000851.

9. Exhibit F is a true and correct copy of the declaration of Walter Brown, JGR, initially filed with the Court at Dkt. 35-1.

10. Exhibit G is a true and correct copy of excerpts from the transcript of the July 21, 2026 deposition of Defendant Christopher Gabehart.

11. Exhibit H is a true and correct copy of excerpts from the transcript of the August 26, 2026 deposition of Jeffrey Dickerson as Spire's Rule 30(b)(6) corporate representative.

12. Exhibit I is a true and correct copy of excerpts from the transcript of the July 14, 2026 deposition of Matthew McCall.

13. Exhibit J is a true and correct copy of excerpts from the transcript of the July 29, 2026 deposition of Jeffrey Dickerson.

14. Exhibit K is a compilation of true and correct copies of documents produced in this litigation Bates-stamped as GABEHART01459 and GABEHART01461.

15. Exhibit L is a true and correct copy of a document produced in this litigation Bates-stamped as GABEHART01649.

16. Exhibit M is a true and correct copy of a document produced in this litigation Bates-stamped a Spire_0000849. Page 1 is a slipsheet indicating that Spire_0000849 was produced in a native format. Pages 2–5 are printed copies of the four worksheets in Spire_0000849: page 2 is a printed copy of the worksheet entitled "Schedule;" page 3 is a printed copy of the worksheet entitled "Audit BLANK;" page 3 is a printed copy of the worksheet entitled "7;" page 4 is a printed copy of the worksheet entitled "71;" and page 6 is a printed copy of the worksheet entitled "77."

17. Exhibit N is a true and correct copy of Exhibit 4 from the August 20, 2026 deposition of Dax Gerringer, which is a compilation of true and correct copies of documents produced in this litigation Bates-stamped as Spire_0001712, Spire_0002051, Spire_0002052, and Spire_0002053.

18. Exhibit O is a true and correct copy of excerpts from transcript of the August 20, 2026 deposition of Dax Gerringer.

19. Exhibit P is a true and correct copy of a document produced in this litigation Bates-stamped as GABEHART01500. Page 1 is a slipsheet indicating that GABEHART01500 was produced in a native format. Pages 2–5 are printed copies of the four worksheets in GABEHART01500: page 2 is a printed copy of the worksheet entitled "Schedule;" page 3 is a printed copy of the worksheet entitled "Audit BLANK;" page 3 is a printed copy of the worksheet entitled "7;" page 4 is a printed copy of the worksheet entitled "71;" and page 6 is a printed copy of the worksheet entitled "77." Page 6 is a screenshot of the documents' "Info" tab, showing a "Last Modified" date of March 5, 2026, and "Last Modified By" "Chris Gabehart."

20. Exhibit Q is a true and correct copy of excerpts from the transcript of the Augst 25, 2026 deposition of Travis Peterson.

21. Exhibit R is a true and correct copy of a document produced in this litigation Bates-stamped as MCCALL_0062.

22. Exhibit S is a true and correct copy of a document produced in this litigation Bates-stamped as HOCEVAR_0051.

23. Exhibit T is a true and correct copy of excerpts from the transcript of the August 31, 2026 deposition of Rick MacGowan.

24. Exhibit U is a true and correct copy of excerpts from the transcript of the August 27, 2026 deposition of Ryan Sparks.

25. Exhibit V is a true and correct copy of JGR's Fourth Supplemental Responses and Objections to Spire's First Set of Interrogatories and Supplemental Responses and Objections to Spire's Third Set of Interrogatories, dated August 18, 2026. Because Exhibit M identifies and describes in detail JGR confidential and trade secret information, an unredacted copy was served via the "secured room" pursuant to the Amended Protective Order. Dkt. 124. A true and correct unredacted copy of Exhibit M will be submitted to the Court for *in camera* review.

26. Exhibit W is a true and correct copy of excerpts from the transcript of the September 1, 2026 deposition of Doug Powers.

27. Exhibit X is a true and correct copy of excerpts from the transcript of the August 27, 2026 deposition of Luke Lambert.

28. Exhibit Y is a true and correct copy of a document produced in this litigation Bates-stamped as Spire_0000552.

29. Exhibit Z is a true and correct copy of a document produced by Defendant Christopher Gabehart to JGR under the Forensic Analysis Protocol between them, *see* Dkt. 116-1, Bates-stamped as FORENSICS00127 and then produced by JGR in this litigation Bates-stamped

as JGR_0003286 in the "secure room" pursuant to the Court's Amended Protective Order, Dkt. 124. A copy of Exhibit Z will be submitted to the Court for *in camera* review.

30. Exhibit AA is a true and correct copy of a document produced by Defendant Christopher Gabehart to JGR under the Forensic Analysis Protocol between them, *see* Dkt. 116-1, Bates-stamped as FORENSICS00105 and then produced by JGR in this litigation Bates-stamped as JGR_0003217 in the "secure room" pursuant to the Court's Amended Protective Order, Dkt. 124. A copy of Exhibit AA will be submitted to the Court for *in camera* review.

31. Exhibit AB is a true and correct copy of a document produced by Defendant Christopher Gabehart to JGR under the Forensic Analysis Protocol between them, *see* Dkt. 116-1, Bates-stamped as FORENSICS00141 and then produced by JGR in this litigation Bates-stamped as JGR_0003296 in the "secure room" pursuant to the Court's Amended Protective Order, Dkt. 124. A copy of Exhibit AB will be submitted to the Court for *in camera* review.

32. Exhibit AC is a true and correct copy of a portion of an email thread between counsel for JGR and counsel for Gabehart.

33. Exhibit AD is a true and correct copy of a document produced in this litigation Bates-stamped as Spire_0001487. Because Exhibit AD is a video file produced by Spire, JGR submit the native Exhibit AD file to the Court on a USB flash-drive, to be delivered via courier upon the filing of this Motion.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026

**DANIELLE T. WILLIAMS**

/s/ *Danielle T. Williams*