# Exhibit B

This Document Produced in Native Format

[redacted] pdated 1/26/2026

| Race # | Race Date | Race Start Time (est) | Race location | Track type |
|---|---|---|---|---|
| | Sun, Feb 1 | 8:00 PM | Bowman Gray Clash | Short track |
| 1 | Sun, Feb 15 | 2:30 PM | Daytona | Super Speedway |
| 2 | Sun, Feb 22 | 3:00 PM | Atlanta | Super Speedway |
| 3 | Sun, Mar 1 | 3:30 PM | COTA | Road Course |
| 4 | Sun, Mar 8 | 3:30 PM | Phoenix | Short Track |
| 5 | Sun, Mar 15 | 4:00 PM | Las Vegas | Intermediate |
| 6 | Sun, Mar 22 | 3:00 PM | Darlington | Mid Track |
| 7 | Sun, Mar 29 | 3:30 PM | Martinsville | Short Track |
| OFF | | | | |
| 8 | Sun, Apr 12 | 3:00 PM | Bristol | Short Track |
| 9 | Sun, Apr 19 | 2:00 PM | Kansas | Intermediate |
| 10 | Sun, Apr 26 | 3:00 PM | Talladega | Super Speedway |
| 11 | Sun, May 3 | 3:30 PM | Texas | Intermediate |
| 12 | Sun, May 10 | 3:00 PM | Watkins Glen | Road Course |
| | Sun, May 17 | 3:00 PM | Dover All-Star | Short track |
| 13 | Sun, May 24 | 6:00 PM | Charlotte | Intermediate |
| 14 | Sun, May 31 | 7:00 PM | Nashville | Mid Track |
| 15 | Sun, Jun 7 | 3:00 PM | Michigan | Intermediate |
| 16 | Sun, Jun 14 | 3:00 PM | Pocono | Intermediate |
| 17 | Sun, Jun 21 | 4:00 PM | San Diego | Road Course |
| 18 | Sun, Jun 28 | 3:30 PM | Sonoma | Road Course |
| 19 | Sun, Jul 5 | 6:00 PM | Chicagoland | Intermediate |
| 20 | Sun, Jul 12 | 7:00 PM | Atlanta | Super Speedway |
| 21 | Sun, Jul 19 | 7:00 PM | North Wilkesboro | Short Track |
| 22 | Sun, Jul 26 | 2:00 PM | Indianapolis | Intermediate |
| OFF | | | | |
| 23 | Sun, Aug 9 | 3:30 PM | Iowa | Short Track |
| 24 | **Sat, Aug 15** | **7:00 PM** | Richmond | Short Track |
| 25 | Sun, Aug 23 | 3:00 PM | Loudon | Short Track |
| 26 | **Sat, Aug 29** | **7:30 PM** | Daytona | Super Speedway |
| 27 | Sun, Sep 6 | 5:00 PM | Darlington | Mid Track |
| 28 | Sun, Sep 13 | 3:00 PM | Gateway | Mid Track |
| 29 | **Sat, Sep 19** | **7:30 PM** | Bristol | Short Track |
| 30 | Sun, Sep 27 | 3:00 PM | Kansas | Intermediate |
| 31 | Sun, Oct 4 | 5:30 PM | Las Vegas | Intermediate |
| 32 | Sun, Oct 11 | 3:00 PM | Charlotte | Intermediate |
| 33 | Sun, Oct 18 | 3:00 PM | Phoenix | Short Track |
| 34 | Sun, Oct 25 | 2:00 PM | Talladega | Super Speedway |
| 35 | Sun, Nov 1 | 2:00 PM | Martinsville | Short Track |
| 36 | Sun, Nov 8 | 3:00 PM | Homestead | Intermediate |

[redacted]

| 7 | [redacted] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **2026** | **0** | **#DIV/0!** | **#DIV/0!** | **#DIV/0!** | **0** | **0** | **#DIV/0!** | **0** | **0** | **0** | **#DIV/0!** | **0** | **#DIV/0!** | **#DIV/0!** | **0** | **0** | **0** | **0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | |
| 2026 Proj | #DIV/0! | [redacted] | | | #DIV/0! | #DIV/0! | [redacted] | #DIV/0! | #DIV/0! | #DIV/0! | [redacted] | #DIV/0! | [redacted] | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Goals | | | [redacted] | | | [redacted] | | | | | [redacted] | | | | | | | [redacted] | | [redacted] | | | [redacted] | | [redacted] | | | [redacted] | |

