# Exhibit C

SPIRE MOTORSPORTS

| Design | Optimize | Execute |
| --- | --- | --- |

[redacted]

**Foundation**

Accountability Through Awareness and Compassion
Culture and Philosophy
People
Resources

respect.


SPIRE
MOTORSPORTS
Design
Optimize
Execute
respect.


SPIRE
MOTORSPORTS
respect.