# Exhibit E

| Design | Optimize | Execute |
| --- | --- | --- |

## Foundation

Accountability Through Awareness and Compassion
Culture and Philosophy
People
Resources

respect

SPIRE MOTORSPORTS

| Design | Optimize | Execute |
|---|---|---|

respect

Case 3:26-cv-00133-SCR-DCK Document 219-8 Filed 09/15/26 Page 3 of 4

SPIRE
MOTORSPORTS

respect.