# Exhibit F

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | |

**SECOND DECLARATION OF WALTER BROWN**

Walter Brown states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I have worked for Joe Gibbs Racing, LLC ("JGR") since December of 2006. Since December 1, 2025 I have served and JGR's Competition Director, and I previously served as JGR's Competition Director from 2016 through 2023.

3. In my roles at JGR, I worked directly with Christopher Gabehart ("Gabehart") from 2012 to 2025.

4. As Competition Director, I am responsible for overseeing and coordinating competitive operations across JGR's NASCAR Cup Series program and advising and assisting on the O'Reilly Auto Parts Series program. In that role, I work closely with crew chiefs, drivers, engineers, analysts, pit crew leadership, senior management, and external partners, including NASCAR and Toyota Racing Development ("TRD").

5. The role of Competition Director requires daily involvement in nearly every aspect of JGR's racing operations. As a result, the Competition Director is routinely exposed to and

entrusted with JGR's sensitive, confidential, and proprietary information, including trade secrets and other valuable intellectual property ("Confidential Information and Trade Secrets").

6. The Competition Director's work is structured around the NASCAR race calendar and follows a continuous weekly cycle that begins immediately after a race concludes and continues through the following race weekend.

7. Although specific issues may vary from week to week depending on race results, mechanical issues, or track characteristics, the general structure of my weekly duties as Competition Director is consistent and involves daily interaction with multiple departments and access to confidential competitive information.

8. During the period when Gabehart served as JGR's Competition Director, he performed the same core functions and participated in the same weekly competitive cycle described in this Declaration.

9. Gabehart's role, like mine, required constant interaction with crew chiefs, engineers, drivers, analytics personnel, pit crew leadership, and senior management, and necessarily involved access to JGR's Confidential Information and Trade Secrets.

10. Mondays are primarily devoted to analyzing the prior race weekend and setting competitive priorities for the upcoming week.

11. Each Monday morning, I review race outcomes, performance notes, and issues arising from the prior race, including mechanical failures, handling characteristics, strategy decisions, pit performance, and driver feedback.

12. On Monday mornings, I participate in a crew chief meeting attended by JGR's Cup Series crew chiefs and senior technical managers. In this meeting, we conduct a detailed review of

the prior race, including why the cars performed as they did, what issues were encountered, and what lessons should be carried forward.

13. This meeting involves discussion of sensitive technical matters, including car setups, engineering analyses, simulation outputs, competitor performance, and internal processes used to evaluate and improve performance.

14. When Gabehart served as Competition Director, he also participated in these crew chief meetings and, based on his background as a recent crew chief, often engaged deeply in technical and analytical discussions regarding car setups and performance data.

15. Later on Mondays, I organize and lead JGR's competition meeting, which is attended by approximately twenty-five to thirty participants, including, among others, drivers, crew chiefs, senior engineering and analytics leadership, pit crew leadership, ownership and TRD.

16. I prepare the agenda and materials for this competition meeting and guide the discussion. The meeting involves a comprehensive review of the prior race weekend, including driver debriefs, performance trends, and strategic issues requiring organizational focus.

17. The competition meeting is a closed-door meeting due to the highly confidential nature of the information discussed. Attendance is strictly limited.

18. During his tenure as Competition Director, Gabehart likewise participated in and helped lead these competition meetings. He was present for discussions involving confidential race data, driver feedback, setup philosophies, simulation results, and strategic priorities.

19. Based on my observations, Gabehart often engaged in more detailed technical critique during these meetings, reflecting his recent experience as a crew chief and his familiarity with the Next Gen car and associated setup processes.

20. Following the competition meeting, I circulate follow-up communications identifying key priorities, areas for improvement, and action items for the week. These communications reflect confidential strategic decisions and competitive assessments.

21. During his time as Competition Director, Gabehart similarly communicated priorities and guidance to team personnel through direct conversations and follow-up discussions, influencing the direction of technical and competitive work throughout the organization.

22. On Mondays, I also meet with representatives from TRD to discuss engine performance, technical developments, rules considerations, and coordination between JGR and the manufacturer.

23. Gabehart likewise participated in OEM-related discussions and was exposed to confidential manufacturer-level information while serving as Competition Director.

24. Tuesdays are devoted to follow-up on issues identified on Monday and coordination with individual teams and departments.

25. Throughout the day on Tuesday, I meet informally and formally with crew chiefs, engineers, analytics personnel, pit crew leadership, and other managers to address specific performance issues, mechanical failures, or strategic initiatives.

26. These interactions routinely involve confidential information, including detailed engineering analyses, pit performance metrics, race strategy evaluations, and proprietary simulation data.

27. During his tenure as Competition Director, Gabehart likewise engaged in extensive one-on-one and small-group interactions with crew chiefs, engineers, and other department leaders throughout the week.

28. Gabehart frequently attended additional technical meetings, including pit crew meetings and race engineering meetings, where highly sensitive information regarding setups, performance metrics, and operational execution was discussed.

29. On a bi-weekly basis, I participate in senior-level meetings with the Chief Operating Officer addressing longer-term competitive planning, capital investments, resource allocation, and organizational strategy.

30. Gabehart also participated in higher-level strategic discussions during his tenure and was exposed to confidential information concerning JGR's competitive direction and resource planning.

31. Throughout the week, I spend significant time physically present throughout JGR's facilities, walking through departments, speaking with personnel, and observing ongoing work. During these times, I am regularly approached by personnel seeking input or feedback.

32. When Gabehart served as Competition Director, he likewise had unrestricted access to JGR's facilities and could attend virtually any meeting or discussion related to competition and performance.

