# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, )
)
vs. )
)
CHRISTOPHER GABEHART and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
___________________________________/

* * CONFIDENTIAL * *
ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF MATTHEW DANIEL MCCALL
(Taken by Plaintiff)
Charlotte, North Carolina
Tuesday, July 14th, 2026

Certified Stenographic Court Reporter
Amy A. Brauser, RPR, RMR, CRR

APPEARANCES

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:

DANIELLE T. WILLIAMS, Esquire
TRACEA RICE, Esquire (Dallas office)
King & Spalding LLP
300 South Tryon Street, Suite 1700
Charlotte, North Carolina 28202
(704) 503-2642
dwilliams@kslaw.com
trice@kslaw.com

(and)

SARAH F. HUTCHINS, Esquire
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, North Carolina 28202
(704) 335-6639
sarahhutchins@parkerpoe.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC:

LAWRENCE J. CAMERON, Esquire
TROY C. HOMESLEY, Esquire
JOSHUA D. DAVEY, Esquire
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 998-6509
lawrence.cameron@troutman.com
troy.homesley@troutman.com
joshua.davey@troutman.com

APPEARANCES (CON'T)

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:

SPENCER T. WILES, Esquire
CARY B. DAVIS, Esquire
Robinson Bradshaw & Hinson, P.A.
600 South Tyron Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8374
swiles@rbh.com
cdavis@rbh.com

ALSO PRESENT:

Micah Lorick, Videographer
Eric Schaffer, Joe Gibbs Racing
Bill Anthony, Spire Motorsports

VIDEOTAPED DEPOSITION OF MATTHEW DANIEL MCCALL, a witness called on behalf of Plaintiff, before Amy A. Brauser, Certified Stenographic Court Reporter and Notary Public, in and for the State of North Carolina, at the law offices of Troutman Pepper Locke, LLP, 301 S. College Street, Charlotte, North Carolina, on Tuesday, the 14th day of July, 2026, commencing at 8:38 a.m.

* * * * * * * *

INDEX OF EXAMINATIONS

By Ms. Williams . . . . . . . . . . . . . . . Page 9, 393
By Mr. Cameron . . . . . . . . . . . . . . . . . Page 384

INDEX OF EXHIBITS


| NUMBER | DESCRIPTION | MARKED/IDENTIFIED |
|---|---|---|
| Exhibit 1 | Email string, Bates Spire_0000873 | 59 |
| Exhibit 2 | Text message string, Bates MCCALL_0051 | 138 |
| Exhibit 3 | 2026 NASCAR National Series Schedules | 139 |
| Exhibit 4 | Email, Bates Spire_0000797 | 144 |
| Exhibit 5 | Teams meeting invite, Bates Spire_0000551 | 147 |
| Exhibit 6 | Teams meeting invite, Bates Spire_0000803 | 156 |
| Exhibit 7 | Teams meeting invite, Bates Spire_0000773 | 160 |
| Exhibit 8 | Text message string, Bates Spire_0000746 to 748 | 194 |
| Exhibit 9 | Employment Agreement, Bates Spire_0001005 to 017 | 274 |
| Exhibit 10 | Email string, Bates Spire_0000650 to 652 | 304 |
| Exhibit 11 | Lap Time Analysis for COTA and Phoenix, Bates Spire_0001488 | 317 |
| Exhibit 12 | Lap Time Analysis for Las Vegas, Darlington and Martinsville, Bates Spire_0001489 | 318 |

INDEX OF EXHIBITS (con't)

| | | |
|---|---|---|
| Exhibit 13 | Lap Time Analysis for Bristol, Kansas and Texas, Bates Spire_0001490 | 318 |
| Exhibit 14 | Lap Time Analysis for Dover, Charlotte and Nashville, Bates Spire_0001491 | 318 |
| Exhibit 15 | Lap Time Analysis for Michigan, Pocono and Sonoma, Bates Spire_001492 | 318 |
| Exhibit 16 | Teams message string, Bates Spire_0000814 to 815 | 340 |
| Exhibit 17 | Declaration of David Biro | 346 |

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We are going on the record at 8:38 a.m. on July 14th, 2026.

Please note that this deposition is being conducted virtually and in person. Quality of recording depends on the quality of camera, Internet connection of participants. What seems -- what is seen from the witness and heard on screen is what will be recorded. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media 1 of the recorded deposition of Matthew McCall in the matter of Joe Gibbs Racing versus Gabehart, Christopher, et al., filed in the United States District Court for the Western District of North Carolina, Charlotte Division, Case Number 3:26-CV-00133-SCR-DCK.

