# Exhibit K

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 7 | Date Range: 2/14/2026 |

### Outline of Conversations

**CHAT - E0004_0000001 - 00005 - 2026/02/14** • 7 messages on 2/14/2026 • Chris Gabehart <+[redacted]> • Matt Mccall <[redacted]>

**Messages in chronological order** (times are shown in GMT -05:00)

**CHAT - E0004_0000001 - 00005 - 2026/02/14**

CG **Chris Gabehart <[redacted]>** 2/14/2026, 4:44 PM
Hey Matt. Did you guys get the 7 up to speed ok today?

MM **Matt Mccall <[redacted]>** 2/14/2026, 4:47 PM
They ran yesterday and everything seemed ok. Just working on details today that they didn't get yesterday.

CG **Chris Gabehart <[redacted]>** 2/14/2026, 4:47 PM
Ah good deal. All going ok?

MM **Matt Mccall <[redacted]>** 2/14/2026, 4:49 PM
Yes sir seems to be. You going to be at the shop Monday?

CG **Chris Gabehart <[redacted]>** 2/14/2026, 4:50 PM
Plan to be. Call me when you have a minute to discuss. Not urgent.

MM **Matt Mccall <+[redacted]>** 2/14/2026, 5:29 PM



*Image: tmp_d8879721-39b9-43af-b8dc-455291d32aaa.png (223 KB)*

CG **Chris Gabehart <[redacted]** 2/14/2026, 5:32 PM
👍

# Daytona International Speedway

**Date:** 2/15/2026 **Time:** 1:30 PM L/S D5142 R/S D5218

Stall Color Key:
= Mobility Pit Box; not in play and does not count towards driving through more than three pit boxes
= Vacant Pit Boxes; are in play and do count towards driving through more than three pit boxes

Inside Lane: 48, 7, 41, 1, 10, 24

Middle Lane: 47, 3, 16, 9, 77, 40, 88

Outside Lane: 78, 51, 97, 5, 71, 8

Adjacent Stalls
41 & 1
10 & 24 & 47
40 & 88
78 & 51






GABEHART01461