# Exhibit L

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 19 | Date Range: 2/15/2026 |

### Outline of Conversations

**50f6a5b9f5eb5bdc99c54797a9c97cad_cc552d6fd427459993fa4483e3f270aa** • 19 messages on 2/15/2026 • Chris Gabehart • Jeff Dickerson • Jeff Dickerson • Local User <R5CY80MP3CH_files_full.zip>

**Messages in chronological order** (times are shown in GMT -05:00)

**50f6a5b9f5eb5bdc99c54797a9c97cad_cc552d6fd427459993fa4483e3f270aa**

CG **Chris Gabehart** ◀ 2/15/2026, 3:15 PM
Fun to be thinking about a race again... lol

JD **Jeff Dickerson** ▶ 2/15/2026, 3:35 PM
Yes sir

JD **Jeff Dickerson** ▶ 2/15/2026, 3:36 PM
We executed that first stage pretty well

CG **Chris Gabehart** ◀ 2/15/2026, 3:36 PM
Yes. I am sitting next to Dax. A couple of observations. But overall good comms and execution.

JD **Jeff Dickerson** ▶ 2/15/2026, 3:40 PM
Get the blood flowing again

CG **Chris Gabehart** ◀ 2/15/2026, 3:41 PM
Finally warm enough outside to show up... 😄

JD **Jeff Dickerson** ▶ 2/15/2026, 4:01 PM
Absolutely

JD **Jeff Dickerson** ▶ 2/15/2026, 4:02 PM
Not bad

JD **Jeff Dickerson** ▶ 2/15/2026, 5:45 PM
What did you see there

JD **Jeff Dickerson** ▶ 2/15/2026, 5:45 PM
I don’t why he didn’t cover bottom

JD **Jeff Dickerson** ▶ 2/15/2026, 5:45 PM
And have the 71 shove him

CG **Chris Gabehart** ◀ 2/15/2026, 5:46 PM
I dont hate trying to cover the 43 based on what I saw. Just needed to close him all the way off, if anything. Instead, got hit outside RR bumper and turned him in the fence.

JD **Jeff Dickerson** ▶ 2/15/2026, 5:46 PM
Yeah that too

JD **Jeff Dickerson** ▶ 2/15/2026, 5:47 PM
71 probably wouldn’t have turned him tho

JD **Jeff Dickerson** ▶ 2/15/2026, 5:47 PM
We’ve got lots to dissect

CG **Chris Gabehart** ◀ 2/15/2026, 5:48 PM
Speedway's will break your heart. But you had 3 in great position to win taking the white. Hard to ask for a lot more than that at these places.

JD **Jeff Dickerson** ► 2/15/2026, 5:48 PM
I know

JD **Jeff Dickerson** ► 2/15/2026, 5:48 PM
All you can ask for is a shot

CG **Chris Gabehart** ◄ 2/15/2026, 5:48 PM
Had 2 of em. Good job.