# Exhibit N

4/20/2026 Kansas

Monday, April 20, 2026 10:14 AM

Griffin

[redacted]

Travis

[redacted]

Robbie

[redacted]

Sparks

[redacted]

Dan

[redacted]

Luke

[redacted]

Pete

[redacted]

Matty

[redacted]

Nick

[redacted]

Randy

[redacted]

Timmy

[redacted]

Jason

[redacted]

Dale

[redacted]

Doug

[redacted]

TY

[redacted]

Ray

[redacted]

Lundstrom

[redacted]

McCall

[redacted]

Wes

[redacted]

Dax

[redacted]

Gabehart

[redacted]

EXHIBIT
PENGAD 800-631-6989
Gerringer 4
8/20/26 CT

2/23/2026 Atlanta

Monday, February 23, 2026 11:01 AM

- TY
[redacted]
- Travis
[redacted]
- Dan
[redacted]
- Luke
[redacted]
- Robbie
[redacted]
- Sparks
[redacted]
- Jason
[redacted]
- Nick
[redacted]
- Chris
[redacted]
- Timmy
[redacted]
- Randy
[redacted]
- Matty
[redacted]
- Ray
[redacted]
- Matt L
[redacted]
- Doug
[redacted]



CONFIDENTIAL – Outside Counsel Only

# Atlanta1 Post-Race

Tuesday, February 17, 2026 10:35 AM

Post-Race Meeting

- Carson
[redacted]
- Michael
[redacted]
- Travis
[redacted]
- Daniel
[redacted]
- Chris
[redacted]

**Improvements:**

[redacted]


CONFIDENTIAL – Outside Counsel Only

Dover All-Star Post-Race
Monday, May 18, 2026 12:20 PM

[redacted]

- McDowell

[redacted]

- McCall

[redacted]

- Carson

[redacted]

- Luke

[redacted]

- Chris

[redacted]

- Daniel

[redacted]


CONFIDENTIAL – Outside Counsel Only