# Exhibit O

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC, )
)
)
Plaintiff, )
)
v. ) Case No.
) 3:26-cv-00133-SCR-DCK
CHRISTOPHER GABEHART and SPIRE )
MOTORSPORTS II, LLC, )
)
Defendants. )
______________________________ )

VIDEOTAPED DEPOSITION

OF

DAX GERRINGER

(Taken by Plaintiff)

Thursday, August 20, 2026

Charlotte, North Carolina

Reported by: Christine A. Taylor, RPR

Job No.: 8395236

APPEARANCES:

Representing the Plaintiff:
KING & SPALDING LLP
BY: TRACEA RICE, ESQUIRE
DANIELLE WILLIAMS, ESQUIRE
CHAD WALKER, ESQUIRE (via Zoom)
300 South Tryon Street, Suite 1700
Charlotte, North Carolina 28202
704.503.2600
trice@kslaw.com
dwilliams@kslaw.com
cwalker@kslaw.com

Representing the Defendant Spire Motorsports II, LLC:

TROUTMAN PEPPER LOCKE, LLP
BY: JOSHUA D. DAVEY, ESQUIRE
TROY C. HOMESLEY, III, ESQUIRE
301 South College Street
34th Floor
Charlotte, North Carolina 28202
704.916.1503
joshua.davey@troutman.com
troy.homesley@troutman.com

Representing the Defendant Christopher Gabehart:
ROBINSON BRADSHAW & HINSON PA
BY: ANNA CLAIRE TUCKER, ESQUIRE
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
704.377.8386
atucker@rbh.com

Also Present:

David Cooper, Videographer

On August 20, 2026, commencing at 9:05 a.m., the videotaped deposition of DAX GERRINGER was taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure, on behalf of the Defendants, at the offices of Troutman Pepper Locke LLP, 301 South College Street, Charlotte, North Carolina.

* * *

C O N T E N T S


| | PAGE |
|---|---|
| EXAMINATION BY MS. RICE | 7 |
| EXAMINATION BY MR. DAVEY | 224 |


* * *

E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | CONFIDENTIAL - Text Messages, GERRINGER_0003 | 17 |
| Exhibit 2 | CONFIDENTIAL - Employment Agreement Spire_0001005 - 1017 | 26 |
| Exhibit 3 | CONFIDENTIAL - Org Chart Spire_0000733 | 77 |
| Exhibit 4 | CONFIDENTIAL - Outside Counsel Only 4/20/2026 Kansas Notes Spire_0001712 | 130 |
| Exhibit 5 | CONFIDENTIAL - Outside Counsel Only PowerPoint, Spire_0000867 - 869 | 202 |

P R O C E E D I N G S

THE VIDEOGRAPHER: We are going on the record at 9:05:50 a.m., Thursday, August 20, 2026.

Please note that the microphones are sensitive and may pick up whispering of private conversations. Please turn off all cell phones or place them away from the microphones, as they can interfere with the deposition audio. Recording will continue until all parties agree to go off the record.

Here begins Media Unit Number 1 in the video-recorded deposition of Dax Gerringer, taken by counsel for the plaintiff, in the matter of Joe Gibbs Racing, LLC, versus Christopher Gabehart and Spire Motorsports II, LLC, in the United States District Court for the Western District of North Carolina, Charlotte Division. Case Number 3:26-cv-00133SCR-DCK.

This video deposition is taking place at Troutman Pepper Locke, LLP, in the Latta conference room, located at 301 South College Street, Suite 3400, Charlotte,

North Carolina 28202.

My name is David Cooper. I'm the certified legal videographer with Veritext. I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

Counsel and all present will now state their appearance and affiliation for the record. If there are any objections to the proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MS. RICE: Tracea Rice from King & Spalding on behalf of the plaintiff, Joe Gibbs Racing.

MS. WILLIAMS: Danielle Williams with King & Spalding on behalf of Joe Gibbs Racing.

MR. SCHAFFER: Eric Schaffer of Joe Gibbs Racing.

MR. DAVEY: Joshua Davey of Troutman Pepper Locke, here on behalf of Spire Motorsports and the witness.

MR. HOMESLEY: Troy Homesley of

Troutman Pepper Locke, here on behalf of Spire Motorsports.

MS. TUCKER: Anna Claire Tucker with Robinson Bradshaw, here on behalf of Christopher Gabehart.

THE VIDEOGRAPHER: The court reporter, Christine Taylor, will now swear in the witness.

* * *

DAX GERRINGER,

having first been duly sworn, was examined and testified as follows:

* * *

EXAMINATION

BY MS. RICE:

Q. Good morning.
A. Good morning.
Q. Please state your full name for the record.
A. Dax Gerringer.
Q. And what is your address?
A. 112 Rutledge Street, China Grove, North Carolina.
Q. Have you ever been deposed before, Mr. Gerringer?

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

CERTIFICATE OF REPORTER

I, Christine A. Taylor, Registered Professional Reporter and Notary Public for the State of North Carolina at Large, do hereby certify:

That the foregoing deposition was taken before me on the date and at the time and location stated in this transcript; that the deponent was duly sworn to testify to the truth, the whole truth and nothing but the truth; that the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed; that the foregoing deposition as typed is a true, accurate and complete record of the testimony of the deponent and of all objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof. Witness my hand, this 24th of August, 2027.

Christine A. Taylor,
Registered Professional Reporter
Notary Public 19960530077
State of North Carolina