# Exhibit P

**This Document Produced in Native Format**

| Race # | Race Date | Race Start Time (est) | Race location | Track type |
|---|---|---|---|---|
| | Sun, Feb 1 | 8:00 PM | Bowman Gray Clash | Short track |
| 1 | Sun, Feb 15 | 2:30 PM | Daytona | Super Speedway |
| 2 | Sun, Feb 22 | 3:00 PM | Atlanta | Super Speedway |
| 3 | Sun, Mar 1 | 3:30 PM | COTA | Road Course |
| 4 | Sun, Mar 8 | 3:30 PM | Phoenix | Short Track |
| 5 | Sun, Mar 15 | 4:00 PM | Las Vegas | Intermediate |
| 6 | Sun, Mar 22 | 3:00 PM | Darlington | Mid Track |
| 7 | Sun, Mar 29 | 3:30 PM | Martinsville | Short Track |
| OFF | | | | |
| 8 | Sun, Apr 12 | 3:00 PM | Bristol | Short Track |
| 9 | Sun, Apr 19 | 2:00 PM | Kansas | Intermediate |
| 10 | Sun, Apr 26 | 3:00 PM | Talladega | Super Speedway |
| 11 | Sun, May 3 | 3:30 PM | Texas | Intermediate |
| 12 | Sun, May 10 | 3:00 PM | Watkins Glen | Road Course |
| | Sun, May 17 | 3:00 PM | Dover All-Star | Short track |
| 13 | Sun, May 24 | 6:00 PM | Charlotte | Intermediate |
| 14 | Sun, May 31 | 7:00 PM | Nashville | Mid Track |
| 15 | Sun, Jun 7 | 3:00 PM | Michigan | Intermediate |
| 16 | Sun, Jun 14 | 3:00 PM | Pocono | Intermediate |
| 17 | Sun, Jun 21 | 4:00 PM | San Diego | Road Course |
| 18 | Sun, Jun 28 | 3:30 PM | Sonoma | Road Course |
| 19 | Sun, Jul 5 | 6:00 PM | Chicagoland | Intermediate |
| 20 | Sun, Jul 12 | 7:00 PM | Atlanta | Super Speedway |
| 21 | Sun, Jul 19 | 7:00 PM | North Wilkesboro | Short Track |
| 22 | Sun, Jul 26 | 2:00 PM | Indianapolis | Intermediate |
| OFF | | | | |
| 23 | Sun, Aug 9 | 3:30 PM | Iowa | Short Track |
| 24 | **Sat, Aug 15** | **7:00 PM** | Richmond | Short Track |
| 25 | Sun, Aug 23 | 3:00 PM | Loudon | Short Track |
| 26 | **Sat, Aug 29** | **7:30 PM** | Daytona | Super Speedway |
| 27 | Sun, Sep 6 | 5:00 PM | Darlington | Mid Track |
| 28 | Sun, Sep 13 | 3:00 PM | Gateway | Mid Track |
| 29 | **Sat, Sep 19** | **7:30 PM** | Bristol | Short Track |
| 30 | Sun, Sep 27 | 3:00 PM | Kansas | Intermediate |
| 31 | Sun, Oct 4 | 5:30 PM | Las Vegas | Intermediate |
| 32 | Sun, Oct 11 | 3:00 PM | Charlotte | Intermediate |
| 33 | Sun, Oct 18 | 3:00 PM | Phoenix | Short Track |
| 34 | Sun, Oct 25 | 2:00 PM | Talladega | Super Speedway |
| 35 | Sun, Nov 1 | 2:00 PM | Martinsville | Short Track |
| 36 | Sun, Nov 8 | 3:00 PM | Homestead | Intermediate |

[redacted] pdated 3/5/2026

[redacted]

[redacted]

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **2026** | **0** | **#DIV/0!** | **#DIV/0!** | **#DIV/0!** | **0** | **0** | **#DIV/0!** | **0** | **0** | **0** | **#DIV/0!** | **0** | **#DIV/0!** | **#DIV/0!** | **0** | **0** | **0** | **0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | **0.0** | |
| 2026 Proj | #DIV/0! | [redacted] | [redacted] | [redacted] | #DIV/0! | #DIV/0! | [redacted] | #DIV/0! | #DIV/0! | #DIV/0! | [redacted] | #DIV/0! | [redacted] | [redacted] | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Goals | | | [redacted] | [redacted] | | [redacted] | | | | | [redacted] | [redacted] | [redacted] | [redacted] | | | | [redacted] | | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] | | [redacted] | |

