# Exhibit Q

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK
JOE GIBBS RACING, LLC,
Plaintiff,
vs.
CHRISTOPHER GABEHART and
SPIRE MOTORSPORTS, LLC,

Defendants.
----------------------------------------------X

* * CONFIDENTIAL * *
ATTORNEYS' EYES ONLY
August 25, 2026
9:14 A.M.
VIDEOTAPED DEPOSITION
OF TRAVIS PETERSON
Charlotte, North Carolina

Reported By:
Randi J. Garcia, RPR, CCR
Job No.: 8406657

Transcript of the deposition of TRAVIS PETERSON, called for Oral Examination in the above-captioned matter, said Deposition being taken pursuant to Federal Rules of Civil Procedure by and before RANDI J. GARCIA, Registered Professional Reporter, CCR, and Notary Public, held at 301 South College Street, Suite 3400, Charlotte, North Carolina, on Tuesday, August 25, 2026, commencing at approximately 9:14 a.m.

A P P E A R A N C E S:

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:

BY: KEITH M. WEDDINGTON, ESQ.
Parker Poe Adams & Bernstein LLP
620 South Tryon Street
Suite 800
Charlotte, North Carolina 28202
(704) 335-6639
kweddington@parkerpoe.com

and...

BY: TRACEA RICE, ESQ. (VIA ZOOM)
King & Spalding LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201
(214) 764 4600

(Continued)

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:

BY: ANNA CLAIRE TUCKER, ESQ.
Robinson Bradshaw
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8376
atucker@rbh.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC:

BY: JOSHUA D. DAVEY, ESQ.
BENJAMIN WHORF, ESQ.
Troutman Pepper Locke
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 998-6509
benjamin.whorf@troutman.com
joshua.davey@troutman.com

Also Present:
John Roberts, Videographer

# I N D E X

WITNESS: TRAVIS PETERSON

EXAMINATION PAGE

By Mr. Weddington: ..................9

* * *

INDEX TO EXHIBITS



| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Spire_0000733 | 20 |
| Exhibit 2 | PETERSON_0010 | 81 |
| Exhibit 3 | Spire_0000718 - calendar notice | 103 |
| Exhibit 4 | Spire_0000528 - calendar invitation from Matt McCall | 106 |
| Exhibit 5 | Spire_0001880 - invitation from Dax Gerringer dated February 16, 2026 | 108 |
| Exhibit 6 | Spire_0000549 | 112 |
| Exhibit 7 | Spire_0000524 - invitation from Dax Gerringer to engineering prerace meeting for February 18, 2026 | 114 |
| Exhibit 8 | Spire_0000547 - invitation from Matt McCall to Atlanta one pre-event meeting | 116 |
| Exhibit 9 | Spire_0000797 -Monday, February 23rd invitation to Atlanta | 122 |
| Exhibit 10 | Spire_0000535 - invitation for Monday, February 23rd | 125 |
| Exhibit 11 | Spire_0001438 - e-mail from Matt McCall dated February 24, 2026 | 126 |
| Exhibit 12 | Spire_0000548 - invitation from Matt McCall to a COTA strategy review | 129 |

(Continued)


| | | |
|---|---|---|
| Exhibit 13 | Meeting invitation from Matt McCall regarding Cup Series COTA post race/Q debrief for Saturday, February 28th, 2026 | 132 |
| Exhibit 14 | e-mail from Matt McCall dated February 28th, 2026 | 137 |
| Exhibit 15 | February 28th, 2026 e-mail from Dax Gerringer | 140 |
| Exhibit 16 | invitation from Matt McCall regarding a meeting on March 1st, 2026 | 142 |
| Exhibit 17 | invitation from Matt McCall for a meeting on March 2nd, 2026 | 144 |
| Exhibit 18 | e-mail from Dax Gerringer. Regarding design projects | 146 |
| Exhibit 19 | text exchange between you and Rodney Childers dated April 8, 2025, | 159 |
| Exhibit 20 | Spire 001251 - Dobson e-mail | 183 |
| Exhibit 21 | vendor list | 198 |
| Exhibit 22 | e-mail from Heather Griffin dated February 21st, 2026 | 210 |
| Exhibit 23 | series of text messages dated February 19, 2026 | 213 |
| Exhibit 24 | e-mail from William Anthony to Spire all employees | 221 |
| Exhibit 25 | series of text messages | 239 |

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:14 a.m. on Tuesday, August 25th, 2026.

This is media unit one of the video recorded deposition of Travis Peterson taken in the matter of Joe Gibbs Racing, LLC versus Christopher Gabehart and Spire Motorsports, LLC being heard in the United States District Court, Western District of North Carolina, Charlotte Division. Case Number 326-CV-00133-SCR-DCK.

We are at the law offices of Troutman Peter -- Pepper Locke located at 301 South College Street, Suite 3400 in Charlotte, North Carolina.

Counsel will now state their appearance and affiliation for the record beginning with the noticing attorney.

MR. WEDDINGTON: Keith Weddington for plaintiffs with Parker Poe Adams & Bernstein.

MR. DAVEY: Joshua Davey and Ben Whorf of Troutman Pepper Locke here for Spire Motorsports and the witness.

MS. TUCKER: Anne Claire Tucker with

Robinson Bradshaw here on behalf of Christopher Gabehart.

