# Exhibit S

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 4 |
| Total Messages: 6 | Date Range: 3/28/2026 |

### Outline of Conversations

**3b5da72f-4e7e-4eda-8cc0-3764c4463653** • 6 messages on 3/28/2026 • [redacted] • [redacted] [Chris Gabehart]" </> • Chris Gabehart <[redacted] • \"[redacted] [+[redacted](owner)]\"" </>

**Messages in chronological order** (times are shown in GMT -04:00)

---

**3b5da72f-4e7e-4eda-8cc0-3764c4463653**

| | | |
|---|---|---|
| # | +[redacted] <+[redacted]><br>We're a struggle. Although got a good Q lap | ▶ 3/28/2026, 3:06 PM |
| # | +[redacted] <+[redacted]><br>In our meeting right now, let me call you after | ▶ 3/28/2026, 3:07 PM |
| CG | **Chris Gabehart** <+[redacted]><br>👍 | ◀ 3/28/2026, 3:08 PM |
| # | [redacted] <[redacted]><br>[redacted] | ▶ 3/28/2026, 3:09 PM |
| CG | **Chris Gabehart** <[redacted]><br>Stop | ◀ 3/28/2026, 3:10 PM |
| # | [redacted] <+[redacted]<br>Copy | ▶ 3/28/2026, 3:10 PM |