# Exhibit T

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC, )
)
)
Plaintiff, )
)
v. ) Case No.
) 3:26-cv-00133-SCR-DCK
CHRISTOPHER GABEHART and SPIRE )
MOTORSPORTS II, LLC, )
)
Defendants. )
______________________________ )

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

VIDEOTAPED DEPOSITION

OF

RICK MACGOWAN

(Taken by Defendants)

Monday, August 31, 2026

Charlotte, North Carolina

Reported by: Cindy A. Hayden, RMR, CRR

Job No.: 8409860

APPEARANCES:

Representing the Plaintiff:

PARKER POE ADAMS & BERNSTEIN LLP
BY: KEVIN A. MARSHALL, ESQUIRE
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
704.372.9000
kmarshall@parkerpoe.com

~ And ~

KING & SPALDING LLP
BY: DANIELLE WILLIAMS, ESQUIRE
300 S. Tryon Street
Suite 1700
Charlotte, North Carolina 28202
704.503.2642
dwilliams@kslaw.com

Representing the Defendant Spire Motorsports II, LLC:

TROUTMAN PEPPER LOCKE, LLP
BY: BENJAMIN WHORF, ESQUIRE
301 South College Street
34th Floor
Charlotte, North Carolina 28202
704.916.1503
benjamin.whorf@troutman.com

Representing the Defendant Christopher Gabehart:
ROBINSON BRADSHAW & HINSON PA
BY: CARY DAVIS, ESQUIRE
ANNA CLAIRE TUCKER, ESQUIRE
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
704.377.8386
cdavis@rbh.com
atucker@rbh.com

Also Present: Curtis Collins, Videographer

On August 31st, 2026, commencing at 9:46 a.m., the videotaped deposition of RICK MACGOWAN was taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure, on behalf of the Defendants, at Parker Poe Adams & Bernstein, 620 South Tryon Street, Suite 800, Charlotte, North Carolina.

I N D E X

| | PAGE |
|---|---|
| EXAMINATION BY MR. DAVIS .................... | 7 |

E X H I B I T S

| MACGOWAN NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | Plaintiff's Fourth Supplemental Responses and Objections to Defendant Spire Motorsports, LLC's First Set of Interrogatories and Supplemental Responses and Objections to Defendant Spire Motorsports, LLC's Third Set of Interrogatories | 138 |

P R O C E E D I N G S

* * *

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:46 a.m. on August 31st, 2026.

Please note that the microphones are sensitive and may pick up whispers and private conversations. Please mute your phones at this time. Audio and video recordings will continue to take place unless all parties agree to go off the record.

This is Media Unit Number 1 recorded deposition of Rick MacGowan taken by counsel for plaintiff in the matter of Joe Gibbs Racing, LLC, versus Christopher Gabehart and Spire Motorsports, LLC. This is filed in the Western District of North Carolina, Charlotte Division, Case Number 3:26-CV-00133-SCR-DCK.

The location of this deposition is 620 South Tryon Street, Charlotte, North Carolina 28202.

My name is Curtis Collins representing Veritext, and I am the

videographer. The court reporter is Cindy Hayden from the firm Veritext. I am not related to any party of this action, nor am I financially interested in the outcome.

If there is objections to proceedings, please state them at the time of your appearance.

Counsel and all present, including remotely will now state their appearance and affiliation, excuse me, for the record, beginning with the noticing attorney.

MR. DAVIS: Cary Davis and Anna Claire Tucker with the law firm Robinson Bradshaw on behalf of defendant Christopher Gabehart.

MR. WHORF: Ben Whorf for Spire Motorsports.

MR. MARSHALL: Kevin Marshall, Parker Poe Adams & Bernstein on behalf of plaintiff Joe Gibbs Racing, LLC.

MS. WILLIAMS: Danielle Williams of King & Spalding on behalf of plaintiff Joe Gibbs Racing.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness, and then counsel may proceed.

* * *

RICK MACGOWAN,

having been first duly sworn, was examined and testified as follows:

* * *

EXAMINATION

BY MR. DAVIS:

Q. Good morning, Mr. MacGowan.
A. Good morning.
Q. We met just a few minutes ago. My name is Cary Davis. I represent Mr. Gabehart. And this exercise that we are here to do today is called a deposition.
Have you ever had your deposition taken before?
A. No.
Q. Okay. Start by telling us your -- your full name for the record, please.
A. Rick MacGowan.
Q. Okay. And what is your address?
A. [redacted]

Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]

A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted] [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]

A. [redacted]
Q. [redacted]
A. [redacted] [redacted]
[redacted]
Q. [redacted]
A. [redacted]
Q. [redacted] [redacted]
[redacted]

[redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]

[redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]

A. [redacted]

Q. [redacted]
A. [redacted]
[redacted]
Q. [redacted]
A. [redacted]
[redacted]
Q. [redacted]
A. [redacted]

[redacted]

A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted] [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]
Q. [redacted]
A. [redacted]

CERTIFICATE OF REPORTER

I, Cindy A. Hayden, Registered Merit Reporter and Notary Public for the State of North Carolina at Large, do hereby certify:

That the foregoing deposition was taken before me on the date and at the time and location stated on Page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth and nothing but the truth; that the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed; that the foregoing deposition as typed is a true, accurate and complete record of the testimony of the deponent and of all objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof. Witness my hand, this 1st of September, 2026, at Concord, Cabarrus County, North Carolina.

Cindy A. Hayden,
Registered Merit Reporter
Notary Public
State of North Carolina at Large
My Commission expires:
April 7, 2027