# Exhibit U

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC, )
)
)
Plaintiff, )
)
v. ) Case No.
) 3:26-cv-00133-SCR-DCK
CHRISTOPHER GABEHART and SPIRE )
MOTORSPORTS II, LLC, )
)
Defendants. )
______________________________ )

VIDEOTAPED DEPOSITION

OF

RYAN SPARKS

(Taken by Defendants)

Thursday, August 27, 2026

Charlotte, North Carolina

Reported by: Cindy A. Hayden, RMR, CRR

Job No.: 8406719

APPEARANCES:

Representing the Plaintiff:

PARKER POE ADAMS & BERNSTEIN LLP
BY: TORY IAN SUMMEY, ESQUIRE
KEITH M. WEDDINGTON, ESQUIRE
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
704.372.9000
torysummey@parkerpoe.com
keithweddington@parkerpoe.com

~ And ~

KING & SPALDING
BY: CHAD WALKER, ESQUIRE
2601 Olive Street
Suite 2300
Dallas, TX 75201
214.764.4600
cwalker@kslaw.com

Representing the Defendant Spire Motorsports II, LLC:

TROUTMAN PEPPER LOCKE, LLP
BY: JOSHUA D. DAVEY, ESQUIRE
JENNA M. WHITE, ESQUIRE
301 South College Street
34th Floor
Charlotte, North Carolina 28202
704.916.1503
joshua.davey@troutman.com
jenna.white@troutman.com

(Appearances continued on next page.)

APPEARANCES CONTINUED:

Representing the Defendant Christopher Gabehart:

ROBINSON BRADSHAW & HINSON PA
BY: CARY DAVIS, ESQUIRE
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
704.377.8386
cdavis@rbh.com

Also Present:

Curtis Collins, Videographer
Bill Anthony

On August 27, 2026, commencing at 9:25 a.m., the videotaped deposition of RYAN SPARKS was taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure, on behalf of the Plaintiffs, at Troutman Pepper Locke, LLP, 301 South College Street, 34th Floor, Charlotte, North Carolina 28202.

I N D E X


| | PAGE |
|---|---|
| EXAMINATION BY MR. SUMMEY .................... | 9 |
| EXAMINATION BY MR. DAVEY ..................... | 289 |
| EXAMINATION BY MR. SUMMEY .................... | 301 |


E X H I B I T S


| SPARKS NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| EXHIBIT 1 | Text message chain with Matt McCall and Ryan Sparks, Bates MCCALL_0018-22 | 152 |
| EXHIBIT 2 | Email dated 3/9/26, Subject: SMII Payroll Info, Bates Spire_0000769-770 | 167 |
| EXHIBIT 3 | Spire Motorsports Employment Agreement for Christopher Gabehart, Bates Spire_0001005-017 | 172 |
| EXHIBIT 4 | Email dated 2/16/26, Subject: 26DAY1 Driver Debrief, Bates Spire_0001880 | 179 |
| EXHIBIT 5 | Text messages with Chris Gabehart and Ryan Sparks, Bates SPARKS_0001-11 | 185 |
| EXHIBIT 6 | Email dated 2/22/26, Subject: Atlanta 1 Pre Event, Bates Spire_0000547 | 211 |
| EXHIBIT 7 | Email dated 2/25/26, Subject: COTA Strategy Review, Bates Spire_0000548 | 217 |

| | | |
|---|---|---|
| EXHIBIT 8 | Email dated 2/16/26, Subject: Monday Morning Movement, Bates Spire_0000549 | 219 |
| EXHIBIT 9 | Email dated 2/28/26, Subject: NCS - COTA Post Practice/Q Debrief, Bates Spire_0000702 | 220 |
| EXHIBIT 10 | Email dated 3/1/26, Subject: COTA Pre Event, Bates Spire_0001385 | 224 |
| EXHIBIT 11 | Notes titled Atlanta1 Post-Race, Tuesday, February 17, 2026, Bates Spire_0002052 | 228 |
| EXHIBIT 12 | Notes titled 2/23/2026 Atlanta, Monday, February 23, 2026, Bates Spire_0002051 | 234 |
| EXHIBIT 13 | Notes titled 4/20/2026 Kansas, Monday April 20, 2026, Bates Spire_0001712 | 241 |
| EXHIBIT 14 | Notes titled Dover All-Star Post-Race, Monday, May 18, 2026, Bates Spire_0002053 | 253 |
| EXHIBIT 15 | Spire Motorsports document, Bates Spire_0000867-869 | 260 |

