# Exhibit W

# Filed Under Seal