# Exhibit X

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, )
)
vs. )
)
CHRISTOPHER GABEHART and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
___________________________________/

* * C O N F I D E N T I A L * *

VIDEOTAPED DEPOSITION OF LUKE LAMBERT
(Taken by Plaintiff)
Charlotte, North Carolina
Thursday, August 27th, 2026

Certified Stenographic Court Reporter
Amy A. Brauser, RPR, RMR, CRR

APPEARANCES

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:

TRACEA RICE, Esquire
DANIELLE T. WILLIAMS, Esquire (Charlotte office)
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
(214) 764-4465
trice@kslaw.com
dwilliams@kslaw.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC AND THE WITNESS:

TROY C. HOMESLEY, Esquire
ANAIS MOORE-JACCARD (Pennsylvania office)
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 916-1503
troy.homesley@troutman.com
anais.jaccard@troutman.com

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:

ANNA CLAIRE TUCKER, Esquire
Robinson Bradshaw Hinson
600 South Tyron Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8350
atucker@rbh.com

ALSO PRESENT:

John Roberts, Videographer
Eric Schaffer, Joe Gibbs Racing

VIDEOTAPED DEPOSITION OF LUKE LAMBERT, a witness called on behalf of Plaintiff, before Amy A. Brauser, Certified Stenographic Court Reporter and Notary Public, in and for the State of North Carolina, at the law offices of Troutman Pepper Locke, LLP, 301 S. College Street, Charlotte, North Carolina, on Thursday, the 27th day of August, 2026, commencing at 9:11 a.m.

* * * * * * * *

INDEX OF EXAMINATIONS

By Ms. Rice . . . . . . . . . . . . . . . . . . . Page 6
By Mr. Homesley . . . . . . . . . . . . . . . . . Page 250

INDEX OF EXHIBITS


| NUMBER | DESCRIPTION | MARKED/IDENTIFIED |
|---|---|---|
| Exhibit 1 | Post on X by Chris Gabehart, dated 02/20/2026 | 16 |
| Exhibit 2 | Employment Agreement, Bates Spire_0001005 to 017 | 45 |
| Exhibit 3 | Short Message Report, Bates DICKERSON_0004 to 010 | 81 |
| Exhibit 4 | Short Message Report, Bates HOCEVAR_0051 to 052 | 87 |
| Exhibit 5 | 2025 NASCAR National Series Schedule | 90 |
| Exhibit 6 | 2026 NASCAR National Series Schedule | 90 |
| Exhibit 7 | Microsoft Teams meeting invites, Bates Spire_0000524 to 709 | 120 |
| Exhibit 8 | Cell phone extraction report, Bates GABEHART02223 | 130 |
| Exhibit 9 | Meeting notes, Bates Spire_0001712 to 2053 | 146 |
| Exhibit 10 | Spire Motorsports Org Chart, Bates Spire_0000733 | 193 |
| Exhibit 11 | Short Message Report, Bates GABEHART01798 to 799 | 226 |
| Exhibit 12 | Meeting invite, Bates Spire_0000788 | 236 |

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We're going on the record at 9:11 a.m. on Thursday, August 27th, 2026. This is Media Unit 1 of the video-recorded deposition of Luke Lambert, taken in the matter of Joe Gibbs Racing, LLC, versus Chris Gabehart and Spire Motorsports, LLC, being heard in the United States District Court, Western District of North Carolina, Charlotte Division, Case Number 3:26-cv-00133-SCR-DCK.

We are at the law offices of Troutman Pepper Locke located at 301 South College Street in Charlotte, North Carolina.

Counsel will now state their names and appearances for the record, beginning with the noticing attorney.

MS. RICE: Tracea Rice here on behalf of the Plaintiff, Joe Gibbs Racing.

MS. WILLIAMS: Danielle Williams with King & Spalding on behalf of the Plaintiff, Joe Gibbs Racing.

MR. SCHAFFER: Eric Schaffer with Joe Gibbs Racing.

MR. HOMESLEY: Troy Homesley of

Troutman Pepper Locke here on behalf of the witness and Spire Motorsports II, LLC.

With me here today is Anais Jaccard of Troutman Pepper Locke on behalf of the witness and Spire Motorsports II, LLC.

