# Exhibit Y

**From:** Matthew McCall[mmccall@spire-motorsports.com]
**Attendees:** Frank Kimmel; Michael Fisher; Tyler Green; William Anthony; Chris Gabehart; Cody Lloyd; Adam Sturgill; Collin Markle; Dax Gerringer; Easton Price; Garett Peterson; Jeff Ramsay; Jonathan Branzelle; Juan Alvaro Marchina Herrera; Luke Lambert; Nick Sowa; Roy Gangdal; Ryan Sparks; Travis Peterson; Zach Braun
**Location:** Microsoft Teams Meeting
**Subject:** NCS - Competition Debrief
**Importance:** Normal
**Start Time:** Mon 3/9/2026 1:00:00 PM (UTC-05:00)
**End Time:** Mon 3/9/2026 3:00:00 PM (UTC-05:00)
**Required Attendees:** Cody Lloyd; Adam Sturgill; Collin Markle; Dax Gerringer; Easton Price; Garett Peterson; Jeff Ramsay; Jonathan Branzelle; Juan Alvaro Marchina Herrera; Luke Lambert; Nick Sowa; Roy Gangdal; Ryan Sparks; Travis Peterson; Zach Braun
**Optional Attendees:** Frank Kimmel; Michael Fisher; Tyler Green; William Anthony; Chris Gabehart

________________________________________________________________________________

**Microsoft Teams** Need help?

**Join the meeting now**

Meeting ID: 261 990 888 633 4

Passcode: L75Ch7Mf

---

For organizers: Meeting options

________________________________________________________________________________