# Exhibit Z

# Submitted in Camera