# Exhibit AA

# Submitted in Camera