# Exhibit AB

# Submitted in Camera