# Exhibit AD

# Redacted Native File

Comments: NATIVE FORMAT DOCUMENT