**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION FOR SANCTIONS AGAINST DEFENDANT CHRISTOPHER GABEHART** |

Pursuant to Federal Rule of Civil Procedure 37(e), Plaintiff Joe Gibbs Racing, LLC ("JGR") respectfully moves the Court for an order: (1) finding that Defendant Christopher Gabehart ("Gabehart") acted with the intent to deprive JGR of the use of certain electronically stored information—specifically, his deleted text-message thread with Spire Motorsports II, LLC ("Spire") owner Jeffrey Dickerson—in this litigation, and imposing an adverse-inference instruction against Gabehart under Rule 37(e)(2); and (2) awarding JGR its reasonable attorneys' fees and costs incurred in bringing this motion.

As set forth more fully in JGR's contemporaneously filed *Memorandum in Support of Plaintiff's Motion for Sanctions Against Defendant Christopher Gabehart* and the declarations and exhibits filed therewith, all of which are incorporated herein by reference, Gabehart intentionally deleted his entire text-message conversation with Dickerson two days after Spire extended him a job offer—and after his duty to preserve evidence relating to his departure from JGR and his contacts with Spire had already attached. Gabehart's selective, targeted, and repeated destruction of evidence following identifiable litigation triggers, together with his shifting and contradicted explanations for that conduct, establishes by clear and convincing evidence that he acted with the

intent to deprive JGR of the use of this evidence in this litigation, warranting the relief requested herein. Specifically, Gabehart's testimony that he deleted the Dickerson texts out of "panic" essentially admits the intentionality of the deletion: Gabehart "panicked" because the text thread contained his Spire employment offer and likely other evidence showing a direct violation of his JGR restrictive covenants, including potential discussion of JGR's trade secrets. Unfortunately, that evidence cannot be restored or replaced from any other source, thereby depriving JGR of critical evidence in this case that likely would have been damaging to Gabehart's current defense.

Counsel for JGR has conferred in good faith with counsel for Gabehart regarding the relief sought in this motion, and the parties have been unable to resolve their disagreement.

For the foregoing reasons, and for the reasons set forth in the accompanying Memorandum in Support, JGR respectfully requests that the Court grant this motion and award the relief described therein.

This the 16th day of September, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**


/s/ *Sarah F. Hutchins*
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Chad F. Lee
N.C. Bar No. 56350
Kevin A. Marshall
N.C. Bar No. 50856
Christopher B. Henry
N.C. Bar No. 55955

Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com
chadlee@parkerpoe.com
kevinmarshall@parkerpoe.com
chrishenry@parkerpoe.com

**KING & SPALDING LLC**
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore – *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Attorneys for Joe Gibbs Racing, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION FOR SANCTIONS AGAINST DEFENDANT CHRISTOPHER GABEHART** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 16th day of September, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ *Sarah F. Hutchins*
Sarah Hutchins
N.C. Bar No. 38172
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
*Attorney for Joe Gibbs Racing, LLC*