**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-CV-00133-SCR-DCK<br><br>**PLAINTIFF JOE GIBBS RACING, LLC'S RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Joe Gibbs Racing, LLC ("JGR") submits this Renewed Motion for Preliminary Injunction ("Renewed PI Motion") and moves this Court to enter a preliminary injunction against Defendant Spire Motorsports II, LLC ("Spire") and enjoining Spire as set forth in this Renewed PI Motion. In support of this Renewed PI Motion, Plaintiff relies on the Memorandum of Law in Support of Renewed Motion for Preliminary Injunction ("Memorandum") filed contemporaneously with this Renewed PI Motion and the exhibits thereto.

Federal Rule of Civil Procedure 65 authorizes a preliminary injunction when the plaintiff shows a likelihood of success on the merits, likely irreparable harm absent relief, a favorable balance of equities, and consistency with the public interest. FED. R. CIV. P. 65; *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008). As set forth in the Memorandum, JGR is likely to succeed on the merits of its claims. The evidence establishes that Spire has unlawfully acquired and used JGR's Trade Secrets—as defined in the Memorandum. Spire's conduct is in violation of the federal Defend Trade Secrets Act, 18 U.S.C. §§1836 *et seq.*; the North Carolina Trade Secrets Protection Act, N.C. Gen. Stat. §§ 66-152 *et seq.* Further, Gabehart has actively competed with JGR after his

employment with JGR in his employment by JGR's direct competitor, Spire, as its Chief Motorsports Officer. In that role, he provides services to Spire of the same type he provided JGR and uses JGR's Trade Secrets to do so. Spire's conduct in inducing Gabehart to perform services of the same kind he provided JGR and violate the confidentiality obligations in Gabehart's JGR Employment Agreement constitutes tortious interference with the Employment Agreement between JGR and Gabehart.

As a direct and proximate result of Spire's violations of the above-referenced federal and state statutes as well as Spire's tortious interference with Gabehart's JGR Employment Agreement, JGR has suffered and will continue to suffer irreparable harm if it does not receive immediate injunctive relief pending the outcome of this litigation. The balance of equities lies in favor of JGR as Spire's conduct is causing and, unless it is restrained, will continue to cause JGR irreparable harm. Conversely, there is no likelihood of harm to Spire if the requested relief is granted. The public interest likewise supports the issuance of injunctive relief to protect JGR's Trade Secrets, enforce the binding noncompete terms that Defendant agreed to and Spire is aware of, and restrain Spire from tortiously interfering with JGR's rights under the Gabehart's JGR Employment Agreement. In consideration of the foregoing, and for the reasons set forth in the Memorandum, a preliminary injunction should be entered to preserve the status quo.

Counsel for JGR has conferred with counsel for Spire concerning the relief requested in the Renewed PI Motion, and counsel for Spire has indicated Spire does not consent to the relief requested in the Renewed PI Motion.

WHEREFORE, JGR respectfully prays that this Court issue a preliminary injunction ordering Defendant Spire, its employees, and anyone acting in concert with Spire to:

i. Immediately cease and desist from retaining, transferring, using or copying any of JGR's Confidential Information and Trade Secrets;

ii. Cease and desist from using or disclosing JGR's Confidential Information and Trade Secrets;

iii. Return any of JGR's Confidential Information and Trade Secrets in its possession to JGR with appropriate confirmatory measures;

iv. Cease directing, inviting, or permitting Defendant Gabehart's attendance at or participation in any Spire NASCAR Cup Series activities or services, including NASCAR Cup Series competition team meetings and NASCAR Cup Series race-weekend competition activities;

v. Revoke Gabehart's access to Spire NASCAR Cup Series competition materials;

vi. Cease transmitting Spire NASCAR Cup Series work product to or receiving it from Gabehart's personal email account or personal devices; and

vii. Any such other relief that the Court deems just and proper.

This the 17th day of September, 2026

**KING & SPALDING LLP**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com

2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith with counsel for the opposing parties regarding the relief sought in this Motion. On September 14, 2026, counsel for JGR has conferred with counsel for Spire concerning the relief requested in the Renewed PI Motion, and counsel for Spire has indicated Spire does not consent to the relief requested in the Renewed PI Motion.

This the 17th day of September, 2026

**KING & SPALDING LLP**

/s/ Danielle T. Williams
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower

620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S RENEWED MOTION FOR PRELIMINARY INJUNCTION AND EXHIBITS THERETO** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 17th day of September, 2026

**KING & SPALDING LLP**

/s/ *Danielle T. Williams*

Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800

Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*