**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,

Defendants.

Case No. 3:26-CV-00133-SCR-DCK

# INDEX OF EXHIBITS TO PLAINTIFF JOE GIBBS RACING, LLC'S MEMORANDUM OF LAW IN SUPPORT OF RENEWED MOTION FOR PRELIMINARY INJUNCTION

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of D. Williams |
| A | Excerpts from the transcript of the March 26, 2026 preliminary injunction hearing |
| B | Defendant Christopher Gabehart ("Gabehart") Response to Plaintiff Joe Gibbs Racing, LLC's ("JGR") First Set of Requests for Production of Documents |
| C | Document Bates-stamped Spire_0000849 (unredacted copy filed under seal) |
| D | Defendant Spire Motorsports II, LLC's ("Spire") supplemental responses and objections to JGR's first set of interrogatories (unredacted copy filed under seal) |
| E | Document Bates-stamped as GABEHART00222 (unredacted copy filed under seal) |
| F | Document Bates-stamped as GABEHART00094 (unredacted copy filed under seal) |
| G | Document Bates-stamped as Spire_000851 (unredacted copy filed under seal) |
| H | Document Bates-stamped as Spire_0000854 (unredacted copy filed under seal) |
| I | Excerpts from the transcript of the July 21, 2026 deposition of Christopher Allen Gabehart (unredacted copy filed under seal) |
| J | Document Bates-stamped Spire_0001678 (submitted *in camera*) |
| K | Excerpts from the transcript of the August 20, 2026 deposition of Dax Gerringer (unredacted copy filed under seal) |
| L | Document Bates-stamped as GABEHART00092 (unredacted copy filed under seal) |

| | |
|---|---|
| M | Excerpts from the August 31, 2026, deposition of Rick MacGowan (unredacted copy filed under seal) |
| N | Document Bates-stamped JGR_0003394 (submitted *in camera*) |
| O | Document Bates-stamped JGR_0003397 (submitted *in camera*) |
| P | Excerpts from September 1, 2026, deposition of Doug Powers (unredacted copy filed under seal) |
| Q | Excerpts from August 26, 2026 30(b)(6) deposition of Jeffrey Dickerson |
| R | Excerpts from August 25, 2026 deposition of Travis Peterson (unredacted copy filed under seal) |
| S | Document Bates-stamped as ANTHONY_0009 (unredacted copy filed under seal) |
| T | Excerpts from July 29, 2026 deposition of Jeffrey Dickerson |
| U | Excerpts from August 7, 2026 deposition of William Anthony |
| V | Document Bates-stamped as Spire_0002446 (unredacted copy filed under seal) |
| W | Document Bates-stamped as Spire_0001703 |
| X | Documents Bates-stamped as Spire_0001441-44 |
| Y | Spire's Responses and Objections to JGR's First Set of Interrogatories (unredacted copy filed under seal) |
| Z | Spire's Responses and Objections to JGR's Second Set of Interrogatories |
| AA | Document Bates-stamped as Spire_0000552 (filed under seal) |
| AB | Document Bates-stamped as GABEHART01500 (unredacted copy filed under seal) |
| AC | Excerpts from August 2, 2026 30(b)(6) deposition of David Alpern |
| AD | Gabehart's Responses to JGR's First Set of Interrogatories (unredacted copy filed under seal) |
| AE | Excerpts from August 27, 2026 deposition of Luke Lambert |
| AF | Compilation of documents Bates-stamped Spire_0001004 and Spire_0001005 (unredacted copy filed under seal) |
| AG | Document Bates-stamped JGR_0000490 (submitted *in camera*) |