# EXHIBIT A

**From:** Henry, Chris B. <chrishenry@parkerpoe.com>
**Sent:** Tuesday, September 22, 2026 11:37 AM
**To:** Lee, Chad F. <chadlee@parkerpoe.com>; Whorf, Benjamin <Benjamin.Whorf@troutman.com>; Hutchins, Sarah Fulton <sarahhutchins@parkerpoe.com>; Jaccard, Anais M. <Anais.Jaccard@troutman.com>; Summey, Tory I. <torysummey@parkerpoe.com>; Tracea Rice <TRice@kslaw.com>; Taylor Hinojosa <THinojosa@kslaw.com>; Middlebrooks, Charlie G. <charliemiddlebrooks@parkerpoe.com>; Danielle Williams <DWilliams@kslaw.com>; Alex L. Moore <ALMoore@kslaw.com>; Chad Walker <CWalker@kslaw.com>
**Cc:** atucker <atucker@rbh.com>; Wiles, Spencer <swiles@rbh.com>; Tincher, Moses M. <Moses.Tincher@troutman.com>; wmiller <wmiller@rbh.com>; Gibbs, J. Evan <Evan.Gibbs@troutman.com>; Davey, Joshua D. <Joshua.Davey@troutman.com>; EXT - JGR-Counsel <JGR-Counsel@KSLAW.com>; Homesley, Troy C. <Troy.Homesley@troutman.com>; Cameron, Lawrence J. <Lawrence.Cameron@troutman.com>; Evans, Jason D. <Jason.Evans@troutman.com>; cdavis <cdavis@rbh.com>; Wiles, Spencer <swiles@rbh.com>; White, Jenna M. <Jenna.White@troutman.com>; Neal, Camdyn E. <Camdyn.Neal@troutman.com>
**Subject:** RE: JGR v. Gabehart - JGR's Privilege Log

CAUTION: This message came from outside the firm. DO NOT click links or open attachments unless you recognize this sender (look at the actual email address) and confirm the content is safe.

Counsel,

In addition to Chad's email below, I understand that the parties discussed JGR's supplemental log and descriptions for PRIV-0000376, 379, 383, 399, and 404 during yesterday's meet and confer. Specifically, Spire requested additional information regarding who was involved in the privileged communications. Please see the below, which we can add to a yet another supplemental log. I'm not inclined, however, to serve a supplemental log now if Spire is going to continue to assert baseless objections regarding these entries.

PRIV-0000376 - internal communication reflecting legal advice from outside counsel (T. Summey) regarding unrelated employment law matter.
PRIV-0000379 - internal communication reflecting legal advice from in-house counsel (E. Schaffer) regarding Gabehart separation
PRIV-0000383 - privileged communication with in-house counsel (E. Schaffer) regarding Gabehart separation
PRIV-0000399 - internal communication reflecting legal advice from outside counsel (T. Summey) and in-house counsel (E. Schaffer) regarding Gabehart separation
PRIV-0000404 - internal communication reflecting legal advice from outside counsel regarding anticipated litigation

We note that we have already provided a supplemental log regarding these exact entries. Specifically, we supplemented the descriptions for each entry to further detail their general subject matter (e.g. "an employment issue," "an agreement," "litigation," etc.) ***precisely as Spire requested and acknowledged as sufficient in its Motion to Compel***. We do not think Spire's position with respect to these entries has any merit, but we would like to avoid consuming judicial resources with this dispute.

If the above information suffices, JGR will serve a supplemental log today. If not, I expect that Spire will inform the court that JGR offered an additional compromise that Spire rejected.

Best,

Chris

---

**Chris Henry**
Associate

Parker Poe

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9527 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

---