**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-133-SCR-DCK**

| | | |
|---|---|---|
| **JOE GIBBS RACING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SPIRE MOTORSPORTS, LLC, and CHRISTOPHER GABEHART,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Limited Notice Of Appearance On Behalf Of Non-Party HMS Holdings, LLC d/b/a Hendrick Motorsports" (Document No. 238) filed September 23, 2026. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The Notice indicates that Hendrick Motorsports seeks to protect its "interests in connection with (i) Plaintiff Joe Gibbs Racing, LLC's Motion to Compel the Production of Technical Documents (ECF No. 119); and (ii) Plaintiff Joe Gibbs Racing, LLC's Motion to Compel the Production of Documents and For Leave to Depose Technical Witnesses Regarding the Withheld Documents (ECF No. 171). (Document No. 238, p. 1). Moreover, non-party Hendrick Motorsports suggests that it will attend the Court's Motions Hearing scheduled for October 1, 2026, and intends "to discuss Hendrick Motorsports concerns" at that hearing. (Document No. 238, p. 2).

Hendrick Motorsports Notice is not timely since the pending motions have been fully briefed and the Motions Hearing is a week away. Nevertheless, to the extent non-party Hendrick

Motorsports has concerns about pending Motions To Compel (Document No. 119 and 171) in this action and wishes to discuss those concerns with the Court, Hendrick Motorsports shall: (1) file separate Responses to Document Nos. 119 and 171 fully addressing such concerns; and (2) file an appropriate motion seeking leave to appear before the Court at the Motions Hearing.

Any motion must show consultation with counsel for the Parties in this case and should briefly describe whether the Parties consent to, or oppose, the requested relief. See LCvR 7.1(b).

**IT IS, THEREFORE, ORDERED** that non-party Hendrick Motorsports shall make appropriate filings as directed herein on or before **September 25, 2026**.

**SO ORDERED**.

Signed: September 23, 2026

David C. Keesler
United States Magistrate Judge