**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **JOE GIBBS RACING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,**<br><br>**Defendants.** | **Case No. 3:26-cv-00133-SCR-DCK** |

**DEFENDANT CHRISTOPHER GABEHART'S APPLICATION FOR ENTRY OF DEFAULT AGAINST PLAINTIFF JOE GIBBS RACING, LLC**

To the Clerk of the United States District Court for the Western District of North Carolina: Defendant Christopher Gabehart ("Gabehart"), by and through undersigned counsel, respectfully submits this Application for Entry of Default against Plaintiff Joe Gibbs Racing, LLC ("JGR") pursuant to Federal Rule of Civil Procedure 55(a). Gabehart requests that the Clerk enter default against JGR for failure to plead or otherwise defend against Gabehart's Counterclaims in a timely manner.

This request is supported by the attached Affidavit of Cary B. Davis, which shows the following:

1. On June 24, 2026, Gabehart served his Answer and Counterclaim (Dkt. 100) on JGR via the Court's ECF system, asserting counterclaims for (i) breach of contract; (ii) violation of the North Carolina Wage and Hour Act; (iii) declaratory relief – noncompete inapplicable, unenforceable, and not violated; (iv) violation of the Computer Fraud and Abuse Act; (v) violation of the North Carolina Computer Trespass Act; and (vi) violation of the North Carolina Unfair and Deceptive Trade Practices Act.

2. On July 15, 2026, JGR moved to dismiss Gabehart's Counterclaims (Dkt. 115).

3. On August 26, 2026, the Court granted in part and denied in part JGR's Motion to Dismiss, with the denial being without prejudice. Gabehart's counterclaims for (i) breach of contract; (ii) violation of the North Carolina Wage and Hour Act; and (iii) declaratory relief survived dismissal.

4. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), JGR's Answer to Gabehart's surviving Counterclaims was due within 14 days of the Court's ruling on the Motion to Dismiss — i.e., by September 9, 2026.

5. JGR has not filed an answer to Gabehart's surviving Counterclaims.

## **CONCLUSION**

For the foregoing reasons, Gabehart respectfully requests that the Clerk enter the default of Plaintiff JGR.

This the 24th day of September, 2026.

By: _*/s/ Cary B. Davis*_
Cary B. Davis
N.C. Bar No. 36172
cdavis@rbh.com
Spencer T. Wiles
N.C. Bar No. 53664
swiles@rbh.com
William M. Miller
N.C. Bar No. 36946
wmiller@rbh.com
Anna Claire Tucker
N.C. Bar No. 59457
atucker@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-2536

*Attorneys for Defendant Christopher Gabehart*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 24, 2026

/s/ Cary B. Davis
Cary B. Davis