**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| **JOE GIBBS RACING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,**<br><br>**Defendants.** | **AFFIDAVIT OF CARY B. DAVIS** |

I, Cary B. Davis, an attorney duly admitted to practice before this Court, swear under penalty of perjury as follows:

1. I am a partner at Robinson, Bradshaw & Hinson P.A. I serve as counsel for Defendant Christopher Gabehart ("Mr. Gabehart") in the above-referenced action.
2. On June 24, 2026, I filed Mr. Gabehart's Answer and Counterclaim to Plaintiff Joe Gibbs Racing LLC's ("JGR") Second Amended Complaint ("the Counterclaims").
3. I filed the Counterclaims through the Court's CM/ECF System, which automatically served copies of the document on all counsel of record.
4. On July 15, 2026, JGR moved to dismiss the Counterclaims under Fed. R. Civ. P. 12(b)(6).
5. On August 26, 2026, the Court denied, in part, JGR's Motion to Dismiss the Counterclaims.
6. JGR's answer to the surviving Counterclaims was due on September 9, 2026, which was 14 days after the Court's denial, in part, of JGR's motion to dismiss. Fed. R. Civ. P. 12(a)(4)(A).
7. As of the date of this Affidavit, JGR has failed to file an answer to the surviving Counterclaims.

8. JGR neither requested nor received an extension of time in which to respond to the Counterclaims.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This 24th day of September, 2026.


Cary B. Davis
N.C. Bar No. 36172
cdavis@rbh.com
ROBINSON, BRADSHAW & HINSON, P.A.
600 S. Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-2536


Sworn to and subscribed before me, this 24 day of September, 2026.

Notary Public Printed Name:

Katelyn Price

My commission expires:

08/03/2030

(Official Seal)

KATELYN PRICE
NOTARY PUBLIC
WATAUGA COUNTY, NC