**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **JOE GIBBS RACING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,**<br><br>**Defendants.** | **Case No. 3:26-cv-00133-SCR-DCK** |

## ENTRY OF DEFAULT

This cause having come before the undersigned Clerk of the United States District Court for the Western District of North Carolina, Charlotte Division, upon the Application for Entry of Default filed by Defendant Christopher Gabehart ("Gabehart") against Plaintiff Joe Gibbs Racing, LLC ("JGR"), pursuant to Federal Rule of Civil Procedure 55(a); and it appearing to the Clerk that JGR is in default for failure to plead or otherwise defend against Gabehart's surviving Counterclaims within the time permitted by the Federal Rules of Civil Procedure;

IT IS THEREFORE ORDERED that the default of Plaintiff Joe Gibbs Racing, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend against Defendant Christopher Gabehart's surviving Counterclaims for (i) breach of contract; (ii) violation of the North Carolina Wage and Hour Act; and (iii) declaratory relief.

SO ORDERED this _____ day of ___________, 2026.

___________________________________
Clerk of Court
United States District Court
Western District of North Carolina