**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST PLAINTIFF JOE GIBBS RACING, LLC**

To the Clerk of the United States District Court for the Western District of North Carolina: Pursuant to Fed. R. Civ. P. 55(a), Defendant Spire Motorsports II, LLC ("Spire"), by and through counsel, submits this Application for Entry of Default against Plaintiff Joe Gibbs Racing, LLC ("JGR"). Spire requests that the Clerk enter default against JGR for failure to plead or otherwise defend with respect to Spire's Counterclaims. This request is supported by the contemporaneously filed Declaration of Joshua D. Davey, which shows the following:

1. JGR was served with Spire's Answer and Counterclaims on June 24, 2026 via the Court's ECF system.
2. JGR moved to dismiss Spire's Counterclaims on July 15, 2026.
3. The Court denied JGR's motion to dismiss on August 26, 2026.
4. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), JGR's Answer to Spire's Counterclaims was due September 9, 2026, 14 days after denial of its motion to dismiss.
5. JGR has not filed an answer to Spire's Counterclaims.

## CONCLUSION

For the foregoing reasons, Spire respectfully requests that the Clerk enter the default of Plaintiff JGR.

This the 24th day of September, 2026.

By: *<u>/s/ Joshua D. Davey</u>*
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Ben E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
ben.whorf@troutman.com

John S. “Evan” Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com