**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **DECLARATION OF JOSHUA D. DAVEY** |

**DECLARATION OF JOSHUA D. DAVEY**

I, Joshua D. Davey, an attorney duly admitted to practice before this Court, declare under penalty of perjury, as follows:

1. I am a partner at Troutman Pepper Locke, LLP. I serve as counsel for Defendant Spire Motorsports II, LLC ("Spire"), in this case.

2. On June 24, 2026, I filed Spire's Answer, Defenses, and Counterclaims to Plaintiffs Second Amended Complaint ("the Counterclaims").

3. I filed the Counterclaims through the Court's CM/ECF System, which automatically served copies of the document on all counsel of record.

4. On July 15, 2026, Plaintiff Joe Gibbs Racing, LLC ("JGR"), moved to dismiss the Counterclaims under Fed. R. Civ. P. 12(b)(6).

5. On August 26, 2026, the Court denied JGR's Motion to Dismiss.

6. JGR's answer to the Counterclaims was due on September 9, 2026, which is 14 days after denial of JGR's motion to dismiss. Fed. R. Civ. P. 12(a)(4)(A).

7. As of the date of this Declaration, JGR has not filed an answer to the Counterclaims.

8. JGR neither requested nor received extension of time in which to respond to the Counterclaims.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2026


*/s/ Joshua D. Davey*
Joshua D. Davey
N.C. Bar. No. 35246
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com