**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**ENTRY OF DEFAULT**

This cause having come before the undersigned Clerk of the United States District Court for the Western District of North Carolina, Charlotte Division, upon the Application for Entry of Default filed by Defendant Spire Motorsports II, LLC ("Spire") against Plaintiff Joe Gibbs Racing, LLC ("JGR"), pursuant to Federal Rule of Civil Procedure 55(a); and it appearing to the Clerk that JGR is in default for failure to plead or otherwise defend against Spire's Counterclaims within the time permitted by the Federal Rules of Civil Procedure;

IT IS THEREFORE ORDERED that the default of Plaintiff Joe Gibbs Racing, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a) for failure to plead or otherwise defend against Defendant Spire Motorsports II, LLC's Counterclaims for (i) breach of contract; (ii) breach of implied contract; and (iii) unjust enrichment.

SO ORDERED this _____ day of ___________, 2026.

______________________________
Clerk of Court
United States District Court
Western District of North Carolina