**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-133-SCR-DCK**

**JOE GIBBS RACING, LLC,**

**Plaintiff,**

**v.**

**CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,**

**Defendants.**

**NON-PARTY HMS HOLDINGS, LLC d/b/a HENDRICK MOTORSPORTS RESPONSE TO JOE GIBBS RACING, LLC'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FOR LEAVE TO DEPOSE**

Pursuant to the Court's September 23, 2026 Order (ECF No. 245), non-party HMS Holdings, LLC d/b/a Hendrick Motorsports ("Hendrick Motorsports") hereby responds to Plaintiff Joe Gibbs Racing, LLC's ("Joe Gibbs Racing") Motion to Compel the Production of Documents and For Leave to Depose Technical Witnesses (ECF No. 171) (the "Second Motion to Compel").

**POSITION OF NON-PARTY HENDRICK MOTORSPORTS**

Hendrick Motorsports has only sought leave to appear and protect Hendrick's interests in connection with Joe Gibbs Racing's Second Motion to Compel and for Leave to Depose to the extent that it seeks any documents beyond those sought in its original Motion for Leave to Compel the Production of Technical Documents (ECF No. 119) that reveal or are derived from Hendrick Motorsports' 42 years of proprietary trade secrets, highly confidential technical information, and

intellectual property. Accordingly, in the interest of brevity and in light of the substantial briefing already before the Court on this issue, Hendrick Motorsports refers the Court to the arguments and statements made in Hendrick Motorsports' Response to Joe Gibbs Racing's Motion to Compel the Production of Technical Documents (ECF No. 252), which similarly apply to any additional documents that Joe Gibbs Racing is seeking in this Motion. Again, Hendrick Motorsports does not want to be involved in this lawsuit, but it cannot sit idly by while Joe Gibbs Racing seeks (whether directly or indirectly) the exact types of information belonging to Hendrick Motorsports that Joe Gibbs Racing claims are its most confidential and proprietary trade secrets.

For these reasons, and those stated in the filings in opposition previously submitted by defendants Christopher Gabehart and Spire Motorsports, LLC, Hendrick Motorsports believes Joe Gibbs Racing's Motion to Compel and For Leave to Depose (ECF No. 171) should be denied in its entirety. In addition, in the event that the Motion is not denied in its entirety and Spire Motorsports is ordered to produce any of Hendrick Motorsports' highly confidential and proprietary information, Hendrick Motorsports reserves its right to "seek a protective order from the Court within 14 days" of receiving a "reasonably specific description of the information requested" and an opportunity to inspect the information to be produced as permitted under Section 10 of the Amended Protective Order entered in this action, if necessary. (ECF No. 124.)

Respectfully submitted, the 25th day of September, 2026.

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ C. Bailey King, Jr.
C. Bailey King, Jr. (NC Bar No. 34043)
Brian M. Rowlson (NC Bar No. 37755)
214 N. Tryon Street, Suite 3700
Charlotte, NC 28202
Tel: (704)338-6000
Fax: (704)332-8858
bking@bradley.com
browlson@bradley.com

*Attorneys for Non-Party HMS Holdings, LLC d/b/a Hendrick Motorsports*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.

This the 25th day of September, 2026.

/s/ C. Bailey King, Jr.
C. Bailey King, Jr.

*Attorney for Non-Party HMS Holdings, LLC d/b/a Hendrick Motorsports*