IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-133-SCR-DCK

| | | |
|---|---|---|
| **JOE GIBBS RACING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SPIRE MOTORSPORTS, LLC, and CHRISTOPHER GABEHART,**<br><br>**Defendants.** | ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** regarding emails from Defendant Spire's counsel on Sunday, September 27, 2026, addressed to several of the Court's law clerks.

Defendant Spire's lengthy email identifies an apparent dispute between the Parties regarding the production of Expert Reports. The email suggests that the Court should issue an Order compelling Plaintiff to amend its Expert Report production, and extending several deadlines in this case for Defendant Spire.

Respectfully, the undersigned is going to decline to participate in litigation via email. Instead, consistent with the Local Rules of this Court, capable counsel on all sides of this case should engage in a professional and courteous consultation regarding these issues. If counsel are unable to resolve this latest dispute, Defendant Spire may seek relief from the Court by filing a motion in accordance with Local Rule 7.1(b).

**SO ORDERED**.

Signed: September 29, 2026

David C. Keesler
United States Magistrate Judge