**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

**DECLARATION OF JOSHUA D. DAVEY**

## DECLARATION OF JOSHUA D. DAVEY

I, Joshua D. Davey, an attorney duly admitted to practice before this Court, declare under penalty of perjury, as follows:

1. I am a partner at Troutman Pepper Locke, LLP. I serve as counsel for Defendant Spire Motorsports II, LLC ("Spire"), in this case.

2. I submit this Declaration solely to present to the Court certain materials cited in Spire's Opposition to Plaintiff Joe Gibbs Racing, LLC's ("JGR") Motion for an Order to Show Cause Why Defendants Should Not Be Held in Contempt for Violating the Temporary Restraining Order and Preliminary Injunction, Dkt. 218.

3. Attached hereto as **Exhibit A** is copy of excerpts from the Report of Kevin Clarke.

4. Attached hereto as **Exhibit B** is a copy of excerpts from the deposition of William Anthony.

5. Attached hereto as **Exhibit C** is a copy of excerpts from the deposition of Jeffrey Dickerson.

6. Attached hereto as **Exhibit D** is a copy of JGR's Second Supplemental Responses Objections to Spire's First Set of Interrogatories, portions of which JGR contends contain its confidential and/or sensitive information.

7. Attached hereto as **Exhibit E** is a copy of excerpts from the deposition of Travis Peterson, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

8. Attached hereto as **Exhibit F** is a copy of excerpts from the deposition of Ryan Sparks, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

9. Attached hereto as **Exhibit G** is a copy of excerpts from the deposition of Luke Lambert, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

10. Attached hereto as **Exhibit H** is a copy of excerpts from the deposition of Matthew McCall, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

11. Attached hereto as **Exhibit I** is a copy of the Supplemental Declaration of Brandon Bridges, which was attached as Exhibit D to the Report of Kevin Clarke.

12. Attached hereto as **Exhibit J** is a copy of an email from William Anthony to all Spire employees dated May 5, 2026, with the subject: Litigation Update and Note Reiterating Roles (CONFIDENTIAL).

13. Attached hereto as **Exhibit K** is a copy of text messages exchanged between "Phone Owner" and Scott Krase on February 18, 2026, produced by JGR under the Bates label

Alpern_0000001 and has been designated by JGR as Confidential pursuant to the Amended Protective Order.

14. Attached hereto as **Exhibit L** is a copy of text messages exchanged between Wally Brown and "mom" on January 27, 2026, produced by JGR under the Bates label Heather_Gibbs0000035 and designated by JGR as "Highly Confidential – Outside Eyes Only" pursuant to the Amended Protective Order.

15. Attached hereto as **Exhibit M** is a copy of text messages exchanged between Billy Felts and "mom" on August 9, 2025, produced by JGR under the Bates label Heather_Gibbs0000223 and designated by JGR as "Highly Confidential – Attorneys Eyes Only" pursuant to the Amended Protective Order.

16. Attached hereto as **Exhibit N** is a copy of text messages exchanged between Wally Brown and "mom" on August 23, 2025, produced by JGR under the Bates label Heather_Gibbs0000131 and designated by JGR as "Highly Confidential – Attorneys Eyes Only" pursuant to the Amended Protective Order.

17. Attached hereto as **Exhibit O** is a copy of excerpts from the deposition of JGR's 30(b)(6) witness, taken on August 3, 2026, portions of which JGR has designated as "Highly Confidential – Attorneys Eyes Only" pursuant to the Amended Protective Order.

18. Attached hereto as **Exhibit P** is a copy of excerpts from the deposition of JGR's 30(b)(6) witness, taken on September 1, 2026, portions of which JGR has designated as "Highly Confidential – Attorneys Eyes Only" pursuant to the Amended Protective Order.

19. Attached hereto as **Exhibit Q** is a copy of excerpts from the deposition of Christopher Gabehart, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

20. Attached hereto as **Exhibit R** is a copy of text messages exchanged between Chris Gabehart ("Gabehart") and "Android UFED file system" on March 21, 2026, produced by Spire at the Bates label MCCALL_0062.

21. Attached hereto as **Exhibit S** is a copy of excerpts from the deposition of Doug Powers, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

22. Attached hereto as **Exhibit T** is a copy of excerpts from the deposition of Dax Gerringer, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

23. Attached hereto as **Exhibit U** is a copy of JGR's Answers to Spire's First Set of Requests for Admission.

24. Attached hereto as **Exhibit V** is a copy of Spire's Responses and Objections to JGR's First Set of Interrogatories, portions of which contain Spire's confidential and/or sensitive information.

25. Attached hereto as **Exhibit W** is a copy of the Confidentiality and Non-Disclosure Agreement dated February 16, 2026, between Spire and Gabehart, produced by Spire at the Bates label Spire_0000332.

26. Attached hereto as **Exhibit X** is a copy of Spire's Conflict of Interest Policy and Confidential Information and Invention Assignment Agreement and documentation of its execution by Charles Donaldson, produced by Spire at Spire_0000125 and Spire_0000180 and designated by Spire as "Confidential" pursuant to the Amended Protective Order.

27. Attached hereto as **Exhibit Y** is a copy of JGR's Supplemental Responses and Objections to Spire's Second Set of Interrogatories, portions of which JGR contends contain its confidential and/or sensitive information.

28. Attached hereto as **Exhibit Z** is a copy of excerpts of the deposition of Spire's 30(b)(6) witness, William Anthony, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

29. Attached hereto as **Exhibit AA** is a copy of excerpts of the deposition of Spire's 30(b)(6) witness, Jeffrey Dickerson, portions of which have been designated as "Highly Confidential – Outside Counsel Only" pursuant to the Amended Protective Order.

30. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 29, 2026

*/s/ Joshua D. Davey*
Joshua D. Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com