**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

**INDEX OF EXHIBITS TO SPIRE'S OPPOSITION TO JGR'S MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT'S SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

| EXHIBIT | DESCRIPTION | SEALING STATUS |
|---|---|---|
| A | Expert Report of Kevin Clarke [Excerpted] | Filed Publicly |
| B | William Anthony Deposition Excerpts | Filed Publicly |
| C | Jeffrey Dickerson Deposition Excerpts | Filed Publicly |
| D | JGR's Second Supplemental Response to Spire's First Interrogatories | Filed Publicly with Redactions |
| E | Travis Peterson Deposition Excerpts | Filed Publicly with Redactions |
| F | Ryan Sparks Deposition Excerpts | Filed Publicly with Redactions |
| G | Luke Lambert Deposition Excerpts | Filed Publicly with Redactions |
| H | Matthew McCall Deposition Excerpts | Filed Publicly with Redactions |
| I | Brandon Bridges' Supplemental Declaration to Expert Report of Kevin Clarke | Filed Publicly |
| J | Document Bates Stamped Spire_0000757 | Filed Publicly |
| K | Document Bates Stamped Alpern_0000001-2 | Filed Entirely Under Seal |
| L | Document Bates Stamped Heather Gibbs_0000035 | Filed Publicly |
| M | Document Bates Stamped Heather Gibbs_0000224 | Filed Entirely Under Seal |
| N | Document Bates Stamped Heather Gibbs_0000131 | Filed Entirely Under Seal |
| O | JGR's First 30(b)(6) Deposition Excerpts | Filed Publicly with Redactions |
| P | JGR's Second 30(b)(6) Deposition Excerpts | Filed Publicly with Redactions |

| EXHIBIT | DESCRIPTION | SEALING STATUS |
|---|---|---|
| Q | Christopher Gabehart Deposition Excerpts | Filed Publicly with Redactions |
| R | Document Bates Stamped MCCALL_0062 | Filed Publicly |
| S | Doug Powers Deposition Excerpts | Filed Publicly with Redactions |
| T | Dax Gerringer Deposition Excerpts | Filed Publicly with Redactions |
| U | JGR's Response to Spire's Requests for Admission | Filed Publicly |
| V | Spire's Supplemental Response to JGR's First Set of Interrogatories | Filed Publicly with Redactions |
| W | Document Bates Stamped Spire_0000332 | Filed Publicly |
| X | Document Bates Stamped Spire_0000180, Spire_0000125 | Filed Entirely Under Seal |
| Y | JGR's Supplemental Response to Spire's Second Interrogatories | Filed Publicly with Redactions |
| Z | Spire 30(b)(6) – Anthony Deposition Excerpts | Filed Publicly with Redactions |
| AA | Spire 30(b)(6) – Dickerson Deposition Excerpts | Filed Publicly |