# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | **REPORT OF KEVIN CLARKE** |

**<u>OVERVIEW & BACKGROUND</u>**

1. I am currently employed as the Director of Digital Forensics at Lighthouse Global ("Lighthouse"), a technical litigation consulting company. A copy of my CV is attached hereto as **EXHIBIT A**. I have been employed by Lighthouse for over eight years. I received a bachelor's degree in computer science from Eastern Michigan University in 2004. I have more than 20 years of experience in eDiscovery and digital forensics, having managed eDiscovery, data collection, and computer forensics in a wide variety of industries and for a broad base of clients. I am also certified as a Global Information Assurance Certification (GIAC) iOS and macOS Examiner, and I am a Certified Computer Examiner in good standing with the International Society of Computer Forensic Examiners. I have personally performed or supervised the evidence collection and forensic examination of hundreds of devices on dozens of engagements for clients undergoing litigation. I have conducted these forensic examinations in the context of a wide range of legal matters, including trade secret misappropriation, intellectual property theft, employment disputes, anti-trust, and divorce matters. I have provided written and oral expert testimony in multiple

matters involving trade secret misappropriation, intellectual property disputes, and other forensic investigations.

2. Lighthouse has been retained by Defendant Spire Motorsports II, LLC ("Spire") to serve as its digital forensics vendor to forensically analyze certain data relevant to the above-styled litigation. In my role with Lighthouse, I am the individual who has personally conducted or overseen the forensic review and analysis of the devices and accounts that have been received by Lighthouse from Spire. My time is being charged at $550/hour for my work in this matter.

3. I have reviewed a copy of the Second Amended Complaint in this case. It is my understanding that Plaintiff Joe Gibbs Racing, LLC ("JGR") has alleged that Defendant Christopher Gabhart ("Gabehart") and Spire misappropriated various JGR trade secrets and other confidential information belonging to JGR. I further understand that JGR has alleged that Spire is in possession of at least some of those trade secrets and confidential information. It also is my understanding that Gabehart began his employment at Spire on February 16, 2026.

4. Lighthouse was asked to examine certain forensic data for evidence that information originating from JGR was transferred to, accessed through, or stored within the Spire systems and devices made available to me for examination (the "Examined Data"). A full list of the materials relied upon in preparing this report is attached hereto as **EXHIBIT B.** Because digital forensic conclusions are limited by the sources preserved, the artifacts retained by those sources, and the methods available for collection and analysis, the absence of an identified artifact within the Examined Data does not establish that an event did not occur. However, the available forensic evidence permits conclusions regarding whether indicators of such activity were identified. Based on my analysis of the Examined Data, my principal findings are summarized below. All times listed in this report will be in UTC unless otherwise specified.

a. In summary, I did not identify evidence within the Examined Data showing that any JGR Alleged Trade Secrets (defined below) were transmitted, shared, or otherwise disseminated to any Spire systems beyond the Gabehart Laptop (defined below).

b. I did not identify evidence within the Examined Data that wiping or secure-deletion utilities were installed or executed on the Gabehart Laptop during the period it was assigned to and used by Gabehart. This conclusion is limited to the artifacts available in the Examined Data and does not exclude ordinary file deletion, application-driven deletion, or the loss of artifacts through normal system operation.

c. Within the examined Spire email and Gmail-related data, I did not identify messages or attachments indicating that any JGR Alleged Trade Secrets (defined below) were transmitted between the Gabehart Gmail Address (defined below) and Gabehart's Spire email account.

d. I did not identify browser download artifacts indicating that files bearing the JGR Alleged Trade Secret filenames were downloaded from the Gabehart Gmail Address to the Gabehart Laptop.

e. On February 18, 2026, one file identified as a JGR Alleged Trade Secret was downloaded to the Gabehart Laptop from what appears to be Gabehart's personal Google Drive account: 2026 CG Master.xlsx. However, I did not identify artifacts within the Examined Data indicating that this file was transmitted, shared, or otherwise disseminated beyond the Gabehart Laptop.

