# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC, )
)
)
Plaintiff, )
)
v. ) Case No.
) 3:26-cv-00133-SCR-DCK
CHRISTOPHER GABEHART and SPIRE )
MOTORSPORTS II, LLC, )
)
Defendants. )
______________________________ )

VIDEOTAPED DEPOSITION
OF
WILLIAM ANTHONY
(Taken by Plaintiff)
Friday, August 7, 2026
Charlotte, North Carolina

Reported by: Christine A. Taylor, RPR
Job No.: 8370257

APPEARANCES:

Representing the Plaintiff:
PARKER POE ADAMS & BERNSTEIN LLP
BY: KEITH M. WEDDINGTON, ESQUIRE
TORY IAN SUMMEY, ESQUIRE
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
704.372.9000
keithweddington@parkerpoe.com
torysummey@parkerpoe.com

Representing the Defendant Spire Motorsports II, LLC:

TROUTMAN PEPPER LOCKE, LLP
BY: JOSHUA D. DAVEY, ESQUIRE
TROY C. HOMESLEY, III, ESQUIRE
BEN WHORF, ESQUIRE
301 South College Street
34th Floor
Charlotte, North Carolina 28202
704.916.1503
joshua.davey@troutman.com
troy.homesley@troutman.com
ben.whorf@troutman.com

Representing the Defendant Christopher Gabehart:

ROBINSON BRADSHAW & HINSON PA
BY: CARY DAVIS, ESQUIRE
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
704.377.8386
cdavis@rbh.com

Also Present:
David Cooper, Videographer
Danielle Williams (via Zoom)
Alex Moore (via Zoom)

On August 7, 2026, commencing at 9:01 a.m., the videotaped deposition of WILLIAM ANTHONY was taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure, on behalf of the Defendants, at the offices of Troutman Pepper Locke LLP, 301 South College Street, 34th Floor, Charlotte, North Carolina.

* * *

C O N T E N T S

| | PAGE |
|---|---|
| EXAMINATION BY MR. WEDDINGTON | 10 |
| EXAMINATION BY MR. DAVEY | 309 |
| FURTHER EXAMINATION BY MR. WEDDINGTON | 322 |

* * *

E X H I B I T S

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Bill Anthony Bio - Spire Motorsports Web page | 14 |
| Exhibit 2 | 11/12/2025 Text Messages ANTHONY_0009 - 15 | 28 |
| Exhibit 3 | 12/2/2025 Text Messages ANTHONY_0027 - 0030 | 57 |
| Exhibit 4 | 11/13/2025 Text Messages ANTHONY_0016 - 0019 | 59 |
| Exhibit 5 | 11/21/2025 Email and Employment Agreement | 67 |
| Exhibit 6 | 11/20/2025 Emails and Employment Agreement | 68 |
| Exhibit 7 | 12/3/2025 Text Messages ANTHONY_0031 - 0032 | 77 |

| | | |
|---|---|---|
| Exhibit 8 | 12/3/2025 Text Messages ANTHONY_0033 - 0034 | 79 |
| Exhibit 9 | Declaration of William Anthony | 84 |
| Exhibit 10 | 12/31/2025 Text Messages ANTHONY_0051 - 0053 | 111 |
| Exhibit 11 | 2/16/2026 Email Spire_0000331 - 332 | 123 |
| Exhibit 12 | 2/17/2026 Emails Spire_0001004 - 1017 | 131 |
| Exhibit 13 | 1/31/2026 Emails GABEHART00239 - 263 | 132 |
| Exhibit 14 | 1/30/2026 Text Messages GABEHART00229 - 230 | 144 |
| Exhibit 15 | 1/30/2026 Text Messages GABEHART00233 - 234 | 147 |
| Exhibit 16 | 2/2/2026 Meeting Invite Spire_0001379 | 149 |
| Exhibit 17 | 2/3/2026 Text Messages GABEHART01636 - 01637 | 150 |
| Exhibit 18 | 2/6/2026 Email and Employment Agreement Spire_0000379 - 407 | 154 |
| Exhibit 19 | 2/9/2026 Emails Spire_0000132 - 159 | 178 |
| Exhibit 20 | 2/13/2026 Email and Employment | 199 |

| | | |
|---|---|---|
| | Agreement | |
| | Spire_0000341 - 369 | |
| Exhibit 21 | 2/14/2026 Email and Employment | 206 |
| | Agreement | |
| | Spire_0000163 - 176 | |
| Exhibit 22 | 2/17/2026 Emails | 218 |
| | Spire_0000082 - 94 | |
| Exhibit 23 | 2/17/2026 Emails | 224 |
| | Spire_000031 - 32 | |
| Exhibit 24 | 2/17/2026 Email and Employment | 228 |
| | Agreement | |
| | Spire_0000097 - 123 | |
| Exhibit 25 | Organizational Chart | 233 |
| | Spire_0001041 | |
| Exhibit 26 | 2/16/2026 Meeting Invite | 249 |
| | Spire_0000538 | |
| Exhibit 27 | 2/18/2026 Meeting Invite | 252 |
| | Spire_0000524 | |
| Exhibit 28 | 2/23/2026 Meeting Invite | 258 |
| | Spire_0000547 | |
| Exhibit 29 | 3/1/2026 Meeting Invite | 260 |
| | Spire_00007019 | |
| Exhibit 30 | 2/23/2026 Emails | 261 |
| | Spire_0000797 | |
| Exhibit 31 | 3/9/2026 Meeting Invite | 270 |

