# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, )
)
vs. )
)
CHRISTOPHER GABEHART and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
__________________________________/

VIDEOTAPED DEPOSITION OF JEFFREY DICKERSON
(Taken by Plaintiff)
Charlotte, North Carolina
Wednesday, July 29th, 2026

Certified Stenographic Court Reporter
Amy A. Brauser, RPR, RMR, CRR

APPEARANCES

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:

THOMAS M. MELSHEIMER, Esquire
BRIAN NISBET, Esquire (Chicago office)
DANIELLE T. WILLIAMS, Esquire (via Zoom)
TRACEA RICE, Esquire (via Zoom)
MARY KATHERINE KENNEDY, Esquire (via Zoom)
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
(214) 764-4446
tmelsheimer@kslaw.com
bnisbet@kslaw.com
dwilliams@kslaw.com
trice@kslaw.com
mkennedy@kslaw.com

(and)

KEITH M. WEDDINGTON, Esquire
SARAH F. HUTCHINS, Esquire (via Zoom)
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, North Carolina 28202
(704) 335-9035
keithweddington@parkerpoe.com
sarahhutchins@parkerpoe.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC AND THE WITNESS:

JOSHUA D. DAVEY, Esquire
TROY C. HOMESLEY, Esquire
JENNA M. WHITE, Esquire
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 916-1503
joshua.davey@troutman.com
troy.homesley@troutman.com
jenna.white@troutman.com

APPEARANCES (Con't)

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:

CARY B. DAVIS, Esquire
Robinson, Bradshaw & Hinson, P.A.
600 South Tyron Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-838386
cdavis@rbh.com

ALSO PRESENT:

David Cooper, Videographer
Eric Schaffer, Joe Gibbs Racing

VIDEOTAPED DEPOSITION OF JEFFREY DICKERSON, a witness called on behalf of Plaintiff, before Amy A. Brauser, Certified Stenographic Court Reporter and Notary Public, in and for the State of North Carolina, at the law offices of Troutman Pepper Locke, LLP, 301 S. College Street, Charlotte, North Carolina, on Wednesday, the 29th day of July, 2026, commencing at 8:36 a.m.

* * * * * * * *

INDEX OF EXAMINATIONS

By Mr. Melsheimer . . . . . . . . . . . . . Page 10, 375
By Mr. Davey . . . . . . . . . . . . . . . . . . . Page 352

INDEX OF EXHIBITS


| NUMBER | DESCRIPTION | MARKED/IDENTIFIED |
|---|---|---|
| Exhibit 1 | Text message string, Bates MCDOWELL_0001 to 003 | 32 |
| Exhibit 2 | Declaration of Jeff Dickerson | 40 |
| Exhibit 3 | Text message string, Bates ANTHONY_0009 to 0013 | 84 |
| Exhibit 4 | Compilation of cell phone records | 125 |
| Exhibit 4A | Cell phone records, Bates VERIZON_0000001 | 126 |
| Exhibit 4B | Cell phone records, Bates VERIZON_0000006 | 126 |
| Exhibit 4C | Cell phone records, Bates VERIZON_0000002 | 126 |
| Exhibit 5 | Employment Agreement, Bates Spire_0001005 to 1017 | 140 |
| Exhibit 6 | Text message string, Bates DICKERSON_0202 to 206 | 170 |
| Exhibit 7 | Text message string, Bates DICKERSON_0207 to 214 | 176 |
| Exhibit 8 | Text message string, Bates DICKERSON_0004 to 010 | 218 |
| Exhibit 9 | Text message string, GABEHART01649 to 651 | 226 |
| Exhibit 10 | Text message string, Bates DICKERSON_0036 | 235 |

INDEX OF EXHIBITS (con't)


| | | |
|---|---|---|
| Exhibit 11 | Spire Motorsports itinerary for Pocono race, Bates Spire_0001556 to 560 | 238 |
| Exhibit 12 | 2026 NASCAR National Series Schedules | 245 |
| Exhibit 13 | Text message string, Bates DICKERSON_0062 to 65 | 263 |
| Exhibit 14 | New York Times article, "Daniel Suarez, first from his Cup ride last year, is now NASCAR's biggest surprise" | 284 |
| Exhibit 15 | Text message string, Bates DICKERSON_0193 to 194 | 303 |
| Exhibit 16 | Text message string, Bates DICKERSON_0054 to 055 | 316 |

P R O C E E D I N G S

THE VIDEOGRAPHER: We are going on the record at 8:36:32 a.m., Wednesday, July 29, 2026. Please note that the microphones are sensitive and may pick up whispering and private conversations. Please turn off all cell phones or place them away from the microphones, as they can interfere with the deposition the audio. Recording will continue until all parties agree to go off the record.

