# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC,
Plaintiff,
vs.
CHRISTOPHER GABEHART and
SPIRE MOTORSPORTS, LLC,

Defendants.
----------------------------------------------X

* * CONFIDENTIAL * *
ATTORNEYS' EYES ONLY
August 25, 2026
9:14 A.M.
VIDEOTAPED DEPOSITION
OF TRAVIS PETERSON
Charlotte, North Carolina

Reported By:
Randi J. Garcia, RPR, CCR
Job No.: 8406657

Transcript of the deposition of TRAVIS PETERSON, called for Oral Examination in the above-captioned matter, said Deposition being taken pursuant to Federal Rules of Civil Procedure by and before RANDI J. GARCIA, Registered Professional Reporter, CCR, and Notary Public, held at 301 South College Street, Suite 3400, Charlotte, North Carolina, on Tuesday, August 25, 2026, commencing at approximately 9:14 a.m.

A P P E A R A N C E S:
ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:
BY: KEITH M. WEDDINGTON, ESQ.
Parker Poe Adams & Bernstein LLP
620 South Tryon Street
Suite 800
Charlotte, North Carolina 28202
(704) 335-6639
kweddington@parkerpoe.com

and...

BY: TRACEA RICE, ESQ. (VIA ZOOM)
King & Spalding LLP
2601 Olive Street
Suite 2300
Dallas, TX 75201
(214) 764 4600

(Continued)
ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:
BY: ANNA CLAIRE TUCKER, ESQ.
Robinson Bradshaw
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8376
atucker@rbh.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC:
BY: JOSHUA D. DAVEY, ESQ.
BENJAMIN WHORF, ESQ.
Troutman Pepper Locke
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 998-6509
benjamin.whorf@troutman.com
joshua.davey@troutman.com

Also Present:
John Roberts, Videographer

I N D E X

WITNESS: TRAVIS PETERSON

EXAMINATION PAGE

By Mr. Weddington: ...................9

* * *

## INDEX TO EXHIBITS


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Spire_0000733 | 20 |
| Exhibit 2 | PETERSON_0010 | 81 |
| Exhibit 3 | Spire_0000718 - calendar notice | 103 |
| Exhibit 4 | Spire_0000528 - calendar invitation from Matt McCall | 106 |
| Exhibit 5 | Spire_0001880 - invitation from Dax Gerringer dated February 16, 2026 | 108 |
| Exhibit 6 | Spire_0000549 | 112 |
| Exhibit 7 | Spire_0000524 - invitation from Dax Gerringer to engineering prerace meeting for February 18, 2026 | 114 |
| Exhibit 8 | Spire_0000547 - invitation from Matt McCall to Atlanta one pre-event meeting | 116 |
| Exhibit 9 | Spire_0000797 -Monday, February 23rd invitation to Atlanta | 122 |
| Exhibit 10 | Spire_0000535 - invitation for Monday, February 23rd | 125 |
| Exhibit 11 | Spire_0001438 - e-mail from Matt McCall dated February 24, 2026 | 126 |
| Exhibit 12 | Spire_0000548 - invitation from Matt McCall to a COTA strategy review | 129 |

(Continued)


| | | |
|---|---|---|
| Exhibit 13 | Meeting invitation from Matt McCall regarding Cup Series COTA post race/Q debrief for Saturday, February 28th, 2026 | 132 |
| Exhibit 14 | e-mail from Matt McCall dated February 28th, 2026 | 137 |
| Exhibit 15 | February 28th, 2026 e-mail from Dax Gerringer | 140 |
| Exhibit 16 | invitation from Matt McCall regarding a meeting on March 1st, 2026 | 142 |
| Exhibit 17 | invitation from Matt McCall for a meeting on March 2nd, 2026 | 144 |
| Exhibit 18 | e-mail from Dax Gerringer. Regarding design projects | 146 |
| Exhibit 19 | text exchange between you and Rodney Childers dated April 8, 2025, | 159 |
| Exhibit 20 | Spire 001251 - Dobson e-mail | 183 |
| Exhibit 21 | vendor list | 198 |
| Exhibit 22 | e-mail from Heather Griffin dated February 21st, 2026 | 210 |
| Exhibit 23 | series of text messages dated February 19, 2026 | 213 |
| Exhibit 24 | e-mail from William Anthony to Spire all employees | 221 |
| Exhibit 25 | series of text messages | 239 |

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:14 a.m. on Tuesday, August 25th, 2026.

