# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, )
)
vs. )
)
CHRISTOPHER GABEHART and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
___________________________________/

* * C O N F I D E N T I A L * *

VIDEOTAPED DEPOSITION OF LUKE LAMBERT
(Taken by Plaintiff)
Charlotte, North Carolina
Thursday, August 27th, 2026

Certified Stenographic Court Reporter
Amy A. Brauser, RPR, RMR, CRR

APPEARANCES

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:

TRACEA RICE, Esquire
DANIELLE T. WILLIAMS, Esquire (Charlotte office)
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
(214) 764-4465
trice@kslaw.com
dwilliams@kslaw.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC AND THE WITNESS:

TROY C. HOMESLEY, Esquire
ANAIS MOORE-JACCARD (Pennsylvania office)
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 916-1503
troy.homesley@troutman.com
anais.jaccard@troutman.com

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:

ANNA CLAIRE TUCKER, Esquire
Robinson Bradshaw Hinson
600 South Tyron Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8350
atucker@rbh.com

ALSO PRESENT:

John Roberts, Videographer
Eric Schaffer, Joe Gibbs Racing

VIDEOTAPED DEPOSITION OF LUKE LAMBERT, a witness called on behalf of Plaintiff, before Amy A. Brauser, Certified Stenographic Court Reporter and Notary Public, in and for the State of North Carolina, at the law offices of Troutman Pepper Locke, LLP, 301 S. College Street, Charlotte, North Carolina, on Thursday, the 27th day of August, 2026, commencing at 9:11 a.m.

* * * * * * * *

INDEX OF EXAMINATIONS

By Ms. Rice . . . . . . . . . . . . . . . . . . . Page 6
By Mr. Homesley . . . . . . . . . . . . . . . . Page 250

INDEX OF EXHIBITS



| NUMBER | DESCRIPTION | MARKED/IDENTIFIED |
|---|---|---|
| Exhibit 1 | Post on X by Chris Gabehart, dated 02/20/2026 | 16 |
| Exhibit 2 | Employment Agreement, Bates Spire_0001005 to 017 | 45 |
| Exhibit 3 | Short Message Report, Bates DICKERSON_0004 to 010 | 81 |
| Exhibit 4 | Short Message Report, Bates HOCEVAR_0051 to 052 | 87 |
| Exhibit 5 | 2025 NASCAR National Series Schedule | 90 |
| Exhibit 6 | 2026 NASCAR National Series Schedule | 90 |
| Exhibit 7 | Microsoft Teams meeting invites, Bates Spire_0000524 to 709 | 120 |
| Exhibit 8 | Cell phone extraction report, Bates GABEHART02223 | 130 |
| Exhibit 9 | Meeting notes, Bates Spire_0001712 to 2053 | 146 |
| Exhibit 10 | Spire Motorsports Org Chart, Bates Spire_0000733 | 193 |
| Exhibit 11 | Short Message Report, Bates GABEHART01798 to 799 | 226 |
| Exhibit 12 | Meeting invite, Bates Spire_0000788 | 236 |

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We're going on the record at 9:11 a.m. on Thursday, August 27th, 2026. This is Media Unit 1 of the video-recorded deposition of Luke Lambert, taken in the matter of Joe Gibbs Racing, LLC, versus Chris Gabehart and Spire Motorsports, LLC, being heard in the United States District Court, Western District of North Carolina, Charlotte Division, Case Number 3:26-cv-00133-SCR-DCK.

We are at the law offices of Troutman Pepper Locke located at 301 South College Street in Charlotte, North Carolina.

Counsel will now state their names and appearances for the record, beginning with the noticing attorney.

MS. RICE: Tracea Rice here on behalf of the Plaintiff, Joe Gibbs Racing.

MS. WILLIAMS: Danielle Williams with King & Spalding on behalf of the Plaintiff, Joe Gibbs Racing.

MR. SCHAFFER: Eric Schaffer with Joe Gibbs Racing.

MR. HOMESLEY: Troy Homesley of

Troutman Pepper Locke here on behalf of the witness and Spire Motorsports II, LLC.

With me here today is Anais Jaccard of Troutman Pepper Locke on behalf of the witness and Spire Motorsports II, LLC.

MS. TUCKER: Anna Claire Tucker with Robinson Bradshaw here on behalf of Defendant Christopher Gabehart.

