**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**SUPPLEMENTAL DECLARATION OF BRANDON BRIDGES**

I, Brandon Bridges, declare under penalty of perjury, as follows:

1. I am a resident of Shelby, North Carolina and I am over eighteen years of age. The statements below are made on the basis of my personal knowledge and belief.

2. I swear to this Declaration with the understanding that it will be used in support of the expert report submitted by Kevin Clarke on behalf of Spire Motorsports II, LLC ("Spire").

3. I am the Director of IT at Spire, which is a role I have held for two years. In my role, I oversee Spire's issuance of company-issued devices, and I also manage the company's internal IT resources, including its email and document management systems.

4. I have been made generally familiar with the allegations in this lawsuit and, in connection with Spire's inquiry into the same, have reviewed the relevant company records pertaining to Spire's IT resources. As I stated in my previously filed Declaration, Christopher Gabehart ("Gabehart") was given a Spire-issued laptop (Dell Precision laptop with serial number 85G7574) and given access to Spire's IT resources on February 17, 2026. (Dkt. 19 at ¶ 4.)

5. Those resources included a Spire email account, Microsoft Teams, and a Microsoft OneDrive account linked to Gabehart's Spire email address. Gabehart was also given access to

Docusign Envelope ID: 3A7DE9DF-4FD3-8133-828D-BABAF72A5F7F

two SharePoint (Spire's document management system) sites—titled "Spire Motorsports LLC" and "Spire Communications." Neither of these repositories contain Spire's Cup Series competition-related materials, which are generally housed under a separate SharePoint called "Spire Cup."

6. On February 26, 2026, Spire secured Gabehart's Spire-issued laptop and sent it to Spire's forensic examiner firm, Lighthouse Global, the next day for preservation and analysis.

7. On March 18, 2026, Spire revoked Gabehart's access to Spire's email, Teams, OneDrive, and SharePoint systems. I personally effectuated the revocation of Gabehart's access to Spire's IT systems and resources. Attached as **Exhibit A** is an Azure AD report documenting, at line 233, that I disabled Gabehart's account within Spire's Microsoft 365 tenant on March 18, 2026. This file was generated by the Microsoft Purview compliance tool from within Spire's Microsoft 365 tenant.

8. Since March 18, 2026, Gabehart has not had access to any of Spire's electronic systems or devices to the best of my knowledge and belief.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/25/2026

Signed by:
Brandon Bridges
33C8B4671F9A477...
Brandon Bridges