# EXHIBIT J

**From:** William Anthony[bill@spire-motorsports.com]
**Sent:** Tue 5/5/2026 4:29:36 PM (UTC-04:00)
**To:** Spire All[Spire_All_Employees@spire-motorsports.com]
**Subject:** Litigation Update and Note Reiterating Roles (CONFIDENTIAL)

**CONFIDENTIAL COMMUNICATION - DO NOT FORWARD**

All:

As many of you know, Joe Gibbs Racing (JGR) has filed a lawsuit against Chris Gabehart and Spire, alleging, among other things, that Spire's hiring of Chris as its Chief Motorsports Officer violates a non-compete provision in his former JGR employment agreement. Many of you are also aware, including from our conversations and coverage in the media, that Spire vehemently denies JGR's allegations in the lawsuit and that Chris' role here at Spire is fundamentally different from the role he previously held at JGR. The purpose of this letter is to update you on the status of the litigation and to reiterate the role that Chris has been hired, and is permitted under the Court's order, to perform for Spire.

Two weeks ago, Judge Susan C. Rodriguez of the Western District of North Carolina denied JGR's motion for a preliminary injunction as against Spire in the lawsuit. While this was a victory for Spire, Judge Rodriguez did grant, in part, a preliminary injunction against Chris. Specifically, the Court's order:

- Prohibits Chris from providing to Spire "services of the general type of services that [he] provided to JGR in the year prior to his termination"; but
- Allows him to perform "services not performed at JGR in the year prior to his termination"; and
- Confirms that he is <u>not</u> prohibited "from attending the NASCAR Cup Series and the NASCAR O'Reilly Auto Parts Series" events.

In light of this order, I wanted to reiterate in writing what I have been relaying to many of you already so that everyone at Spire clearly understands the scope of Chris's role, who is responsible for day-to-day competition matters, and who to contact with any questions.

**Chris' Prior Role at JGR vs. His Role at Spire**

As you all probably know, Chris was the Competition Director at JGR, and for a short time, the Crew Chief for the No. 54 Car in the year prior to his termination. Chris was not hired into either of these roles at Spire.

Spire already has established leadership for Cup Series competition operations: Matt McCall as Competition Director and Ryan Sparks, Travis Peterson, and Luke Lambert as Crew Chiefs.

Instead, Chris was hired to be Spire's Chief Motorsports Officer, a distinct, higher-level executive role focused on long-term, organization-wide motorsports strategy rather than day-to-day competition operations.

Consistent with the role he has been serving with us thus far, Chris operates at an executive level across all of Spire's motorsports platforms (not just the Cup Series) acting as an "owner's advocate" to implement Jeff and TWG's strategic vision. His responsibilities include:

- Strategic Planning and Program Development
  - Medium- and long-term strategic planning of competitive initiatives across all Spire Motorsports

racing platforms
    - Evaluating opportunities to expand into new racing series
    - Maximizing the development potential within and across the various racing series within which Spire competes (i.e., creating a cohesive development program for drivers and crew members)
    - Ensuring that the Spire competitive and branding standards are met within each series
- Resource Allocation and Infrastructure Growth
    - Ensuring proper resource allocation across all series and internal departments
    - Medium- to long-term infrastructure growth planning and execution to support Spire's broader motorsports objectives
- TWG and Series-Level Engagement
    - Liaising with TWG Motorsports with respect to Spire's tool development and strategic initiatives across all TWG Motorsports
    - Working with NASCAR and other series at an executive level as a voice for Spire Motorsports

In the future, Chris' role may also include other responsibilities consistent with the Court's Order. However, to be clear, and consistent with the Court's order and Spire's operational structure, Chris, as Chief Motorsports Officer, has not been involved in and is not responsible for day-to-day competition operations or competition-related decision making.

To avoid any confusion, any and all competition related questions or discussions related to the Cup Series should be directed to Matt McCall in his capacity as Competition Director. Chris may be present in meetings and track events, but he will be doing so in an executive capacity focused on Spire's overall strategic vision and long-term business objectives, not on making competitive calls.

If you have any follow-up questions or need any clarity on the above, don't hesitate to reach out. Furthermore, if anyone is unsure whether Chris should be involved in something, please reach out to me and I will provide guidance.

Thank you.

Regards,

Bill