# EXHIBIT L

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 13 | Date Range: 1/27/2026 |

### Outline of Conversations

**+17043159825** • 13 messages on 1/27/2026 • Wally Brown <[redacted]> • mom <[redacted]>



Highly Confidential - Outside Counsel Eyes Only

**Messages in chronological order** (times are shown in GMT -05:00)

+[redacted]

M **mom** <[redacted]> ▶ 1/27/2026, 12:52 PM

Meeting with Coach at 3 on Michael. This is important to be transparent and clear and speak up. Need to make a decision and just go with it

Receipts • Wally Brown <[redacted]> [R:1/27/2026, 12:56 PM]

> WB **Wally Brown** <[redacted]> ◀ 1/27/2026, 12:57 PM

Ok. I wlll be there

Receipts • mom <[redacted]> [R:1/27/2026, 1:19 PM]

>> M **mom** <[redacted]> ▶ 1/27/2026, 1:19 PM

Have you heard from James wonder how they are doing in London

Receipts • Wally Brown <[redacted]> [R:1/27/2026, 1:37 PM]

>>> WB **Wally Brown** <[redacted]> ◀ 1/27/2026, 1:37 PM

He said Saturday was really good. They are at the same track today that Ty went to

Receipts • mom <[redacted]> [R:1/27/2026, 1:37 PM]

>>>> M **mom** <[redacted]> ▶ 1/27/2026, 1:38 PM

That's awesome good to hear!!

Receipts • Wally Brown <[redacted]> [R:1/27/2026, 1:38 PM]

>>>>> WB **Wally Brown** <[redacted]> ◀ 1/27/2026, 1:50 PM

Will Berrier be at the meeting?

Receipts • mom <[redacted]> [R:1/27/2026, 1:50 PM]

>>>>>> M **mom** <[redacted]> ▶ 1/27/2026, 1:50 PM

Yes

Receipts • Wally Brown <[redacted]> [R:1/27/2026, 1:50 PM]

>>>>>>> M **mom** <[redacted]> ▶ 1/27/2026, 2:33 PM

Talked to Brad Sweet on Saturday for a while about high limit charters

Receipts • Wally Brown <[redacted]> [R:1/27/2026, 2:42 PM]

>>>>>>>> WB **Wally Brown** <[redacted]> ◀ 1/27/2026, 2:42 PM

Nice. I want to hear all about it.

Receipts • mom <[redacted]> [R:1/27/2026, 2:52 PM]

>>>>>>>>> WB **Wally Brown** <[redacted]> ◀ 1/27/2026, 5:32 PM

Do you have time for a quick call?

Receipts • mom <[redacted]> [R:1/27/2026, 5:34 PM]

>>>>> **mom <[redacted]>** ▶ 1/27/2026, 5:35 PM
>>>>> Yes downloading with coach. In like 5-10 min. Also what car does Gabehardt drive I might take my dogs on a drive some nights.
M

Receipts • Wally Brown <[redacted]> [R:1/27/2026, 5:36 PM]

>>>>> **Wally Brown <[redacted]>** ◀ 1/27/2026, 5:37 PM
>>>>> Ok. Lol. I need to find out
WB

Receipts • mom <[redacted]> [R:1/27/2026, 5:44 PM]

>>>>> **Wally Brown <[redacted]>** ◀ 1/27/2026, 5:37 PM
>>>>> No one wants to throw Michael under.
WB

Receipts • mom <[redacted]> [R:1/27/2026, 5:44 PM]