# EXHIBIT P
# Filed Under Seal

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC, )
)
)
Plaintiff, )
)
v. ) Case No.
) 3:26-cv-00133-SCR-DCK
CHRISTOPHER GABEHART and SPIRE )
MOTORSPORTS II, LLC, )
)
Defendants. )
______________________________ )

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY

30(b)(6) VIDEOTAPED DEPOSITION OF JOE GIBBS
RACING, LLC, BY AND THROUGH THEIR CORPORATE
DESIGNEE, DAVE ALPERN
(Taken by Defendants)

Tuesday, September 1, 2026

Charlotte, North Carolina

Reported by: Cindy A. Hayden, RMR, CRR

Job No.: 8409926

[redacted]

[redacted]

[redacted]

Q. It sounds like your position would be that his employment by Spire itself violates the noncompete?

A. Well, his employment by Spire, considering they hired a person after he

[redacted]