# EXHIBIT Q
# Filed Under Seal

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, )
)
vs. )
)
CHRISTOPHER GABEHART and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
__________________________________/

* * CONFIDENTIAL * *
ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF CHRISTOPHER ALLEN GABEHART
(Taken by Plaintiff)
Charlotte, North Carolina
Tuesday, July 21st, 2026

Certified Stenographic Court Reporter
Amy A. Brauser, RPR, RMR, CRR

APPEARANCES

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:

CHAD B. WALKER, Esquire
TAYLOR HINOJOSA, Esquire
DANIELLE T. WILLIAMS, Esquire (via Zoom)
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
(214) 764-4451
cwalker@kslaw.com
thinojosa@kslaw.com
dwilliams@kslaw.com

(and)

SARAH F. HUTCHINS, Esquire
MADELYN R. CANDELA, Esquire
Parker Poe Adams & Bernstein LLP
620 South Tyron Street, Suite 800
Charlotte, North Carolina 28202
(704) 335-6639
sarahhutchins@parkerpoe.com
madelyncandela@parkerpoe.com

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:

CARY B. DAVIS, Esquire
SPENCER T. WILES, Esquire
ANNA CLAIRE TUCKER, Esquire (via Zoom)
Robinson Bradshaw
600 South Tyron Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8376
cdavis@rbh.com
swiles@rbh.com
atucker@rbh.com

APPEARANCES (CON'T)

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC:

TROY C. HOMESLEY, Esquire
BENJAMIN WHORF, Esquire
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 998-6509
troy.homesley@troutman.com
benjamin.whorf@troutman.com

ALSO PRESENT:

Cliff Williams, Videographer
Eric Schaffer, Joe Gibbs Racing
Bill Anthony, Spire Motorsports

VIDEOTAPED DEPOSITION OF CHRISTOPHER ALLEN GABEHART, a witness called on behalf of Plaintiff, before Amy A. Brauser, Certified Stenographic Court Reporter and Notary Public, in and for the State of North Carolina, at the law offices of Robinson, Bradshaw & Hinson, P.A., 600 S. Tryon Street, Suite 2300, Charlotte, North Carolina, on Tuesday, the 21st day of July, 2026, commencing at 9:10 a.m.

* * * * * * * *

INDEX OF EXAMINATIONS

By Mr. Walker . . . . . . . . . . . . . . . Page 10, 337
By Mr. Homesley . . . . . . . . . . . . . . . Page 325

INDEX OF EXHIBITS

| NUMBER | DESCRIPTION | MARKED/IDENTIFIED |
|---|---|---|
| Exhibit 1 | Cell phone records, Bates VERIZON_0000001 | 109 |
| Exhibit 2 | VOLTE Call Detail Explanation Form | 110 |
| Exhibit 3 | Cell phone records, Bates VERIZON_0000002 | 113 |
| Exhibit 4 | Compilation of VERIZON_0000002, Sorted Chronologically | 116 |
| Exhibit 5 | Second Supplemental Declaration of Clark C. Walton, Bates JGR_0000492 to 570 | 124 |
| Exhibit 6 | Declaration of Jeffrey Dickerson | 141 |
| Exhibit 7 | Forensic report of JGR computer recycle bin | 142 |
| Exhibit 8 | Text message string, Bates Berrier_0000003 to 004 | 155 |
| Exhibit 9 | Email string, Bates JGR_0000328 to 330 | 161 |
| Exhibit 10 | Excel spreadsheet, VERIZON_0000006 | 172 |
| Exhibit 11 | Historical SMS (Text Message) Detail Report Explanation Form | 173 |
| Exhibit 12 | Responses to Plaintiff Joe Gibbs Racing, LLC's First Set of Interrogatories to Defendant Christopher Gabehart | 175 |

