# EXHIBIT R

**Messages in chronological order** (times are shown in GMT -04:00)

**Android UFED file system (SM-S908U), Chris Gabehart**

CG **Chris Gabehart** ◀ 3/21/2026, 10:42 AM

Good morning. Things going ok so far?

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

> AS **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 10:43 AM

Morning! Yes sir. 77 and 7 through tech. 71 is in 2nd group after falling last week.

Receipts • Chris Gabehart [R:Missing Timestamp]

>> CG **Chris Gabehart** ◀ 3/21/2026, 10:44 AM

Copy.

Who is our IT person on staff this weekend and could you give me their number? I wanted to put in a radio change request for tomorrow to see if I could make them compatible with my ear buds.

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>> CG **Chris Gabehart** ◀ 3/21/2026, 10:44 AM

Copy.

Who is our IT person on staff this weekend and could you give me their number? I wanted to put in a radio change request for tomorrow to see if I could make them compatible with my ear buds.

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>> AS **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 10:47 AM

Matthieu Holland.

[redacted]

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> AS **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 10:47 AM

Matthieu Holland.

[redacted]

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>>> CG **Chris Gabehart** ◀ 3/21/2026, 10:48 AM

Thanks

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>>>> CG **Chris Gabehart** ◀ 3/21/2026, 10:54 AM

Forgive the dumb question. But is that actually how you spell his name, for my contacts?

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>>>>> CG **Chris Gabehart** ◀ 3/21/2026, 10:54 AM

Forgive the dumb question. But is that actually how you spell his name, for my contacts?

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 10:55 AM

Yes sir.

AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 10:55 AM
>>>>> Fun
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 10:55 AM
>>>>> Fun
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 10:56 AM
>>>>> Lol
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 10:56 AM
>>>>> Lol
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 11:34 AM
>>>>> What does Dan Brzozowski do for us?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 11:35 AM
>>>>> Car chief on the 77.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 11:35 AM
>>>>> Car chief on the 77.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 11:36 AM
>>>>> Ah. I was looking in the wrong world on the org chart. Lol
CG

I hate not knowing people.

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 11:53 AM
>>>>> Copy. Understand that.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 11:53 AM
>>>>> Copy. Understand that.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 2:52 PM
>>>>> Toe link on the 77?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 2:53 PM

>>>>> Toe link on the 77?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 2:57 PM
>>>>> Yes sir.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 2:57 PM
>>>>> Yes sir.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 2:57 PM
>>>>> Hopefully not A arms too. Hit didn't look that hard on TV though.
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 2:58 PM
>>>>> They got back out and seems ok. Lap times are solid. Rear toe was correct as well
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 2:58 PM
>>>>> They got back out and seems ok. Lap times are solid. Rear toe was correct as well
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 2:58 PM
>>>>> 👍
CG

Yea, I think his averages were pretty good.

How is the 71?

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 2:59 PM
>>>>> Loose and cant keep RR loaded.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 2:59 PM
>>>>> Loose and cant keep RR loaded.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:29 PM
>>>>> Changing upper and lower RR in the 77?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:29 PM
>>>>> Changing upper and lower RR in the 77?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 6:42 PM
>>>>> Probably only the upper from what they looked at post Q.

AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 6:42 PM
>>>>> Probably only the upper from what they looked at post Q.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:46 PM
>>>>> Feel it is certainly bent?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 6:48 PM
>>>>> No but very hard to get bolt in and out of it.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 6:48 PM
>>>>> If we change the lower we will be up the creek without a paddle. I will explain in person.
AS

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:52 PM
>>>>> Understood
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:53 PM
>>>>> Going to be a slug fest with the lady in black tomorrow.
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:53 PM
>>>>> I bet the 45 is hurt as well. He hit hard in Q.
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Chris Gabehart** ◀ 3/21/2026, 6:59 PM
>>>>> When does the garage open?
CG

Receipts • Android UFED file system (SM-S908U) [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 7:12 PM
>>>>> Oh yes sir for sure. Copy.
AS

11am access to haulers.

Receipts • Chris Gabehart [R:Missing Timestamp]

>>>>> **Android UFED file system (SM-S908U)** ▶ 3/21/2026, 7:12 PM
>>>>> Oh yes sir for sure. Copy.
AS

11am access to haulers.

Receipts • Chris Gabehart [R:Missing Timestamp]