# EXHIBIT S

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:26-cv-00133-SCR-DCK

JOE GIBBS RACING, LLC, )
)
Plaintiff, )
)
vs. )
)
CHRISTOPHER GABEHART and )
SPIRE MOTORSPORTS, LLC, )
)
Defendants. )
_________________________________/

VIDEOTAPED DEPOSITION OF DOUG POWERS
(Taken by Plaintiff)
Charlotte, North Carolina
Tuesday, September 1, 2026
9:19 a.m.

Certified Stenographic Court Reporter
Karen Kidwell, RMR, RPR, CRR

APPEARANCES

ON BEHALF OF THE PLAINTIFF JOE GIBBS RACING, LLC:
TRACEA RICE, ESQUIRE
King & Spalding LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
(214) 764-4465
trice@kslaw.com

and

DANIELLE WILLIAMS, Esquire
King & Spalding LLP
300 South Tryon Street, Suite 1700
Charlotte, North Carolina 28202
(704) 503-2642
dwilliams@kslaw.com

ON BEHALF OF THE DEFENDANT SPIRE MOTORSPORTS, LLC, AND THE WITNESS:

JASON D. EVANS, Esquire
JENNA M. WHITE, Esquire
BENJAMIN WHORF, Esquire
Troutman Pepper Locke LLP
301 South College Street, 34th Floor
Charlotte, North Carolina 28202
(704) 916.1502
jason.evans@troutman.com
jenna.white@troutman.com
benjamin.whorf@troutman.com

ON BEHALF OF THE DEFENDANT CHRISTOPHER GABEHART:
ANNA CLAIRE TUCKER, Esquire
Robinson, Bradshaw & Hinson, P.A.
600 South Tyron Street, Suite 2300
Charlotte, North Carolina 28202
(704) 377-8383
atucker@rbh.com

ALSO PRESENT:

Eric Shaffer, Joe Gibbs Racing II, LLC

William Anthony, Spire Motorsports

Micah Lorick, Videographer

On September 1, 2026, commencing at 9:19 a.m., the Videotaped Deposition of DOUG POWERS, was taken pursuant to the Federal Rules of Civil Procedure, on behalf of the Plaintiff, before Karen Kidwell, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public, in and for the State of North Carolina, at Troutman Pepper Locke LLP, 301 South College Street, Suite 3400, Charlotte, North Carolina, 28202.

* * *

I N D E X


| WITNESS/EXAMINATION | Page |
|---|---|
| DOUG POWERS | |
| By Ms. Rice | 8 |
| By Mr. Evans | 278 |


E X H I B I T S


| Number | Description | Page |
|---|---|---|
| Exhibit 1 | Native format document, Confidential, Bates Spire_0002446, Org charts | 26 |
| Exhibit 2 | X Post by Chris Gabehart 5:08 Feb 20, 2026 | 43 |
| Exhibit 3 | Message thread, Dough Powers and other, Confidential, Bates MCCALL_0026 | 67 |
| Exhibit 4 | 11/24/2025 E-mail, Doug Powers to Mathew McCall, Confidential, Bates Spire_0001703-1704 | 82 |
| Exhibit 5 | 2026 NASCAR National Series Schedules | 142 |
| Exhibit 6 | Drawing by Mr. Powers, OCO | 147 |
| Exhibit 7 | 5/5/2026 E-mail, William Anthony to Spire All, Confidential, Bates Spire_0000757-758 | 186 |

E X H I B I T S (Cont'd)


| Number | Description | Page |
|---|---|---|
| Exhibit 8 | First document 4/20/2026 Kansas, Monday, April 20, 2026, Confidential-Outside Counsel Only, Bates Spire_0001712, 2051-2053 | 206 |
| Exhibit 9 | 12/16/2025 E-mail, Doug Powers to Matthew McCall, Confidential, Bates Spire_0001697 | 245 |
| Exhibit 10 | 2/17/2026 Employment Agreement, Spire Motorsports II, LLC and Christopher Allen Gabehart, Confidential, Bates Spire_0001005-1017 | 252 |


INSTRUCTIONS


| | |
|---|---|
| Instruction not to answer | 48 |
| Instruction not to answer | 52 |
| Instruction not to answer | 57 |
| Instruction not to answer | 191 |
| Instruction not to answer | 192 |
| Instruction not to answer | 194 |


REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily indicate an exact quote from the document.

CHARLOTTE, NORTH CAROLINA, TUESDAY, SEPTEMBER 1, 2026

P R O C E E D I N G S

\- - -

VIDEOGRAPHER: All right. Good morning.

We are going on the record at 9:19 a.m. on September 1st, 2026. Please note that the microphones are sensitive and may pick up whispering and private conversation.

Please mute your phones at this time. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video-recorded deposition of Doug Powers taken by counsel for plaintiff in the matter of Joe Gibbs Racing, LLC versus Christopher Gabehart and Spire Motors, LLC filed in the United States District Court for the Western District of North Carolina, Charlotte Division, Case Number 3:26-CV-00133-SCR-DCK.

The location of the deposition is Troutman Pepper Locke LLP at 301 South College Street, Suite 3400, Charlotte, North Carolina 28202.

My name is Mica Lorick, representing Veritext Legal Solutions. The court reporter is

Karen Kidwell, from the firm Veritext Legal Solutions.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

If there's any objections to the proceeding, please state them at the time of your appearance.

