# EXHIBIT T

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

```
JOE GIBBS RACING, LLC,              )
                                    )
                                    )
                       Plaintiff,   )
                                    )
v.                                  )  Case No.
                                    )  3:26-cv-00133-SCR-DCK
CHRISTOPHER GABEHART and SPIRE      )
MOTORSPORTS II, LLC,                )
                                    )
                       Defendants.  )
______________________________      )
```

VIDEOTAPED DEPOSITION

OF

DAX GERRINGER

(Taken by Plaintiff)

Thursday, August 20, 2026

Charlotte, North Carolina

Reported by: Christine A. Taylor, RPR

Job No.: 8395236

APPEARANCES:

Representing the Plaintiff:
KING & SPALDING LLP
BY: TRACEA RICE, ESQUIRE
DANIELLE WILLIAMS, ESQUIRE
CHAD WALKER, ESQUIRE (via Zoom)
300 South Tryon Street, Suite 1700
Charlotte, North Carolina 28202
704.503.2600
trice@kslaw.com
dwilliams@kslaw.com
cwalker@kslaw.com

Representing the Defendant Spire Motorsports II, LLC:

TROUTMAN PEPPER LOCKE, LLP
BY: JOSHUA D. DAVEY, ESQUIRE
TROY C. HOMESLEY, III, ESQUIRE
301 South College Street
34th Floor
Charlotte, North Carolina 28202
704.916.1503
joshua.davey@troutman.com
troy.homesley@troutman.com

Representing the Defendant Christopher Gabehart:
ROBINSON BRADSHAW & HINSON PA
BY: ANNA CLAIRE TUCKER, ESQUIRE
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
704.377.8386
atucker@rbh.com

Also Present:

David Cooper, Videographer

On August 20, 2026, commencing at 9:05 a.m., the videotaped deposition of DAX GERRINGER was taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure, on behalf of the Defendants, at the offices of Troutman Pepper Locke LLP, 301 South College Street, Charlotte, North Carolina.

* * *

C O N T E N T S


| | PAGE |
|---|---|
| EXAMINATION BY MS. RICE | 7 |
| EXAMINATION BY MR. DAVEY | 224 |


* * *

E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | CONFIDENTIAL - Text Messages, GERRINGER_0003 | 17 |
| Exhibit 2 | CONFIDENTIAL - Employment Agreement Spire_0001005 - 1017 | 26 |
| Exhibit 3 | CONFIDENTIAL - Org Chart Spire_0000733 | 77 |
| Exhibit 4 | CONFIDENTIAL - Outside Counsel Only 4/20/2026 Kansas Notes Spire_0001712 | 130 |
| Exhibit 5 | CONFIDENTIAL - Outside Counsel Only PowerPoint, Spire_0000867 - 869 | 202 |

P R O C E E D I N G S

THE VIDEOGRAPHER: We are going on the record at 9:05:50 a.m., Thursday, August 20, 2026.

Please note that the microphones are sensitive and may pick up whispering of private conversations. Please turn off all cell phones or place them away from the microphones, as they can interfere with the deposition audio. Recording will continue until all parties agree to go off the record.

Here begins Media Unit Number 1 in the video-recorded deposition of Dax Gerringer, taken by counsel for the plaintiff, in the matter of Joe Gibbs Racing, LLC, versus Christopher Gabehart and Spire Motorsports II, LLC, in the United States District Court for the Western District of North Carolina, Charlotte Division. Case Number 3:26-cv-00133SCR-DCK.

This video deposition is taking place at Troutman Pepper Locke, LLP, in the Latta conference room, located at 301 South College Street, Suite 3400, Charlotte,

North Carolina 28202.

My name is David Cooper. I'm the certified legal videographer with Veritext. I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

Counsel and all present will now state their appearance and affiliation for the record. If there are any objections to the proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MS. RICE: Tracea Rice from King & Spalding on behalf of the plaintiff, Joe Gibbs Racing.

MS. WILLIAMS: Danielle Williams with King & Spalding on behalf of Joe Gibbs Racing.

MR. SCHAFFER: Eric Schaffer of Joe Gibbs Racing.

MR. DAVEY: Joshua Davey of Troutman Pepper Locke, here on behalf of Spire Motorsports and the witness.

MR. HOMESLEY: Troy Homesley of

Troutman Pepper Locke, here on behalf of Spire Motorsports.

MS. TUCKER: Anna Claire Tucker with Robinson Bradshaw, here on behalf of Christopher Gabehart.

THE VIDEOGRAPHER: The court reporter, Christine Taylor, will now swear in the witness.

* * *

DAX GERRINGER,

having first been duly sworn, was examined and testified as follows:

* * *

EXAMINATION

BY MS. RICE:

Q. Good morning.
A. Good morning.
Q. Please state your full name for the record.
A. Dax Gerringer.
Q. And what is your address?
[redacted]
Q. Have you ever been deposed before, Mr. Gerringer?

A. No.
Q. So I'm just going to give you a couple of rules, some expectations for the day.
So the very first rule, and I believe this is probably the most important one, is that you see Ms. Taylor next to me. She is our court reporter. Her job here today is to write down everything that I say and everything that you say. And so in order for her to be able to do that job well, that means that every question that I ask to you, I'm going to need a verbal response. So yeses, noes, and explanation.
Do you understand that?
A. Uh-huh. Yes.
Q. That means no uh-huhs, no huh-uhs --
A. I almost did it.
Q. -- no head nods; right? Okay.
So yeses, noes, explanations. Do you think you can do that today?
A. Yes.
Q. The second thing is that -- now, we've been allotted seven hours of your time today. I can assure you I do not want to be here for that full seven hours probably as much as you don't want to be here. However, we're going to be here

for as long as it takes us to get all the information that we need.

