# EXHIBIT W

## CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT

This Confidentiality and Non-Disclosure Agreement ("Agreement") is made and entered into this 16th day of February, 2026 ("Effective Date"), by and among Christopher Gabehart ("Gabehart") and Spire Motorsports II, LLC (the "Company") (collectively the "Parties").

## BACKGROUND

Gabehart and Company are in discussions for Gabehart to be employed by Company as Chief Motorsports Officer. While such discussions are ongoing and the Parties continue to negotiate the terms of a mutually acceptable Employment Agreement, the Parties desire for Gabehart to begin attending Company meetings, interacting with Company personnel, and spending time in Company's race shop. Recognizing that Gabehart has obligations to his former employer, Joe Gibbs Racing, LLC ("JGR"), not to disclose or use JGR Confidential Information, the Parties are entering into this Agreement to memorialize the terms and conditions under which Gabehart will be permitted to attend Company meetings and have access to Company personnel, premises, equipment, and information.

## AGREEMENT

1. Gabehart agrees that he will maintain at all times the confidentiality of JGR Confidential Information and will not disclose JGR Confidential Information to Company or use JGR Confidential Information for the Company's benefit or in connection with any services performed for or on behalf of the Company.

2. In consideration of Gabehart's promise to keep and hold JGR Confidential Information in strict confidence, Company will permit Gabehart to attend certain Company meetings and participate in certain Company operations, as Company may deem necessary and appropriate.

3. Company agrees not to solicit, obtain or use any JGR Confidential Information from Gabehart.

IN WITNESS WHEREOF, the Parties executed and delivered this Agreement as of the Effective Date set forth above.

**SPIRE MOTORSPORTS II, LLC**

[signature]

By: WILLIAM ANTHONY
Title: GENERAL COUNSEL
Date: 2/16/2026

**CHRISTOPHER GABEHART**

[signature]

Date: 2/16/26

18861335v1 29556.00011