# EXHIBIT X
# Filed Under Seal