**M IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-CV-00133-SCR-DCK<br><br>**PLAINTIFF JOE GIBBS RACING, LLC'S NOTICE OF FILING REDACTED EXHIBITS PURSUANT TO COURT'S ORDERS** |

Pursuant to Local Rule 6.1, and the Court's Orders Granting Plaintiff Joe Gibbs Racing, LLC's Motions to Seal (Dkts. 182, 225, 233), JGR respectfully submits public, redacted versions of the following exhibits:

- Exhibits E and M to Plaintiff Joe Gibbs Racing, LLC's Motion to Compel the Production of Essential Technical Documents (Dkt. 170). *See* Exhibit 1;
- Exhibits Z, AA, and AB to Plaintiff Joe Gibbs Racing, LLC's Memorandum of Law in Support of Motion to Show Cause (Dkt. 218). *See* Exhibit 2;
- Exhibits N, O, S, V, AA, AF, and AG to Plaintiff Joe Gibbs Racing, LLC's Memorandum of Law In Support of Renewed Motion for Preliminary Injunction (Dkt. 230). *See* Exhibit 3.

This the 30th day of September, 2026

**KING & SPALDING LLP**
/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*

cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith with counsel for the opposing parties regarding the redactions to the documents attached hereto via email on September 14, 15, 24, 25, 28, and 30, 2026. Spire's counsel consented to the redactions contained in the Exhibits S, V, N, O, and AF to JGR's Renewed Motion for Preliminary Injunction (Dk. 230) for the purposes of this filing and otherwise oppose the redactions, with the exceptions of Exhibit M to JGR's Motion to Compel and AA to Renewed Motion to Preliminary Injunction, for which Defendants' counsel did not provide positions on prior to this filing. However, Defendants' counsel previously agreed to filing redacted and public versions of those documents, respectively.

This the 30th day of September, 2026


**KING & SPALDING LLP**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey

N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S NOTICE OF FILING REDACTED EXHIBITS PURSUANT TO COURT'S ORDERS** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 30th day of September, 2026

**KING & SPALDING LLP**


/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800

Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*