# Exhibit 2

# Exhibit Z

# Submitted in Camera

Tuesday, December 21, 2021 2:31 PM

[redacted]

Thursday, January 20, 2022 8:47 AM

[redacted]

# Rosters

Thursday, January 20, 2022 2:05 PM

[redacted]

# 2022 Shoe Order

Tuesday, February 1, 2022 2:28 PM

| **A Team** | | | | Shoe |
|---|---|---|---|---|
| ~~Gabehart, Chris~~ | - | ~~Crew Chief~~ | - | ~~14~~ |
| Lambert, Chris | | Spotter | | 11 1/2 |
| ~~McAulay, Sam~~ | - | ~~Engineer~~ | - | ~~9 1/2~~ |
| ~~Bowers, Ryan~~ | - | ~~Engineer~~ | - | ~~9~~ |
| ~~Griffeth, Brandon~~ | - | ~~Car Chief~~ | - | ~~12~~ |
| ~~Philpott, Matt~~ | - | ~~Interior Mechanic~~ | - | ~~10~~ |
| ~~Simmons, Scott~~ | - | ~~Tire Specialist~~ | - | ~~11~~ |
| Egbert, JP (John) | | Underneath Mechanic | | 11 |
| ~~Dudley, James~~ | - | ~~Engine Tuner~~ | - | ~~15~~ |
| ~~Hodel, Frank~~ | - | ~~Hauler Driver~~ | - | ~~9~~ |
| Woodfin, Scott | | Hauler Driver | | 11 |
| | | | | |
| **B Team** | | | | Shoe |
| ~~Houston, Blake~~ | - | ~~Front Changer~~ | - | ~~11~~ |
| ~~Hicks, Mike~~ | - | ~~Rear Changer~~ | - | ~~9.5~~ |
| ~~Holmes, Jake~~ | - | ~~Carrier~~ | - | ~~10.5~~ |
| ~~Edwards, Derrell~~ | - | ~~Jack~~ | - | ~~12~~ |
| ~~White, Justin~~ | - | ~~Gas~~ | - | ~~14~~ |
| Justin Nottestad | | Lead Mechanic - Shop | | 11 |

[redacted]

Monday, February 7, 2022 11:42 AM

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Org Chart

[redacted]

Wednesday, July 6, 2022 1:25 PM

[redacted]

Wednesday, July [illegible], 2022 [illegible] PM

[redacted]

[redacted]

Tuesday, July 26, 2022 9:39 PM

[redacted]

# Org Chart

Wednesday, July 27, 2022 9:04 PM

[redacted]

[redacted]

Thursday, August 4, 2022 2:39 PM

[redacted]

[redacted]

Monday, August 8, 2022 10:04 AM

[redacted]

[redacted]
Sunday, August 21, 2022 8:41 AM

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Tuesday, December 6, 2022 12:57 PM

[redacted]

# Exhibit AA

# Submitted in Camera

[redacted]

# 11 Trailer Wall Decals

Thursday, February 1, 2024 9:34 PM

- For the Joe Gibbs Racing logo below, I'd like everything in black to be that silver metallic looking stuff we spoke about. The "JG" part I would like to stay maroon.



- For the 11 to the left, I would like the white fill and the black outline shown here to be the same silver metallic as the black in the JGR logo above. The Maroon outline to stay as is.

Monday, February 19, 2024 2:39 PM

[redacted]

Saturday, March 30, 2024 10:21 PM

[redacted]

Saturday, May 4, 2024 11:10 PM

[redacted]

[redacted]

Monday, June 3, 2024 9:16 AM

[redacted]

[redacted]

Monday, June 3, 2024 3:01 PM

[redacted]

Tuesday, June 4, 2024 11:30 AM

[redacted]

[redacted]

Thursday, July 4, 2024 11:50 PM




[redacted]

"The Garage"

[redacted]

Tuesday, July 16, 2024 10:28 AM

[redacted]

[redacted]

Tuesday, August 6, 2024 8:48 AM

[redacted]

Tuesday, August 13, 2024 3:03 PM

[redacted]

Thursday, August 22, 2024 6:24 PM

[redacted]

[redacted]

[redacted]

- Background

[redacted]

- Usual disclaimers

[redacted]

- Analysis

[redacted]

Thursday, September 26, 2024 9:05 AM

[redacted]

Friday, September 3, 2021 6:53 PM

- Background
  [redacted]
- Important Disclaimers
  [redacted]
- Analysis
  [redacted]

[redacted]

[redacted]

Tuesday, October 8, 2024 10:20 AM

[redacted]

[redacted]

- Background

[redacted]

- Important Disclaimers

[redacted]

- Analysis

[redacted]

[redacted]
Friday, October 18, 2024 10:06 AM

[redacted]

Thursday, October 31, 2024 1:14 PM

[redacted]

[redacted]

[redacted]

Wednesday, November 13, 2024 1:25 PM

[redacted]

Wednesday, November 13, 2024 3:17 PM

[redacted]

[redacted]

