**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **DECLARATION OF JOSHUA D. DAVEY IN SUPPORT OF SPIRE'S REPLY MEMORANDUM IN SUPPORT OF ITS APPLICATION FOR ENTRY OF DEFAULT** |

**DECLARATION OF JOSHUA D. DAVEY**

I, Joshua D. Davey, an attorney duly admitted to practice before this Court, declare under penalty of perjury, as follows:

1. I am a partner at Troutman Pepper Locke, LLP. I serve as counsel for Defendant Spire Motorsports, LLC ("Spire"), in this case.

2. I submit this Declaration solely to present to the Court certain materials cited in Spire's Reply Memorandum in Support of its Application for Entry of Default, Dkt. 247.

3. Attached hereto as **Exhibit A** is a copy of excerpts from the August 3, 2026, Rule 30(b)(6) Deposition of David Alpern, portions of which have been designated as "Confidential" pursuant to the Amended Protective Order. On October 2, 2026, Spire's counsel conferred with JGR's counsel and obtained consent to file the excerpts publicly without seal.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2026

*/s/ Joshua D. Davey*_
Joshua D. Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com