**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| **JOE GIBBS RACING, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,**<br><br>**Defendants.** | **NOTICE OF INTENT TO COMPLY WITH ORDER ON MOTION TO SEAL** |

Defendant Christopher Gabehart ("Mr. Gabehart") respectfully submits this Notice of Intent to Comply with the Court's September 30, 2026 Order (ECF No. 269; the "Order"). The Order requires that counsel for Mr. Gabehart and Plaintiff Joe Gibbs Racing, LLC ("JGR") confer and file Exhibits N and O (ECF Nos. 262-7 and 262-8) with minimal redactions, as agreed by counsel. These exhibits were filed under seal at JGR's request, as further described in Mr. Gabehart's Motion to Seal certain exhibits accompanying his Response in Opposition to JGR's Motion to Show Cause.

The Order requires Mr. Gabehart's counsel to file Exhibits N and O with minimal redactions by October 5, 2026. Mr. Gabehart's counsel emailed JGR's counsel on September 30, 2026, attaching the Court's Order, reiterating Mr. Gabehart's position that sealing is not necessary for either exhibit—as neither one contains any JGR confidential information or trade secrets—and offering to meet and confer.

Counsel for JGR responded on October 5, indicating that it was not able to provide its position by today's deadline and requested an additional 24 hours to review and respond. Therefore, Mr. Gabehart requests that Exhibits N and O be filed publicly given JGR's failure to

timely suggest redactions or otherwise confer regarding the same, and the fact that these exhibits in no way warrant sealing or redacting from public view.

This 5th day of October, 2026.

**ROBINSON, BRADSHAW & HINSON, P.A.**

*/s/ Cary B. Davis*
Cary B. Davis
N.C. State Bar No. 36172
Spencer T. Wiles
N.C. State Bar No. 53664
William M. Miller
N.C. State Bar No. 36946
Anna Claire Tucker
N.C. State Bar No. 59457
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
cdavis@rbh.com
swiles@rbh.com
wmiller@rbh.com
atucker@rbh.com

*Attorneys for Defendant Christopher Gabehart*

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: October 5, 2026

*/s/ Cary B. Davis*
Cary B. Davis