**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-CV-00133-SCR-DCK |

**DECLARATION OF DANIELLE T. WILLIAMS**

Danielle T. Williams states as follows:

1. I am an adult over the age of 18 years old and competent to testify.

2. I am a partner at King & Spalding LLP, counsel for Plaintiff Joe Gibbs Racing, LLC ("JGR") in this matter. I make this declaration based on my personal knowledge and in support of JGR's Consolidated Reply in Support of Its Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt for Violating the Temporary Restraining Order and Preliminary Injunction (the "Reply").

3. I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

4. Exhibit AE is a true and correct copy of excerpts from the transcript of the August 28, 2026 deposition of Emma Setzer as the Rule 30(b)(6) corporate representative of Defendant Spire Motorsports II, LLC ("Spire").

5. Exhibit AF is a true and correct copy of the Declaration of Clark C. Walton in Support of JGR's Reply in Support of Its Motion for Order to Show Cause, dated October 6, 2026.

6. Exhibit AG is a true and correct copy of excerpts from the transcript of the August 3, 2026 deposition of David Alpern as JGR's Rule 30(b)(6) corporate representative.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on October 6, 2026 **DANIELLE T. WILLIAMS**

/s/ Danielle T. Williams