**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S NOTICE OF**
**FILING REDACTED EXHIBITS PURSUANT TO COURT'S ORDER**

Pursuant to Local Rule 6.1 and the Court's Order Granting Defendant Spire Motorsports II, LLC's ("Spire") Motion to Seal, Dkt. 268, Spire has consulted with counsel for Plaintiff Joe Gibbs Racing, LLC ("JGR") and reached agreement concerning the public filing of some exhibits to the Declaration of Joshua D. Davey in support of Spire's Opposition to JGR's Motion for an Order to Show Cause, Dkt. 266 (the "Declaration"). Specifically, Spire and JGR have agreed to the public filing, with redactions, of Exhibits K, M, and N to the Declaration, which are attached hereto as Attachments 1, 2, and 3.

However, JGR has refused to consent to the public filing of Exhibits D and Y, nor did it propose narrowed redactions for those exhibits. Instead, JGR has required Spire to file the same versions of those documents already filed on the docket, Dkts. 266-5 and 266-26, given JGR's view that those redactions are sufficient. It is Spire's position that the redacted material does not fit into the narrow category of information identified for redaction in the Court's most recent order and should be filed publicly without redaction. *See* Dkt. 280 at 2. Spire respectfully submits

public versions of the following exhibits, redacted to the extent agreed by the parties as to Exhibits K, M, and N, and as instructed by JGR as to Exhibits D and Y:

- The parties agree to the public filing of Exhibits K and M with narrowly tailored redactions for personally identifiable information (Dkts. 266-12, 266-14). *See* Attachments 1 and 2.

- The parties agree to the public filing of Exhibit N with narrowly tailored redactions (Dkt. 266-15). *See* Attachment 3.

- The parties disagree as to the public filing of Exhibits D and Y without redaction, so Spire is provisionally submitting the same documents as currently filed at 266-5 and 266-26, at JGR's request. *See* Attachments 4 and 5.

Dated: October 7, 2026


By: *<u>/s/ Joshua D. Davey</u>*
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Benjamin E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
benjamin.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith with counsel for JGR regarding the substance of this filing and the redactions to the documents attached hereto on October 6, 2026. JGR agrees to the public filing of the documents attached hereto, but the parties disagree as to the extent of redactions required for Exhibits D and Y.

Dated: October 7, 2026

*/s/ Joshua D. Davey*