**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S MOTION TO APPOINT A TECHNICAL ADVISOR**

Pursuant to Local Civil Rule 7.1, Defendant Spire Motorsports II, LLC ("Spire") respectfully moves the Court for an order appointing a neutral technical advisor to assist the Court in understanding the scientific, engineering and other technical evidence to be presented to the Court in connection with the forthcoming summary judgment and *Daubert* motions of the parties, as well as trial of this case. Plaintiff Joe Gibbs Racing, LLC's trade secret claims turn on complex principles of mechanical engineering, aerodynamics, racecar design and setup, and race simulation technology, which are addressed in hundreds of pages of expert reports and will be further informed by the parties' forthcoming production of racecar setups for the 2025 and 2026 NASCAR Cup Series. Spire therefore requests that the Court exercise its inherent authority to appoint a neutral technical advisor to help the Court decipher and meaningfully evaluate this evidence in connection with the parties' forthcoming summary judgment and *Daubert* motions, as well as at trial.

Pursuant to Rule 7.1(b), Spire certifies that it met and conferred with counsel for Joe Gibbs Racing ("JGR") and Christopher Gabehart about this request, and that it raised the request during

a hearing before Judge Keesler on October 1, 2026. JGR opposes the request and that Gabehart supports it.

Dated: October 8, 2026

By: _/s/ Joshua D. Davey_
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Ben E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
ben.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com