IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **DECLARATION OF JOSHUA D. DAVEY IN SUPPORT OF SPIRE'S MOTION TO APPOINT A TECHNICAL ADVISOR** |

I, Joshua D. Davey, an attorney duly admitted to practice before this Court, declare under penalty of perjury, as follows:

1. I am a partner at Troutman Pepper Locke, LLP. I serve as counsel for Defendant Spire Motorsports II, LLC ("Spire"), in this case.

2. I submit this Declaration solely to present to the Court certain materials cited in Spire's Motion to Appoint a Technical Advisor.

3. Attached hereto as **Exhibit A** is copy of the Expert Report of Joshua Browne, which Gabehart and Spire have designated as Highly Confidential – OCO.

4. Attached hereto as **Exhibit B** is a copy of the Expert Report of Devin Leahy, which Spire has designated as Highly Confidential – OCO.

5. Attached hereto as **Exhibit C** is a copy of the Expert Report of Tommy Wheeler, which JGR has designated as Highly Confidential – OCO.

6. Attached hereto as **Exhibit D** is a copy of the Expert Report of Brett M. Frood, which JGR has designated as Highly Confidential – OCO.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2026

*/s/ Joshua D. Davey*
Joshua D. Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com