IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00133-SCR-DCK

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

**INDEX OF EXHIBITS TO DECLARATION OF JOSHUA D. DAVEY IN SUPPORT OF SPIRE'S MOTION TO APPOINT A TECHNICAL ADVISOR**

| EXHIBIT | DESCRIPTION | SEALING STATUS |
| --- | --- | --- |
| A | Expert Report of Joshua Browne | Filed under seal |
| B | Expert Report of Devin Leahy | Filed under seal |
| C | Expert Report of Tommy Wheeler | Filed under seal |
| D | Expert Report of Brett Frood | Filed under seal |