**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S MOTION TO COMPEL THE INSPECTION OF JGR'S ALLEGED TRADE SECRETS**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Spire Motorsports II, LLC ("Spire"), by and through counsel, submits this Motion to Compel Plaintiff Joe Gibbs Racing, LLC ("JGR") to permit Spire's entry on to JGR's property for inspection of equipment that constitute JGR's alleged trade secrets. For the reasons set forth in further detail in Spire's accompanying Memorandum in Support of its Motion, Spire seeks inspection of equipment in JGR's custody and control that is relevant to the parties' claims and defenses and is not duplicative or overly burdensome.

Spire met and conferred with JGR regarding JGR's refusal to permit the requested inspection, including on September 29, 2026, and was unable to resolve the matter.

WHEREFORE, Spire requests that the Court grant its Motion and order JGR to (1) permit Spire's entry on to JGR facilities; (2) permit Spire to perform the requested inspection of JGR's alleged trade secrets. Further, because JGR's refusal to permit the inspections was without substantial justification, Spire requests that its reasonable attorneys' fees and costs be taxed against JGR.

This the 8 day of October, 2026.


By: *<u>/s/ Joshua D. Davey</u>*
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Ben E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
ben.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com