**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **DECLARATION OF JOSHUA D. DAVEY IN SUPPORT OF SPIRE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL INSPECTION** |

**DECLARATION OF JOSHUA D. DAVEY**

I, Joshua D. Davey, an attorney duly admitted to practice before this Court, declare under penalty of perjury, as follows:

1. I am a partner at Troutman Pepper Locke, LLP. I serve as counsel for Defendant Spire Motorsports, LLC ("Spire"), in this case.

2. I submit this Declaration solely to present to the Court certain materials cited in Spire's Brief in Support of its Motion to Compel Inspection, Dkt. 247.

3. Attached hereto as **Exhibit A** is a copy of JGR's Fifth Supplemental Interrogatory Response.

4. Attached hereto as **Exhibit B** is a copy of Spire's Request for Inspection. On October 8, 2026, Spire's counsel conferred with JGR's counsel, who did not consent to Exhibit B being filed publicly without redactions.

5. Attached hereto as **Exhibit C** is a copy of JGR's Response to Spire's Request for Inspection. On October 8, 2026, Spire's counsel conferred with JGR's counsel, who did not consent to Exhibit C being filed publicly without redactions.

6. Attached hereto as **Exhibit D** is a copy of is a copy of JGR's Supplemental Response to Spire's Request for Inspection. On October 8, 2026, Spire's counsel conferred with JGR's counsel, who did not consent to Exhibit D being filed publicly without redactions.

7. Attached hereto as **Exhibit E** is a copy of P. Devin Leahy's Expert Report, which Spire has moved to file under seal pending designations of the expert report pursuant to the Protective Order.

8. Attached hereto as **Exhibit F** is a copy of Spire's First Set of Interrogatories.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 8, 2026

*/s/ Joshua D. Davey*

Joshua D. Davey
TROUTMAN PEPPER LOCKE LLP
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
Joshua.Davey@troutman.com