**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **INDEX OF EXHIBITS TO DECLARATION OF JOSHUA D. DAVEY IN SUPPORT OF SPIRE'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL INSPECTION** |

| EXHIBIT | DESCRIPTION | SEALING STATUS |
|---|---|---|
| A | JGR's Fifth Supplemental Interrogatory Responses | Filed publicly with redactions |
| B | Spire's Request for Inspection | Filed under seal |
| C | JGR's Response to Spire's Request for Inspection | Filed under seal |
| D | JGR's Supplemental Response to Spire's Request for Inspection | Filed under seal |
| E | P. Leahy's Expert Report | Filed under seal |
| F | Spire's First Set of Interrogatories | Filed publicly |