**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S NOTICE OF**
**<u>FILING REDACTED EXHIBITS PURSUANT TO COURT'S ORDER</u>**

Pursuant to Local Rule 6.1 and the Court's Order Granting Defendant Spire Motorsports II, LLC's ("Spire") Motion to Seal, Dkt. 277, Spire has consulted with counsel for Plaintiff Joe Gibbs Racing, LLC ("JGR") and reached agreement concerning the public filing of some exhibits to the Declaration of Joshua D. Davey in support of Spire's Opposition to JGR's Motion for Renewed Preliminary Injunction, Dkt. 275 (the "Declaration"). Specifically, Spire and JGR have agreed to the public filing, with redactions, of Exhibits C, D, E, J, T, AA, and AB to the Declaration, which are attached hereto as Attachments 1-7.

Spire respectfully submits public versions of the following exhibits, redacted to the extent agreed by the parties:

- The parties agree to the public filing of Exhibit C, D, E, J, and AA with narrowly tailored redactions (Dkt. 275-4, 275-5, 275-6, 275-11, 275-28). *See* Attachments 1-4, 6.

- The parties agree to the public filing of Exhibits T and AB with narrowly tailored redactions for personally identifiable information (Dkts. 275-21, 275-29). *See* Attachments 5, 7.

Dated: October 9, 2026

By: _*/s/ Joshua D. Davey*_
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Benjamin E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
benjamin.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith with counsel for JGR regarding the substance of this filing and the redactions to the documents attached hereto on October 8, 2026. JGR agrees to the public filing of the documents attached hereto.

Dated: October 9, 2026

*/s/ Joshua D. Davey*