**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

**JOE GIBBS RACING, LLC,**

**Plaintiff,**

**v.**

**CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,**

**Defendants.**

**INDEX OF EXHIBITS TO:**

**DEFENDANT CHRISTOPHER GABEHART'S BRIEF IN OPPOSITION TO PLAINTIFF JOE GIBBS RACING, LLC'S MOTION FOR SANCTIONS**

| **EXHIBIT:** | **DESCRIPTION:** |
| --- | --- |
| A | Excerpts from Deposition of Christopher Gabehart |
| B | Email with Bates Stamp JGR_0000187 |
| C | Excerpts from 30(b)(6) Deposition of David Alpern |
| D | Excerpts from Deposition of David Alpern |
| E | Excerpts from Deposition of Jeffrey Dickerson |
| F | Expert Report of Kenneth Marchese |