IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | Case No. 3:26-CV-00133-SCR-DCK |

**PLAINTIFF JOE GIBBS RACING, LLC'S NOTICE OF FILING OF MATERIALS FROM THE OCTOBER 13, 2026 HEARING**

Pursuant to the Court's request during the October 13, 2026 hearing (the "Hearing"), Plaintiff hereby files this Notice of Filing of Materials from the October 13, 2026 Hearing and submits the following:

1. Plaintiff's PowerPoint Presentation used during its presentation regarding its Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt for Violating the Temporary Restraining Order and Preliminary Injunction (the "Show Cause Presentation"); and
2. Plaintiff's PowerPoint presentation used during its presentation regarding its Renewed Motion for Preliminary Injunction (the "PI Presentation" and, together with the Show Cause Presentation, the "Presentations").

Because the Presentations contain or reference documents or information that have been designated "Confidential" or "Highly Confidential – OCO," Plaintiff files contemporaneously herewith a Motion to Seal Materials from the October 13, 2026 Hearing (the "Motion to Seal").

Specifically, Plaintiff is (1) filing under seal an unredacted version of the Show Cause Motion that was provided to the Court and Defense counsel during the hearing, and (2) filing publicly a redacted version of the Show Cause Motion that redacts "Confidential" and "Highly Confidential – OCO" information. Plaintiff notes that it has not redacted from the publicly filed Show Cause Presentation any slides that were shown in open court.

Further, the PI Presentation contains screenshots of or quotes from documents that Plaintiff has produced in this litigation in the "secured room" established by the parties pursuant to the Court's Amended Protective Order, Dkt. 124 ¶ 14, because such documents contain, reference, or reveal Plaintiff's trade secrets. During the Hearing, the Court specifically noted the propriety of submitting such documents *in camera* for the Court's review. Accordingly, Plaintiff is: (1) submitting *in camera* an entirely unredacted version of the PI Presentation that was provided to the Court during the Hearing;[1] (2) filing under seal a version of the PI Presentation that Plaintiff provided to Defendants' counsel during the hearing and that removes/redacts only those screenshots of or quotes from documents produced in the "secured room;" and (3) publicly filing a redacted version of the PI Presentation that, in addition to the removal/redaction of such screenshots and quotes, redacts "Confidential" or "Highly Confidential – OCO" information. Plaintiff notes that, except for a single slide,[2] it has not redacted from the publicly filed PI Presentation any slides that were shown in open court during the Hearing.

[1] Plaintiff notes that the PI Presentation submitted herewith does not include slides 3, 4, 17, 18, 21, 26, 27, 40, 47, 48, 49, 53, 56, 61, 65, 66, 67, and 68 because those slides were not included in the hardcopies provided to the Court and opposing counsel and were not shown, referenced, or discussed during the Hearing.

[2] Plaintiff has redacted information on slide 64 of the PI Presentation, which was inadvertently shown during the Hearing but immediately taken down once Defendants objected to it being displayed. Defendants do not object to this redaction.

This the 15th day of October, 2026

**KING & SPALDING LLP**


/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing motion was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 15th day of October, 2026

**KING & SPALDING LLP**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com

charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*