# Renewed PI Presentation

# Joe Gibbs Racing, LLC v. Christopher Gabehart and Spire Motorsports, LLC

Joe Gibbs Racing, LLC's Renewed PI

# Roadmap

1. Preliminary Injunction Standard
2. Evidence of Actual or Threatened Misappropriation Before PI
3. Evidence of Actual or Threatened Misappropriation After PI
4. Evidence of Tortious Interference
5. Irreparable Harm
6. Balance of Equities

# The Evidence Establishes Actual or Threatened Misappropriation of JGR's Trade Secrets

For the PI, JGR has identified three categories of trade secrets that Spire has misappropriated

1. Post Race Analysis Documents
2. Setup Philosophies and Parameters
3. Quality Control and Production Processes

# The Misappropriation Was Planned (New Evidence)

**Extraction Report** - Google Android Full File system

www.cellebrite.com

| Time | Note | Deleted |
|---|---|---|
| **Created:** 11/20/2025 4:24:35 PM(UTC+0) **Modified:** 11/20/2025 6:10:01 PM(UTC+0) | **Title:** Matt<br>**Source:** Samsung Notes<br>**Labels:**<br>**Body:** Observation<br>Low hanging fruit - Download information<br>Car build stuff<br>SIM measurements and uploading<br>Setup stuff and philosophies<br>Build an accountability language and hold everyone to it.<br>Establish and develop relationships with HMS - expand the alliance<br>Establish and develop relationships with Chevy - expand the alliance<br>Build the new building. Racing in 2028<br>Be a qualified sounding board for you. Help you shape the team. Take some of this off of Jeff's plate.<br>Same for trucks.<br>**Parties:**<br>**Source file:**<br>RFCTC0C4B6J_files_full.zip/data/user/0/com.samsung.android.app.notes/databases/sdoc.db-wal : 0x7B499 (Table: sdoc, Size: 984712 bytes)<br>RFCTC0C4B6J_files_full.zip/data/user/0/com.samsung.android.app.notes/SDocData/1763655632569.sdocx/note.note : 0x286 | Trash |

6

# The Focus Plan: A Blueprint for Misappropriation


Focus Plan

Design

[redacted]

Optimize

[redacted]

Execute

[redacted]

CONFIDENTIAL

GABEHART00092

**GABEHART00092**


Design Optimize Execute

[redacted]

respect.

**GABEHART00094**


Design Optimize Execute

[redacted]

**Spire_000851**

# The Focus Plan: A Blueprint for Misappropriation For Spire's Benefit

1. **Post Race Analysis Documents** [redacted]

2. **Setup Philosophies and Parameters** [redacted]

3. **Production Processes and Quality Control** [redacted]




CONFIDENTIAL – Outside Counsel Only

Spire_0000852

Dkt. 230-10 (Spire_000851)

# Evidence of Actual and Threatened Misappropriation by Spire

# Court's Previous Order Identified Evidence of Misappropriation by Gabehart

- Gabehart took over 200 files with JGR proprietary information
- Gabehart took photos on his laptop screen of JGR trade secrets
- JGR files stored in folder named Spire, including "past setups" folder
- Gabehart and Spire's owners met multiple times when Gabehart was accessing trade secrets
- Gabehart accessed "Spire" folder documents numerous times after turning in JGR laptop
- Deleted text messages with only Dickerson

Dkt. 78 (PI) at ¶¶ 18 and 22

# New Evidence of Spire's Actual and Threatened Misappropriation

- As a **Spire** Employee:
  - Gabehart used the CG Master, and the trade secrets contained therein, on his Spire-issued computer to analyze Spire's Cup Series performance for Spire.
  - Gabehart disclosed aspects of JGR's setup philosophy and specific setup parameters for Cup Series races at the Circuit of the Americas (COTA) to a Spire crew chief.
  - Gabehart disclosed trade secret quality control and production processes at a Spire Cup Series competition meeting.
  - Gabehart's continued to have access to JGR trade secrets through most of 2026 season.

# Misappropriation: Spire's Use of Post-Race Analysis Trade Secrets

# Gabehart Planned to Use
# JGR's Crew Chief ("CC") Audit Document for Spire

SPIRE MOTORSPORTS

| Design | Optimize | Execute |
| --- | --- | --- |

Drivers

Driver training and Preparation

Practice Plan and Predictions

[redacted]

[redacted]

respect.

