**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

JOE GIBBS RACING, LLC,

Plaintiff,

v.

CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,

Defendants.

**PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO ALTER THE CASE SCHEDULE AND FOR PROTECTION**

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Joe Gibbs Racing, LLC ("JGR") respectfully moves this Court to narrowly amend the scheduling order as follows:

| Deadline | Current Court-Ordered Date | Proposed |
|---|---|---|
| Rebuttal Expert Reports | October 16, 2026 | October 19, 2026 |
| Supplemental Expert Reports regarding New Evidence | N/A | November 5, 2026 |
| Supplemental Rebuttal Reports regarding New Evidence | N/A | November 12, 2026 |
| Close of Expert Discovery | October 27, 2026 | November 19, 2026 |
| MSJ and Daubert Motions | November 3, 2026 | November 20, 2026 |
| MSJ and Daubert Oppositions | November 17, 2026 | December 1, 2026 |
| MSJ and Daubert Replies | November 24, 2026 | December 4, 2026 |

| | | |
|---|---|---|
| Trial | February 1, 2027 | Unchanged |

In support of this motion, Plaintiff has diligently pursued expert discovery but, despite those efforts, cannot meet the current deadlines for the reasons set forth in the accompanying memorandum. Additionally, Plaintiff seeks this motion for protection from expert depositions during the pendency of this Motion.

Plaintiff proposed the above schedule to Defendants on October 8, 2026, and Defendants conveyed their opposition to the above schedule on October 9, 2026. The parties had a call to discuss the schedules on October 12, 2026, and Defendants provided that they were agreeable to a mutual extension of the October 16, 2026 rebuttal expert report deadline to October 19, 2026. Plaintiff followed up with Defendants on October 14, 2026 regarding the proposed schedule, additionally proposing expedited briefing limited to five pages without a reply with Defendants filing any response by Tuesday, October 20, 2026. Defendants again conveyed their opposition to the schedule amendments also on October 14, 2026 but also provided that they did not oppose the expedited briefing without a reply on the timeline that JGR proposed. Plaintiff provided an amended proposed schedule to Defendants on October 15, 2026, and Defendants similarly conveyed their opposition. Defendants confirmed they did not oppose the five-page limit for all briefing on October 15, 2026.

For the reasons included in the accompanying memorandum, Plaintiff respectfully requests the Court grant its motion to amend the scheduling order and for protection from expert depositions during the pendency of this Motion.

This the 16th day of October, 2026

**KING & SPALDING LLP**

/s/ *<u>Danielle T. Williams</u>*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283

300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), the undersigned counsel hereby certifies that they have conferred in good faith with counsel for the opposing parties regarding the relief sought in this Motion. On October 8, 2026, Plaintiffs proposed the modifications to the case schedule, and Defendants conveyed their opposition on October 9, 2026. The parties had a call to discuss the schedules on October 12, 2026 with Plaintiff following up on October 14, 2026 regarding the proposed schedule, and Defendants again conveying their opposition on the same day. Plaintiff provided an amended proposed schedule to Defendants on October 15, 2026, and Defendants similarly conveyed their opposition.

This the 16th day of October 2026

**KING & SPALDING LLP**

/s/ *Danielle T. Williams*
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela

N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO ALTER THE CASE SCHEDULE AND FOR PROTECTION** was electronically filed with the Clerk using the CM/ECF system which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 16th day of October, 2026


**KING & SPALDING LLP**

/s/ Danielle T. Williams
Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201
**PARKER POE ADAMS & BERNSTEIN**
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com

torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com

*Attorneys for Joe Gibbs Racing, LLC*