**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | Case No. 3:26-cv-00133-SCR-DCK |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S NOTICE OF FILING EXHIBITS *IN CAMERA***

Pursuant to the Amended Protective Order, Dkt. 124, and the Court's instructions at the October 13, 2026, hearing, Spire is filing exhibits it produced in the clean room *in camera* at Plaintiff Joe Gibbs Racing, LLC's ("JGR") request. These exhibits are associated with JGR's Second Notice of Supplemental Evidence (the "Second Notice"). Dkt. 342. Spire respectfully submits the following exhibits *in camera*:[1]

- Dkt. 342-2, Exhibit A – Spire_0003544
- Dkt. 342-3, Exhibit B – Spire_0003278
- Dkt. 342-4, Exhibit C – Spire_0003397
- Dkt. 342-5, Exhibit D – Spire_0003299
- Dkt. 342-6, Exhibit E – Spire_0003831

[1] To be sure, Spire objects to JGR's Second Notice on procedural grounds and reserves the right to respond to it in due course.

Dated: October 22, 2026

By: *<u>/s/ Joshua D. Davey</u>*
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Ben E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
ben.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com