IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

Case No. 3:26-CV-00133-SCR-DCK

| | |
|---|---|
| JOE GIBBS RACING, LCC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS, LLC,<br><br>Defendants. | CERTIFICATION OF MEDIATION SESSION |

1. The undersigned mediator reports the following result of a Mediated Settlement Conference held on September 30, 2026.

2. The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

X All individual parties and their counsel.

X Designated corporate representatives.

__ Required claims professionals.

__ Other (describe):

3. The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered: None.

4. The outcome of the Mediation session was: The parties mediated on September 30, 2026. The parties were unable to reach a settlement of the litigation

at the Mediation session. The parties continue to discuss a potential resolution, such that it is too early for the undersigned Mediator to declare an impasse at this time. The undersigned Mediation submits this report to comply with the Case Management Order's requirement that a report concerning these matters be filed by October 23, 2026.

I certify that the above is a true and accurate report regarding the result of the Mediation Settlement Conference.

This the 23rd day of October, 2026.

Hon. Louis A. Bledsoe, III (Ret.)
Mediator

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served counsel for all parties with the Report of Mediation by sending a copy thereof to the following via email or conventional mail as noted:

This the 23rd day of October, 2026.

Hon. Louis A. Bledsoe, III (Ret.)
Mediator