**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO DISMISS DEFENDANT SPIRE'S COUNTERCLAIMS AS MOOT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Plaintiff Joe Gibbs Racing, LLC ("JGR"), by and through counsel, hereby moves this Court for an order dismissing the Counterclaims of Defendant Spire Motorsports II, LLC ("Spire") for lack of subject-matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure and, in the alternative, for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure. Spire's Counterclaims are moot because JGR has provided Spire the complete relief its counterclaims seek, there is no longer a live case or controversy, and the counterclaims should be dismissed for lack of subject-matter jurisdiction under Rule 12(b)(1). In the alternative, and for the same reasons, JGR is entitled to summary judgment under Rule 56—both because Spire can prove no recoverable damages and because JGR's payment satisfies the alleged obligation as a matter of law. In support of this Motion, JGR rely upon its Memorandum of Law in Support of Motion its Motion to Dismiss and the exhibits attached thereto.

WHEREFORE, JGR respectfully requests that the Court dismiss Counts 1, 2, and 3 of Spire's counterclaims as moot for lack of subject-matter jurisdiction under Rule 12(b)(1); in the alternative, grant summary judgment and enter judgment in JGR's favor on Counts 1, 2, and 3;

dismiss those counterclaims with prejudice; and award such other and further relief as the Court deems just and proper.

This the 9th day of November, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**


/s/ Tory Ian Summey
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. BRear No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Chad F. Lee
N.C. Bar No. 56350
Kevin A. Marshall
N.C. Bar No. 50856
Christopher B. Henry
N.C. Bar No. 55955
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com
chadlee@parkerpoe.com
kevinmarshall@parkerpoe.com
chrishenry@parkerpoe.com


**KING & SPALDING LLP**


Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202

Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com
Alexandra Moore – *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S MOTION TO DISMISS DEFENDANT SPIRE'S COUNTERCLAIMS AS MOOT OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 9th day of November, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Tory Ian Summey
Tory Ian Summey
N.C. Bar No. 46437
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
torysummey@parkerpoe.com

*Attorney for Joe Gibbs Racing, LLC*