**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **Case No. 3:26-cv-00133-SCR-DCK** |

**DEFENDANT SPIRE MOTORSPORTS II, LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Rule 7.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the Western District of North Carolina, Defendant Spire Motorsports II, LLC ("Spire"), by and through undersigned counsel, hereby respectfully moves this Court to grant summary judgment in favor of Spire as to all claims asserted against it by Plaintiff Joe Gibbs Racing, LLC ("JGR"). *See* Dkt. 95. Summary judgment is warranted because there is no genuine dispute as to any material fact and Spire is entitled to judgment as a matter of law. Further grounds supporting this motion are set forth in the accompanying Memorandum of Law filed contemporaneously herewith.

WHEREFORE, Spire respectfully requests that the Court enter an order granting summary judgment in favor of Spire as to all claims asserted by JGR against Spire.

**[SIGNATURE PAGE FOLLOWS]**

This the 9th Day of November, 2026.


/s/ Joshua D. Davey
Joshua D. Davey (N.C. Bar No. 35246)
Jason D. Evans (N.C. Bar No. 27808)
Lawrence J. Cameron (N.C. Bar No. 41922)
Troy C. Homesley, III (N.C. Bar No. 62148)
Anais M. Jaccard (N.C. Bar No. 58438)
Ben E. Whorf (N.C. Bar No. 64279)
**TROUTMAN PEPPER LOCKE LLP**
301 S. College St., 34th Floor
Charlotte, NC 28202
Telephone: (704) 916-1503
joshua.davey@troutman.com
Jason.evans@troutman.com
lawrence.cameron@troutman.com
troy.homesley@troutman.com
anais.jaccard@troutman.com
ben.whorf@troutman.com

John S. "Evan" Gibbs III – Pro Hac Vice
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree St, NE #3000
Atlanta, GA 30308
Telephone: (404) 885-3093
evan.gibbs@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically notice and serve this document on all counsel of record.

Dated: November 9, 2026

*/s/ Joshua D. Davey*