**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Case No. 3:26-CV-00133-SCR-DCK**

| | |
|---|---|
| JOE GIBBS RACING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GABEHART and SPIRE MOTORSPORTS II, LLC,<br><br>Defendants. | **PLAINTIFF JOE GIBBS RACING, LLC'S NOTICE OF FILING EXHIBITS *IN CAMERA*** |

Pursuant to the Amended Protective Order, Doc. No. 124, and the Court's instructions at the October 13, 2026, hearing, Plaintiff Joe Gibbs Racing, LLC ("JGR") gives notice it is filing exhibits produced in the clean room *in camera* at Defendant Spire Motorsports II, LLC ("Spire") and Defendant Christopher Gabehart's request. These exhibits are associated with Spire's Memorandum in Support of Motion for Summary Judgment, Doc. No. 381, and Gabehart's Declaration of Cary B. Davis in Support of Gabehart's Memorandum of Law in Support of Motion for Partial Summary Judgment, Doc. No. 390.

JGR respectfully submits the following exhibits *in camera* related to Spire's Memorandum in Support of Motion for Summary Judgment, Doc. No. 381:

- Doc. No. 381-3 – Exhibit 1, Amended Expert Report of Brett M. Frood (Oct. 5, 2026)
- Doc. No, 381-46 – Exhibit 44, Expert Report of Dr. Maureen Chakraborty
- Doc. No. 381-49 – Exhibit 47, JGR's Fifth Supplemental Response to Spire's Interrogatory No. 2

- Doc. No. 381-50 – Exhibit 48, JGR's Seventh Supplemental Response to Spire's Interrogatory No. 2
- Doc. No. 384-56 – Exhibit 54, JGR's Fourth Supplemental Response to Spire's Interrogatory No. 2
- Doc. No. 384-58 – Exhibit 56, Expert Report of Tommy Wheeler (Sep. 25, 2026)
- Doc. No. 384-59 – Exhibit 57, Supplemental Expert Report of Tommy Wheeler (Oct. 30, 2026)
- Doc. No. 384-60 – Exhibit 58, Second Supplemental Expert Report of Tommy Wheeler (Nov. 1, 2026)
- Doc. No. 384-61 – Exhibit 59, Supplemental Expert Report of Brett M. Frood (Oct. 28, 2026)
- Doc. No. 384-76 – Exhibit 74, JGR_0000490
- Doc. No. 384-77 – Exhibit 75, JGR_0036011

JGR respectfully submitted the following exhibits *in camera* related to Gabehart's Declaration of Cary B. Davis in Support of Gabehart's Memorandum of Law in Support of Motion for Partial Summary Judgment, Doc. No. 390.

- Doc. No. 390-34 – Exhibit GG, JGR's Seventh Supplemental Responses and Objections to Spire Motorsports II, LLC's Third Set of Interrogatories
- Doc. No. 390-35 – Exhibit HH, First Amended Expert Report of Tommy Wheeler
- Doc No. 390-36 – Exhibit II, First Amended Expert Report of Brett M. Frood

**[SIGNATURE PAGE FOLLOWS]**

This the 12th day of November, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Tory Ian Summey
N.C. Bar No. 46437
Keith M. Weddington
N.C. Bar No. 14352
Charles G. Middlebrooks
N.C. Bar No. 55171
Madelyn R. Candela
N.C. Bar No. 63827
Chad F. Lee
N.C. Bar No. 56350
Kevin A. Marshall
N.C. Bar No. 50856
Christopher B. Henry
N.C. Bar No. 55955
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
torysummey@parkerpoe.com
keithweddington@parkerpoe.com
charliemiddlebrooks@parkerpoe.com
madelyncandela@parkerpoe.com
chadlee@parkerpoe.com
kevinmarshall@parkerpoe.com
chrishenry@parkerpoe.com

**KING & SPALDING LLC**

Danielle T. Williams
dwilliams@kslaw.com
N.C. Bar No. 23283
300 South Tryon Street, Suite 1700
Charlotte, NC 28202
Thomas M. Melsheimer – *Pro Hac Vice*
tmelsheimer@kslaw.com
Chad B. Walker – *Pro Hac Vice*
cwalker@kslaw.com
Tracea Rice – *Pro Hac Vice*
trice@kslaw.com

Alexandra Moore - *Pro Hac Vice*
almoore@kslaw.com
2601 Olive Street, Suite 2300
Dallas, TX 75201

*Attorneys for Joe Gibbs Racing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing **PLAINTIFF JOE GIBBS RACING, LLC'S NOTICE OF FILING EXHIBITS *IN CAMERA*** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice and serve same upon counsel of record via the Court's electronic case filing system.

This the 12th day of November, 2026.

**PARKER POE ADAMS & BERNSTEIN LLP**

/s/ Sarah F. Hutchins
Sarah F. Hutchins
N.C. Bar No. 38172
Bank of America Tower
620 South Tryon St., Suite 800
Charlotte, North Carolina 28202
sarahhutchins@parkerpoe.com
*Attorney for Joe Gibbs Racing, LLC*