# EXHIBIT JJ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
------------------------------------------X
JOE GIBBS RACING, LLC,
Plaintiff,
-against- Case No.:
3:26-cv-00133-SCR-DCK

CHRISTOPHER GABEHART and SPIRE
MOTORSPORTS, LLC,
Defendants.
------------------------------------------X

DATE: October 29, 2026
TIME: 9:22 a.m.

VIDEOTAPED DEPOSITION of JOSH BROWNE, PHD., taken by the Plaintiff, held at the offices of King & Spalding LLP, 1290 Avenue of the Americas, 14th Floor, New York, New York 10104, before Nicole Veltri, RPR, CRR, a Notary Public of the State of New York.

J. BROWNE, Ph.D.
used when you were where?
A. At Evernham.
Q. At Evernham, did you score it as a zero or a one?
A. I don't remember.
Q. What was the algorithm you used about how to score it?
MR. HOMESLEY: Objection.
A. I mean, it was 24 years ago. The intent was the same as this, as to evaluate what -- to inform what factors informed the race result.
Q. Do you know whether you used the exact same algorithm that's used here, [redacted] et cetera?
MR. HOMESLEY: Objection.
A. I can't say it's exact, but those are common things that inform the outcome of a race.
Q. Do you know whether your Evernham metric used every single one of those components, [redacted]
THE WITNESS: Can you hide the

J. BROWNE, Ph.D.

include.

Q. Can you say that every single net Cup Series team, in their post-race analysis, tracks every single one of these columns?

A. I can't say for sure. I'm not sitting in their post-races, and I don't see their reports, but at the Cup level, these are the things that you want to understand that inform a race and none of these things are nuanced.

These are -- these are pretty straightforward things. They might go about it a different way. They might not do it as quantitatively as this. It might be more qualitative conversational, like, hey, we had a really bad pit stop, we went to the back, we weren't able to make up our spots, so --

Q. Whether you're going to track these pieces of information quantitatively or qualitatively is a decision that different teams might make in a different way, come to a different place?