| Race # | Race location | [redacted] | |
|---|---|---|---|
| 1 | Daytona | Super Speedway | 0.0 |
| 2 | Atlanta | Super Speedway | 0.0 |
| 3 | COTA | Road Course | 0.0 |
| 4 | Phoenix | Short Track | 0.0 |
| 5 | Las Vegas | Intermediate | 0.0 |
| 6 | Darlington | Mid Track | 0.0 |
| 7 | Martinsville | Short Track | 0.0 |
| 8 | Bristol | Short Track | 0.0 |
| 9 | Kansas | Intermediate | 0.0 |
| 10 | Talladega | Super Speedway | 0.0 |
| 11 | Texas | Intermediate | 0.0 |
| 12 | Watkins Glen | Road Course | 0.0 |
| 13 | Charlotte | Intermediate | 0.0 |
| 14 | Nashville | Mid Track | 0.0 |
| 15 | Michigan | Intermediate | 0.0 |
| 16 | Pocono | Intermediate | 0.0 |
| 17 | San Diego | Road Course | 0.0 |
| 18 | Sonoma | Road Course | 0.0 |
| 19 | Chicagoland | Intermediate | 0.0 |
| 20 | Atlanta | Super Speedway | 0.0 |
| 21 | North Wilkesboro | Short Track | 0.0 |
| 22 | Indianapolis | Intermediate | 0.0 |
| 23 | Iowa | Short Track | 0.0 |
| 24 | Richmond | Short Track | 0.0 |
| 25 | Loudon | Short Track | 0.0 |
| 26 | Daytona | Super Speedway | 0.0 |
| 27 | Darlington | Mid Track | 0.0 |
| 28 | Gateway | Mid Track | 0.0 |
| 29 | Bristol | Short Track | 0.0 |
| 30 | Kansas | Intermediate | 0.0 |
| 31 | Las Vegas | Intermediate | 0.0 |
| 32 | Charlotte | Intermediate | 0.0 |
| 33 | Phoenix | Short Track | 0.0 |
| 34 | Talladega | Super Speedway | 0.0 |
| 35 | Martinsville | Short Track | 0.0 |
| 36 | Homestead | Intermediate | 0.0 |

| 7 | [redacted] |
|---|---|
| 2025 | |
| 2026 | |
| 2026 Proj. | |
| Goals | |

| Race # | Race location | Track type | [redacted] | Didn't reach our finishing capability? biggest reason(s) why. If we did, why didn't we win? (.5 points allowed, max sum's to 1) Win = Blank | |
|---|---|---|---|---|---|
| 1 | Daytona | Super Speedway | | | 0.0 |
| 2 | Atlanta | Super Speedway | | | 0.0 |
| 3 | COTA | Road Course | | | 0.0 |
| 4 | Phoenix | Short Track | | | 0.0 |
| 5 | Las Vegas | Intermediate | | | 0.0 |
| 6 | Darlington | Mid Track | | | 0.0 |
| 7 | Martinsville | Short Track | | | 0.0 |
| 8 | Bristol | Short Track | | | 0.0 |
| 9 | Kansas | Intermediate | | | 0.0 |
| 10 | Talladega | Super Speedway | | | 0.0 |
| 11 | Texas | Intermediate | | | 0.0 |
| 12 | Watkins Glen | Road Course | | | 0.0 |
| 13 | Charlotte | Intermediate | | | 0.0 |
| 14 | Nashville | Mid Track | | | 0.0 |
| 15 | Michigan | Intermediate | | | 0.0 |
| 16 | Pocono | Intermediate | | | 0.0 |
| 17 | San Diego | Road Course | | | 0.0 |
| 18 | Sonoma | Road Course | | | 0.0 |
| 19 | Chicagoland | Intermediate | | | 0.0 |
| 20 | Atlanta | Super Speedway | | | 0.0 |
| 21 | North Wilkesboro | Short Track | | | 0.0 |
| 22 | Indianapolis | Intermediate | | | 0.0 |
| 23 | Iowa | Short Track | | | 0.0 |
| 24 | Richmond | Short Track | | | 0.0 |
| 25 | Loudon | Short Track | | | 0.0 |
| 26 | Daytona | Super Speedway | | | 0.0 |
| 27 | Darlington | Mid Track | | | 0.0 |
| 28 | Gateway | Mid Track | | | 0.0 |
| 29 | Bristol | Short Track | | | 0.0 |
| 30 | Kansas | Intermediate | | | 0.0 |
| 31 | Las Vegas | Intermediate | | | 0.0 |
| 32 | Charlotte | Intermediate | | | 0.0 |
| 33 | Phoenix | Short Track | | | 0.0 |
| 34 | Talladega | Super Speedway | | | 0.0 |
| 35 | Martinsville | Short Track | | | 0.0 |
| 36 | Homestead | Intermediate | | | 0.0 |

| | |
|---|---|
| 71 | [redacted] |
| 2025 | |
| 2026 | |
| 2026 Proj | |
| Goals | |