33. On Wednesdays, I interact with the team's drivers, particularly when they are using simulators, and receive feedback regarding car behavior and performance.

34. Gabehart similarly interacted with drivers when he served as Competition Director.

35. Wednesdays also include both continued coordination with teams and a formal car performance meeting attended by technical leadership and crew chiefs. In the car performance meeting, departments report on ongoing projects, mechanical failures, engineering issues, aerodynamic development, wind tunnel testing, simulation results, and other technical initiatives.

The information discussed during Wednesday meetings includes proprietary data, developmental concepts, and technical strategies that provide JGR with competitive advantages

36. Gabehart, during his tenure as Competition Director, also attended these meetings and had access to the same categories of aerodynamic, engineering, and simulation data.

37. Thursdays focus on final preparations for the upcoming race weekend.

38. I meet with crew chiefs and team personnel as transporters depart for the race, discussing final setup decisions, logistical considerations, and strategic expectations for the weekend.

39. Gabehart likewise participated in final-week preparations and had access to final setup decisions and configuration information.

40. On Thursdays, I participate in a weekly OEM meeting with TRD, where confidential manufacturer-level information is discussed regarding engine performance, technical development, and competitive coordination.

41. Gabehart also attended OEM-related meetings and received the same types of confidential information.

42. By Thursday, final setup files and configuration documents are completed and stored in secure internal systems, reflecting confidential engineering and strategic decisions.

43. Fridays typically involve travel to the race venue and participation in NASCAR's technical inspection processes. I interact directly with NASCAR officials and team personnel regarding compliance, technical issues, and race-weekend execution.

44. When Gabehart served as Competition Director, he also attended race weekends and participated in technical inspections and discussions with NASCAR officials.

45. On Saturdays, I am present during practice and qualifying sessions, moving between the garage, pit road, and team areas. Following practice and qualifying, I participate in debrief meetings with drivers and crew chiefs.

46. On Sundays, during races, my role is to support crew chiefs by monitoring competitor behavior, tire wear, strategy trends, and other race-wide conditions.

47. During his tenure, Gabehart likewise performed these same race-day functions.

48. For a period of time during the summer of 2025, Gabehart also assumed the race-day duties of crew chief for the No. 54 car. In that role, he exercised crew-chief responsibilities, including directing or influencing race strategy.

49. Following races, I am involved in post-race technical inspections and immediate debriefing activities.

50. Gabehart likewise participated in post-race activities and was exposed to confidential post-race analyses and driver feedback.

51. During race weekends, the Competition Director is one of the most prominent faces of JGR at the track. Throughout each race weekend, Competition Directors regularly interact with sponsor representatives and the media. During his tenure as Competition Director, Gabehart similarly interacted with sponsors and the media.

52. Throughout the week, and in every aspect of my role as Competition Director, I have access to and routinely handle JGR's Confidential Information and Trade Secrets.

53. The same was true for Gabehart during his tenure as Competition Director. His role required continuous exposure to confidential technical, strategic, and operational information.

54. In addition to meetings and in-person interactions, the Competition Director has access to a substantial volume of written reports, data analyses, and performance metrics generated by multiple departments within JGR.

55. Following each race, the Competition Director receives or has access to detailed pit performance reports, including metrics evaluating pit crew execution, pit road timing, and driver performance on pit road.

56. The Competition Director also has access to race strategy analysis reports prepared by JGR's analytics and strategy personnel. These reports evaluate in-race decisions, fuel strategy, caution timing, competitor behavior, and alternative strategic scenarios.

57. Driver debrief reports are generated after each race and include structured driver feedback regarding car handling, setup effectiveness, preparation, and performance during different phases of the race. These reports are available to the Competition Director and are reviewed for trends and recurring issues.

58. JGR's analytics group regularly distributes performance analyses via secure internal systems. These analyses include evaluations of car performance, pit performance, race execution, and comparative assessments of JGR teams and competitors.

59. The Competition Director has access to these secure internal repositories where large volumes of performance data are stored.

60. For engine performance, fuel mileage, and related technical data, the Competition Director has access to secure TRD systems, including password-protected repositories that contain confidential OEM-level reports and analyses.

61. Setup files and configuration documents for racecars are maintained in secure internal systems, and are developed during the week in multiple iterations, including unload setups, practice setups, and final race setups.

62. During the period when Gabehart served as Competition Director, he possessed particular strength and expertise with respect to racecar setup files and the technical inputs reflected in those files.

63. Gabehart had most recently served as a crew chief prior to becoming Competition Director and therefore had current, hands-on experience with the Next Gen car and the detailed setup process associated with that platform.

64. As a result of that background, Mr. Gabehart was intimately familiar with how setup files are generated, revised, and finalized.

65. Setup files reflect the culmination of confidential engineering work, simulation modeling, historical data, and experiential knowledge developed by JGR over many years.

66. The Competition Director also has access to reports and dashboards that track longer-term performance trends, including season-long pit performance, reliability metrics, and comparative analytics across races and tracks.

67. During his tenure as Competition Director, Gabehart likewise had access to these same categories of confidential reports, databases, and performance analyses and was routinely exposed to confidential written materials reflecting JGR's competitive strategies and technical capabilities.

68. Because the Competition Director works across all departments and serves as a central hub for competitive information, it is not feasible for someone in that role to avoid exposure to confidential information while physically present and engaged in JGR's operations.

69. The Competition Director's role—whether performed by me or by Gabehart—is inherently collaborative and integrative, requiring continuous interaction with personnel, systems, and data that are critical to JGR's competitive success.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2026

**WALTER BROWN**

[signature]