And this -- the location of the deposition is Troutman Pepper Locke LLP, 301 South College Street, Suite 3400, Charlotte, North Carolina 28202.

My name is Micah Lorick representing

Veritext Legal Solutions, and I am the videographer. The court reporter is Amy Brauser from the firm of Veritext Legal Solutions.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome. If there is any objections to proceeding, please state them at the time of your appearance.

Counsel and all present, including remotely, will now state their appearances and affiliations for the record, beginning with the noticing attorney.

MS. WILLIAMS: Danielle Williams with King & Spalding on behalf of the Plaintiff. With me is Tracea Rice with King & Spalding, Sarah Hutchins with Parker Poe, and Eric Schaefer with Joe Gibbs Racing.

MR. CAMERON: Lawrence Cameron with the law firm Troutman Pepper Locke. With me is Troy Homesley and Bill Anthony with Spire Motorsports.

MR. WILES: Spencer Wiles with Robinson Bradshaw on behalf of Mr. Gabehart. Mr. Davis,

Cary Davis, is also with me.

THE VIDEOGRAPHER: Will the court reporter, please, swear in the witness and then counsel may proceed.

MATTHEW DANIEL McCALL,

after having been first duly sworn by the certified stenographer, was examined and testified as follows:

EXAMINATION

BY MS. WILLIAMS:

Q. Good morning. Will you, please, state your full name for the record?
A. Matthew Daniel McCall.
Q. What is your address?
A. 6631 Kidville Road, Denver, North Carolina 28037.
Q. Have you been deposed before?
A. No, ma'am.
Q. This is your first time?
A. Yes, ma'am.
Q. Have you ever testified at trial?
A. No.
Q. We'll just go over some ground rules for today.

It's important that you speak in a spoken voice because, as you see, we've got a court

things were going.
Q. So your recollection is that the communications you had with Mr. Gabehart after the start of the 2026 season was small talk?
A. Very small. I mean, every once in a while, he may give you a congratulation text or looks pretty good. I think at one point in time, maybe he asked me about a crash we had in practice. Pretty -- pretty small talk, yes, ma'am.
Q. And has that been true for all of the 2026 season?
A. Yes, ma'am.
Q. So and we looked through a number of meeting planners and emails with debrief materials indicating that some were attached. We don't actually have those debrief materials for me to show you to -- to jog your -- your memory there. But there were no more -- I mean, all of the conversations, notwithstanding those meetings where you would characterize as small talk?
A. Ma'am, I understand it's really hard to believe. I promise you, he would come in, say, Hey, how's it going today? You guys doing good? Like he's literally just observing and reporting back to Jeff. The conversations are -- I don't

disagree. It's hard to follow. So like I know you want to keep asking me a lot of different questions, but it's -- it is.

Q. What do you mean by Mr. Gabehart is just observing?

A. Well, if you're not, you know, having any interactions, I consider that observing.

Q. Okay. And then -- and then how do you know he's reporting -- excuse me. How do you know that Mr. Gabehart is reporting back to Mr. Dickerson?

A. Well, that was his -- that's his role. So I'm not -- he doesn't work for me, so I am not following up on that, but I would assume he's doing his job of that nature.

Q. So what do you mean "he's doing his job of that nature"?

A. I mean, he's an owner advocate.

Q. What does that mean?

A. I believe it's you see what the different levels of racing are doing and you report back to Jeff at this point and have conversations. And if you see things you think are different, then you have that.

Q. Are you aware of instances where

BY MS. WILLIAMS:
Q. So if his position description says that he's managing competitive operations in each of the series, which includes the NASCAR Cup Series, you, as director of competition for the Cup Series, does not know what Mr. Gabehart has been doing in that area?
A. That is correct.
Q. No matter how I ask you that question, you're going to tell me you do not know what Mr. Gabehart has been doing for competition related to the Cup Series?
MR. CAMERON: Objection.
THE WITNESS: Ma'am, there's nothing he has been doing for the competition side.
BY MS. WILLIAMS:
Q. All right. And then, I mean, does your contract have a description of your position?
A. I'm pretty sure it does, but I don't know.
Q. In your experience, does Spire generally follow its contracts?
MR. CAMERON: Objection.
THE WITNESS: What do you mean by follow them, ma'am?

STATE OF NORTH CAROLINA
COUNTY OF DAVIDSON

C E R T I F I C A T E

I, Amy A. Brauser, RPR RMR CRR, the officer before whom the foregoing deposition was taken, do hereby certify that the witness was duly sworn by me prior to the taking of the foregoing deposition; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

This is the 16th day of July, 2026.

Amy A. Brauser, RPR RMR CRR
Notary Public # 20023030055