| Race # | Race location | Track type | [redacted] | |
|---|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] | 0.0 |
| 2 | Atlanta | Super Speedway | | 0.0 |
| 3 | COTA | Road Course | | 0.0 |
| 4 | Phoenix | Short Track | | 0.0 |
| 5 | Las Vegas | Intermediate | | 0.0 |
| 6 | Darlington | Mid Track | | 0.0 |
| 7 | Martinsville | Short Track | | 0.0 |
| 8 | Bristol | Short Track | | 0.0 |
| 9 | Kansas | Intermediate | | 0.0 |
| 10 | Talladega | Super Speedway | | 0.0 |
| 11 | Texas | Intermediate | | 0.0 |
| 12 | Watkins Glen | Road Course | | 0.0 |
| 13 | Charlotte | Intermediate | | 0.0 |
| 14 | Nashville | Mid Track | | 0.0 |
| 15 | Michigan | Intermediate | | 0.0 |
| 16 | Pocono | Intermediate | | 0.0 |
| 17 | San Diego | Road Course | | 0.0 |
| 18 | Sonoma | Road Course | | 0.0 |
| 19 | Chicagoland | Intermediate | | 0.0 |
| 20 | Atlanta | Super Speedway | | 0.0 |
| 21 | North Wilkesboro | Short Track | | 0.0 |
| 22 | Indianapolis | Intermediate | | 0.0 |
| 23 | Iowa | Short Track | | 0.0 |
| 24 | Richmond | Short Track | | 0.0 |
| 25 | Loudon | Short Track | | 0.0 |
| 26 | Daytona | Super Speedway | | 0.0 |
| 27 | Darlington | Mid Track | | 0.0 |
| 28 | Gateway | Mid Track | | 0.0 |
| 29 | Bristol | Short Track | | 0.0 |
| 30 | Kansas | Intermediate | | 0.0 |
| 31 | Las Vegas | Intermediate | | 0.0 |
| 32 | Charlotte | Intermediate | | 0.0 |
| 33 | Phoenix | Short Track | | 0.0 |
| 34 | Talladega | Super Speedway | | 0.0 |
| 35 | Martinsville | Short Track | | 0.0 |
| 36 | Homestead | Intermediate | | 0.0 |

| 7 | [redacted] |
|---|---|
| 2025 | |
| 2026 | |
| 2026 Proj | |
| Goals | |

| Race # | Race location | Track type | [redacted] | |
|---|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] | |
| 2 | Atlanta | Super Speedway | [redacted] | |
| 3 | COTA | Road Course | [redacted] | |
| 4 | Phoenix | Short Track | [redacted] | |
| 5 | Las Vegas | Intermediate | | 0.0 |
| 6 | Darlington | Mid Track | | 0.0 |
| 7 | Martinsville | Short Track | | 0.0 |
| 8 | Bristol | Short Track | | 0.0 |
| 9 | Kansas | Intermediate | | 0.0 |
| 10 | Talladega | Super Speedway | | 0.0 |
| 11 | Texas | Intermediate | | 0.0 |
| 12 | Watkins Glen | Road Course | | 0.0 |
| 13 | Charlotte | Intermediate | | 0.0 |
| 14 | Nashville | Mid Track | | 0.0 |
| 15 | Michigan | Intermediate | | 0.0 |
| 16 | Pocono | Intermediate | | 0.0 |
| 17 | San Diego | Road Course | | 0.0 |
| 18 | Sonoma | Road Course | | 0.0 |
| 19 | Chicagoland | Intermediate | | 0.0 |
| 20 | Atlanta | Super Speedway | | 0.0 |
| 21 | North Wilkesboro | Short Track | | 0.0 |
| 22 | Indianapolis | Intermediate | | 0.0 |
| 23 | Iowa | Short Track | | 0.0 |
| 24 | Richmond | Short Track | | 0.0 |
| 25 | Loudon | Short Track | | 0.0 |
| 26 | Daytona | Super Speedway | | 0.0 |
| 27 | Darlington | Mid Track | | 0.0 |
| 28 | Gateway | Mid Track | | 0.0 |
| 29 | Bristol | Short Track | | 0.0 |
| 30 | Kansas | Intermediate | | 0.0 |
| 31 | Las Vegas | Intermediate | | 0.0 |
| 32 | Charlotte | Intermediate | | 0.0 |
| 33 | Phoenix | Short Track | | 0.0 |
| 34 | Talladega | Super Speedway | | 0.0 |
| 35 | Martinsville | Short Track | | 0.0 |
| 36 | Homestead | Intermediate | | 0.0 |

| 71 | [redacted] | | | |
|---|---|---|---|---|
| 2025 | | | | |
| 2026 | | | | |
| 2026 Pro | | | | |
| Goals | | | | |