MR. WEDDINGTON: Good morning.

T R A V I S P E T E R S O N, after having been first duly sworn, was examined and testified as follows:

THE WITNESS: I do.

EXAMINATION

BY MR. WEDDINGTON:

Q. Please state your full name for the record, please.

A. Yes, sir. Travis Peterson.

Q. All right. And what is your current position?

A. I am the crew chief of the No. 71 car at Spire Motorsports.

Q. When did you begin working at Spire?

A. Roughly two years ago, maybe a little less than that. The off-season of that year.

Q. What positions have you held at Spire Motorsports?

A. Same job the whole time, crew chief of the 71.

Q. Okay. Give me your brief employment history prior to Spire.

race debriefs?
A. No.
Q. Has anyone described or discussed with you how JGR conducts its driver debriefs?
A. No.
Q. Have you ever heard of Mr. Gabehart, since he's been at Spire, comparing Spire's processes to the way something was done at JGR?
A. I don't think so.
Q. Are you sure?
A. Yeah.
Q. Have you ever heard Mr. Gabehart discussing, since he's been at Spire, what sort of testing or tooling capabilities JGR has developed?
A. No.
Q. Have you ever seen a photograph or screenshot containing JGR information?
A. Just what I referenced earlier from Roush.
Q. Have you ever seen any handwritten notes containing JGR information?
A. No.
Q. Have you ever orally received JGR information?

A. Probably.
Q. How so?
A. I believe I asked Gabehart one time about qualifying pressures and asked him the direction, if they were higher or lower than where we were.
Q. So you're referring to qualifying tire pressures?
A. Yes.
Q. And comparing Spire's air pressures to Joe Gibbs Racing's air pressures?
A. I believe the way I framed it was, hey, we were wondering if we need to be higher or lower in qualifying, and I asked telling him what our pressures were.
Q. Which race was this?
A. Probably COTA. It was a road course early on.
Q. And how did he respond?
[redacted]
Q. And he would have had access to whatever numbers you were already at on the Spire side?
A. I told him.
Q. Okay. Other than that occasion,

HIGHLY CONFIDENTIAL - OCO



anything you recall Mr. Gabehart sharing with you about comparisons to JGR?
A. I think we had a similar conversation about springs at the same time.
Q. Also at COTA?
A. Yes. I don't remember if it was at COTA. I believe it was about COTA because I remember it being an early road course.
Q. Okay. And what discussions did you all have about springs that Spire was using versus what JGR had used?
[redacted]
And then him saying: [redacted]
Q. We being JGR, [redacted]
A. Yes.
Q. [redacted]

HIGHLY CONFIDENTIAL - OCO



[redacted]

[redacted]

MR. DAVEY: Objection to the form.
Misstates the prior testimony.

THE WITNESS: Yeah, I did not change anything based on it to your -- what you said. [redacted]

Q. Why did you ask Mr. Gabehart about spring ratio or spring rates?

[redacted]

Q. Were you looking for better performance?

A. I wouldn't say so, purely because we were curious. But we run really good at road courses already, so I don't know that there's a significant average to Gibbs versus us at road courses.

officer, has not been involved in and is not responsible for day-to-day competition operations or competition-related decision-making."
Do you see that? The end of the paragraph that begins "in the future"?
A. Yup. I see that, yup.
Q. Did you hear anybody at Spire express any confusion that that didn't match up with what they had witnessed since he had been at Spire?
A. Did not hear anybody have any confusion on that.
Q. Did you have any thoughts along those lines?
A. No. It's fairly consistent with what I viewed his role to be and the fact I spend most of my day-to-day in competition operations and don't interact with him a lot it would make sense.
Q. At any time since Mr. Gabehart became employed by Spire, were you advised to be sure that Mr. Gabehart does not have any input into competitive calls concerning Spire's Cup Series racing?

MR. DAVEY: Objection to the form.
THE WITNESS: No, I don't believe so.
BY MR. WEDDINGTON:
Q. Mr. Anthony concludes his e-mail by saying: "Furthermore, if anyone is unsure whether Chris should be involved in something, please reach out to me and I will provide guidance."
Are you aware of anyone raising questions about whether or not Mr. Gabehart should be involved in something or not?
A. I don't think I've heard of that, no.
Q. Did you discuss this e-mail with any other employees at Spire?
A. I don't think so.
Q. Are you aware of any policy at Spire that would place any sort of limits on Mr. Gabehart sharing JGR confidential information?
A. No. Doesn't seem like something you would specifically write a policy for.
Q. I'm sorry, you're going to have to speak up.
A. No. Sorry. No, it doesn't seem like it's something he'd write a policy for.

CERTIFICATE

NORTH CAROLINA

I, the undersigned authority, hereby certify that the foregoing transcript, page 1 through 241 is a true and correct transcription of the deposition of Travis Peterson, taken before me at the time and place set forth on the title page hereof.

I further certify that said witness was duly sworn by me according to law.

I further certify that I am not of counsel to any of the parties to said cause or otherwise interested in the event thereof.

IN WITNESS WHEREOF I hereunto set my hand and affix official seal this 26th day of August, 2026.

RANDI GARCIA, COURT REPORTER, RPR
NOTARY PUBLIC