P R O C E E D I N G S

* * *

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:25 a.m. on August 27th, 2026. Please note that the microphones are sensitive and may pick up whispers and private conversations. Please mute your phones at this time. Audio and video recording will continue to take place unless all parties go off the record.

This is Media Unit Number 1 of the video recording deposition of Ryan Sparks, taken by counsel for Plaintiff in the matter of Joe Gibbs Racing, LLC, versus Christopher -- excuse me -- Gabehart and Spire Motorsports II, LLC, filed in the United States District Court, Western District of North Carolina, Charlotte Division.

The location here is 301 South College Street, Suite 3400, Charlotte, North Carolina, 28202. My name is Curtis Collins representing Veritext. I'm the videographer. The court reporter is

Cindy Hayden and -- from Veritext as well. I am not related to any party of this action, nor am I financially interested in the outcome.

If there is any objections to proceeding, please state them at this time of your appearance.

Counsel and all present, including remotely will now state their appearance and affiliation for the record, beginning with the noticing attorney.

MR. SUMMEY: Good morning. This is Tory Summey with the firm Parker Poe appearing on behalf Joe Gibbs Racing, LLC. With me are my two colleagues, Keith Weddington also of Parker Poe and Chad Walker of the firm King & Spalding.

MR. DAVEY: Joshua Davey and Jenna White of Troutman Pepper Locke here for Spire Motorsports and the witness, and we're joined by Bill Anthony of Spire Motorsports.

MR. DAVIS: And Cary Davis of the law firm of Robinson Bradshaw on behalf of Defendant Christopher Gabehart.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness, and then counsel may proceed.

* * *

RYAN SPARKS,

having been first duly sworn, was examined and testified as follows:

* * *

EXAMINATION

BY MR. SUMMEY:

Q. Good morning, Mr. Sparks.
A. Good morning.
Q. My name is Tory Summey. I know we just met each other, but thank you for being here today. We're going to start with some -- some brief ground rules before we get going on this deposition. But so the record is clear, would you please state your full name.
A. Ryan Austin Sparks.
Q. Okay. And what is your current address?
A. 2326 Darwick Road, Winston-Salem, North Carolina 27127.
Q. Do you commute from Winston every day?

THE WITNESS: Based on my moral compass, that's not how I would do it.

BY MR. SUMMEY:

Q. At any point have you been instructed not to communicate with Chris Gabehart about competition -- competition-related issues?

A. I don't think so.

Q. Is there anything preventing you from communicating with Chris Gabehart about competition-related issues?

A. No.

Q. Have you observed anyone else being instructed not to communicate with Chris Gabehart about competition-related issues?

A. Not to my recollection.

Q. Have you been -- have you been instructed not to accept any information about JGR from Chris Gabehart?

A. No.

Q. And have you observed anyone else being instructed not to accept information about JGR from Chris Gabehart?

A. No.

Q. What steps are you aware of that

Spire has taken to ensure that information about JGR is not being shared with Spire personnel?

A. Well, I can't speak for everyone at Spire. I can speak for the 7 team and myself --

Q. Yes, sir.

A. -- specifically.

And I'm in direct contact with my team multiple times a day as much as I can be. Especially my engineer, I work side by side with him. Nothing has ever came up from any of those guys, been presented to me by my teammates and/or Chris Gabehart.

Q. So nothing has ever come up, but have you personally instructed your team to let you know if there's any JGR information that they learned?