MS. TUCKER: Anna Claire Tucker with Robinson Bradshaw here on behalf of Defendant Christopher Gabehart.

LUKE LAMBERT,

after having been first duly sworn by the certified stenographer, was examined and testified as follows:

EXAMINATION

BY MS. RICE:

Q. Good morning.
A. Good morning.
Q. Could you state your name for the record.
A. Luke Lambert.
Q. And what is your address?
A. [redacted]
Q. Okay. Have you ever been deposed before, Mr. Lambert?
A. No.
Q. I'm just going to give you a few rules

BY MS. RICE:
Q. And has he been in some of those meetings providing feedback?
MR. HOMESLEY: Objection to form.
THE WITNESS: I guess it depends on your definition of "feedback," but, I mean, yes, he's made comments in the meetings.
BY MS. RICE:
Q. Has anybody at Spire ever told you not to speak with Mr. Gabehart about Cup Series race strategy?
MR. HOMESLEY: Objection to form and same caution around privilege.
THE WITNESS: Listen, I have no reason to ask Chris Gabehart about race strategy. I don't have a level of respect for him where I want his input. Nobody needs to say that to me. I've been doing this job ten years longer than he's been in the sport. He's not somebody I seek advice from, before or after he got here.
So, yes, nobody has said something to me to that effect that I can recall, and they probably know they don't need to.

A. Yes.

Q. What about this last bullet point, Vacuum testing the diffuser seams and rub blocks, is that something that is obvious to you?

A. Yes. [redacted] I do not recall Mr. Gabehart talking about it, but obviously it's written right here (indicating).

[redacted]

MR. HOMESLEY: Objection to form.

THE WITNESS: [redacted]

[redacted]

[redacted]

BY MS. RICE:

[redacted]

Q. Mr. Gabehart gets hired at Spire this season, right?

A. Yeah, Mr. Gabehart got hired early this year.

[redacted]

Q. And Mr. Gabehart just so happens to be mentioning vacuum testing the diffuser seams and rub blocks in this meeting?

typically, before the race, we will have the pre-race event meeting.
I think that's all of them.
Q. Thank you.
So by my count, that's about, call it maybe ten meetings a week that you attend?
A. Yes.
Q. Is that right?
And how many weeks into the season are you at this point?
A. This is the 26th week, I believe, and I think if you count -- maybe if you count the All-Star and the Clash race, I guess it'd be 28. This would be the 28th week.
Q. So how many of these meetings have you attended at this point in the season?
A. I would say almost every single one. I may have missed a portion of one, but I think if I wasn't present for the ones that I just mentioned, I believe I would have called in. So I think I've been in all of them.
Q. So 26 weeks in the season and about ten meetings a week, how many meetings would that be?
A. That would be 260, roughly.
Q. And out of those 260 or so meetings,

how many has Chris Gabehart been present for?
A. I would guess around 10, 12. I don't know the exact number. Maybe less than that. Five to ten. I really don't know the exact number.
Q. And has Jeff Dickerson attended at least some of those meetings?
A. Yes.
Q. Has Bill Anthony attended at least some of those meetings?
A. Yes.
Q. When is the last time you saw Chris Gabehart at any meeting that's related in any way to the Cup Series?
A. I don't remember a specific date, but it has been a few months. It's been at least two or three months. I don't know. I can't tell you exactly.
Q. Is Mr. Gabehart a crew chief for Spire?
A. No.
Q. Is Mr. Gabehart performing duties that a crew chief would perform?
A. No.
Q. Is Mr. Gabehart the competition director for Spire?
A. No.

STATE OF NORTH CAROLINA
COUNTY OF DAVIDSON

C E R T I F I C A T E

I, Amy A. Brauser, Registered Merit Reporter/Certified Realtime Reporter, the officer before whom the foregoing deposition was taken, do hereby certify that the witness was duly sworn by me prior to the taking of the foregoing deposition; that the testimony of said witness was taken by me to the best of my ability and thereafter reduced to typewriting under my direction; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

This is the 31st day of August, 2026.

Amy A. Brauser, RPR RMR CRR
Notary Public # 20023030055