20260218T204935Z-1-001.zip." The creation of the Spire Folder and the presence of files matching the contents of the archive are consistent with the archive having been extracted to the Spire Folder. The contents of the zip file are shown in **Figure 3** below, including a "Past Setups" and "Future Work" folder. The "Past Setups" folder is empty within the zip file, meaning that it did not contain any documents or data when it was downloaded to the Gabehart Laptop.



$Recycle.Bin ▸ S-1-12-1-3638549189-1329175556-4018929579-69050467 ▸ $RP6W0G5.zip ▸ Spire ▸

| Name | Type | File e... | Size (by... | Created |
|---|---|---|---|---|
| 2025-1201 Spire Organizational Chart - 2026 Pr... | Image | .xlsx | 48,371 | |
| CG Focus Plan.pptx | Image | .pptx | 139,678 | |
| Future Work | Folder | | | |
| Other | Folder | | | |
| Focus Plan.pdf | File | .pdf | 554,679 | |
| Spire Logo Capture.png | File | .png | 17,099 | |
| TWG Motorsports | Folder | | | |
| Past Setups | Folder | | | |

**Figure 3: The Contents of the "Spire" folder**

25. The empty "Past Setups" folder was then placed in the Recycle Bin at 8:50:31 PM. About two minutes later, at 8:52:59 PM, an empty "Future Work" folder was placed in the Recycle Bin. However, the "Future Work" folder in the zip file was not empty. Files with names matching those within the "Future Work" folder in the zip file were located within the Spire Folder. These artifacts are consistent with files being moved from the extracted "Future Work" folder prior to it being placed in the Recycle Bin. Exhibit E contains file listings for the recycled Google Takeout ZIP archive, the extracted Spire Folder, and user files identified on the Gabehart Laptop. For purposes of this analysis, "user files" refers to items categorized by FTK as archives, Adobe documents, email, presentations, spreadsheets, or Microsoft Office documents. Of the files listed

in Exhibit E, "2026 CG Master.xlsx" was the only exact filename match to a JGR Alleged Trade Secret. The remaining Google Drive history predates Gabehart receiving the Gabehart Laptop on February 17, 2026 and consistent with being synchronized to the laptop after the Google account was added. Metadata related to "2026 CG Master.xlsx" is shown in **Figure 4** below.

| | |
|---|---|
| File name | 2026 CG Master.xlsx |
| File extension | .xlsx |
| Logical size | 76,963 bytes |
| Modified | 2/15/2026 6:49:38.000 PM |
| MD5 hash | 4432a5e8f953ee6103adb9343d16cfae |

EVIDENCE INFORMATION

| | |
|---|---|
| Source | CGabehart_LT_85G7574.E01 - Partition 3 (476 GB)_decrypted.img - Entire Disk (Microsoft NTFS, 476 GB)\$Recycle.Bin\S-1-12-1-3638549189-1329175556-4018929579-69050467\$RP6W0G5.zip\Spire\Future Work\2026 CG Master.xlsx |
| Evidence number | CGabehart_LT_85G7574.E01 - Partition 3 (476 GB)_decrypted |

**Figure 4: Metadata related to the "2026 CG Master.xlsx" document**

The file was extracted to the desktop at the path "C:\Users\ChrisGabehart\Desktop\Spire\Future Work." An empty "Future Work" folder was placed in the recycle bin on February 18, 2026. A new "Future Work" folder was created at "\Users\ChrisGabehart\OneDrive\Desktop\Future Work" on February 23, 2026. The contents of this "Future Work" folder are placeholder documents that have filenames matching the contents of the original "Future Work" folder. An entry named "2026 CG Master.xlsx" was present among the OneDrive placeholders within that folder. A summary of file activity artifacts related to "2026 CG Master.xlsx" is below. Artifacts located on the Gabehart Laptop indicate that the file was opened or accessed on February 18, 19, and 23 on the Gabehart Laptop. I did not identify additional file-activity artifacts associated with this filename or hash value in the artifact categories examined. A search for the MD5 hash value of this file was executed and did not yield any additional results.