| | | |
|---|---|---|
| | Spire_0000552 | |
| Exhibit 32 | Defendant Spire Motorsports II, LLC's Responses and Objections to Plaintiff JGR's First Set of Interrogatories | 272 |
| Exhibit 33 | 5/5/2026 Email, Spire_0000757 - 758 | 291 |
| Exhibit 34 | 3/12/2026 Text Messages FORENSICS03282 - 3283 | 302 |
| Exhibit 35 | 3/14/2026 Text Messages GABEHART01918 - 1919 | 303 |
| Exhibit 36 | 3/16/2026 Text Messages GABEHART01929 - 1930 | 306 |

P R O C E E D I N G S

* * *

THE VIDEOGRAPHER: We are going on the record at 9:01:49 a.m., Friday, August 7, 2026.

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please turn off all cell phones or place them away from the microphones, as they can interfere with the deposition audio. Recording will continue until all parties agree to go off the record.

Here begins Media Unit Number 1, in the video-recorded deposition of William Anthony, taken by counsel for the plaintiff, in the matter of Joe Gibbs Racing, LLC, versus Christopher Gabehart and Spire Motorsports II, LLC, in the United States District Court for the Western District of North Carolina, Charlotte Division. Case Number 3:26-CV-00133-SCR-DCK.

This video deposition is taking place at Troutman Pepper Locke, LLP, located at

301 South College Street, Suite 3400, Charlotte, North Carolina 28202.

My name is David Cooper, I'm a certified legal videographer with Veritext. I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

Counsel and all present in the room and everyone attending remotely will now state their appearance and affiliation for the record. If there are any objections to the proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. WEDDINGTON: Keith Weddington with Parker Poe Adams & Bernstein for Joe Gibbs Racing.

MR. SUMMEY: Tory Summey with Parker Poe as well.

MR. DAVEY: Joshua Davey, Troutman Pepper Locke, here on behalf of Spire Motorsports and the witness.

MR. HOMESLEY: Troy Homesley, Troutman Pepper Locke on behalf of Spire

at a racetrack, yes.
Q. Okay. Which ones?
A. The races that I identified that I remembered, I suppose.
Q. No, I'm sorry, which crew chiefs?
A. All three of our crew chiefs.
Q. Okay. Have you seen him talk with car chiefs at the racetrack?
A. I don't believe I have.
Q. Have you seen him talk with members of pit crews at racetracks?
A. I don't believe so.
Q. Could he have talked with any of these people, car chiefs, pit crews?
A. These people are in the garage area --
MR. DAVEY: Objection to form.
THE WITNESS: These people are in the garage area and it's a racetrack and people in the industry talk to other people in the industry all the time.
BY MR. WEDDINGTON:
Q. Where is Mr. Gabehart most days when he's at the shop?
MR. DAVEY: Objection to the form.
THE WITNESS: In his office.

BY MR. WEDDINGTON:
Q. What work is he producing or creating while he's in the office?
A. Consistent with what I testified earlier, he's working with our chassis manufacturing business and the related fabrication business, the CNC business. He's helping us work through the potential acquisition of a body hanging business.
He's been working with the truck series team to help them determine how they can live up to their expectation, and he's traveled to go to ARCA tests and late model tests, and he's gone to sprint car races and he's gone to dirt late model races. And he's gone to several Indy car races.
Q. Spire doesn't have an Indy car team, does it?
A. Spire is a sister company to an Indy car team.
Q. But it's not Spire's team?
A. Common ownership.
Q. Right. But it's not a Spire Motorsports team; correct?
A. The majority owner of Spire

Motorsports is the owner of the Indy car team.
Q. Does the Indy car team have a separate entity that it operates under?
A. It does.
Q. Which is not Spire?
A. It is not a Spire-named entity.
Q. Not a subsidiary of Spire?
A. It is not. It is a subsidiary of the majority owner of Spire Motorsports.
Q. What meetings does Mr. Gabehart attend?
MR. DAVEY: Objection to the form.
MR. WEDDINGTON: You're right.
BY MR. WEDDINGTON:
Q. What meetings does -- did -- what meetings has Mr. Gabehart attended?
MR. DAVEY: Objection to the form.
THE WITNESS: I have seen him in a couple of competition meetings and I have seen him in -- there's a weekly meeting that I host on Wednesday mornings that has the Spire manufacturing divisions present, and he participates in that meeting and we talk about updates regarding that and the wrapping and decaling of vehicles from a