Here begins Media Unit Number 1 in the video-recorded deposition of Jeff Dickerson taken by counsel for the Defendants in the matter of Joe Gibbs Racing, LLC, versus Christopher Gabehart and Spire Motorsports II, LLC, in the United States District Court for the Western District of North Carolina, Charlotte Division, Case Number 3:26-cv-00133-SCR-DCK.

This video deposition is taking place at Troutman Pepper Locke LLC -- or correction, LLP, in the Selwyn conference room, located at 301 South College Street, Suite 3400, Charlotte, North Carolina 28202.

My name is David Cooper. I am the certified legal videographer with Veritext. I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

Counsel and all present in the room and everyone attending remotely will now state their appearance and affiliation for the record. If there are any objections to the proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. MELSHEIMER: Tom Melsheimer, King & Spalding, on behalf of the Plaintiffs.

MR. NISBET: Brian Nisbet, King & Spalding, on behalf of the Plaintiffs.

MR. WEDDINGTON: Keith Weddington with Parker Poe Adams & Bernstein on behalf of the Plaintiff.

MR. SCHAFFER: Eric Schaffer, Joe Gibbs Racing.

MR. DAVEY: Joshua Davey, Troutman Pepper Locke, here on behalf of Spire Motorsports and the witness.

MR. HOMESLEY: Troy Homesley of Troutman Pepper Locke on behalf of Spire Motorsports.
MS. WHITE: Jenna White, Troutman Pepper Locke, on behalf of Spire.
MR. DAVIS: Cary Davis, Robinson Bradshaw & Hinson, on behalf of Defendant Christopher Gabehart.
THE VIDEOGRAPHER: And those on the Zoom.
MS. WILLIAMS: Danielle Williams, here on behalf of the Plaintiff.
MS. RICE: Tracea Rice, here on behalf of the Plaintiff.
MS. KENNEDY: MK Kennedy, here on behalf of the Plaintiff.
MS. HUTCHINS: Sarah Hutchins on behalf of the Plaintiff.
THE VIDEOGRAPHER: The court reporter, Amy Brauser, will now swear in the witnesses.

JEFFREY DICKERSON,

after having been first duly sworn by the certified stenographer, was examined and testified as follows:

just sit there. I'm just focused on Cup, right. So he's freed me up.

No, again -- and you're talking about all this money, I just want to make sure we're clear. It was JGR that paid him all that money to be a comp director, $1.75 million more than what I pay my comp director, right. I'm paying an executive that much, right, and he's doing what I need him to do. He's just doing it -- I'm the -- he's letting me focus on Cup because I pulled him out of it.

Q. Is he in the war room on race weekends for the Cup Series?

A. He's only been in the war room once.

Q. Why was he in the war room once?

A. What do you mean?

Q. Why was he in the war room at all?

A. Because he didn't go to Daytona, right. It was the first race of the year. So I --

Q. Let me ask it a different way.

A. Yeah.

Q. When was he in the war room?

A. He was in the war room for the Daytona 500.

Q. When was that?

A. It was February 15th.
Q. What did he -- why was he in the war room for the Daytona race in February?
A. I knew he was going to sign his contract the next day, right. Part of his job -- and again, he's the new guy. He's never seen a GM tool in his life. He's never seen some of these guys that are in there in his life. So, you know, I thought it was a good idea, you know, to pop him in there just so -- again, you have to -- you have to understand, where I -- when I thought that we were going to get Chris Gabehart was in -- hopefully, in November, right. So the joke around the place was that Chris Gabehart was the name of my cat. So I needed some proof of life to somebody that wasn't me and Bill, that Chris Gabehart was alive, so -- but, you know, but that was two days before he signed his contract.
Q. The Daytona race was two days before he signed his contract?
A. It was.
Q. Still not sure I understand. What did he do in the war room?
A. Sat there.
Q. Silent?