This is media unit one of the video recorded deposition of Travis Peterson taken in the matter of Joe Gibbs Racing, LLC versus Christopher Gabehart and Spire Motorsports, LLC being heard in the United States District Court, Western District of North Carolina, Charlotte Division. Case Number 326-CV-00133-SCR-DCK.

We are at the law offices of Troutman Peter -- Pepper Locke located at 301 South College Street, Suite 3400 in Charlotte, North Carolina.

Counsel will now state their appearance and affiliation for the record beginning with the noticing attorney.

MR. WEDDINGTON: Keith Weddington for plaintiffs with Parker Poe Adams & Bernstein.

MR. DAVEY: Joshua Davey and Ben Whorf of Troutman Pepper Locke here for Spire Motorsports and the witness.

MS. TUCKER: Anne Claire Tucker with

Robinson Bradshaw here on behalf of Christopher Gabehart.

MR. WEDDINGTON: Good morning.

T R A V I S P E T E R S O N, after having been first duly sworn, was examined and testified as follows:

THE WITNESS: I do.

EXAMINATION

BY MR. WEDDINGTON:

Q. Please state your full name for the record, please.
A. Yes, sir. Travis Peterson.
Q. All right. And what is your current position?
A. I am the crew chief of the No. 71 car at Spire Motorsports.
Q. When did you begin working at Spire?
A. Roughly two years ago, maybe a little less than that. The off-season of that year.
Q. What positions have you held at Spire Motorsports?
A. Same job the whole time, crew chief of the 71.
Q. Okay. Give me your brief employment history prior to Spire.

Q. So you guys have been together how many seasons?
A. This is our fourth.
Q. Did you know him prior to your first assignment as crew chief for him?
A. Not well, but yes, we had a technical alliance between Front Row Motorsports and Roush at the time, which is how we sort of got introduced to each other.
Q. Describe, what is the relationship between driver and crew chief like?
MR. DAVEY: Objection to the form.
THE WITNESS: When you object I still answer?
MR. DAVEY: Yes.
THE WITNESS: Okay.
Relationship between driver and crew chief is a little different between probably every driver and crew chief. You have to be fairly close because it's your job to understand what he describes the race car to do and try to make it better.
But I would say they're all slightly different.

BY MR. WEDDINGTON:
Q. How frequently do you interact with the driver?
MR. DAVEY: Objection to the form.
BY MR. WEDDINGTON:
Q. And let's say during the season.
MR. DAVEY: You mean Mr. McDowell specifically or drivers in general?
BY MR. WEDDINGTON:
Q. Yeah. Well -- yeah. How often do you and Mr. McDowell typically interact?
A. At least every other day probably on average. I mean, on the weekends every day, but not every day at home.
Q. Do you see each other on occasions other than at work?
A. Occasionally, yes.
[redacted]

CONFIDENTIAL



[redacted]

[redacted]

the typical Thursday during race seasons?
A. Other than when we go to the DIL, hopefully a day off with my family.
Q. And how long is the DIL process?
A. Varies. I think we have a threeish hour window, and depending on how many teams are going at that time we split up the time.
Q. And how many teams, how many Spire teams are going?
A. Yes. Sometimes we have to fit all three drivers in and sometimes we don't.
Q. How do you decide that?
A. Primarily driver schedule based.
Q. Anything else standard that happens on Thursdays?
A. No.
Q. All right. What about Fridays?
A. Sometimes we fly out, sometimes we don't. Depending on the weekend. Sometimes we go to the track and do tech, sometimes we don't, depending on the weekend.
Q. And is the -- when you say "test the track," is that for that weekend's race or is that for some future testing?
MR. DAVEY: Objection to the form.