LUKE LAMBERT,

after having been first duly sworn by the certified stenographer, was examined and testified as follows:

EXAMINATION

BY MS. RICE:

Q. Good morning.

A. Good morning.

Q. Could you state your name for the record.

A. Luke Lambert.

Q. And what is your address?

[redacted]

Q. Okay. Have you ever been deposed before, Mr. Lambert?

A. No.

Q. I'm just going to give you a few rules

about how today will go.
The first one, probably one of the most important rules, is that -- you see our court reporter sitting to the right of me?
A. Uh-huh.
Q. Her job here is to make sure we have a clean record at the end of the day.
A. Okay.
Q. That means she's going to type down everything that you say, everything that I say, and so in order for her to do her job effectively, that means for every question that I ask to you, I'm going to need a verbal answer. Does that make sense?
A. Yes.
Q. Okay. So no "uh-huhs," no "uh-uhs," so all "yeses," "nos," and explanations. Can you do that today?
A. Perfect.
Q. Second rule is that we have seven hours of your time today. I hope we don't have to spend all seven hours, but it could be a long day. And so at any point, if you need a break, please feel free to let me know. I'm happy for us to take a break.

A. Okay.
Q. The only thing that I'm going to ask for you is that you would finish answering any pending question that I may have before we actually go to break. Does that seem fair?
A. Absolutely.
Q. Okay. Last thing is that I acknowledge that today you are the expert in the room on NASCAR. And so there may be times when you give me an answer and I don't necessarily understand what you're saying immediately. I may rephrase the question or ask you to continue to explain. That is not to annoy you or to be difficult. It's just because I want to fully understand what it is that you're trying to tell me today. Does that make sense?
A. Yes.
Q. And vice versa, it's a two-way street. If I ask you any question that is unclear and you don't understand it, I also need you to let me know that so I can rephrase the question until you do understand it so you can also have full understanding of what I'm asking of you today. Does that seem fair?
A. Gladly, yes.

Q. Okay.
Tell me, where is it that you work?
A. Spire Motorsports.
Q. And what's your job title at Spire?
A. I'm the crew chief of the 77 Cup car.
Q. How long have you been in that role?
A. I have been in that role at Spire Motorsports since the beginning of 2024.
Q. Have you held any other roles at Spire Motorsports?
A. No.
Q. And where did you work prior to going to Spire?
A. Legacy Motor Club.
Q. What did you do at Legacy?
A. I was the crew chief of the 42-car.
Q. And how long were you at the Legacy Motor Club?
A. One year.
Q. Do you have any other experience in NASCAR outside of your time at Legacy and Spire Motorsports?
A. Yes.
Q. Where else have you worked?
A. I worked at Junior Motorsports, Roush

information did not come from JGR?
MR. HOMESLEY: Objection to form.
THE WITNESS: Can you rephrase that question?
BY MS. RICE:
Q. Sure.
If Mr. Gabehart is in competition meetings sharing information, how would you know that the source of that information was not JGR?
A. "If Mr. Gabehart is in competition meetings" is insinuating that he's in all the competition meetings. He has been present in certain competition meetings. I am -- I am under the understanding of what you're saying, but I don't feel that Mr. Gabehart has been in the competition meetings sharing what you're saying is confidential information.
Q. Well, I understand that that is your feeling. I'm asking if he shared information in those meetings, what would be your basis for knowing that it had not come from JGR?
MR. HOMESLEY: Objection to form.
THE WITNESS: I feel like this is a hypothetical question that you're asking me so I don't know exactly how to answer it.

But what I'm saying is Mr. Gabehart has been present in competition meetings. My observance of him being in competition meetings, my observation has been him being there as a person that sits on the side, high -- high level. He's not involved in the parts of the competition meetings that you're referring to.

The competition meetings that we're having are the people that have gone to the racetrack and the people that have been in the fight, like myself, that are doing the job of making the cars better, and we are the ones that are talking about things that are impacting our cars.

So when Mr. Gabehart has been in the -- in the meetings, that's not what he's been talking about.

BY MS. RICE:

Q. Are you saying that Mr. Gabehart has never gone to the racetrack?

A. No.

Q. And so he would be amongst the people that have gone to the racetrack, right?

A. Well, there's generally somewhere

between 30 and 40,000 people at the racetrack every weekend.