INDEX OF EXHIBITS (con't)

| | | |
|---|---|---|
| Exhibit 13 | Letter to Christopher Gabehart from Tory Summey | 193 |
| Exhibit 14 | Cell phone records, JGR_0001734 | 196 |
| Exhibit 15 | Pit Coach Performance Bonus Sheet, Bates JGR_0002828 | 224 |
| Exhibit 16 | 2025 CC post-race audit data, Bates JGR_0002671 | 227 |
| Exhibit 17 | 2025 CC post-race audit data, Bates JGR_0002651 | 236 |
| Exhibit 18 | JGR employee salary document, Bates JGR_0002659 | 241 |
| Exhibit 19 | Tire Tech Weight Summary, Bates JGR_0002698 | 242 |
| Exhibit 20 | Declaration of Christopher Gabehart | 249 |
| Exhibit 21 | Simulation setup compare, "End Race E-lap Cold," Bates JGR_0002855 | 251 |
| Exhibit 22 | Post-Race Data Analysis, Bates JGR_0002865 | 255 |
| Exhibit 23 | Post-Race Diffuser Skirts, Bates JGR_0003014 | 256 |
| Exhibit 25 | Excel spreadsheet, Bates GABEHART00028 | 265 |
| Exhibit 26 | Excel spreadsheet, Bates GABEHART00029 | 270 |
| Exhibit 27 | Text message string, Bates GABEHART01649 to 651 | 283 |
| Exhibit 28 | Excel spreadsheet, Bates Spire_0000849 | 292 |

INDEX OF EXHIBITS (con't)


| | | |
|---|---|---|
| Exhibit 29 | Excel spreadsheet compiled from Exhibit 28 | 292 |
| Exhibit 30 | Text message string, Bates HOCEVAR_0051 to 52 | 300 |
| Exhibit 31 | Text message string, Bates GABEHART01798 to 799 | 306 |
| Exhibit 32 | Excel spreadsheet, Bates JGR_0001504 | 309 |
| Exhibit 33 | Unidentified document, Bates JGR_0002084 | 313 |
| Exhibit 34 | Forensics protocol document | 316 |
| Exhibit 35 | Declaration of Toni Rogers | 321 |
| Exhibit 36 | Confidentiality and Non-Disclosure Agreement, Bates Spire_0000332 | 330 |
| Exhibit 24 | Email with attachment, Bates GABEHART00468 to 482 (Exhibit marked but not discussed) | 340 |

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We are going on the record at camera time 9:10 a.m. Please note that the microphones are sensitive and may pick up whispering and private conversations. Please mute our phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the video-recorded deposition of Christopher Gabehart taken by counsel for the Plaintiff in the matter of Joe Gibbs Racing, LLC, versus Chris Gabehart and Spirit -- and Spire Motorsports, LLC, filed in the United States District Court for the Western District of North Carolina, Charlotte Division. The case number is 3:26-CV-00122-SCR-DCK.

The location of this deposition is at the offices of Robinson Bradshaw & Hinson located in Charlotte, North Carolina.

My name is Cliff Williams representing Veritext Legal Solutions. I am the videographer. The court reporter is

Amy Brauser, also from the firm of Veritext Legal Solutions.

Counsel, please, introduce yourselves for the record, after which questioning -- and Amy will swear the witness in and questioning can proceed.

MR. WALKER: This is Chad Walker for King & Spalding on behalf of the Plaintiff Joe Gibbs Racing. With me is Sarah Hutchins from Parker Poe, also Eric Schaefer from Joe Gibbs Racing. Listening in is Danielle Williams from King & Spalding, Taylor Hinojosa, and Maddie --

MS. HUTCHINS: Candela.

MR. WALKER: -- Candela will also be in from time to time.

MR. DAVIS: Cary Davis with Robinson Bradshaw for Defendant Christopher Gabehart. Spencer Wiles, my law partner, is here with me in the room. And joining us on Zoom are William Miller and Anna Claire Tucker.