Counsel and all present, including remotely, will now state their appearances and affiliation for the record, beginning with the noticing attorney.

MS. RICE: Tracea Rice, from King & Spalding, here on behalf of the plaintiff, Joe Gibbs Racing, LLC.

MS. WILLIAMS: Danielle Williams, from King & Spalding, here on behalf of the plaintiff, Joe Gibbs Racing.

MR. SCHAFFER: Eric Schaffer, Joe Gibbs Racing.

MR. EVANS: Jason Evans, with Troutman Pepper Locke, here on behalf of one of the defendants, Spire Motorsports II, as well as the witness. And with me is Jenna White.

Bill, would you introduce yourself.

MR. ANTHONY: William Anthony, Spire Motorsports.
MS. TUCKER: Anna Claire Tucker, with Robinson Bradshaw, here on behalf of defendant Christopher Gabehart.
VIDEOGRAPHER: Will the court reporter please swear in the witness, and then counsel may proceed.

DOUG POWERS

being first duly sworn, testified as follows:

EXAMINATION

BY MS. RICE:

Q. Good morning.
A. Morning. How are you?
Q. Doing well.
Could you please state your full name for the record?
A. Doug Powers.
Q. And what's your address, Mr. Powers?
[redacted]
Q. Have you ever been deposed before?
A. No, ma'am.
Q. Okay. I'm going to give you just a few rules that will help you understand what you need to

do today and how the day is going to flow.
A. Yeah.
Q. To the right here is Mrs. Kidwell. This is our court reporter.
So the most important rule here today is that she is writing down everything that I say and everything that you say. And so in order for us to have a clean record, what that means is that every question I ask, you need to provide a verbal answer, so yeses, nos, explanations. Does that make sense?
A. Yep.
Q. All right.
A. Yes.
Q. The second thing is we have about seven hours -- been permitted seven hours of your time today. I don't want to have to use all that time, but if the day needs to be that long, it will be that long.
So if at any point in time you decide you need to take a break, please let me know. I'm happy for us to do that. My -- the only thing that I would ask is that before we take a break, you answer any pending question that I may have. Does that seem fair?
A. Yeah. Understood.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

A. Yeah.
Q. Is Mr. Gabehart ever at these meetings?
A. He's been in a few.
Q. How many do you recall?
A. I couldn't pinpoint it. I'll give you a range. If I had to guess, under five, that I can remember.
Q. You mentioned that Dax takes notes.
How is it that you know that?
A. He sends an e-mail -- he or Matt sends an e-mail just debriefing the meeting to everybody that was there.
Q. Is that for every Monday morning movement meeting?
A. Here recently. I don't know the, like, past history, if we've done it every time. But here recently, yeah.
Q. "Here recently," as in the past few months or this season? What do you mean?
A. I think we've adopted it this season, yeah. And it was probably a little into the end of last year, possibly, but I don't know that for sure.
I do, actually, because Sparks used to take those before McCall, so he was sending those out when he was competition director.

Q. So this season, Mr. McCall and Mr. Gerringer assumed the responsibility of sending out notes from every Monday morning movement meeting?
A. Either beginning of this year. It might have been right at the end of last year. I'm not sure.
Q. Do you ever circulate your notes in relation to the meetings?
A. Circulate?
Q. Your notes from the Monday morning movement meetings.
A. Like, do I send them to anybody?
Q. Yeah.
A. No. There will be times -- for instance, if there's a problem with an interior, like a bolt was loose or something we want to change, I'll screenshot my notes and just send it to that person involved in making that.
Or if there was an issue, right, like, "Hey, can you go check this?" Car chief brought up that there might be an issue with the cool box or something, right, it wasn't chilling properly. So while I'm in there, I'd just screenshot that note that I took and just send it to him.
Q. What is Mr. Gabehart typically doing in

these meetings, for the ones that you can remember?
A. Nothing. Sitting in the corner on his phone, the ones that I can remember.
Q. He's not saying anything?
A. He hasn't said much that I can remember. If -- if you were to ask me to say -- state something that he said, I -- I couldn't. I couldn't do that.
Q. You said he hasn't said much.
Does that mean you recall times when he did speak during the meetings?
A. One specifically. The first one he came in, he talked to the group.
Q. What did you recall about him saying to the group?
A. He just addressed that -- he was reassuring us that he was doing no wrong and he was not in the wrong. He was just trying to address the group.
Q. "Doing no wrong" and "not in the wrong," you mean in relation to the allegations of this lawsuit?
A. I believe so, yes.
Q. Is he contributing in those meetings?
A. Not to my knowledge. I have not heard him contribute or remember him contributing to anything.

Q. You've never heard him provide any input outside of this first meeting where --
A. I couldn't remember. We have -- again, I'll remind you, I have this meeting every Monday with a lot of players involved. So I couldn't tell you, off the top of my head, what a lot of people have said.
Q. Ever heard Mr. Gabehart discussing race strategy with anyone?
A. I have not.
Q. Never heard Mr. Gabehart providing suggestions on how to improve a race build?
A. Not to my knowledge. I don't remember that.
[redacted]
A. I don't remember him saying that.
Q. You don't recall him mentioning

[redacted]

[redacted]

HIGHLY CONFIDENTIAL - OCO



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]