And so if at any point in time you find that you need a break, feel free to let me know that. I'm happy for us to take a break. The only thing that I will ask is that you answer whatever question I have pending before we actually move to the break.

Does that seem fair?

A. Yes.

Q. Okay. Third thing, and I'll say this is probably the second most important, is that I acknowledge today that you are the expert on NASCAR racing in the room. I am not. And so what that means is that there may be questions that I ask and you give me an explanation to. If I don't immediately understand what you're saying, I'm going to continue to stay on that topic until I do.

That's not to be difficult or to annoy you. That is solely because when I leave here today, I want to make sure I have a full understanding of everything that you said.

Does that seem fair?

A. Yes.

Q. And so being a part of the process, where you're figuring out what did or didn't work the week before, that's a collaborative process; right?

A. Yeah, I would say so. We have -- you know, we do have meetings to talk about it, after the fact, what did or didn't work.

Q. By contributing in those meetings -- or excuse me.

By having multiple people offer their contributions in those meetings, collectively, you guys are able to work as a team to get better; correct?

MR. DAVEY: Objection to the form.

THE WITNESS: Yeah, and it's mostly just, like, crew chiefs, race engineers, drivers, myself, Matt, that sort of end up having those discussions and coming up with what did or didn't work.

BY MS. RICE:

Q. So only crew chiefs, race engineers, drivers, Matt, and yourself are the people involved in those discussions?

A. In the post-race competition meetings, yeah.

Q. No one else?
A. As far as, like, making those decisions or what?
Q. I asked are those the only people involved in those discussions where you're figuring out what worked well and what didn't work well from the week before?
A. No, there's other people in the meeting. Let's say spotters are in there. Bill's in there. I think Chris has been in a couple of them. Trying to think who else. I think that's about it.
Q. And the people in those rooms are working together to come up with ideas that are going to help Spire succeed in the future; correct?
MR. DAVEY: Objection to the form.
THE WITNESS: Not everyone. Most of them are sort of just in there because they were -- like, Bill's there because he's president; doesn't really have much input, he's just there to listen and be aware.
The spotters -- I mean, sometimes we can talk about if something went wrong getting on pit road or like a racing

situation where maybe Michael or -- it's happened before where Carson and Daniel are racing each other hard or something and we can talk about that and kind of work through how do we make that better for next time.

Yeah. So I mean, I would say those -- they don't typically have a lot to say in case there's like a -- an instance in that aspect. But, you know.

BY MS. RICE:

Q. By "they," who are you talking to -- talking about?

A. Like the spotters, yeah. The drivers usually give their feedback on what the car was doing, whether the changes they made during the race helped or hurt, what they were fighting.

Q. And so am I understanding you correctly that you're saying the only way that you can help in an organization is if you are the one individual who had the impactful idea in that instance?

MR. DAVEY: Objection to the form.

THE WITNESS: An impactful idea.

I mean, I would say that -- I don't

know that, like, anybody ever really has a specific impactful idea in a post-race meeting because it's more or less, like, what worked, what didn't work. You're kind of looking at history.

So if you would have had that impactful idea, you would have probably used it ahead of time, I guess.

BY MS. RICE:

Q. Okay. So helping to assess what worked and didn't work is making a meaningful contribution to Cup Series competition; correct?

MR. DAVEY: Objection to the form.

THE WITNESS: That's really vague. But the collaborative effort of everyone in the room, yeah, we -- we talk about what happened and what went wrong, what went right, what we think we could do better next time.

BY MS. RICE:

Q. And so why is Mr. Gabehart there, if not to participate in that collective discussion?

A. I mean, usually he's not. Most of the times when I've seen him in those meetings, he's either on his phone scrolling Twitter, or falling

asleep.

Q. Mr. Gerringer, this is the second time in this case that I have heard someone say that Gabehart is somewhere on his phone scrolling Twitter.

Has anybody told you that that's what you should say in response to what he's doing?

A. No. I've actually looked over and saw him scrolling Twitter. And I was thinking, Why is he doing that in this meeting?

Q. And so --

A. I also looked over and saw him, like, this one time (indicating) and he's got his coffee. And I wondered why is he about to fall asleep in his meeting.

Q. So he's scrolling Twitter, he's about to fall out of his chair, and he's a fly on the wall who says nothing, is what I'm hearing.

MR. DAVEY: Objection to the form.

THE WITNESS: I did not say that. I just said that I have seen him on Twitter and I've seen him about to fall asleep in those meetings.

BY MS. RICE:

Q. And have you also heard him speaking

in those meetings?
A. Rarely, but he has, I think -- I mean, yeah, said a few words.
Q. Have you heard him offering input in those meetings?
A. Like, in the -- in the initial, you know, he spoke and just kind of said he was going to sit there and observe and, you know, just kind of wanted to get a -- sort of like a lay of the land. So he didn't want to interfere. He was just going to kind of watch and observe and -- seems like that's kind of what he did most of the time.
Q. Is making technical suggestions based on Spire's performance at a prior race, would you say that that's just sitting there and observing?
MR. DAVEY: Objection to the form.
THE WITNESS: Can you repeat that?
BY MS. RICE:
Q. Sure.
A. Is sitting there -- you said is it sitting there --
Q. You told me today that -- I asked you why was Mr. Gabehart at those meetings and one of the things that you mentioned was that he is there

[redacted]

[redacted]

[redacted]