# Exhibit AB

# Submitted in Camera

# 12/12/22

Sunday, January 3, 2021 8:28 AM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

- 

Notes

- 

12/19/22

Monday, December 19, 2022 10:30 AM

**CC Meeting**

- 

Notes

[redacted]

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 1/2/23

Monday, January 2, 2023 10:32 AM

**CC Meeting**

- 

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

# 1/9/23

Monday, January 9, 2023 10:16 AM

**CC Meeting**

- 

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 1/16/23

Friday, January 13, 2023 1:33 PM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]



Highly Confidential - Outside Counsel Eyes Only FORENSICS00127 JGR_0003286.0004

# 1/23/23

Wednesday, January 18, 2023 2:33 PM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

1/30/23

[redacted]

Notes

[redacted]

**Simulation Meeting**

-

Notes

-

**Production Meeting**

-

Notes

02/01/23 (James' Notes)

[redacted]



Highly Confidential - Outside Counsel Eyes Only FORENSIC000127 JGR_0003298.0008

# 11 Team Meeting Notes

Monday, January 30, 2023 11:52 AM

[redacted]

2/7/23
Tuesday, February 7, 2023 6:02 AM

**CC Meeting**

[redacted]

Notes
- 

**Simulation Meeting**
- 

Notes
- 

**Production Meeting**
- 

Notes
- 

# 2/13/23

Wednesday, February 8, 2023 2:36 PM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 2/20/23

Thursday, February 16, 2023 10:50 AM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 2/28/23

Sunday, February 26, 2023 6:23 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 3/6/23

Wednesday, March 1, 2023 4:14 PM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 3/13/23

Tuesday, March 14, 2023 10:59 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

3/20/23

**CC Meeting**

- 

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

03/22/23

- Fabrals

[redacted]



Highly Confidential - Outside Counsel Eyes Only

# 3/27/23

Monday, March 27, 2023 10:59 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

**AFG Meeting**

[redacted]

Notes

[redacted]

# 4/3/23

Saturday, April 1, 2023 8:04 AM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

# 4/10/23

Saturday, April 8, 2023 4:18 PM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 4/17/23

Monday, April 17, 2023 10:31 AM

**CC Meeting**

- 

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 4/24/23

Sunday, April 23, 2023 8:03 PM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 5/1/23

Friday, April 28, 2023 5:00 PM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 5/8/23

Monday, May 8, 2023 10:38 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

# 5/15/23

Wednesday, May 17, 2023 3:01 PM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 5/22/23

Sunday, January 3, 2021 8:28 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

5/30/23

Tuesday, May 30, 2023 1:29 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

**AFG Meeting Notes**

[redacted]

# 6/5/23

Monday, June 5, 2023 10:30 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 6/19/23

Monday, June 19, 2023 4:15 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

6/26/23

Tuesday, June 27, 2023 3:07 PM

**CC Meeting**

-

Notes

-

**Simulation Meeting**

-

Notes

-

**Production Meeting**

[redacted]

Notes

[redacted]

# 7/3/23

Wednesday, July 5, 2023 7:46 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 7/17/23

Sunday, July 16, 2023 6:10 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

# 7/24/23

Wednesday, July 26, 2023 2:59 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 8/1/23

Tuesday, August 1, 2023 10:56 AM

**CC Meeting**

-

Notes

-

**Simulation Meeting**

[redacted]

Notes

-

**Production Meeting**

-

Notes

[redacted]

# 8/7/23

Tuesday, August 8, 2023 10:32 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 8/21/23

Wednesday, August 23, 2023 1:21 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 8/28/23

Monday, August 28, 2023 8:44 AM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

# 9/6/23

Wednesday, September 6, 2023 1:15 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 9/11/23

Monday, September 11, 2023 3:48 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 9/18/23

Monday, September 18, 2023 11:15 AM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

- 

# 9/25/23

Monday, September 25, 2023 10:33 AM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

[redacted]

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 10/2/23

Sunday, October 1, 2023 10:13 AM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 10/9/23

Monday, October 9, 2023 10:17 AM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

10/16/23

Wednesday, October 18, 2023 3:05 PM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 10/23/23

Saturday, October 21, 2023 8:24 AM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 10/30/23

Monday, October 30, 2023 10:40 AM

**CC Meeting**

[redacted]

Notes

[redacted]

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# 11/14/23

Monday, November 13, 2023 2:23 PM

**CC Meeting** [redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

[redacted]

Notes

[redacted]

# 11/28/23

Tuesday, November 28, 2023 10:19 AM

**CC Meeting**

[redacted]

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

- 

# 12/18/23

Sunday, January 3, 2021 8:28 AM

**CC Meeting**

- 

Notes

- 

**Simulation Meeting**

- 

Notes

- 

**Production Meeting**

- 

Notes

[redacted]

# BLANK

Sunday, January 3, 2021 8:18 AM

**Practice Day**

[redacted]

**Qualifying**

[redacted]

**Race Day**

[redacted]

**Post Race Evaluation**

[redacted]