Spire_000851 (Found on Spire's Laptop)

# The Court Found the 'CC Audit' To Be A Trade Secret

Outside Counsel Eyes Only; |
Clean Room

"JGR has specifically enumerated the files containing trade secrets that Defendant Gabehart acquired through improper means, including, but not limited to, comprehensive post-race audit and analyses of team and driver performance for the entire 2025 season . . . ."

**Dkt. 78 (PI) ¶ 60 (emphasis added)**

"The Court concludes these materials are trade secrets . . . ."

**Dkt. 78 (PI) ¶ 62.**

JGR_0002651

# The Court Noted the Similarity Between the ‘CC Audit’ and the ‘CG Master’ Gabehart Made

| 7 | [redacted] |
|---|---|
| 2025 | |
| 2026 | |
| 2026 Proj. | |
| Goals | |

| Race # | Race location | Track type | [redacted] |
|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] |
| 2 | Atlanta | Super Speedway | 0.0 |
| 3 | COTA | Road Course | 0.0 |
| 4 | Phoenix | Short Track | 0.0 |
| 5 | Las Vegas | Intermediate | 0.0 |
| 6 | Darlington | Mid Track | 0.0 |
| 7 | Martinsville | Short Track | 0.0 |
| 8 | Bristol | Short Track | 0.0 |
| 9 | Kansas | Inte | 0.0 |
| 10 | Talladega | Sup | 0.0 |
| 11 | Texas | Inte | 0.0 |
| 12 | Watkins Glen | Roa | 0.0 |
| 13 | Charlotte | Inte | 0.0 |
| 14 | Nashville | Mid | 0.0 |
| 15 | Michigan | Inte | 0.0 |
| 16 | Pocono | Inte | 0.0 |
| 17 | San Diego | Roa | 0.0 |
| 18 | Sonoma | Roa | 0.0 |
| 19 | Chicagoland | Inte | 0.0 |
| 20 | Atlanta | Sup | 0.0 |
| 21 | North Wilkesboro | Sho | 0.0 |
| 22 | Indianapolis | Inte | 0.0 |
| 23 | Iowa | Sho | 0.0 |
| 24 | Richmond | Sho | 0.0 |
| 25 | Loudon | Sho | 0.0 |
| 26 | Daytona | Sup | 0.0 |
| 27 | Darlington | Mid | 0.0 |
| 28 | Gateway | Mid | 0.0 |
| 29 | Bristol | Short Track | 0.0 |
| 30 | Kansas | Intermediate | 0.0 |
| 31 | Las Vegas | Intermediate | 0.0 |
| 32 | Charlotte | Intermediate | 0.0 |
| 33 | Phoenix | Short Track | 0.0 |
| 34 | Talladega | Super Speedway | 0.0 |
| 35 | Martinsville | Short Track | 0.0 |
| 36 | Homestead | Intermediate | 0.0 |

THE COURT:“. . . . I think it’s the similarity [with] JGR’s original spread sheet . . . that’s the real issue.”

**Dkt. 66, PI Hr’g Tr., at 68:4–5.**

Dkt. 230-8 (GABEHART00222)

# Gabehart Operationalized JGR's Trade Secrets for Spire

| 7 | Poles | [redacted] |
|---|---|---|
| 2025 | | |
| 2026 | 0 | |
| 2026 Proj | 0 | |
| Goals | | |