| Race # | Race location | Track type | [redacted] | |
|---|---|---|---|---|
| 1 | Daytona | Super Speedway | | 0.0 |
| 2 | Atlanta | Super Speedway | | 0.0 |
| 3 | COTA | Road Course | | 0.0 |
| 4 | Phoenix | Short Track | | 0.0 |
| 5 | Las Vegas | Intermediate | | 0.0 |
| 6 | Darlington | Mid Track | | 0.0 |
| 7 | Martinsville | Short Track | | 0.0 |
| 8 | Bristol | Short Track | | 0.0 |
| 9 | Kansas | Intermediate | | 0.0 |
| 10 | Talladega | Super Speedway | | 0.0 |
| 11 | Texas | Intermediate | | 0.0 |
| 12 | Watkins Glen | Road Course | | 0.0 |
| 13 | Charlotte | Intermediate | | 0.0 |
| 14 | Nashville | Mid Track | | 0.0 |
| 15 | Michigan | Intermediate | | 0.0 |
| 16 | Pocono | Intermediate | | 0.0 |
| 17 | San Diego | Road Course | | 0.0 |
| 18 | Sonoma | Road Course | | 0.0 |
| 19 | Chicagoland | Intermediate | | 0.0 |
| 20 | Atlanta | Super Speedway | | 0.0 |
| 21 | North Wilkesboro | Short Track | | 0.0 |
| 22 | Indianapolis | Intermediate | | 0.0 |
| 23 | Iowa | Short Track | | 0.0 |
| 24 | Richmond | Short Track | | 0.0 |
| 25 | Loudon | Short Track | | 0.0 |
| 26 | Daytona | Super Speedway | | 0.0 |
| 27 | Darlington | Mid Track | | 0.0 |
| 28 | Gateway | Mid Track | | 0.0 |
| 29 | Bristol | Short Track | | 0.0 |
| 30 | Kansas | Intermediate | | 0.0 |
| 31 | Las Vegas | Intermediate | | 0.0 |
| 32 | Charlotte | Intermediate | | 0.0 |
| 33 | Phoenix | Short Track | | 0.0 |
| 34 | Talladega | Super Speedway | | 0.0 |
| 35 | Martinsville | Short Track | | 0.0 |
| 36 | Homestead | Intermediate | | 0.0 |

| 77 | [redacted] | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2026 | 0 | #DIV/0! | #DIV/0! | #DIV/0! | 0 | 0 | #DIV/0! | 0 | 0 | 0 | #DIV/0! | 0 | #DIV/0! | #DIV/0! | 0 | 0 | 0 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| 2026 Proj | #DIV/0! | | | | #DIV/0! | #DIV/0! | | #DIV/0! | #DIV/0! | #DIV/0! | | #DIV/0! | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Goals | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Race # | Race location | Track type | [redacted] | |
|---|---|---|---|---|
| 1 | Daytona | Super Speedway | | 0.0 |
| 2 | Atlanta | Super Speedway | | 0.0 |
| 3 | COTA | Road Course | | 0.0 |
| 4 | Phoenix | Short Track | | 0.0 |
| 5 | Las Vegas | Intermediate | | 0.0 |
| 6 | Darlington | Mid Track | | 0.0 |
| 7 | Martinsville | Short Track | | 0.0 |
| 8 | Bristol | Short Track | | 0.0 |
| 9 | Kansas | Intermediate | | 0.0 |
| 10 | Talladega | Super Speedway | | 0.0 |
| 11 | Texas | Intermediate | | 0.0 |
| 12 | Watkins Glen | Road Course | | 0.0 |
| 13 | Charlotte | Intermediate | | 0.0 |
| 14 | Nashville | Mid Track | | 0.0 |
| 15 | Michigan | Intermediate | | 0.0 |
| 16 | Pocono | Intermediate | | 0.0 |
| 17 | San Diego | Road Course | | 0.0 |
| 18 | Sonoma | Road Course | | 0.0 |
| 19 | Chicagoland | Intermediate | | 0.0 |
| 20 | Atlanta | Super Speedway | | 0.0 |
| 21 | North Wilkesboro | Short Track | | 0.0 |
| 22 | Indianapolis | Intermediate | | 0.0 |
| 23 | Iowa | Short Track | | 0.0 |
| 24 | Richmond | Short Track | | 0.0 |
| 25 | Loudon | Short Track | | 0.0 |
| 26 | Daytona | Super Speedway | | 0.0 |
| 27 | Darlington | Mid Track | | 0.0 |
| 28 | Gateway | Mid Track | | 0.0 |
| 29 | Bristol | Short Track | | 0.0 |
| 30 | Kansas | Intermediate | | 0.0 |
| 31 | Las Vegas | Intermediate | | 0.0 |
| 32 | Charlotte | Intermediate | | 0.0 |
| 33 | Phoenix | Short Track | | 0.0 |
| 34 | Talladega | Super Speedway | | 0.0 |
| 35 | Martinsville | Short Track | | 0.0 |
| 36 | Homestead | Intermediate | | 0.0 |