| Race # | Race location | Track type | [redacted] | |
|---|---|---|---|---|
| 1 | Daytona | Super Speedway | | |
| 2 | Atlanta | Super Speedway | | |
| 3 | COTA | Road Course | | |
| 4 | Phoenix | Short Track | | |
| 5 | Las Vegas | Intermediate | | 0.0 |
| 6 | Darlington | Mid Track | | 0.0 |
| 7 | Martinsville | Short Track | | 0.0 |
| 8 | Bristol | Short Track | | 0.0 |
| 9 | Kansas | Intermediate | | 0.0 |
| 10 | Talladega | Super Speedway | | 0.0 |
| 11 | Texas | Intermediate | | 0.0 |
| 12 | Watkins Glen | Road Course | | 0.0 |
| 13 | Charlotte | Intermediate | | 0.0 |
| 14 | Nashville | Mid Track | | 0.0 |
| 15 | Michigan | Intermediate | | 0.0 |
| 16 | Pocono | Intermediate | | 0.0 |
| 17 | San Diego | Road Course | | 0.0 |
| 18 | Sonoma | Road Course | | 0.0 |
| 19 | Chicagoland | Intermediate | | 0.0 |
| 20 | Atlanta | Super Speedway | | 0.0 |
| 21 | North Wilkesboro | Short Track | | 0.0 |
| 22 | Indianapolis | Intermediate | | 0.0 |
| 23 | Iowa | Short Track | | 0.0 |
| 24 | Richmond | Short Track | | 0.0 |
| 25 | Loudon | Short Track | | 0.0 |
| 26 | Daytona | Super Speedway | | 0.0 |
| 27 | Darlington | Mid Track | | 0.0 |
| 28 | Gateway | Mid Track | | 0.0 |
| 29 | Bristol | Short Track | | 0.0 |
| 30 | Kansas | Intermediate | | 0.0 |
| 31 | Las Vegas | Intermediate | | 0.0 |
| 32 | Charlotte | Intermediate | | 0.0 |
| 33 | Phoenix | Short Track | | 0.0 |
| 34 | Talladega | Super Speedway | | 0.0 |
| 35 | Martinsville | Short Track | | 0.0 |
| 36 | Homestead | Intermediate | | 0.0 |

| 77 | [redacted] |
|---|---|
| 2025 | |
| 2026 | |
| 2026 Proj | |
| Goals | |

| Race # | Race location | Track type | [redacted] |
|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] |
| 2 | Atlanta | Super Speedway | [redacted] |
| 3 | COTA | Road Course | [redacted] |
| 4 | Phoenix | Short Track | [redacted] |
| 5 | Las Vegas | Intermediate | 0.0 |
| 6 | Darlington | Mid Track | 0.0 |
| 7 | Martinsville | Short Track | 0.0 |
| 8 | Bristol | Short Track | 0.0 |
| 9 | Kansas | Intermediate | 0.0 |
| 10 | Talladega | Super Speedway | 0.0 |
| 11 | Texas | Intermediate | 0.0 |
| 12 | Watkins Glen | Road Course | 0.0 |
| 13 | Charlotte | Intermediate | 0.0 |
| 14 | Nashville | Mid Track | 0.0 |
| 15 | Michigan | Intermediate | 0.0 |
| 16 | Pocono | Intermediate | 0.0 |
| 17 | San Diego | Road Course | 0.0 |
| 18 | Sonoma | Road Course | 0.0 |
| 19 | Chicagoland | Intermediate | 0.0 |
| 20 | Atlanta | Super Speedway | 0.0 |
| 21 | North Wilkesboro | Short Track | 0.0 |
| 22 | Indianapolis | Intermediate | 0.0 |
| 23 | Iowa | Short Track | 0.0 |
| 24 | Richmond | Short Track | 0.0 |
| 25 | Loudon | Short Track | 0.0 |
| 26 | Daytona | Super Speedway | 0.0 |
| 27 | Darlington | Mid Track | 0.0 |
| 28 | Gateway | Mid Track | 0.0 |
| 29 | Bristol | Short Track | 0.0 |
| 30 | Kansas | Intermediate | 0.0 |
| 31 | Las Vegas | Intermediate | 0.0 |
| 32 | Charlotte | Intermediate | 0.0 |
| 33 | Phoenix | Short Track | 0.0 |
| 34 | Talladega | Super Speedway | 0.0 |
| 35 | Martinsville | Short Track | 0.0 |
| 36 | Homestead | Intermediate | 0.0 |


Info
Home
New
Open
Info
Save
Save As
Save as Adobe PDF
Print
Share
Share as Adobe PDF link
Export
Close
Account
Options
GABEHART01500
Downloads
Upload
Share
Copy path
Copy local path
Open file location
Protect Workbook
Protect Workbook
One or more sheets in this workbook have been locked to prevent unwanted changes to the data.
BLANK Unprotect
7 Unprotect
71 Unprotect
77 Unprotect
Check for Issues
Inspect Workbook
Before publishing this file, be aware that it contains:
Comments
Document properties, printer path and absolute path
Hidden columns
Invisible objects
Content that people with disabilities find difficult to read
Version History
Version History
View and restore previous versions.
Manage Workbook
Manage Workbook
There are no unsaved changes.
Reset Changes Pane
Reset Changes Pane
Clear the history of changes displayed in the Changes pane.
Browser View Options
Browser View Options
Pick what users can see when this workbook is viewed on the Web.
Properties
Size 75.1KB
Title Add a title
Tags Add a tag
Comments Add comments
Template
Status Add text
Categories Add a category
Subject Specify the subject
Hyperlink Base Add text
Company Specify the company
Related Dates
Last Modified 3/5/2026 7:50 AM
Created
Last Printed
Related People
Manager Specify the manager
Author Add an author
Last Modified By CG Chris Gabehart
Related Documents
Open File Location
Show Fewer Properties