A. I haven't personally instructed them that.

Q. And have you personally instructed anyone on your team not to communicate with Chris Gabehart about competition-related issues?

A. I haven't.

Q. I'm going to show you a document I'm marking as Exhibit 6.

(SPARKS EXHIBIT 6, Email dated

What is a diffuser seam?
A. The seam of the diffuser is where it meets the center pan underneath the car. So the underwing has multiple sections. He's referring to one of the seams.
Q. And why is that relevant to the performance of the car?
A. Like the other obvious and very general statements he's made, that seam is something we've tried to seal since the inception of this car. It's not a novel concept.
Q. So you -- Spire has always tried to -- to seal that seam since you've been there?
A. When there was just 20 of us and I was sleeping on the couch at night, we've been doing it.
Q. All right. And so Mr. Gabehart is offering very obvious recommendations?
A. Yes. Very obvious.
Q. And what is a rub block?
A. That is a block that bolts to the underneath of the car, to the chassis specifically, and it limits your travel of the car. It'll physically hit the racetrack if you

overtravel the car.

Q. Now, it looks like these notes reflect vacuum testing, both the diffuser seams and rub blocks. Is that something that Spire currently does?

[redacted]

Q. Is anybody on the Number 7 team

A. I would say it's probably Dax, then.
Q. Me, too.
All right. Towards the bottom --
Well, let me ask: Were you a participant in this meeting?
A. I didn't have much to say if I was. I don't -- I'm sure that I was, but...
Q. Yeah, I do not see you listed --
A. I don't see --
Q. -- as saying anything.
A. -- me listed, yeah.
Q. Second to the bottom, there's a -- a bullet for Chris.
Do you see that?
A. I do.
Q. And there's a couple of notes. One says: Very interested in your ride quality comments. That's very foreign to me with this car.
Do you see where I read that?
A. I do.
Q. Do you recall Mr. Gabehart saying anything similar to that note during this meeting?
A. I don't -- he could have said it. I

don't -- I mean, that's been a while.
Q. But fair to say, you don't have a recollection of that?
A. Yeah, I don't specifically remember it.
Q. What do you understand that note to be referring to?
A. Well, the "ride quality" of the car generally is talking how good your car drives or maybe how it hits the stops in the shocks. And from what I can see, it's very foreign to him we do nothing like Joe Gibbs Racing.
Q. And do you recall him explaining why?
A. I don't.
Q. Is this comment, based on your understanding, addressed to the drivers who are participating in this meeting?
MR. DAVEY: Objection to the form.
THE WITNESS: Generally, when you're asking about ride quality comments, the driver is the only one that can understand that because it's based off of feel.
BY MR. SUMMEY:

Q. The next bullet states: Is there a common bucket we could put in backup car?
Do you see where I read that?
A. Yes, sir.
Q. And what is the backup car?
A. The backup car is a car that you never want to get out. If you wreck in practice or qualifying, it would be a replacement to your primary car.
Q. What do you understand this comment to be suggesting?
MR. DAVEY: Objection to the form.
THE WITNESS: I understand this comment that it would be in an effort to streamline where it may be two drivers could share one seat instead of having to change it.
Because it's a huge pain when you have to get out a backup car. It takes many hours to prep the car.
BY MR. SUMMEY:
Q. What's -- what does "common bucket" mean?
A. When he's talking about a bucket in these cars, generally most drivers use a carbon

That the foregoing deposition was taken before me on the date and at the time and location stated on Page 1 of this transcript; that the deponent was duly sworn to testify to the truth, the whole truth and nothing but the truth; that the testimony of the deponent and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed; that the foregoing deposition as typed is a true, accurate and complete record of the testimony of the deponent and of all objections made at the time of the examination to the best of my ability.

I further certify that I am neither related to nor counsel for any party to the cause pending or interested in the events thereof. Witness my hand, this 31st of August, 2026, at Concord, Cabarrus County, North Carolina.

Cindy A. Hayden,
Registered Merit Reporter
Notary Public
State of North Carolina at Large
My Commission expires:
April 7, 2027