A. He was. Chris Gabehart has never talked on any radio, intercom, war room. But he's only been in the war room for that one race.
Q. Is that because he's not supposed to talk?
A. I don't talk --
MR. DAVIS: Object to the form.
THE WITNESS: Sorry, Cary.
I don't talk on the radio, so he doesn't need to.
BY MR. MELSHEIMER:
Q. So what are you getting out of Mr. Gabehart, if anything, with respect to his duties as chief motorsports officer currently with respect to the Cup racing series?
A. Well, like I said, he's freed me up. So I am participating in more Cup stuff than I did last year.
Q. Is it your testimony that because you sidelined him from the Cup racing series that you're more involved in it now?
A. Well, that was the -- yeah, that was the point. That was why I needed somebody. I can't do -- again, I know we've talked about this. We have -- we have too much motorsports stuff,

okay. And when you add in the rest of the stuff with our hockey things, I couldn't do everything, and I'm raising two daughters.

Q. Well, let me just -- sorry.

A. So getting Chris Gabehart to let me -- free me up to go Cup racing, right. And by the way, it's been super rewarding because we've been able to see it through, like because if Chris was there, right, maybe he's got his fingerprints on some things, but it's been rewarding to me that this is the group, right. I'm leading this group, we have two wins, we have two that are going to go make the playoffs. That's us.

Q. But, Mr. Dickerson, you didn't hire Mr. Gabehart with the thought or intention that he wouldn't be involved in the NASCAR Cup Series, did you?

A. The -- no, I didn't, but --

Q. You wanted him, in part, because of his previous work in the NASCAR Cup Series, true?

A. Well, absolutely. However, but it's not the -- but Chris Gabehart is doing 95 percent of the job that I hired him to do. Right now. Right now. Right. I can take it -- I'll take care of the Cup Series stuff. I'll do that. But I'm

A. Actually, I know so. I actually -- I know it's that because we have an 81-passenger plane.

Q. For the Cup Series?

A. Yes. Well, for the Truck Series too. But we have -- we have an 81-passenger plane.

Q. So I want to -- I understand what you've told Mr. Gabehart he can't do and what he's not involved in.

Can you give me and the ladies and gentlemen of the jury sort of a day in the life of Chris Gabehart if he's not involved in -- your understanding of what he's doing -- if he's not working on the NASCAR Cup Series for Spire, what is he doing?

MR. DAVEY: Objection to the form.

You can answer.

THE WITNESS: I think I've answered it too. What do you want to know?

BY MR. MELSHEIMER:

Q. Well, how is it easiest for you to answer this? I mean, in other words, what I'm trying to get at is -- can -- let's -- let's talk about it this way.

As between the various businesses of

Spire, can you give me a sense of what percentage of his time is devoted to each one?
A. Well, I mean, we don't have -- I don't have a time clock on him. I know that he spends 100 percent of his time on Truck Series, fab shop, chassis shop, manufacturing, Sprint car team, pavement late model team, IndyCar team. I mean, that's -- yeah, that's -- that's -- he's spending a hundred percent of his time on that.
Q. Non-NASCAR Cup?
A. Well, as I've said, yeah.
Q. What -- can you describe for me what is the kind of -- what is the kind of work he's doing for the IndyCar team, what is he -- what is he providing them?
A. So the IndyCar team in the TWG world is a source of frustration, might be the best way I can put it. And so they're in the middle of a lot of changes, right. So they've taken -- first step this year, bringing in Will Power to drive and they got Ron Ruzewski out of Team Penske. He was running Penske's IndyCar program. He's now running the TWG team.
So NASCAR is season long, right. We're on the road 40 weeks. Theirs is more condensed.

So essentially, when they get past the Indy 500 at the end of May, they're in their stretch run. So -- because they'll be done on Labor Day, and so then they're -- where they're getting people and whatever. So what Chris is doing there is he's another set of eyes for Ron, and he's trying to, in a way, just, hey, who are the guys -- who are going to be part of the core of this group for '27 and beyond, and who are the guys that are -- probably need to move on from.