THE WITNESS: I said tech.
BY MR. WEDDINGTON:
Q. Oh, I'm sorry. Tech.
A. As in technical inspections at the track.
Q. Okay.
A. If -- that's the NASCAR schedule, if we go in for technical inspection that day.
Q. I'm sorry, I thought you had said test.
(Crosstalk.)
THE WITNESS: Sorry.
BY MR. WEDDINGTON:
Q. So for a race weekend where if the race is on Sunday, what typically happens on a Friday at the track? When -- when does the track typically open?
A. Well, it's probably 50/50 through the year that we do a technical inspection day on Friday or sometimes it's Saturday morning.
Q. And describe this technical inspection for me.
A. You get to the track, you present your car to NASCAR, and they check everything on the car to make sure it's within the rules

before they allow you to go on the racetrack.
Q. And how do they do that?
MR. DAVEY: Objection to the form.
THE WITNESS: A lot of ways. They have inspectors who come look at your car. You roll through specific machines at the racetrack.
BY MR. WEDDINGTON:
Q. Are these like the underbody scans, the Hawkeye scans, Bolt 6 scans?
A. Yes.
(crosstalk.)
THE WITNESS: Those are examples of it, yes.
BY MR. WEDDINGTON:
Q. Okay. Who participates in inspections on behalf of Spire's teams?
A. Pretty much myself, the engineers, and the mechanics.
Q. And what role do those folks play during inspections?
A. Mostly pushing the car around.
Q. What sort of feedback do you get from NASCAR about those inspections?
A. They'll usually tell you if you

passed, if they're happy with your car. Or if you failed, what you need to fix.

Q. Has Mr. Gabehart attended any of those inspections?

MR. DAVEY: Objection to the form.

THE WITNESS: Think he's ever pushed through tech with us.

(Clarification by the reporter.)

THE WITNESS: I don't think he's ever pushed through tech with us.

BY MR. WEDDINGTON:

Q. Okay. Aside from whether he was pushing, has he been present?

A. I don't recall seeing him with us.

Q. Where at the track do these tech inspections take place?

A. I mean, all over, which is why it's kind of hard to answer. I'm sure he was at the track while we were going through tech at some point, but never with us.

Q. All right. So what -- what else, assuming it's a Friday where there's tech inspections. What else happened on a Friday on a race weekend?

A. That's about it. Once you pass tech,

Series COTA Post Race/Q Debrief for September -- excuse me, Saturday, February 28th, 2026; correct?
A. Yup.
Q. And this is the meeting for the COTA race, obviously, that you described earlier that takes place both after practice and qualifying are completed?
A. That is correct.
Q. And what are the -- I see a reference about after pit pick is complete. What is typically included in this meeting?
A. Pretty much exactly what I talked about last time. We just all talk about how our practice and qualifying went. We don't really have any, I don't know, material.
Q. Are there any typically takeaways from these meetings, any action items?
A. No. Usually it's just your first time to slow down. A lot of times practice and qualifying happens back to back and then you immediately do the pit pick it references and so it's your first time to kind of slow down and talk about it and just think about how your practice went and what you may want to do for

the race.
Q. And did Mr. Gabehart ever attend any of these meetings?
A. I don't recall. When he was at the track a few times he may have been in one of the lounges, but I don't remember him at least not engaging in the meeting, because I don't remember him.
Q. At -- at any point during a race weekend, have you ever communicated with Mr. Gabehart via intercom?
A. No.
Q. At any point during a race weekend have you ever communicated with Mr. Gabehart via text?
A. No. I think other than that one I talked about where he sent us after a race like a good job text.
Q. At any point during a race weekend have you ever communicated with Mr. Gabehart via telephone?
A. No.
Q. In person?
A. Yes.
Q. How often would you estimate?

A. Not very. Couple times total over the entire year.
Q. Do you recall at which races?
A. No. All the race weekends kind of blur together, and if it wasn't like supersubstantial, I don't really remember the details.
Q. Did you ever communicate with Mr. Gabehart via e-mail on race weekends?
A. No, I don't think I've ever sent him an e-mail or talked to him on e-mail other than being on the same e-mails.
Q. What races do you recall Mr. Gabehart attending?
A. I just remember it being the beginning of the year. The specific ones I don't 100 percent remember where it was like, yeah, he was there at a couple, but I don't remember which ones. I think we had to wait for him on the plane at Talladega maybe.
Q. I'm sorry?
A. There was somewhere we had to wait for him on the plane. Might have been Talladega. I don't remember.
Q. When he would go to the races, would

any strategy for your car?
A. No.
Q. Other than the meetings that you have described, do you know if Mr. Gabehart has ever been in the war room during a race weekend, any race weekend activities?
A. I don't know of it.
Q. Have you heard of it?
A. No. I haven't heard of it. I'm saying it's plausible, but I don't know.
Q. Okay. Have you ever seen Mr. Gabehart on a pit box during a race weekend?
A. He came on top of ours prerace once just to talk to us.
Q. Which race was this?
A. Ooh. I'm not going remember. Early in the year again. I just think I remember making a comment that Bill was on the box, Matt was on the box and Gabehart was on the box, so I must be in trouble.
Q. What do you recall being discussed while he was there?
A. Not much. We were sitting there prerace, so...