Q. Mr. Gabehart has been amongst the people at Spire that are going to races, correct?

A. Mr. Gabehart was there with the other tens of thousands of people, yes.

Q. And with the other Spire employees, correct?

MR. HOMESLEY: Objection to form.

THE WITNESS: And the other employees of all the other race teams that were present at the track.

BY MS. RICE:

Q. I'll reask my question just so that you know it's a slightly narrower question.

A. Okay.

Q. Has Mr. Gabehart been at the races alongside Spire employees?

MR. HOMESLEY: Form.

THE WITNESS: Mr. Gabehart has been at the racetrack, but not in a role alongside of Spire employees.

BY MS. RICE:

Q. You've never seen Mr. Gabehart at a Cup Series race standing next to other Spire employees?

BY MS. RICE:
Q. How did Mr. Anthony say the interaction should look?
A. I don't remember the specifics of the email, but it was basically explaining what all Chris was going to be working on.
Q. Do you recall when that email was sent?
A. Not the specific date, no. Sometime, if I would guess, March, but I don't remember.
Q. Any chance that it was later in May?
A. Yeah, possibly. I mean, again, I don't exactly remember.
Q. So before you received that email, had you received any other directions that said you could not talk to Mr. Gabehart about certain things?
MR. HOMESLEY: Objection to form. Same caution around privilege.
THE WITNESS: I don't really remember any specific conversations.
BY MS. RICE:
Q. Has anyone at Spire ever told you you cannot talk to Mr. Gabehart about Cup Series competition, for example?
MR. HOMESLEY: Objection to form.

THE WITNESS: Nobody has ever, I don't think, specifically said that, although it's kind of an understanding, and that's not really what his role is.

BY MS. RICE:

Q. But no one has ever told you you can't talk to him about Cup Series competition?

MR. HOMESLEY: Objection to form, asked and answered.

BY MS. RICE:

Q. You can answer the question.

A. Yeah, I don't -- again, that email was sent out. That kind of defined it. I was informed that he's the chief Motorsports officer.

When asking what he's going to be doing, the answer has been he's going to be working on future development, long-term projects, you know, trying to grow driver development, working with TWG group. He's not really in the sphere of influence of the Cup program. So I don't have a whole lot of reason to seek his input.

Q. Is sitting in competition meetings not within the sphere of influence of the Cup program?

A. He's not -- he's not one of the individuals that's in there working on the Cup

program. It -- much like Bill Anthony sits in those meetings. He's in there to watch the people work, see who is doing a good job, see how people are interacting. That's been my -- that's been my perception of him being in those meetings.

Q. And so you've never been in a meeting where Mr. Gabehart has provided input or feedback on the prior week's race?

A. Not specifically on the prior on -- on any prior week's race. I don't remember Chris Gabehart's specific comments on any of the meetings, but generally, he has very small input, and it's at the end of the meeting, he might have one or two comments. And again, they're not something that I pay that much attention to.

Q. Not something that you pay attention to, but you agree he has been in those meetings commenting?

MR. HOMESLEY: Objection to form.

BY MS. RICE:

Q. And providing feedback?

MR. HOMESLEY: Objection to form.

THE WITNESS: Chris Gabehart has been in some of those meetings.

BY MS. RICE:
Q. And has he been in some of those meetings providing feedback?
MR. HOMESLEY: Objection to form.
THE WITNESS: I guess it depends on your definition of "feedback," but, I mean, yes, he's made comments in the meetings.
BY MS. RICE:
Q. Has anybody at Spire ever told you not to speak with Mr. Gabehart about Cup Series race strategy?
MR. HOMESLEY: Objection to form and same caution around privilege.
THE WITNESS: Listen, I have no reason to ask Chris Gabehart about race strategy. I don't have a level of respect for him where I want his input. Nobody needs to say that to me. I've been doing this job ten years longer than he's been in the sport. He's not somebody I seek advice from, before or after he got here.
So, yes, nobody has said something to me to that effect that I can recall, and they probably know they don't need to.