MR. HOMESLEY: Troy Homesley of Troutman Pepper Locke on behalf of Spire Motorsports. Along with me is Ben Whorf, Troutman Pepper Locke, on behalf of Spire

A. Ooh. My wife would definitely say no.
Q. Okay. Had you been more involved in competition early on than later of your time at Spire?
A. I mean, you're focusing --
MR. DAVIS: Objection, form.
THE WITNESS: You're focusing on one part of Spire. So what you have to realize is I've been to many, many races, not all of which -- in fact, the minority of are Cup.
BY MR. WALKER:
Q. I'm focusing on Cup Series.
A. Yes. Okay.
Q. And you understand that your noncompete is about Cup Series, don't you?
A. Yes.
Q. So what I'm saying is, have you changed your role in competition over time at Spire with respect to what you do with respect to competition? Have you scaled it back?
MR. HOMESLEY: Objection.
MR. DAVIS: Objection, form.
THE WITNESS: No.
BY MR. WALKER:
Q. So there was never any directive from

anybody at Spire that you needed to change what you're doing at competition in any way for Cup Series?

A. There has been no change in my job. There has been caution so we're not purported to be breaking any kind of noncompete, because we're not.

Q. Okay. How have you been instructed to implement that caution?

MR. DAVIS: Objection.

BY MR. WALKER:

Q. And I'm not talking about from your counsel. I'm talking about from anybody -- anybody other than counsel.

A. There's -- there's been none. I mean, other than what I just said, there's been none. It's just being cautious.

Q. Being cautious to do what?

A. To subject myself to scrutiny, undo.

Q. And what are the kinds of things you think would subject you to scrutiny that you're trying to avoid?

A. Pictures of me in all different places as a -- at a race track, mischaracterizing what it is that I'm doing, freely and openly, and stating it as fact.

Q. Have you had the occasion to read Mr. McCall's deposition?
A. In part.
Q. Did you see the part where he said that you're -- the competition team perceives you as merely observing what they're doing?
A. I recall some of that anyway, yes.
Q. Do you think that that's a fair -- do you think that his view of that is accurate, that you're merely observing?
A. I think that -- from his point of view, yeah, I think it's fair.
Q. What about from your point of view?
A. I would say that's fair.
Q. Okay. Are you -- okay. Hold on one second.
Did you attend the Daytona 500 race in 2026 in your capacity as chief motorsports -- chief motorsports officer for Spire?
A. No.
Q. Did you attend the Daytona 500 race?
A. No.
Q. Did you attend the war room at Spire?
MR. HOMESLEY: Objection, vague.
THE WITNESS: Be more specific.

BY MR. WALKER:
Q. Okay. So we -- so there's no reason we shouldn't expect that you're doing the same kinds of things at a race in the summer of 2026 that we saw evidence of you doing at Daytona 500?
MR. DAVIS: Objection.
THE WITNESS: I've done the same thing at races -- when I go to races to start the year as I do now.
BY MR. WALKER:
Q. Okay. Thanks.
(Exhibit Number 28 was marked for identification.)
MR. WALKER: I'm sorry, but this is an OCO document so we need to -- oh, this is Spire OCO. Okay. We're good. I'm sorry. I apologize.
Okay. Let's go ahead and mark that too, please. Sorry.
What's the Bates on this?
(Exhibit Number 29 was marked for identification.)
MR. DAVIS: Is this 29?
MR. WALKER: Okay. Thank you.
This is 28 and 29; is that right? Okay. Thank you.

BY MR. WALKER:
Q. All right we just marked as Exhibit 28 what is Spire 849.
(Mr. Anthony leaves room.)
BY MR. WALKER:
Q. And we've marked as Exhibit 29 a related document that I'll explain in a moment.
Now, first of all, do you know what Exhibit 28 is?
A. Yes.
Q. What is it?
A. [redacted]

THE WITNESS: [redacted]

BY MR. WALKER:
Q. So page -- let's go -- let's go to page 3. I apologize.
A. Okay.
Q. So -- so specifically page 3, [redacted]
A. [redacted]

[redacted]

[redacted]

Q. Okay. I don't have -- I'm sorry. I don't have time to get into stuff that I don't have time to ask you about. So your lawyer can ask you stuff --

A. You don't want to hear those things, I got it.

Q. I'm happy to hear. Your lawyers can ask about that.