| Race # | Race location | Track type | [redacted] | | | |
|---|---|---|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] | | | 0.0 |
| 2 | Atlanta | Super Speedway | | | | 0.0 |
| 3 | COTA | Road Course | | | | 0.0 |
| 4 | Phoenix | Short Track | | | | 0.0 |
| 5 | Las Vegas | Intermediate | | | | 0.0 |
| 6 | Darlington | Mid Track | | | | 0.0 |
| 7 | Martinsville | Short Track | | | | 0.0 |
| 8 | Bristol | Short Track | | | | 0.0 |
| 9 | Kansas | Intermediate | | | | 0.0 |
| 10 | Talladega | Super Speedway | | | | 0.0 |
| 11 | Texas | Intermediate | | | | 0.0 |
| 12 | Watkins Glen | Road Course | | | | 0.0 |
| 13 | Charlotte | Intermediate | | | | 0.0 |
| 14 | Nashville | Mid Track | | | | 0.0 |
| 15 | Michigan | Intermediate | | | | 0.0 |
| 16 | Pocono | Intermediate | | | | 0.0 |
| 17 | San Diego | Road Course | | | | 0.0 |
| 18 | Sonoma | Road Course | | | | 0.0 |
| 19 | Chicagoland | Intermediate | | | | 0.0 |
| 20 | Atlanta | Super Speedway | | | | 0.0 |
| 21 | North Wilkesboro | Short Track | | | | 0.0 |
| 22 | Indianapolis | Intermediate | | | | 0.0 |
| 23 | Iowa | Short Track | | | | 0.0 |
| 24 | Richmond | Short Track | | | | 0.0 |
| 25 | Loudon | Short Track | | | | 0.0 |
| 26 | Daytona | Super Speedway | | | | 0.0 |
| 27 | Darlington | Mid Track | | | | 0.0 |
| 28 | Gateway | Mid Track | | | | 0.0 |
| 29 | Bristol | Short Track | | | | 0.0 |
| 30 | Kansas | Intermediate | | | | 0.0 |
| 31 | Las Vegas | Intermediate | | | | 0.0 |
| 32 | Charlotte | Intermediate | | | | 0.0 |
| 33 | Phoenix | Short Track | | | | 0.0 |
| 34 | Talladega | Super Speedway | | | | 0.0 |
| 35 | Martinsville | Short Track | | | | 0.0 |
| 36 | Homestead | Intermediate | | | | 0.0 |

Dkt. 230-6 (Spire_0000849)

# Gabehart Admitted to Saving the CG Master on His Spire-Issued Computer and Using It to Analyze Cup Series Performance



Gabehart Dep. Tr

A. I would -- I don't know all of the details at this point. I don't recall them. I was given a personal computer, and I moved some of my relevant files to that -- I was not given a personal computer. Let me back up. I was given a work computer. And I backed -- I moved relevant -- what I thought might be relevant files to my work computer for me.

Q. Okay. And the information you filled in for this document is from Daytona 500, is it not?

A. Yeah, I would assume so.

Dkt. 230-12 (Gabehart Dep. Tr.) at 297:17–23

# Gabehart Continued to Use the 'CG Master' and the Trade Secrets to Analyze Spire's Cup Series Performance After the TRO

| 7 |
|---|
| 2025 |
| 2026 |
| 2026 Proj |
| Goals |

[redacted]

| Race # | Race location | Track type | [redacted] | | |
|---|---|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] | | 1.0 |
| 2 | Atlanta | Super Speedway | [redacted] | | 1.0 |
| 3 | COTA | Road Course | [redacted] | | 1.0 |
| 4 | Phoenix | Short Track | | | 0.0 |
| 5 | Las Vegas | Intermediate | | | 0.0 |
| 6 | Darlington | Mid Track | | | 0.0 |
| 7 | Martinsville | Short Track | | | 0.0 |
| 8 | Bristol | Short Track | | | 0.0 |
| 9 | Kansas | Intermediate | | | 0.0 |
| 10 | Talladega | Super Speedway | | | 0.0 |
| 11 | Texas | Intermediate | | | 0.0 |
| 12 | Watkins Glen | Road Course | | | 0.0 |
| 13 | Charlotte | Intermediate | | | 0.0 |
| 14 | Nashville | Mid Track | | | 0.0 |
| 15 | Michigan | Intermediate | | | 0.0 |
| 16 | Pocono | Intermediate | | | 0.0 |
| 17 | San Diego | Road Course | | | 0.0 |
| 18 | Sonoma | Road Course | | | 0.0 |
| 19 | Chicagoland | Intermediate | | | 0.0 |
| 20 | Atlanta | Super Speedway | | | 0.0 |
| 21 | North Wilkesboro | Short Track | | | 0.0 |
| 22 | Indianapolis | Intermediate | | | 0.0 |
| 23 | Iowa | Short Track | | | 0.0 |
| 24 | Richmond | Short Track | | | 0.0 |
| 25 | Loudon | Short Track | | | 0.0 |
| 26 | Daytona | Super Speedway | | | 0.0 |
| 27 | Darlington | Mid Track | | | 0.0 |
| 28 | Gateway | Mid Track | | | 0.0 |
| 29 | Bristol | Short Track | | | 0.0 |
| 30 | Kansas | Intermediate | | | 0.0 |
| 31 | Las Vegas | Intermediate | | | 0.0 |
| 32 | Charlotte | Intermediate | | | 0.0 |
| 33 | Phoenix | Short Track | | | 0.0 |
| 34 | Talladega | Super Speedway | | | 0.0 |
| 35 | Martinsville | Short Track | | | 0.0 |
| 36 | Homestead | Intermediate | | | 0.0 |

Dkt. 230-31 (GABEHART01500).