Q. You mean -- are you talking about drivers or something else?

A. I mean mechanics and -- I'm assuming mechanics and engineering.

Q. So assessing --

A. And drivers, yeah.

Q. -- assessing the teams?

A. Well, he's just working on it with Ron, right. So Ron's -- it's Ron's job. And again, Chris is a super-respected, you know, name in motorsports. And so Ron, who was at Penske in North -- here in North Carolina, Ron wants to run a IndyCar team more in the form or fashion of how NASCAR teams are run. So him and Chris are speaking the same language as far as how they would

want to structure a team up there, so . . .
Q. What about the Truck Series team, what is he doing for them?
A. So the Truck Series team, a lot of it just trying to work on communication. Some of it instilling confidence. Some of it is how -- how do changes go from the -- how do I say this. It has always been a train wreck, in -- in my experience with our truck team, certainly since we bought the Kyle Busch Motorsports operation out, is that the way that the truck team interfaces with the fab shop and interfaces with the chassis shop is just a train wreck. It has been super inefficient.
So Chris has done a really good job standardizing the -- the way that the race team talks to the fab shop, right, talks to the chassis shop, so that when a crew chief or Bono, the comp director, wants to get something implemented on a chassis or so, that Chris is able to keep those guys kind of at arm's length and Chris handles it so we don't have six different people going in.
So he does a lot of that. And again, I think he does a really good job working with Bono on trying to get him to look at the truck team a different way. More of a ambitious truck team and

not just a place where you would stash some of your older guys that's just kind of running out the string.

Q. So truck team, IndyCar team. Any other area where Mr. Gabehart is spending significant time?

A. Absolutely. He -- I'm actually jealous in a lot of ways, right. So I mean, he was at the -- he goes with the pavement late -- excuse me, pavement late model team. He was at the Slinger Nationals. He's been at too many late model races. Because much like what JGR has done with young drivers in the past, we have a young driver named Tristan McKee, he's 15, that we are trying to instill good habits in. But I, on purpose, kind of dumped him in a chaotic place. So Chris goes with them a lot to just kind of keep it on track and try to get Tristan to start -- we're trying to make a driver that can make it to the Cup Series. We're not trying to make a driver that can win late model races or win ARCA races or something. We're trying to get a guy that can make it to Cup. So I thought certainly, you know, that -- I know the pavement late models are a passion project for his, so he spends a lot of time with Tristan. He'll go to the

late model shop, which is just five minutes down the road.

He goes with the Sprint car team. You know, we essentially built a Sprint car team in a matter of months. And so, you know, race cars are race cars, and -- and Chris, you know, at least can -- he knows when we're talking about, you know, what -- what -- what makes a Sprint car go fast, Chris is very good at interfacing with those guys. But really, on the Sprint car team, he was -- he's been a -- I guess things just kind of like work out, right. So I mean, he's -- he's been some -- another pair of arms as they've kind of tried to build that team.

Q. Any other significant undertakings by Mr. Gabehart other than what you've described?

A. I mean, I know one project that he is doing for the Cup Series deal, and again, it's just like I'm asking him -- again, I need to know, I want to know where he thinks that -- where are we -- where are we weak as far as equipment that we need to get into our shop. And again, not that you really care, but I'm looking -- with Chris, I'm looking two years out, three years out, so I'm asking him where -- how do we get to where we want

to be in the next two or three years. We have the present figured out, right. It's how do we get there two or three years, and that's where I'm really leaning on him for the Cup stuff.

Q. Any other significant undertakings that you can recall?

A. I mean, I would say the -- everything we just talked about is pretty significant, but --

Q. I'm saying other significant things.

A. I don't know. I mean . . .

Q. The other racing entities, the Truck Series, the IndyCar team, the other team you described, Sprint car, what is the value of those teams to Spire as compared to the Cup Series teams?

A. What do you mean?

MR. DAVEY: Objection to the form.

BY MR. MELSHEIMER:

Q. Well, if you had a pie chart and you wanted to sort of ascribe value, say, revenues associated with, what would the revenues of those other teams be as compared to NASCAR Cup Series?

A. Well --

MR. DAVEY: Objection to the form.

BY MR. MELSHEIMER:

Q. If you know.

A. Well, the IndyCar team we spend -- I know we spend about $16 million per car up there. That's three million -- that's for three cars. The -- I mean, if you -- I can do it -- it would probably be easier for me to do it by expense than it is anything else because it brings great value to our company.

Q. So "expense" meaning -- so can you give me a sense of where the NASCAR Cup Series is in terms of company expenses versus the other entities?

A. I think that it is -- like I just told you, I think that we spend about 22, $23 million per Cup team. We have our ancillary businesses, our fab shop, chassis shop and all those things. I mean, I don't know how much we spend, but there -- we -- we sell outside product to other Chevrolet truck teams. We have outside of racing customers for our manufacturing facility. I mean, again, I think I said earlier I thought -- I thought it was about 60 percent of our --

Q. 60 percent?

A. Yeah.

Q. Yeah. And it's clearly the single most valuable part of the Spire enterprise.