Q. Anything about the car's performance?
A. No, not at that time. We would have been pretty done with everything waiting for the race to start, so...
Q. Have you seen him on pit boxes for other Spire Cup teams?
A. I mean, I'm sure I have, but not memorably.
Q. Have you ever heard him talking over a radio channel during a race weekend?
A. No.
Q. Have you ever deleted any text messages between you and Mr. Gabehart?
A. No.
Q. Have you ever discussed deletion of text messages with anyone at Spire?
A. No.
Q. Has Mr. Gabehart ever discussed anything about the performance of any of Spire's cars other than a generic attaboy as you described earlier?
A. I don't think so.
Q. Has he ever discussed any particular components of Spire's cars?
A. I mean, I'm sure he has talked about

the race car in some capacity, yes. Not memorably so anything that I can like be like, oh, yeah, this, we had this or we had that.
Q. Would this have been in some of the meetings that you have described?
A. Yeah, possibly.
Q. Would it have been at the tracks?
A. No. We very rarely interacted at the track.
Q. Has Mr. Gabehart ever participated in a decision about who works on your team at Spire?
A. No.
Q. Anyone else's?
A. Not to my knowledge.
Q. Do you know if Mr. Gabehart has had any input into compensation of team members at Spire?
A. Not that I am aware of.
Q. Do you recall that Mr. Gabehart was at the Darlington race earlier this year?
A. I can't say he wasn't, but I don't remember it being memorable if I saw him.
Q. Do you know where Mr. Gabehart was at any point during the Darlington race weekend?

A. I do not.
Q. What about the Food City 500 at Bristol on April 12th, do you recall Mr. Gabehart being there?
A. Yes.
Q. Why do you recall him being there?
A. Because there's pictures of him there on Twitter.
Q. What did he do during that race weekend?
A. I don't know. Not much. Just saw him walking around for the most part.
Q. Did you interact with him at the race at Bristol?
A. I would assume I did, because he was there. But not in any significant capacity.
Q. The team typically stays at the same hotel, doesn't it?
A. Yeah.
Q. Are there interactions at the hotel related to the race weekend activities?
A. Almost never.
Q. Did you ever have any meetings or conversations with Mr. Gabehart at a hotel during a race weekend?

A. No, sir.
Q. Did you see him having meetings with anyone else at hotels during race weekends?
A. I did not.
Q. Do you know if anyone from Spire's competition group meets with Mr. Gabehart on a regular basis?
A. I don't know, but I don't think so. Because we all meet together for pretty much everything.
Q. Has Mr. Gabehart been involved in any sort of competition decisions related to Spire's Cup Series cars?
A. Decisions, no, no. Like I said, he's been aware of things and invited to things, but I don't recall him ever being part of a decision making process.
Q. Has he had any input into decisions made for Spire's Cup Series cars?
A. Can't recall of anything of substance, no. Like I said, he's been in meetings, but myself, Matt, the other crew chiefs and Dax, pretty much deliberate and decide everything.
Q. Has Mr. Gabehart discussed any sort

of testing of Spire's cars or their components related to Cup Series?

A. No. Don't really have much testing.

Q. We've seen lots of e-mails that Mr. Gabehart was included on either distributing documents, information about Spire's Cup Series teams or inviting him to meetings; correct?

Do you know if he has been removed at any point from any of those distribution lists?

MR. DAVEY: Objection to the form.

THE WITNESS: I don't know. I don't really look at who's on them, honestly.

BY MR. WEDDINGTON:

Q. Do you know if he has continued to be on any recent distribution lists that you've received?

A. I don't know.

Q. When do you first recall seeing Mr. Gabehart at Spire's facilities?

A. Probably that Daytona debrief.

Q. Which would have been after the Daytona race?

A. Yeah.

Q. Was there ever any sort of larger