BY MS. RICE:
Q. You said "for years," you -- are you referring to having a relationship with Mr. Gabehart before he arrived at Spire?
A. I didn't have a relationship with him, but he worked at the track. He was a crew chief for Joe Gibbs Racing for a number of years, and I've been a crew chief in the Cup garage for a number of years, so like all the crew chiefs in the Cup garage, I see them and speak to them. So yeah, I mean, I have had conversations with the guy, brief, but yeah, I've spoke with him about -- he's -- he has some Airbnb properties. Me and my wife have Airbnb properties. We spoke about that a couple of years ago. We've had conversations.
Q. And since Mr. Gabehart has been employed by Spire, you don't recall the specifics of any conversations you may have had with him?
A. No.
Q. I was going to finish. In relation to racing, no?
MR. HOMESLEY: Objection to form.
THE WITNESS: No. Again, I think I told you, we had an issue where there was a bad race or maybe a couple bad races for

Carson in the Truck Series, and Chris made the decision to take Carson out of the truck. And he spoke with me about that and the reasoning for that.

BY MS. RICE:

Q. Has Mr. Gabehart ever made any decisions as it pertains to Carson racing in the Cup Series?

A. No.

Q. And how would you know that?

A. Because no decision has been made about Carson racing in the Cup Series since Mr. Gabehart got there.

Q. No decision has been made?

A. He already had a contract and he still has a contract and he's still there.

Q. Well, are you not deciding each weekend different things to do with the car for a specific track?

A. Are you asking me if we're deciding if he's going to run the race every week?

Q. I'm asking, each week, you guys spend the entire week preparing for the upcoming race during that weekend, right?

A. Correct.

Q. During the week, I would imagine, a number of decisions are made about things that you are going to do on race weekend. Am I right about that?

A. You are correct.

Q. And has Christopher Gabehart ever been involved with any of those decisions about what is going to be the plan for race weekend?

MR. HOMESLEY: Objection to form.

THE WITNESS: Absolutely not.

BY MS. RICE:

Q. And your basis for knowing that is what?

A. I am leading those conversations and that preparation and talking to the driver, and so I know what we are working on.

Q. So you've never talked to Mr. Gabehart about competition as it relates to the 77?

MR. HOMESLEY: Objection to form.

THE WITNESS: Again, as I said earlier, nothing stands out that I've ever had a conversation with Chris Gabehart about competition for the 77 team. Also, as I said earlier, I don't have the need to get Mr. Gabehart's insight. There is no reason

[redacted]ers and those guys created a solution that helped us, yes.

Q. And you keep saying "we developed." When you use the term "we," are you referring to Timmy Petchak and Griffin Ryder?

A. Uh-huh.

Q. Anyone else?

A. Yeah, all other Spire team members that would have been involved in it.

Q. Who would have been involved in it?

A. I told you the ones that I recollect.

Q. Timmy Petchak, Griffin Ryder, Doug Powers?

A. Yeah, those are the ones that I'm aware. I'm sure there are others, but those are the ones that I recall.

[redacted]

MR. HOMESLEY: Objection to form.

THE WITNESS: I don't believe they

would have, but I don't know what
conversations they've had.
BY MS. RICE:
Q. All right. Let's continue to break down this process. [redacted]
A. Uh-huh.
[redacted]
A. [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

BY MS. RICE:

Q. Is he sitting in competition meetings with you all?

A. At times, he is in competition meetings, but not in all of them.

Q. His attendance at competition meetings hasn't increased from last year to this year?

A. I feel like it's been about the same.

Q. Is he providing input on race strategy this year?

MR. HOMESLEY: Objection to form.

THE WITNESS: Jeff doesn't really provide input on race strategy, but he does encourage me in my role and encourage our race team. So I mean, as the owner of the

company, he gives -- he gives a lot of positive feedback and, at time, criticism post event. But he -- he serves a very supportive ownership role.
BY MS. RICE:
Q. Has his level of feedback changed from last season to this season?
MR. HOMESLEY: Objection, form.
THE WITNESS: That would be a hard one for me to specifically recall. I don't feel like there's been much of a change.
BY MS. RICE:
Q. Now, my understanding is that Spire is a relatively small company. Would you agree with that?
A. Yes. When it -- when compared to other Cup programs, you could say that's true.
Q. Given that it's a relatively small organization in comparison to other Cup teams, could you describe for me who on the Cup Series side of this chart Mr. Gabehart regularly interacts with?
MR. HOMESLEY: Objection to form.
THE WITNESS: I do not see much of Chris Gabehart's interactions. I know that

he sits in an office close to Bill Anthony. As far as I see it, he spends more time communicating with the guys on the truck side. I really don't see Chris Gabehart much. I have not seen him in the shop in weeks. So I don't really know what his coming and goings are.