# Gabehart's Use of the 'CG Master' Is Spire's Misappropriation

- Gabehart knew he acquired the trade secrets contained within the CG Master by improper means.

- Gabehart transferred to a Spire computer and used the CG Master in the course of his employment for the benefit of Spire.

# Misappropriation: Spire's Acquisition of Setup Trade Secrets

# Evidence of Spire's Implementation of JGR Setups

**Extraction Report** - Google Android Full File system

www.cellebrite.com

| Time | Note | Deleted |
|---|---|---|
| **Created:** 11/20/2025 4:24:35 PM(UTC+0) **Modified:** 11/20/2025 6:10:01 PM(UTC+0) | **Title:** Matt<br>**Source:** Samsung Notes<br>**Labels:**<br>**Body:** Observation<br>Low hanging fruit - Download information<br>Car build stuff<br>SIM measurements and uploading<br>Setup stuff and philosophies<br>Build an accountability language and hold everyone to it.<br>Establish and develop relationships with HMS - expand the alliance<br>Establish and develop relationships with Chevy - expand the alliance<br>Build the new building. Racing in 2028<br>Be a qualified sounding board for you. Help you shape the team. Take some of this off of Jeff's plate.<br>Same for trucks.<br>**Parties:**<br>**Source file:**<br>RFCTC0C4B6J_files_full.zip/data/user/0/com.samsung.android.app.notes/databases/sdoc.db-wal : 0x7B499 (Table: sdoc, Size: 984712 bytes)<br>RFCTC0C4B6J_files_full.zip/data/user/0/com.samsung.android.app.notes/SDocData/1763655632569.sdocx/note.note : 0x286 | Trash |

# Gabehart Took Setups for the 2025 Cup Series Race at COTA

JGR 25COTA End Race E-lap Cold

**Outside Counsel Eyes Only; Produced in Clean Room**

**"[A]n 'end-race eLap' report reflects the final setup parameters for a particular race."**

Wheeler Report ¶34

JGR_0002855

# Spire Crew Chief – Gabehart Disclosed JGR Information



**Q: Have you ever orally received JGR information?**

**A: Probably.**

Dkt. 218-20 (Peterson Dep. Tr.) at 165:24-166:1

**Travis Peterson**
Crew Chief

# Gabehart Disclosed JGR's Approach to Tire Pressure Setup



A: **I asked Gabehart one time about qualifying pressures and asked him the direction, if they were higher or lower than where we were.**

. . .

Q: And comparing Spire's air pressures to Joe Gibbs Racing's air pressures?
A: **The way I framed it was, hey, we were wondering if we need to be higher or lower in qualifying, and I asked telling him what our pressures were.**
Q: Which race was this?
A: Probably COTA. It was a road course early on.
Q: And how did he respond?
A: [redacted]

Dkt. 218-20 (Peterson Dep. Tr.) at 166:3-20

**Travis Peterson**
Crew Chief

# Gabehart Disclosed JGR's Spring Settings for the COTA Race



Q: And what discussions did you all have about springs that Spire was using versus what JGR had used?
A: Pretty much the same concept: Hey, we are here, we wondered if we need to be [redacted], I believe, roughly.
Q: We being JGR, we [redacted]?
A: Yes.
Q: Did he give you any indication as to [redacted]?
A: He may have given me a range. I just remember it [redacted]
Q: And when you say "a range". what do you mean?
A: . . . I think I would have probably been like, hey, we run around [redacted]; were you guys s[redacted], and I think he said [redacted] range or something like that.