BY MS. RICE:

Q. When was the last time you saw him in the shop?

A. It had to be two or three weeks ago. I don't know, I mean. And it was like in the hallway or in the stairwell. I don't recall.

Q. How regularly do you interact with Mr. Gabehart?

A. Almost never.

Q. From the time that he started formally working for Spire in February until now, August 27th, you have hardly ever interacted with him --

A. That is correct.

Q. -- during that entire period?

A. That's correct. He's been in a few meetings, which we talked about earlier. Seen him around the shop. I've had general informal, Hello,

how are you doing, how was your weekend, conversations with him. I don't regularly communicate with the guy.
Q. Are you familiar with the name Todd Berrier?
A. I am, yes.
Q. Who is Todd Berrier?
A. Todd Berrier is one of the first crew chiefs that I worked with in the Cup Series. I met Todd in 2005. He was the crew chief of the 29-car at Richard Childress Racing, and I was an engineer. I became a data guy for the 29 team in 2007, and I worked with Todd during that period of time. And then was a race engineer for him at different times. In 2011, I was a race engineer on Todd's team with Jeff Burton on the 31, and then halfway through the season, things weren't working out, Todd got released from RCR, and I was asked to take over the position of crew chief of the 31.
Q. One thing that you and Mr. Berrier have in common is that you've both worked with Christopher Gabehart; is that right?
A. I would say --
MR. HOMESLEY: Objection to form.
THE WITNESS: I would say we've both

Series race?

[redacted]

Q. And you would agree with me, despite your consistent improvements, prior to this year when Christopher Gabehart arrived, Carson Hocevar had not won a Cup Series race?

A. I would agree with you that that is the

timeline, yes. That is a coincidence that Chris Gabehart joined the company at a point on that timeline which supersedes us getting our first victory.

Q. You're aware that people in the NASCAR industry are saying Christopher Gabehart is the reason why Spire is winning races all of a sudden?

MR. HOMESLEY: Objection to form.

THE WITNESS: I'm aware people say all sorts of things in the NASCAR industry.

BY MS. RICE:

Q. Well, are they right?

A. Very few of them are correct. Some of them are. Some things that people say in the NASCAR industry are correct. Lots of things are half truths or exaggerations or assumptions or rumors or false pieces of information. There's all sorts of things floating around in the NASCAR industry that are true and not true. There always have been. It's a sport, it's a professional sport.

Q. Well, how true is it that Christopher Gabehart is the reason why Spire is winning races this year?

A. 100 percent untrue.

Q. Why is that?
A. I've gone through this with you earlier. I know the reasons why we won races this year. I know the things that led to that. I have been a part of the journey. Matt McCall has been part of that journey. Ryan Sparks has been part of that journey. Doug Powers has been part of that journey. Dax Gerringer has been part of that journey. Nick Sowa has been part of that journey.
I can go down through this org chart and talk to you about all the people who have been part of this journey, and they have been in the boat with me, rowing it for the last number of years.
Chris Gabehart was hired by Spire Motorsports to do something that I don't totally understand, but it's not my business to understand that. I know the people who have been in the fight with me for us to be a winning Cup race -- a winning Cup team. I know all the things that led to that, and I know that Chris Gabehart has had no meaningful impact on the reason why we are performing well, because I have been on the frigging journey the whole time.
So I know that just like anything else,

you can assign some sort of timing coincidence and make assumptions, but I can tell you from my perspective, I know he's had no impact.

Q. Well, you said Chris Gabehart was hired by Spire Motorsports to do something that you don't totally understand. What is your understanding of what the role is of chief of motorsports?

A. It's not a role I've ever heard of before. But sports teams, businesses evolve. Spire Motorsports looks like no other race team I've ever been a part of before. We have not only Cup teams, but we've got our hands in all other types of sports. We got IndyCar teams, we got Sprint car teams. We've got all sorts of things going on.

Jeff Dickerson has a vision, which I believe in, but I don't totally understand it. I don't concern myself to understand it. I do the job that Jeff Dickerson hired me to do, which is manage the NASCAR 77 Sprint Cup team. That's what I focus on, and I will let Jeff make the decisions as to who he hires that are outside of that sphere that I live in.

Q. How is it that you could possibly believe in Jeff Dickerson's vision if you don't