Dkt. 218-20 (Peterson Dep. Tr.) at 165:25–166:21; 167:3–168:25

**Travis Peterson**
Crew Chief

# The Setup Parameters Gabehart Disclosed Match What He Took

JGR 25COTA End Race E-lap Cold

**"I think he said [redacted]"**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Run: | 1106 | eLap LT | Run: | 5407 | eLap LT | Run: | 1907 | eLap LT | Run: | 2007 | eLap LT |
| | | [redacted] | | | [redacted] | | | [redacted] | | | [redacted] |

[redacted] REDACTED

**Outside Counsel Eyes Only; Produced in Clean Room**

JGR_0002855

# The Evidence Is Undisputed: Spire Acquired JGR Setup Information

- Spire does not dispute that Gabehart disclosed the setup information to it.

- Spire *acquired* the setup information from Gabehart.

- That Spire claims it did not implement the information is irrelevant.

# Misappropriation by Spire: Production and Quality Control Processes

# Gabehart Disclosed JGR Trade Secret Production and Quality Control Processes at the April 20 Kansas Meeting



4/20/26
Kansas Meeting

**Gabehart**

- [redacted]
- [redacted] **"Process 1" or "Airbox Process"**
- [redacted] **"Process 2" or "Underbody Process"**

Dkt. 218-17 (Gerringer Dep. Ex. 4) at Spire_0001712

# Trade Secret Process 1: Sealing and Seal Checking Ductwork and Airbox to Maximize Engine Power



4/20/26
Kansas Meeting

Gabehart

- [redacted]
- [redacted] "Process 1" or "Airbox Process"
- [redacted] "Process 2" or "Underbody Process"

Dkt. 218-17 (Gerringer Dep. Ex. 4) at Spire_0001712

## [redacted]: Optimizing Power



**Rick MacGowan**
JGR Technical Director



**Dax Gerringer**
Spire Technical Director

Q: Does JGR have a proprietary trade secret with respect to [redacted]?

A: Yes.

. . .

Q: And then -- so in addition to [redacted]. Is that fair?

A: Yes. . . we developed processes to [redacted] . . . it's a sensitive area and that it's an area for performance development.

Q: What's the benefit of [redacted]?

A: Well, see, the way an internal combustion chamber engine works is the more air you can put in -- kind of like if you had a turbo or a super charger, [redacted] the more power it makes.

Q: And [redacted] so that we can get more air into the engine and that increases power; right?

A: Yes. Yeah.

Dkt. 230-16 (MacGowan Dep. Tr.) at 173:9–14; Dkt. 157-4 (Gerringer Dep. Tr.) at 138:22–139:7

# JGR Has Developed a Trade Secret Process and Equipment for [redacted]

**Outside Counsel Eyes Only; Produced in Clean Room**

**Outside Counsel Eyes Only; Produced in Clean Room**

JGR_0003390; Dkt. 230-17 (JGR_0003394)

# JGR Has Developed a Trade Secret Process for [redacted] That Has Value to JGR



**Rick MacGowan**
JGR Technical Director

A: Every -- [redacted] I don't -- I don't have the specifics memorized. But I know that we spent significant effort over months or years developing those processes and understanding their -- their impact.

Dkt. 230-16 (MacGowan Dep. Tr.) at 173:15–23.

# JGR's [redacted] rocesses Qualify as Trade Secrets


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

Case No. 3:26-CV-00133-SCR-DCK

Expert Report of Brett M. Frood
RE: Trade Secret Misappropriation, Breach of Contract, and Tortious Interference

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL INFORMATION – TRADE SECRETS

Date: September 25, 2026

/s/ Brett M. Frood
Brett M. Frood

**Expert Report of Brett M. Frood**

**Dkt. 292-6**

## [redacted] Process

- Economic Value – [redacted]
- Not Generally Known – [redacted]
- Not readily ascertainable – [redacted]

Frood Report ¶¶ 166-170

# JGR's [redacted] Processes Qualify as Trade Secrets



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

Case No. 3:26-CV-00133-SCR-DCK

Expert Report of Brett M. Frood
RE: Trade Secret Misappropriation, Breach of Contract, and Tortious Interference

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL INFORMATION – TRADE SECRETS

Date: September 25, 2026

/s/ Brett M. Frood
Brett M. Frood

**Expert Report of Brett M. Frood**

**Dkt. 292-6**

## [redacted] Process

- Economic Value – [redacted]
- Not Generally Known – [redacted]
- Not readily ascertainable – [redacted]

Frood Report ¶¶ 171-175

# Gabehart Was Aware of the Importance of this Trade Secret While at JGR

Outside Counsel Eyes Only; Produced in Clean Room

Dkt. 218-31 (JGR_0003286)

Notes

REDACTED

Dkt. 218-31 (JGR_0003286) at JGR_0003286.00222

# Gabehart Identified [redacted] Twice on the Focus Plan


Design

Optimize

[redacted]

respect.

Dkt. 230-10 (Spire_0000851)

# Spire [redacted] For the First Time After Gabehart's April 20 Kansas Meeting Suggestions



**Doug Powers**
Spire Shop Foreman

Q: Has Spire or does Spire [redacted]?

A: [redacted] one time on the [redacted].

Q: When was that?

A: Midsummer.

Q: Of this year?

A: Yes, ma'am.

Q: You had never [redacted] prior to the midsummer of this year?

A: I have not, no, not at Spire Motorsports.

Dkt. 230-19 (Powers Dep. Tr.,) at 178:7–16.

# Trade Secret Process 2: [redacted] to Optimize Aerodynamics



4/20/26
Kansas Meeting

**Gabehart**

- [redacted]
- [redacted] **“Process 1” or “Airbox Process”**
- [redacted] **“Process 2” or “Underbody Process”**

Dkt. 218-17 (Gerringer Dep. Ex. 4) at Spire_0001712

# JGR's [redacted] Qualifies as a Trade Secret


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

Case No. 3:26-CV-00133-SCR-DCK

Expert Report of Brett M. Frood
RE: Trade Secret Misappropriation, Breach of Contract, and Tortious Interference

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL INFORMATION – TRADE SECRETS

Date: September 25, 2026

/s/ Brett M. Frood
Brett M. Frood

**Expert Report of Brett M. Frood**

**Dkt. 292-6**

## [redacted] Process

- Economic Value – [redacted]
- Not Generally Known – [redacted].
- Not Readily Ascertainable – [redacted]

Frood Report ¶¶ 171-185

# Gabehart Identified "[redacted] in the Focus Plan

SPIRE MOTORSPORTS

| Design | Optimize | Execute |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |

[redacted]

entation for Proper Review

iver report

audit/report

st race analytics evaluation

respect.

Dkt. 230-10 (Spire_0000851)

# Spire [redacted] For the First Time After Gabehart's April 20 Kansas Meeting Suggestions



**Doug Powers**
Spire Shop Foreman

Q: The question was, was Spire [redacted] prior to this April 20th meeting?

A: Oh. No.

Q: But after this meeting, you have since been [redacted], correct?

A: We have.

Dkt. 230-19 (Powers Dep. Tr.) at 209:12–18

# The Evidence Establishes Actual or Threatened Misappropriation of JGR's Trade Secrets

For the PI, JGR has identified three categories of trade secrets that Spire has misappropriated

1. Post Race Analysis Documents — Use of the CG Master on Spire Computer
2. Setup Philosophies and Parameters — Acquisition of COTA setup philosophy and parameters
3. Quality Control and Production Processes — Kansas meeting acquisition of process 1 and 2

# Additional Circumstantial Evidence of Spire's Threatened Misappropriation

# Summary of Additional Circumstantial Evidence Not Previously Available

1. Gabehart access to JGR trade secrets through most of 2026 season
2. Documents showing intent to acquire JGR trade secrets
3. Financial incentive to share JGR information
4. Unprecedented improvement
5. NASCAR data showing JGR similarity

# Gabehart Had Access to JGR Trade Secrets for More than Half of the 2026 Cup Series Season



# Spire Hired Gabehart Because He Brings "External Intel"



**"I'm moving me and Bill a degree away and replacing us with someone that offers additional insight, guidance and support to our competition staff while also bringing external intel that keeps us from falling behind."**

Dkt. 230-22 (ANTHONY_0009) at ANTHONY_0013

**Jeff Dickerson**
Spire Owner

# Spire's Unprecedented Cup Series Success

| Before Gabehart (Seven Seasons) | After Gabehart (One Season) |
|---|---|
| • 1 win<br>• 0 playoff qualifiers | • 2 wins<br>• 2 playoff qualifiers |

# Evidence of Spire's Tortious Interference

# Elements of a Tortious Interference Claim

- Under North Carolina law, tortious interference requires:

  1) a valid contract between the plaintiff and a third person;
  2) the defendant's knowledge of the contract;
  3) that the defendant intentionally induced the third person not to perform the contract;
  4) that the defendant acted without justification; and
  5) that the plaintiff suffered actual damage.

dmarcian, Inc. v. dmarcian Eur. BV, 60 F.4th 119, 141 (4th Cir. 2023)

# Spire Has Induced an Ongoing Breach of the Employment Agreement

SPIRE MOTORSPORTS

1. Provided **Motive** to breach – [redacted]
2. Provided **Opportunity** to breach
3. Installed **no safeguard** against breach – Failed to instruct **employees**



# The Court Has Already Found the Noncompete and Nondisclosure Provisions Are Valid and Enforceable

- "[T]he 18-month covenant not to compete is operative." Dkt. 98 (PI) ¶ 86.
- "[T]he Court concludes that JGR has made a clear showing that the covenant not to compete is reasonable and enforceable." Dkt. 78 (PI) ¶ 93.
- "The Court need not belabor its analysis of the enforceability of the nondisclosure provision in Defendant Gabehart's Employment Agreement." Dkt. 78 (PI) ¶ 96.

# Spire Provides No Evidence Calling Into Question the Court's Prior Ruling

| Key Evidence Cited by Spire (Opp. 8–12) | Prior Place in the TRO/PI Record |
|---|---|
| Section 6 of the Employment Agreement (Dkt. 1-1 § 6). | In the record from the outset as Am. Compl. Ex. 1 (Dkt. 8-2); quoted in full in PI Order ¶¶ 8, 85; briefed in Gabehart's PI Opposition (Dkt. 42) at 3–4. |
| Gabehart's November 6–7, 2025 notice to Coach Gibbs of inconsistent duties (Ex. N, JGR_000328; Ex. R, JGR 30(b)(6) Dep. 328:8–21; Ex. AC, Carmichael Dep. 97:23–98:21). | Before the Court via the Second Carmichael Declaration (Dkt. 18, Ex. 1) and Gabehart Declaration (Dkt. 12) ¶¶ 11, 15; PI Order ¶ 86 ("there is evidence the parties initially discussed Paragraph 2 of Section 6"). |
| JGR CFO's purported acknowledgment that Gabehart triggered Section 6.2 (Ex. O, JGR_000308; Ex. P, GABEHART00723). | Before the Court via Gabehart Declaration (Dkt. 12) ¶ 15 and its Exhibit B. |
| JGR's alleged waiver of the cure period—ceasing pay, cutting benefits, and revoking access (Ex. Q, Rogers Dep. 126:14–22; Ex. R, JGR 30(b)(6) Dep. 338:17–24; Ex. AC, Carmichael Dep. 150:17–151:7). | Central to Gabehart's PI-stage unclean-hands and material-breach arguments (Dkt. 42) at 11–13; JGR's Reply Declaration of T. Rogers (Dkt. 46-2); PI Order ¶ 14 and ¶¶ 91–92. |
| The November 10, 2025 draft mutual separation agreement reflecting a $100,000 payment and release (Ex. S, JGR_000042). | Before the Court via Gabehart Declaration (Dkt. 12) ¶ 16 and Exhibit A; PI Order ¶ 12 on November 10, 2025). |

# Irreparable Harm and the Balance of Equities

# The Court Has Already Found Loss of a Trade Secret to Be Irreparable Harm

"Here, Plaintiff has made a clear showing that irreparable injury is likely in the absence of an injunction against Gabehart. Courts have recognized that 'loss of even a single trade secret constitutes irreparable harm, and the threatened disclosure of a trade secret supports the imposition of injunctive relief . . . .Also, Courts often find irreparable harm and grant an injunction when there is a substantial risk a defendant will 'continue to divulge or misappropriate trade secrets in the absences of court action."

***Dkt. 78 (PI) ¶ 109***

# Spire's Voluntary Placement of Gabehart on Administrative Leave Does Not Moot the Request for Injunctive Relief

"'[V]oluntary discontinuance of challenged activities' does not necessarily moot a request for injunctive relief unless there is no reasonable expectation that the wrong will be repeated."

***Irwin Indus. Tool Co. v. Worthington Cylinders Wisc., LLC,* 747 F. Supp. 2d 568, 582 (W.D.N.D 2010).**

# Balance of Equities Favor an Injunction

- Spire would suffer no harm from an order requiring it to follow the law and refrain from misappropriation.

- Spire would suffer no harm from an order preventing it from inducing Gabehart to breach his noncompete because he can still perform services that he did not perform in his final year with JGR.

- The public interest is served in protecting trade secrets, preventing unfair competition, and enforcing valid restrictions.

# The Burden of an Order on Spire Is Minimal

THE COURT: All right. Mr. Davey, I asked you a question like this at our TRO hearing, but I want to renew this question, which is, you know, you-all had originally agreed, look, we'll even enter into a separate agreement with you. We're not going to use JGR information. So if that is the case, then why not just say, hey, we're going to be in agreement, we're not going to use JGR information, and we're going to have a court order saying that?

MR. DAVEY: Well, the reason, Your Honor, is because no one wants to be subject to a court order if they don't need to.

Dkt. 66 (PI Hr'g) at 69:24-7:8

# Relief Requested

- An injunction prohibiting Spire from:
  - Acquiring, using, or disclosing JGR's trade secrets; and
  - Inducing Gabehart to violate:
    - (a) his noncompete obligations by providing services of the general type he provided in his final year with JGR; and
    - (b) his nondisclosure obligations by using or disclosing JGR's confidential information or trade secrets.

# The CG Master Contains the "Well-Executed" Race Algorithm That Is A Proprietary JGR Metric for Race Performance Analysis

**REDACTED**

**Outside Counsel Eyes Only; Produced in Clean Room**

JGR_0002651

2A

# The CG Master Contains the “Well-Executed” Race Algorithm That Is A Proprietary JGR Metric for Race Performance Analysis



7

2026

2026 Proj

Goals

[redacted]

| Race # | | | [redacted] |
|---|---|---|---|
| 1 | Daytona | Super Speedway | [redacted] |
| 2 | Atlanta | Super Speedway | [redacted] |
| 3 | COTA | Road Course | [redacted] |
| 4 | Phoenix | Short Track | [redacted] |
| 5 | Las Vegas | Intermediate | [redacted] |
| 6 | Darlington | Mid Track | [redacted] |
| 7 | Martinsville | Short Track | [redacted] |
| 8 | Bristol | Short Track | [redacted] |
| 9 | Kansas | Intermediate | [redacted] |
| 10 | Talladega | Super Speedway | [redacted] |
| 11 | Texas | Intermediate | [redacted] |
| 12 | Watkins Glen | Road Course | [redacted] |
| 13 | Charlotte | Intermediate | [redacted] |
| 14 | Nashville | Mid Track | [redacted] |
| 15 | Michigan | Intermediate | [redacted] |
| 16 | Pocono | Intermediate | [redacted] |
| 17 | San Diego | Road Course | [redacted] |
| 18 | Sonoma | Road Course | [redacted] |
| 19 | Chicagoland | Intermediate | [redacted] |
| 20 | Atlanta | Super Speedway | [redacted] |
| 21 | North Wilkesbor | Short Track | [redacted] |
| 22 | Indianapolis | Intermediate | [redacted] |
| 23 | Iowa | Short Track | 0.0 |
| 24 | Richmond | Short Track | 0.0 |
| 25 | Loudon | Short Track | 0.0 |
| 26 | Daytona | Super Speedway | 0.0 |
| 27 | Darlington | Mid Track | 0.0 |
| 28 | Gateway | Mid Track | 0.0 |
| 29 | Bristol | Short Track | 0.0 |
| 30 | Kansas | Intermediate | 0.0 |
| 31 | Las Vegas | Intermediate | 0.0 |
| 32 | Charlotte | Intermediate | 0.0 |
| 33 | Phoenix | Short Track | 0.0 |
| 34 | Talladega | Super Speedway | 0.0 |
| 35 | Martinsville | Short Track | 0.0 |
| 36 | Homestead | Intermediate | 0.0 |

Dkt. 142-4 (Gabehart Dep.. Exs. 28 + 29 (SPIRE_000849 ))

3A

# The CG Master Contains the "Well-Executed" Race Algorithm That Is A Proprietary JGR Metric for Race Performance Analysis

## CC Audit (JGR Version)

REDACTED

## CG Master (Spire Version)

- [redacted]

4A

# The Contents of the CC Audit Are Trade Secrets



**David Alpern**
President of Joe Gibbs Racing

A: . . . in the black, the third column, it says "**WE Races**," which refers to **well-executed races, and what we determine well-executed is proprietary**."

JGR 30(b)(6) Dep. (Aug. 3, 2026) at 187:13-16